# United States Bankruptcy Court
## Southern District of Florida

In re  **Pompano Senior Squadron Flying Club, Inc.**
                                    Debtor(s)

Case No.
Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Pompano Senior Squadron Flying Club, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 26, 2022**
Date

**/s/ Craig A. Pugatch, Esq.**
**Craig A. Pugatch, Esq.**
Signature of Attorney or Litigant
Counsel for   **Pompano Senior Squadron Flying Club, Inc.**
**LORIUM LAW**
**101 NE Third Avenue**
**Suite 1800**
**Fort Lauderdale, FL 33301**
**954-462-8000 Fax:954-462-4300**
**capugatch@loriumlaw.com**