**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

POMPANO SENIOR SQUADRON FLYING CLUB

Case No.: 22-15714-PDR
Chapter 11

      Debtor.
_____/

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**Carol Fox**
**Glass Ratner**
**200 East Broward Blvd., Suite 1010**
**Fort Lauderdale, FL 33301**
**Tel: 954.859.5075**
cfox@glassratner.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice. The meeting of creditors will be held **by telephone** on **August 24, 2022, at 11:00 a.m.** To appear by phone, use call-in number: **866-774-1822** and participant code: **4573853**.

Dated: July 27, 2022

Respectfully Submitted,

Mary Ida Townson
United States Trustee, Region 21

By: /s/ Guy A. Van Baalen
Guy A. Van Baalen, Assistant United States Trustee
Adisley M. Cortez-Rodriguez, Trial Attorney
Office of the United States Trustee
51 SW First Avenue, Ste. 1204
Miami, Florida 33130
Tel: (305) 536-7285