**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                      Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                          Chapter 11
FLYING CLUB, INC.,                                           (Subchapter V)

     Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Re-Notice of Hearing re Debtor's Emergency Motion for Turnover of Estate Funds* (ECF No. 7) was served via CM/ECF to the Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov and via email to counsel for Sunwood, Inc., Dane Stanish, Esq. stanishd@gmail.com and Carolyn N. Budnik, Esq. carolyn@cbudlaw.com on this 27th day of July, 2022.

                                                **LORIUM LAW**
                                                *Attorneys for Debtor in Possession, Pompano Senior Squadron Flying Club, Inc.*
                                                101 NE Third Avenue, Suite 1800
                                                Fort Lauderdale, FL 33301
                                                Telephone: (954) 462-8000
                                                Facsimile: (954) 462-4300

                                                By: /s/ Craig A. Pugatch
                                                    CRAIG A. PUGATCH
                                                    Florida Bar No. 653381
                                                    capugatch@loriumlaw.com