

RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

00791 COL 021 040 19922 NNNNNNNNNNNN CL1
**POMPANO SENIOR SQUADRON FLYING CLUB, INC**
1421 S OCEAN BLVD APT 102
POMPANO BEACH FL 33062-7314

This page is intentionally left blank.



RCO Centralized Mail
Mail Code: LA4-7200
700 Kansas Lane
Monroe, LA 71203-4774

**Questions?**
📞 1-866-578-7022
We accept operator relay calls

00791 COL 021 040 19922 NNNNNNNNNNNN CL1
POMPANO SENIOR SQUADRON FLYING CLUB, INC
1421 S OCEAN BLVD APT 102
POMPANO BEACH FL 33062-7314

July 18, 2022

**Important:** Federal/state law required us to place a hold on your Chase account(s), which may include safe deposit box(es)

Dear POMPANO SENIOR SQUADRON FLYING CLUB, INC:

We recently received the enclosed court order, which either enforces a legal judgment against you or secures a possible judgment in a lawsuit that's been filed against you. As a result, federal or state law required us to immediately place a hold on your Chase account(s). This means that you aren't able to use or withdraw any amount(s) less than or equal to the amount of the hold until the hold is released.

| Date We Placed Hold | Account Number (Last Four Digits) | Amount of Hold* |
|---|---|---|
| 07/18/2022 | ■ | $201832.41 |
| 07/18/2022 | ■ | $215234.11 |

*The hold amount may be greater or less than the balance in your Chase accounts.

We know this situation is difficult because you can't access these funds in your account. Although we're not permitted to give you legal advice, we are providing some information in this letter to explain how your account is affected and to help you understand your options.

**Here's how this affects your account**
The following may apply based on your account type.

The amount that has a hold on it stays in your account, but you cannot use it for withdrawals, payments or any other reason.

Additionally, please note the following:
- If withdrawals are returned because your account doesn't have available funds, we may charge you Overdraft or Insufficient Funds Fee(s).
- We may have disconnected your Overdraft Protection service.
- We may charge you a Legal Processing Fee of $0.00.
- In certain states, you may also be responsible for the bank's fees if we are required to obtain outside counsel.

**Understanding your options**
You may have options to access some funds or to have the hold on your account released. These options are outlined below.

COAL-18Jul22-232
JPMorgan Chase Bank, N.A.

### Getting your money back
You may be able to reduce the amount of the hold. Federal and state laws protect certain money from being used to pay most judgments or court orders, including:
- Social Security
- Supplemental Security Income (SSI)
- Veterans benefits

Depending on where you live, protected money may also include:
- Funds from public assistance (welfare)
- Alimony or child support
- Unemployment benefits
- Disability benefits
- Public or private pensions
- Workers' compensation benefits

These protections generally don't apply to business accounts. If you think your funds may be protected, contact the judgment creditor's attorney.

### Releasing the hold on your account(s)
We can only release the hold on your account if we receive a written release of the court order signed by the judgment creditor's attorney or the court. In most situations, you're the only one who can ask the judgment creditor's attorney or the court to release your funds.

If you have questions or would like to request a written release of your funds, please call the judgment creditor's attorney at 1-954-923-0524 or the court at the number on the enclosed order. If they agree to send us a written release, they can mail it to us at the address listed on the first page of this letter.

Otherwise, we're required by law to hold the funds in your account(s) until:
- We send the funds to the issuer as required by law; or
- The hold expiration date, if applicable. If there's a hold expiration date, you'll see it on the enclosed court order. We recommend you review it carefully.

### Getting legal advice
If you need legal advice, you should consult an attorney. If you're unable to afford a private attorney, you can visit the Legal Services Corporation's website at lsc.gov to find out where to go in your area for help.

### We're here to help
If you have questions, please call us at 1-866-578-7022. We're here to help you Monday through Friday from 8 a.m. to 9 p.m. and Saturday from 8 a.m. to 7 p.m. Eastern Time.

Sincerely,

Court Orders and Levies Department

Enclosure

CL1



## PROCESS SERVER DELIVERY DETAILS

**Date:** Fri, Jul 15, 2022
**Server Name:** Drop Service

| Entity Served | JPMorgan Chase Bank, N.A. |
|---|---|
| Case Number | 21003202CACE12 |
| Jurisdiction | FL |

| Inserts | |
|---|---|
| | |



Filing # 153276262 E-Filed 07/13/2022 04:03:24 PM

02SPS1630
7-15-22
2:51 PM

IN THE CIRCUIT COURT OF THE 17TH
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

SUNWOOD, INC.,

        Plaintiff,

vs.

POMPANO SENIOR SQUADRON FLYING
CLUB, INC.,

        Defendant,

vs.

JPMORGAN CHASE BANK, N.A.,

        Garnishee.
_____/

CASE NO. 21-003202 CACE 12

## WRIT OF GARNISHMENT

THE STATE OF FLORIDA:

TO Each Sheriff of the State:

    YOU ARE COMMANDED to summon the Garnishee, JPMorgan Chase Bank, N.A., by serving its registered agent, CT Corporation System, 1200 S. Pine Island Road, Plantation, FL 33324, who is required to serve an answer to this writ on Dane T. Stanish, 3475 Sheridan Street, Suite 209, Hollywood, FL 33021, within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the Clerk of Court either before service on the attorney, or immediately thereafter. The answer shall state whether the garnishee is indebted to the Defendant, **Pompano Senior Squadron Flying Club, Inc. (possible account numbers 606606793 and 3828970161)** at

-1-

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 07/13/2022 04:03:22 PM.****

the time of the answer or was indebted at the time of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendant the garnishee is in possession or control of at the time of the answer or had at the time of the service of the writ, or at any time between such times, and whether the garnishee knows of any other person indebted to the Defendant or who may be in possession or control of any of the property of the Defendant. The amount set in Plaintiff's motion is $117,627.24.

DATED ON JUL 14 2022.

BRENDA FORMAN
Clerk of the Court

By:_____
As Deputy Clerk

BRENDA D. FORMAN

Requested by:

Dane T. Stanish, Esq.
3475 Sheridan Street, Suite 209
Hollywood, FL 33021
Tel. (954) 923-0524
stanishd@gmail.com

-2-