**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                          Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                          Chapter 11
FLYING CLUB, INC.,                                                              (Subchapter V)

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that true and correct copies of: (1) *Debtor's Emergency Motion for Turnover of Estate Funds* (ECF No. 3 and 14); (2) *Re-Notice of Hearing re Debtor's Emergency Motion for Turnover of Estate Funds* (ECF No. 7); (3) *Application For Interim And Final Order Authorizing The Employment And Retention Of Craig A. Pugatch, Esq. And Lorium Law As Counsel For The Debtor In Possession Effective As Of The Petition Date* (ECF No. 11); and, (4) *Chapter 11 Case Management Summary* (ECF No. 13) was served via U.S. Mail to all parties on the attached Mailing Matrix on this 27th day of July, 2022.

        **LORIUM LAW**
        *Attorneys for Debtor in Possession, Pompano Senior Squadron Flying Club, Inc.*
        101 NE Third Avenue, Suite 1800
        Fort Lauderdale, FL 33301
        Telephone: (954) 462-8000
        Facsimile: (954) 462-4300

        By: /s/ Craig A. Pugatch
            CRAIG A. PUGATCH
            Florida Bar No. 653381
            capugatch@loriumlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-15714-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Jul 27 14:26:48 EDT 2022 | Pompano Senior Squadron Flying Club, Inc.<br>1421 South Ocean Boulevard<br>Suite 102<br>Pompano Beach, FL 33062-7314 | Air Power, Inc.<br>4912 S. Collins Street<br>Arlington, TX 76018-1135 |
| Airworthy Services, LLC<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 | Arthur J. Gallagher Risk Management<br>Services, Inc.<br>2580 Foxfield Road<br>Suite 203<br>Saint Charles, IL 60174-1409 | Bruce Ayala<br>6835 NW 22nd Terrace<br>Fort Lauderdale, FL 33309-1426 |
| Carl L. J+Kennedy, II<br>2929 S. Ocean Boulevard<br>Suite 510<br>Boca Raton, FL 33432-8323 | Michael Borer<br>c/o Jeffrey B. Lampert, Esq.<br>The Barrister Building<br>1615 Forum Place, Suite 4-B<br>West Palm Beach, FL 33401-2317 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Paul K. Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 | Paul K. Sanchez<br>Boca Raton, FL 33428 | Paul K. Sanchez<br>c/o Robert J. Puzio, Esq.<br>The Litigation Defense Group, Inc.<br>1040 Bayview Drive, Suite 520<br>Fort Lauderdale, FL 33304-2506 |
| Sarasota Avionics & Maintenance<br>120 Airport Avenue West<br>Venice, FL 34285-3921 | Sunwood, Inc.<br>c/o Dana Stanish, Esq.<br>Law Offices of Dane Stanish, P.A.<br>3475 Sheridan Street, Suite 209<br>Hollywood, FL 33021-3659 | Carol Lynn Fox<br>200 East Broward Blvd Suite 1010<br>Ft Lauderdale, FL 33301-1943 |
| (p)RICE PUGATCH ROBINSON STORFER & COHEN  PLL<br>ATTN C/O CRAIG A PUGATCH ESQ<br>101 NE 3RD AVENUE<br>SUITE 1800<br>FORT LAUDERDALE FL 33301-1252 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Craig A. Pugatch Esq
101 NE 3 Ave #1800
Ft Lauderdale, FL 33301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Airworthy Services, LLC | (u)Paul K. Sanchez | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     2<br>Total                  17 |