UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                            CASE NO.: 22-15714-PDR

POMPANO SENIOR SQUADRON                                       In proceedings under Chapter 11
FLYING CLUB, INC.

Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, Susan D. Lasky, Esquire of SUSAN D. LASKY, PA and files this Notice of Appearance as counsel of record on behalf of Sunwood, Inc., CREDITOR, and request that copies of all pleadings be mailed or emailed to the name and address as set forth below.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served on the ECF list electronically on this 27th day of JULY, 2022 and I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

SUSAN D. LASKY PA
320 SE 18 Street
Ft Lauderdale, FL 33316
(954) 400-7474
Sue@SueLasky.com


BY: _s/Susan Lasky, Esq._____
        SUSAN D. LASKY, ESQ.
        Florida Bar No. 451096