UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No. 22-15714-PDR

**POMPANO SENIOR SQUADRON**                   Chapter 11
**FLYING CLUB, INC.**,                        (Subchapter V)

    Debtor.
_____/

# NOTICE OF APPEARANCE AND
# REQUEST FOR NOTICE AND DOCUMENTS

PLEASE TAKE NOTICE that Jason E. Slatkin, of Lorium Law, on behalf of the debtor in possession, Pompano Senior Squadron Flying Club, Inc., pursuant to Bankruptcy Rule 9010, files his appearance in the above-captioned case and requests that notice of all matters herein be duly served on him at the address set forth below.

Request is hereby also made for timely service of copies of all papers, including, but not limited to, reports, pleadings, motions, answering or reply papers, applications or petitions, disclosure statements, plan, schedules and any other documents filed in the above-captioned case

        **LORIUM LAW**
        *Attorneys for Debtor in Possession, Pompano Senior Squadron Flying Club, Inc.*
        101 NE Third Avenue, Suite 1800
        Fort Lauderdale, FL 33301
        Telephone: (954) 462-8000
        Facsimile: (954) 462-4300

        By: /s/ Jason E. Slatkin
            Jason E. Slatkin
            Florida Bar No. 653381
            jslatkin@loriumlaw.com

**Certificate of Service**

I CERTIFY that a true copy of the foregoing has been served on this 28th day of July, 2022, via email through the Court's CM/ECF system on Craig A. Pugatch, Esq., capugatch@loriumlaw.com and capugatch.ecf@rprslaw.com; Adisley M. Cortez Rodriguez, Esq., Adisley.M.Cortez-Rodriguez@usdoj.gov; and Susan D. Lasky, Esq., ECF@suelasky.com; and to those others entitled to service hereof via CM/ECF.

/s/ Jason E. Slatkin
Jason E. Slatkin
