**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:   Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON   Chapter 11
FLYING CLUB, INC.,   (Subchapter V)

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Order Setting Subchapter V Status Conference, Claims Bar Date and Deadline for Elections Under 11 U.S.C. Section 1111(b)* (ECF No. 15) was served to all parties listed on the attached Service List on this 28th day of July, 2022.

    **LORIUM LAW**
    *Attorneys for Debtor in Possession, Pompano Senior Squadron Flying Club, Inc.*
    101 NE Third Avenue, Suite 1800
    Fort Lauderdale, FL 33301
    Telephone: (954) 462-8000
    Facsimile: (954) 462-4300

    By: /s/ Craig A. Pugatch
        CRAIG A. PUGATCH
        Florida Bar No. 653381
        capugatch@loriumlaw.com

## SERVICE LIST

### VIA CM/ECF

Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the US Trustee
Adisley.M.Cortez-Rodriguez@usdoj.gov

Carol Lynn Fox
cfox@brileyfin.com, cclf11@trustesolutions.net

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

### VIA EMAIL

Susan D. Lasky, Esq on behalf of Creditor Sunwood, Inc.
Sue@SueLasky.com; ECF@suelasky.com; ecfsuelasky@gmail.com; r48532@notify.bestcase.com

### VIA U.S. Mail

See attached Mailing Matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-15714-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Jul 27 14:26:48 EDT 2022 | Pompano Senior Squadron Flying Club, Inc.<br>1421 South Ocean Boulevard<br>Suite 102<br>Pompano Beach, FL 33062-7314 | Air Power, Inc.<br>4912 S. Collins Street<br>Arlington, TX 76018-1135 |
| Airworthy Services, LLC<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 | Arthur J. Gallagher Risk Management<br>Services, Inc.<br>2580 Foxfield Road<br>Suite 203<br>Saint Charles, IL 60174-1409 | Bruce Ayala<br>6835 NW 22nd Terrace<br>Fort Lauderdale, FL 33309-1426 |
| Carl L. J+Kennedy, II<br>2929 S. Ocean Boulevard<br>Suite 510<br>Boca Raton, FL 33432-8323 | Michael Borer<br>c/o Jeffrey B. Lampert, Esq.<br>The Barrister Building<br>1615 Forum Place, Suite 4-B<br>West Palm Beach, FL 33401-2317 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Paul K. Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 | Paul K. Sanchez<br>Boca Raton, FL 33428 | Paul K. Sanchez<br>c/o Robert J. Puzio, Esq.<br>The Litigation Defense Group, Inc.<br>1040 Bayview Drive, Suite 520<br>Fort Lauderdale, FL 33304-2506 |
| Sarasota Avionics & Maintenance<br>120 Airport Avenue West<br>Venice, FL 34285-3921 | Sunwood, Inc.<br>c/o Dana Stanish, Esq.<br>Law Offices of Dane Stanish, P.A.<br>3475 Sheridan Street, Suite 209<br>Hollywood, FL 33021-3659 | Carol Lynn Fox<br>200 East Broward Blvd Suite 1010<br>Ft Lauderdale, FL 33301-1943 |
| (p)RICE PUGATCH ROBINSON STORFER & COHEN PLL<br>ATTN C/O CRAIG A PUGATCH ESQ<br>101 NE 3RD AVENUE<br>SUITE 1800<br>FORT LAUDERDALE FL 33301-1252 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Craig A. Pugatch Esq
101 NE 3 Ave #1800
Ft Lauderdale, FL 33301

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Airworthy Services, LLC | (u)Paul K. Sanchez | End of Label Matrix<br>Mailable recipients    15<br>Bypassed recipients     2<br>Total                  17 |