

ORDERED in the Southern District of Florida on July 29, 2022.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                        Chapter 11
FLYING CLUB, INC.,                                       (Subchapter V)

       Debtor.
_____/

## AGREED ORDER GRANTING DEBTOR'S EMERGENCY MOTION FOR TURNOVER OF ESTATE FUNDS

This matter came before the Court on July 28, 2022 at 2:00 p.m. upon the *Debtor's Emergency Motion for Turnover of Estate Funds* (ECF No. 14). Having reviewed the motion and relief requested and being advised of the agreement of the parties, the Court,

ORDERS,

1. The funds held subject to a writ of garnishment by Sunwood, Inc., including the writ served upon Chase Bank, on July 15, 2022, shall be released and turned over to the Debtor in Possession, subject to the restrictions of this order, and upon opening the required Debtor in Possession shall be transferred to such account held by the estate.

2. Chase Bank shall release a hold on any account or funds of the Debtor as a result of the writ of garnishment.

3. Any further funds held subject to a writ of garnishment by Sunwood, Inc., including but not limited to funds at Bank of America, shall be released and turned over to the Debtor in Possession to be placed into a Debtor in Possession account held by the estate, subject to the terms of this order.

4. Sunwood, Inc. shall take such reasonable action to comply with the turnover and release of the hold on property of the estate and take such reasonable actions necessary to turn over the funds to the estate.

5. The Debtor may immediately use the funds for payment of its hanger rent and insurance premiums.

6. The Debtor shall not further dispose of any of the funds subject to the writ of garnishment by Sunwood, Inc. without agreement of Sunwood, Inc. and the debtor, court order, or until the earlier of such time as this order is final and non-appealable or the debtor has filed its schedules and cured the filing deficiencies identified by the clerk associated with the filing of the petition.

7. Funds which were deposited after service of the writ of garnishment on July 15, 2022 shall not be subject to the restrictions of this order.

8. The entry of this order and the turnover of possession of funds required by this order is without prejudice or adjudication of the claims of any party or creditor, including Sunwood, Inc., including the validity priority or extent of any proof of claim which may be filed by a creditor.

###

Copies furnished to:

Craig A. Pugatch, Esq.
LORIUM LAW
Attorneys for Debtor in Possession,
Pompano Senior Squadron Flying Club, Inc.
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.462.8000
capugatch@loriumlaw.com

Craig A. Pugatch, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service.