United States Bankruptcy Court

Southern District of Florida

In re:                                                                                                                          Case No. 22-15714-PDR

Pompano Senior Squadron Flying Club, Inc                                                              Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-0 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jul 27, 2022 | Form ID: CGFD10 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pompano Senior Squadron Flying Club, Inc., 1421 South Ocean Boulevard, Suite 102, Pompano Beach, FL 33062-7314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 29, 2022                                            Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adisley M Cortez Rodriguez | on behalf of U.S. Trustee Office of the US Trustee Adisley.M.Cortez-Rodriguez@usdoj.gov |
| Carol Lynn Fox | cfox@brileyfin.com cclf11@trustesolutions.net |
| Craig A. Pugatch, Esq | on behalf of Debtor Pompano Senior Squadron Flying Club  Inc. capugatch.ecf@rprslaw.com, jheredia@rprslaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 4

CGFD10 (7/8/21)



**ORDERED in the Southern District of Florida on July 27, 2022**



**Peter D. Russin**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22−15714−PDR

Chapter: 11

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Pompano Senior Squadron Flying Club, Inc.
dba Pompano Beach Flying Club

1421 South Ocean Boulevard
Suite 102
Pompano Beach, FL 33062

EIN: 59−1416663

### ORDER SETTING SUBCHAPTER V STATUS CONFERENCE, CLAIMS BAR DATE, AND DEADLINE FOR ELECTIONS UNDER 11 U.S.C. §1111(b)

The above−referenced debtor has elected to proceed with this case under Subchapter V of Chapter 11 of Title 11 of the United States Code. To further the expeditious and economical resolution of this case, it is

**ORDERED:**

1. **Status Conference.** The Honorable Peter D. Russin will hold the status conference required by 11 U.S.C. §1188 on **August 25, 2022**, at **01:30 PM** through **Video Conference by Zoom for Government**. DO NOT GO TO THE COURTHOUSE. Attorneys must advise their clients not to appear at the courthouse. Although conducted by video conference, the hearing is a court proceeding. The formalities of the courtroom must be observed. All participants must dress appropriately, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. To participate in the hearing, you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser:

   https://www.zoomgov.com/meeting/register/vJItcOqurD4qHUbwAimENeAkZ7QUKGhcZ7k

   The Debtor, counsel for the Debtor, and the Subchapter V Trustee must appear at the status conference.

2. **Section 1188(c) Report.** At least 14 days before the date of the status conference, the Debtor must file the report required by 11 U.S.C. §1188(c), and serve that report on the Subchapter V Trustee, the United States Trustee, and all creditors and other parties in interest.

3. **Claims bar date.** The deadline for entities other than governmental units to file proofs of claim or interest is **October 4, 2022**.

4. **Plan Deadline.** The deadline to file a plan is **October 24, 2022** unless the Court extends the deadline for reasons that are attributable to circumstances for which the Debtor should not justly be held accountable.

5. **Deadline for 1111(b) election.** Any secured creditor that wishes to make an election under 11 U.S.C. §1111(b) must do so no later than **14 days** after the Debtor files a plan.

6. **Service.** The Debtor is directed to serve a copy of this Order on the Subchapter V Trustee, the United States Trustee, all creditors, and all other parties in interest, and to file a certificate of service as required by Local Rule 2002–1(F).

### # # #