UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-15714-PRD

IN RE:

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

    Debtor.

_____/

**<u>CREDITOR'S NOTICE OF APPEARANCE</u>**

Sunwood, Inc., through its undersigned counsel, hereby gives notice of its appearance in this

matter.

Dated: August 1, 2022                                    Respectfully submitted,
       Hollywood, Florida

                                         __/s/ Dane T. Stanish_____
                                         DANE T. STANISH
                                         E-mail: stanishd@gmail.com
                                         Fla. Bar ID No. 931993
                                         Law Offices of Dane Stanish, P.A.
                                         3475 Sheridan Street, Suite 209
                                         Hollywood, FL 33021
                                         Telephone (954) 923-0524
                                         Facsimile (954) 212-0770
                                         Co-Counsel for Sunwood, Inc.

I hereby certify that on August 1,  2022, the foregoing document is being filed via the
CM/ECF electronic filing system.

                         By:      __/s/ Dane T. Stanish_____
                                  Dane T. Stanish