UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                   Chapter 11
FLYING CLUB, INC.,                                                         (Subchapter V)

      Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing re Application to Employ Craig A. Pugatch as Counsel for Debtor in Possession* (ECF No. 29) was served to all parties listed on the attached Service List on this 4th day of August, 2022.

**LORIUM LAW**
*Attorneys for Debtor in Possession, Pompano Senior Squadron Flying Club, Inc.*
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/ Craig A. Pugatch
     CRAIG A. PUGATCH
     Florida Bar No. 653381
     capugatch@loriumlaw.com

## SERVICE LIST

**VIA CM/ECF**

Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the US Trustee
Adisley.M.Cortez-Rodriguez@usdoj.gov

Carol Lynn Fox
cfox@brileyfin.com, cclf11@trustesolutions.net

Susan D. Lasky, Esq on behalf of Creditor Sunwood, Inc.
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dane T. Stanish, Esq. on behalf of Creditor Sunwood, Inc.
stanishd@gmail.com

**VIA U.S. Mail**

See attached Mailing Matrix

```
Label Matrix for local noticing          Pompano Senior Squadron Flying Club, Inc.   Air Power, Inc.
113C-0                                   1421 South Ocean Boulevard                  4912 S. Collins Street
Case 22-15714-PDR                        Suite 102                                   Arlington, TX 76018-1135
Southern District of Florida             Pompano Beach, FL 33062-7314
Fort Lauderdale
Thu Aug  4 10:44:13 EDT 2022

Airworthy Services, LLC                  Arthur J. Gallagher Risk Management         Bruce Ayala
969 SE 6th Terrace                       Services, Inc.                              6835 NW 22nd Terrace
Pompano Beach, FL 33060-9401             2580 Foxfield Road                          Fort Lauderdale, FL 33309-1426
                                         Suite 203
                                         Saint Charles, IL 60174-1409

Carl L. J+Kennedy, II                    Michael Borer                               Office of the US Trustee
2929 S. Ocean Boulevard                  c/o Jeffrey B. Lampert, Esq.                51 S.W. 1st Ave.
Suite 510                                The Barrister Building                      Suite 1204
Boca Raton, FL 33432-8323                1615 Forum Place, Suite 4-B                 Miami, FL 33130-1614
                                         West Palm Beach, FL 33401-2317

Paul K. Sanchez                          Paul K. Sanchez                             Paul K. Sanchez
10643 Shore Drive                        Boca Raton, FL 33428                        c/o Robert J. Puzio, Esq.
Boca Raton, FL 33428-5645                                                            The Litigation Defense Group, Inc.
                                                                                     1040 Bayview Drive, Suite 520
                                                                                     Fort Lauderdale, FL 33304-2506

Sarasota Avionics & Maintenance          Sunwood, Inc.                               Carol Lynn Fox
120 Airport Avenue West                  c/o Dana Stanish, Esq.                      200 East Broward Blvd Suite 1010
Venice, FL 34285-3921                    Law Offices of Dane Stanish, P.A.           Ft Lauderdale, FL 33301-1943
                                         3475 Sheridan Street, Suite 209
                                         Hollywood, FL 33021-3659

(p)RICE PUGATCH ROBINSON STORFER & COHEN  PLL   Jason Slatkin Esq.
ATTN C/O CRAIG A PUGATCH ESQ             Lorium Law
101 NE 3RD AVENUE                        101 NE 3rd Avenue Suite 1800
SUITE 1800                               Fort Lauderdale, FL 33301-1252
FORT LAUDERDALE FL 33301-1252
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Craig A. Pugatch Esq
101 NE 3 Ave #1800
Ft Lauderdale, FL 33301
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Sunwood, Inc.                         (u)Airworthy Services, LLC                  (u)Paul K. Sanchez
```

```
End of Label Matrix
Mailable recipients    16
Bypassed recipients     3
Total                  19
```