UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                              CASE NO.: 22-15714-PDR

POMPANO SENIOR SQUADRON                          In proceedings under Chapter 11
FLYING CLUB, INC.


Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

      COMES NOW, Erica K. Ramos, Esquire of Aviation Legal Counsel, and files this Notice of Appearance as counsel of record on behalf of Bruce Ayala, CREDITOR, and request that copies of all pleadings be mailed or emailed to the name and address as set forth below.

      I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served on the ECF list electronically on this 4th day of August, 2022 and I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

      Aviation Legal Counsel
110 SE 6th Street., 17th Floor
Ft. Lauderdale, FL 33301
(888) 635-9529
Fax Number: 888-635-9529

By: /s/ *Erica K. Ramos, Esq.*
Florida State Bar No. 1018403
erica@aviationlegalcounsel.com
Lisa@aviationlegalcounsel.com
Forrest@aviationlegalcounsel.com