UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                          Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                              Chapter 11
FLYING CLUB, INC.,                                                  (Subchapter V)

        Debtor.
_____/

## DEBTOR'S STATUS CONFERENCE REPORT PURSUANT TO 11 U.S.C. § 1188(C)

Pursuant to 11 U.S.C. § 1188(c), Debtor, Pompano Senior Squadron Flying Club, Inc. ("PSSFC" or "Debtor"), by and through undersigned counsel, files this report in connection with the status conference scheduled for August 25, 2022 at 1:30 p.m. and reports as follows:

Since the filing of the petition on July 26, 2022, Debtor, through the offices of the undersigned, has communicated with the Office of the United States Trustee, the Subchapter V Trustee, and has previewed with the Court, that Debtor intends on filing a plan of reorganization that pays all secured claims in full, as provided for by 11 U.S.C. § 1190(3). In addition, Debtor's plan intends to provide a payment to unsecured creditors that is not less than the projected disposable income of the Debtor to be received during the 5-year period beginning on the date that the first payment is due under the plan, as required by 11 U.S.C. § 1129(a)(15), and funded primarily by monthly membership payments.

The debtor intends to object to disputed claims, including improper lien claims, and presently intends to remove pending litigation with its former treasurer (and claimed lien holder) to this District. The Debtor's projected ordinary income will provide sufficient and meaningful payment to valid creditors. The liquidation of valid claims is the Debtor's primary next steps in this case.

1
LORIUM LAW
FT. LAUDERDALE   BOCA RATON   CHICAGO

Dated this 11th day of August, 2022.

> **LORIUM LAW**
> *Counsel for the Debtor-in-Possession*
> 101 NE Third Avenue, Suite 1800
> Fort Lauderdale, FL 33301
> Telephone: (954) 462-8000
> Facsimile: (954) 462-4300
>
> By: /s/ Craig A. Pugatch
>     CRAIG A. PUGATCH
>     Florida Bar No.: 653381
>     capugatch@rprslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system and via U.S. Mail to all parties on the attached service list dated this 11th day of August, 2022.

> By: /s/ Craig A. Pugatch
>     Craig A. Pugatch

## SERVICE LIST

**VIA CM/ECF**
Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the US Trustee
Adisley.M.Cortez-Rodriguez@usdoj.gov

Carol Lynn Fox
cfox@brileyfin.com, cclf11@trustesolutions.net

Susan D. Lasky, Esq on behalf of Creditor Sunwood, Inc.
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dane T. Stanish, Esq. on behalf of Creditor Sunwood, Inc.
stanishd@gmail.com

**VIA U.S. Mail**
See attached Mailing Matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-15714-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Aug 10 10:22:42 EDT 2022 | Pompano Senior Squadron Flying Club, Inc.<br>1421 South Ocean Boulevard<br>Suite 102<br>Pompano Beach, FL 33062-7314 | Aaron Gillespie<br>819 NE 14th Ct<br>Ft lauderdale, FL 33304-1215 |
| Air Power, Inc.<br>4912 S. Collins Street<br>Arlington, TX 76018-1135 | Airworthy Services, LLC<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 | Airworthy Services, LLC<br>c/o Ronald Ziller, President<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 |
| Alessandro Potenti<br>1410 Middle River Drive<br>Fort Lauderdale, Florida 33304-1526 | Allan Sefranek<br>336 N. Birch Road<br>8E<br>Ft Lauderdale, FL 33304-4202 | Alon Rosenberg<br>1375 SW 14th Avenue<br>Boca Raton, FL 33486-5326 |
| Andrew Bilukha<br>12629 NW 13th Court<br>Sunrise, FL 33323-3155 | Andrew Cohen<br>1314 E Los Olas Boulevard, Suite 9<br>Ft Lauderdale, FL 33301-2334 | Anthony Ard<br>240 SE 28th Way<br>Pompano Beach, FL 33062-5437 |
| Anthony Astray-Caneda<br>20976 Up Town Avenue<br>Apartment 410<br>Boca Raton, FL 33428-6576 | Anthony Tranchida<br>4974 NW 48th Avenue<br>Coconut Creek, FL 33073-4937 | Ara Yanikian<br>4144 NW 83rd Lane<br>Coral Springs, FL 33065-1316 |
| Arthur J. Gallagher Risk Management<br>Services, Inc.<br>2580 Foxfield Road<br>Suite 203<br>Saint Charles, IL 60174-1409 | Arthur J. Gallagher Risk Management<br>Services, Inc.<br>c/o Gallagher Aviation<br>2580 Foxfield Road, Suite 203<br>Saint Charles, IL 60174-1409 | Bernardo Picca<br>168 Orange Drive<br>Boynton Beach, FL 33436-1844 |
| Brain Butzer<br>19721 118th Trail South<br>Boca Raton, FL 33498-6506 | Bruce Ayala<br>6835 NW 22nd Terrace<br>Fort Lauderdale, FL 33309-1426 | Bruce Knecht<br>2130 NE 30th Street<br>Lighthouse Point, FL 33064-7631 |
| Carl L. J+Kennedy, II<br>2929 S. Ocean Boulevard<br>Suite 510<br>Boca Raton, FL 33432-8323 | Carl L. Kennedy, II<br>2929 S. Ocean Boulevard<br>Suite 510<br>Boca Raton, FL 33432-8323 | Carson Reddick<br>100 N. Federal Highway<br>Ft Lauderdale, FL 33301-1129 |
| Casey Ahlbum<br>10375 NW 39th Manor<br>Coral Springs, FL 33065-1523 | Cesar Hernandez<br>16711 Sapphire Isle<br>Weston, FL 33331-3168 | Christopher Troesch<br>2500 N. Ocean Boulevard<br>Pompano beach, Fl 33062-2942 |
| Corey Pechonis<br>770 SE 2nd Avenue<br>Apartment F-206<br>Deerfield Beach, FL 33441-5421 | Darren Ayoub<br>205 Woodland Road<br>Palm Springs, FL 33461-1068 | Dave Davison<br>205 SW 28th Street<br>Fort Lauderdale, FL 33315-3131 |

| | | |
|---|---|---|
| David Watkins<br>1012 Kanasgowa Drive<br>Brevard, NC 28712-9094 | Donald Cannarozzi<br>204 SE 9th Street<br>Dania Beach, FL 33004-4439 | Donald McNiel<br>2720 NE 6th Street<br>Pompano Beach, FL 33062-4929 |
| Edwin Thompson Orcino<br>4960 Windward Way<br>Ft Lauderdale, FL 33312-5221 | Evan Munro<br>353 W 47th Street<br>Apartment 4H<br>Miami Beach, Florida 33140-3106 | Gamma Dean<br>1708 Las Olas Boulevard<br>Ft lauderdale, FL 33312-7517 |
| Gene Vertkin<br>1039 Hillsboro Mile #2<br>Hillsboro Beach, FL 33062-2104 | Gerard Williams<br>5800 SW 130th Avenue<br>Southwest Ranches, FL 33330-3108 | Giancarlo Daneri<br>1201 River Reach Drive<br>Apartment 404<br>Ft Lauderdale, FL 33315-1180 |
| Gideon Brent<br>140 SW 7th Court<br>Pompano Beach, FL 33060-8398 | Gregory Galyo<br>4496 SW 37th Avenue<br>Fort Lauderdale, FL 33312-5402 | Gregory Gilhooly<br>5773 NW 119th Terrace<br>Coral Springs, Florida 33076-4031 |
| Gregory Madonna<br>411 N New River Drive East<br>Apartment 2006<br>Ft Lauderdale, FL 33301-3181 | Harry Pollack<br>2810 NE 20th Avenue<br>Lighthouse Point, Fl 33064-7606 | Henryk Dabrowski<br>3004 Oakbrook Drive<br>Weston, FL 33332-3418 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jameson Clifford<br>2740 NE 9th Court<br>Pompano Beach, FL 33062-4209 |
| Jason Costello<br>301 SW 1St Ave<br>Ft Lauderdale, FL 33301-4342 | Jason Sager<br>5301 Magellan Circle<br>Aventura, FL 33180 | Jay Heppner<br>3212 NE 40th Street<br>Ft Lauderdale, FL 33308-6410 |
| Jean-Claude Conte<br>3507 Oaks Way<br>Apartment 101<br>Pompano Beach, FL 33069-5339 | (c)JEFFREY BLAKE<br>1961 WATERS EDGE<br>POMPANO BEACH FL   33062-7691 | Jeffrey Ronner<br>6512 Burning Wood Drive<br>Apartment 210<br>Boca Raton, FL 33433-5134 |
| Jorge Salinger<br>2701 N. Ocean Boulevard<br>E605<br>Boca Raton, FL 33431-7045 | Jose Hernandez<br>4442 E Aqua Bella Lane<br>Fort Lauderdale, FL 33312-5651 | Juan Ramirez<br>2211 NE 15th Court<br>Ft Lauderdale, FL 33304-1417 |
| Julian Hernandez<br>321 NW 17th Avenue<br>Pompano Beach, FL 33069-2867 | Justin Armstrong<br>3391 Liberty Street<br>Hollywood, FL 33021-4334 | Kevin MacLean<br>209 River Terrace Drive<br>Jupiter, FL 33469-2945 |

| | | |
|---|---|---|
| Kevin Prior<br>53 Castlerock Lane<br>Bolton, CT 06043-7856 | Kevin Tracey<br>1044 SW 42nd Avenue<br>Dearfield Beach, FL 33442-8254 | Killian O'Connor<br>200 S Birch Road<br>Apartment 810<br>Ft lauderdale, FL 33316-1536 |
| Law Office of Dane Stanish, P.A.<br>c/o Dane T. Stanish, Esq.<br>3475 Sheridan Street, Suite 209<br>Fort Lauderdale, FL 33301 | Law Offices of Edward F. Holodak, PA<br>c/o Edward F. Holodak, Esq.<br>3326 NE 33rd Street<br>Fort Lauderdale, FL 33308-7110 | Logan Anderson<br>2625 NE 17th Street<br>Pompano Beach, FL 33062-3212 |
| Luca Pastore<br>2615 NE 21st Terrace<br>Lighthouse Point, FL 33064-7740 | Marissa Stutes<br>4315 Sarver Drive<br>lake Charles, LA 70605-4421 | Mark Jarvis<br>140 SE 9th Street<br>Pompano Beach, FL 33060-8849 |
| Michael Borer<br>c/o Jeffrey B. Lampert, Esq.<br>The Barrister Building<br>1615 Forum Place, Suite 4-B<br>West Palm Beach, FL 33401-2317 | Michael Dubin<br>6171 Floral Lakes Drive<br>Delray Beach, FL 33484-4606 | Michael Scheeringa<br>517 SE 25th Avenue<br>Ft Lauderdale, FL 33301-2615 |
| Michael Strongin<br>9559 Collins Avenue<br>Apartment 409<br>Surfside, FL 33154-2657 | Michael Taggart<br>2801 Florida Avenue<br>Apartment 215<br>Miami, FL 33133-1908 | Mosart Sebben<br>7676 NW 60th Lane<br>Parkland, FL 33067-3321 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ori Adivi<br>3218 NE 211 Terrace<br>Aventura, FL 33180-3688 | Paul K. Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 |
| Paul K. Sanchez<br>Boca Raton, FL 33428 | Paul K. Sanchez<br>c/o Robert J. Puzio, Esq.<br>The Litigation Defense Group, Inc.<br>1040 Bayview Drive, Suite 520<br>Fort Lauderdale, FL 33304-2506 | Paul Nudelman<br>2301 Collins Avenue<br>Penthouse 1<br>Miami Beach, FL 33139-1603 |
| Paul Palmeri<br>1475 SE 15th Street<br>Apartment 301<br>Fort Lauderdale, FL 33316-4706 | Paul Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 | Paulo De lima Yoshida<br>1160 N. Federal Highway<br>Apartment 1016<br>Ft Lauderdale, FL 33304-1436 |
| Raja Malek<br>714 Heron Drive<br>Delray Beach, FL 33444-1924 | Randy Greenfield<br>3305 NE 39th Street<br>Fort Lauderdale, FL 33308-6440 | Rick McQuaide<br>1518 SE 12th Court<br>Dearfield Beach, FL 33441-7110 |
| Robert Brauser<br>90 Compass Lane<br>Ft Lauderdale, FL 33308-2010 | Robert Nast<br>3165 NE 48th Court<br>Lighthouse Point, FL 33064-7975 | Robert Rutten<br>101 Briny Avenue<br>Apartment 1002<br>Pompano Beach, FL 33062-5615 |

| | | |
|---|---|---|
| Robert Schneider<br>9838 Savona Winds Drive<br>Delray, FL 33446-9765 | Ronald Ziller<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 | SEC Commision<br>Office of Reorganization<br>950 E. Paces Ferry Road NE<br>Suite 900<br>Atlanta, GA 30326-1382 |
| Sarasota Avionics & Maintenance<br>120 Airport Avenue West<br>Venice, FL 34285-3921 | Sheltair Pompano Beach, LLC<br>4860 NE 12th Avenue<br>Fort Lauderdale, FL 33334-4804 | Stephen Horniacek<br>1790 SE 4th Street<br>Pompano Beach, FL 33060-7602 |
| Stephen Taylor<br>1334 N 30th Road<br>Hollywood 33021-5004 | Sunwood, Inc.<br>Susan D. Lasky, PA<br>c/o Susan D. Lasky, Esq.<br>320 SE 18th Street<br>Fort Lauderdale, FL 33316-2818 | Sunwood, Inc.<br>c/o Dana Stanish, Esq.<br>Law Offices of Dane Stanish, P.A.<br>3475 Sheridan Street, Suite 209<br>Hollywood, FL 33021-3659 |
| The Law Office of Stephen Barker<br>901 A Clint Moore Road<br>Boca Raton, FL 33487-2876 | The Law Offices of Scott J. Kalish, PLLC<br>c/o Scott J. Kalish, Esq.<br>2161 Palm Beach Lakes Boulevard<br>West Palm Beach, FL 33409-6612 | Timothy Rosman<br>1548 NE 37th Street<br>Oakland Park, FL 33334-4623 |
| Toby Rothe<br>1401 S Ocean Boulevard<br>Apartment 504<br>Pompano Beach, FL 33062-7386 | Tom Warfield<br>4900 N. Ocean Boulevard<br>Unit 403<br>Ft. Lauderdale, FL 33308-2931 | Tor Holm<br>2351 SW 26th Avenue<br>Fort Lauderdale, FL 33312-4536 |
| Travis McQuade<br>14861 Enclave Preserve Circle<br>#T4<br>Delray Beach, FL 33484-8827 | Yonathan Yehezkel<br>54 NE 95th Street<br>Miami Shores, FL 33138-2707 | Carol Lynn Fox<br>200 East Broward Blvd Suite 1010<br>Ft Lauderdale, FL 33301-1943 |
| (p)RICE PUGATCH ROBINSON STORFER & COHEN  PLL<br>ATTN C/O CRAIG A PUGATCH ESQ<br>101 NE 3RD AVENUE<br>SUITE 1800<br>FORT LAUDERDALE FL 33301-1252 | Jason Slatkin Esq.<br>Lorium Law<br>101 NE 3rd Avenue Suite 1800<br>Fort Lauderdale, FL 33301-1252 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Compliance Services Insolvency<br>STOP 5730<br>7850 Southwest 6th Court<br>Plantation, FL 33324 | Craig A. Pugatch Esq<br>101 NE 3 Ave #1800<br>Ft Lauderdale, FL 33301 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Jeffrey Blake
1961 SE 18th Street
Lauderdale By The Sea, FL 33062

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sunwood, Inc.                    (u)Airworthy Services, LLC                    (u)Paul K. Sanchez

(u)Bruce Ayala                      End of Label Matrix
Aviation Legal Counsel              Mailable recipients    109
110 SE 6th Street, 17th Floor       Bypassed recipients      4
Fort Lauderdale                     Total                  113