UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                              Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                              Chapter 11
FLYING CLUB, INC.,                                              (Subchapter V)

        Debtor.
_____/

## NOTICE OF WITHDRAWAL OF DEBTOR'S STATUS CONFERENCE REPORT PURSUANT TO 11 U.S.C. § 1188(C) [ECF NO. 37]

Debtor, Pompano Senior Squadron Flying Club, Inc. ("PSSFC" or "Debtor"), by and through undersigned counsel files this Notice of Withdrawal of Debtor's Status Conference Report Pursuant to 11 U.S.C. § 1188(C) [ECF No. 37], filed on August 16, 2022.

Dated this 16th day of August, 2022.

    **LORIUM LAW**
    *Counsel for the Debtor-in-Possession*
    101 NE Third Avenue, Suite 1800
    Fort Lauderdale, FL 33301
    Telephone: (954) 462-8000
    Facsimile: (954) 462-4300

    By: /s/ Craig A. Pugatch
        CRAIG A. PUGATCH
        Florida Bar No.: 653381
        capugatch@rprslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's NextGen CM/ECF system dated this 16th day of August, 2022.

By: /s/ Craig A. Pugatch
Craig A. Pugatch

## SERVICE LIST

**VIA CM/ECF**

Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the US Trustee
Adisley.M.Cortez-Rodriguez@usdoj.gov

Carol Lynn Fox
cfox@brileyfin.com, cclf11@trustesolutions.net

Susan D. Lasky, Esq on behalf of Creditor Sunwood, Inc.
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dane T. Stanish, Esq. on behalf of Creditor Sunwood, Inc.
stanishd@gmail.com