UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                   Chapter 11
FLYING CLUB, INC.,                                        (Subchapter V)

        Debtor.
_____/

## DEBTOR'S NOTICE OF FILING PURSUANT TO 11 U.S.C. § 1116

       Pursuant to 11 U.S.C. § 1116, Debtor, Pompano Senior Squadron Flying Club, Inc., by and

through undersigned counsel, files the following:

1. Balance Sheet as of July 31, 2022,
2. Profit and Loss Statement from July 1, 2022 through July 31, 2022, and
3. Form 990 Federal Income Tax Return of Organization Exempt from Income Tax for the year 2020.

Dated this 16th day of August, 2022.

**LORIUM LAW**
*Counsel for the Debtor-in-Possession*
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/ Craig A. Pugatch
    CRAIG A. PUGATCH
    Florida Bar No.: 653381
    capugatch@rprslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system and via U.S. Mail to all parties on the attached service list dated this 16th day of August, 2022.

By: /s/  Craig A. Pugatch
Craig A. Pugatch

## SERVICE LIST

**VIA CM/ECF**

Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the US Trustee
Adisley.M.Cortez-Rodriguez@usdoj.gov

Carol Lynn Fox
cfox@brileyfin.com, cclf11@trustesolutions.net

Susan D. Lasky, Esq on behalf of Creditor Sunwood, Inc.
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dane T. Stanish, Esq. on behalf of Creditor Sunwood, Inc.
stanishd@gmail.com

**VIA U.S. Mail**
See attached Mailing Matrix

Label Matrix for local noticing
113C-0
Case 22-15714-PDR
Southern District of Florida
Fort Lauderdale
Tue Aug 16 13:54:30 EDT 2022

Pompano Senior Squadron Flying Club, Inc.
1421 South Ocean Boulevard
Suite 102
Pompano Beach, FL 33062-7314

Aaron Gillespie
819 NE 14th Ct
Ft lauderdale, FL 33304-1215

Air Power, Inc.
4912 S. Collins Street
Arlington, TX 76018-1135

Airworthy Services, LLC
969 SE 6th Terrace
Pompano Beach, FL 33060-9401

Airworthy Services, LLC
c/o Ronald Ziller, President
969 SE 6th Terrace
Pompano Beach, FL 33060-9401

Alessandro Potenti
1410 Middle River Drive
Fort Lauderdale, Florida 33304-1526

Allan Sefranek
336 N. Birch Road
8E
Ft Lauderdale, FL 33304-4202

Alon Rosenberg
1375 SW 14th Avenue
Boca Raton, FL 33486-5326

Andrew Bilukha
12629 NW 13th Court
Sunrise, FL 33323-3155

Andrew Cohen
1314 E Los Olas Boulevard, Suite 9
Ft Lauderdale, FL 33301-2334

Anthony Ard
240 SE 28th Way
Pompano Beach, FL 33062-5437

Anthony Astray-Caneda
20976 Up Town Avenue
Apartment 410
Boca Raton, FL 33428-6576

Anthony Tranchida
4974 NW 48th Avenue
Coconut Creek, FL 33073-4937

Ara Yanikian
4144 NW 83rd Lane
Coral Springs, FL 33065-1316

Arthur J. Gallagher Risk Management
Services, Inc.
2580 Foxfield Road
Suite 203
Saint Charles, IL 60174-1409

Arthur J. Gallagher Risk Management
Services, Inc.
c/o Gallagher Aviation
2580 Foxfield Road, Suite 203
Saint Charles, IL 60174-1409

Bernardo Picca
168 Orange Drive
Boynton Beach, FL 33436-1844

Brain Butzer
19721 118th Trail South
Boca Raton, FL 33498-6506

Bruce Ayala
6835 NW 22nd Terrace
Fort Lauderdale, FL 33309-1426

Bruce Knecht
2130 NE 30th Street
Lighthouse Point, FL 33064-7631

Carl L. J+Kennedy, II
2929 S. Ocean Boulevard
Suite 510
Boca Raton, FL 33432-8323

Carl L. Kennedy, II
2929 S. Ocean Boulevard
Suite 510
Boca Raton, FL 33432-8323

Carson Reddick
100 N. Federal Highway
Ft Lauderdale, FL 33301-1129

Casey Ahlbum
10375 NW 39th Manor
Coral Springs, FL 33065-1523

Cesar Hernandez
16711 Sapphire Isle
Weston, FL 33331-3168

Christopher Troesch
2500 N. Ocean Boulevard
Pompano beach, Fl 33062-2942

Corey Pechonis
770 SE 2nd Avenue
Apartment F-206
Deerfield Beach, FL 33441-5421

Darren Ayoub
205 Woodland Road
Palm Springs, FL 33461-1068

Dave Davison
205 SW 28th Street
Fort Lauderdale, FL 33315-3131

David Watkins
1012 Kanasgowa Drive
Brevard, NC 28712-9094

Donald Cannarozzi
204 SE 9th Street
Dania Beach, FL 33004-4439

Donald McNiel
2720 NE 6th Street
Pompano Beach, FL 33062-4929

Edwin Thompson Orcino
4960 Windward Way
Ft Lauderdale, FL 33312-5221

Evan Munro
353 W 47th Street
Apartment 4H
Miami Beach, Florida 33140-3106

Gamma Dean
1708 Las Olas Boulvard
Ft lauderdale, FL 33312-7517

Gene Vertkin
1039 Hillsboro Mile #2
Hillsboro Beach, FL 33062-2104

Gerard Williams
5800 SW 130th Avenue
Southwest Ranches, FL 33330-3108

Giancarlo Daneri
1201 River Reach Drive
Apartment 404
Ft Lauderdale, FL 33315-1180

Gideon Brent
140 SW 7th Court
Pompano Beach, FL 33060-8398

Gregory Galyo
4496 SW 37th Avenue
Fort Lauderdale, FL 33312-5402

Gregory Gilhooly
5773 NW 119th Terrace
Coral Springs, Florida 33076-4031

Gregory Madonna
411 N New River Drive East
Apartment 2006
Ft Lauderdale, FL 33301-3181

Harry Pollack
2810 NE 20th Avenue
Lighthouse Point, Fl 33064-7606

Henryk Dabrowski
3004 Oakbrook Drive
Weston, FL 33332-3418

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jameson Clifford
2740 NE 9th Court
Pompano Beach, FL 33062-4209

Jason Costello
301 SW 1St Ave
Ft Lauderdale, FL 33301-4342

Jason Sager
5301 Magellan Circle
Aventura, FL 33180

Jay Heppner
3212 NE 40th Street
Ft Lauderdale, FL 33308-6410

Jean-Claude Conte
3507 Oaks Way
Apartment 101
Pompano Beach, FL 33069-5339

(c)JEFFREY BLAKE
1961 WATERS EDGE
POMPANO BEACH FL  33062-7691

Jeffrey Ronner
6512 Burning Wood Drive
Apartment 210
Boca Raton, FL 33433-5134

Jorge Salinger
2701 N. Ocean Boulevard
E605
Boca Raton, FL 33431-7045

Jose Hernandez
4442 E Aqua Bella Lane
Fort Lauderdale, FL 33312-5651

Juan Ramirez
2211 NE 15th Court
Ft Lauderdale, FL 33304-1417

Julian Hernandez
321 NW 17th Avenue
Pompano Beach, FL 33069-2867

Justin Armstrong
3391 Liberty Street
Hollywood, FL 33021-4334

Kevin MacLean
209 River Terrace Drive
Jupiter, FL 33469-2945

Kevin Prior
53 Castlerock Lane
Bolton, CT 06043-7856

Kevin Tracey
1044 SW 42nd Avenue
Dearfield Beach, FL 33442-8254

Killian O'Connor
200 S Birch Road
Apartment 810
Ft lauderdale, FL 33316-1536

Law Office of Dane Stanish, P.A.
c/o Dane T. Stanish, Esq.
3475 Sheridan Street, Suite 209
Fort Lauderdale, FL 33301

Law Offices of Edward F. Holodak, PA
c/o Edward F. Holodak, Esq.
3326 NE 33rd Street
Fort Lauderdale, FL 33308-7110

Logan Anderson
2625 NE 17th Street
Pompano Beach, FL 33062-3212

Luca Pastore
2615 NE 21st Terrace
Lighthouse Point, FL 33064-7740

Marissa Stutes
4315 Sarver Drive
lake Charles, LA 70605-4421

Mark Jarvis
140 SE 9th Street
Pompano Beach, FL 33060-8849

Michael Borer
c/o Jeffrey B. Lampert, Esq.
The Barrister Building
1615 Forum Place, Suite 4-B
West Palm Beach, FL 33401-2317

Michael Dubin
6171 Floral Lakes Drive
Delray Beach, FL 33484-4606

Michael Scheeringa
517 SE 25th Avenue
Ft Lauderdale, FL 33301-2615

Michael Strongin
9559 Collins Avenue
Apartment 409
Surfside, FL 33154-2657

Michael Taggart
2801 Florida Avenue
Apartment 215
Miami, FL 33133-1908

Mosart Sebben
7676 NW 60th Lane
Parkland, FL 33067-3321

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ori Adivi
3218 NE 211 Terrace
Aventura, FL 33180-3688

Paul K. Sanchez
10643 Shore Drive
Boca Raton, FL 33428-5645

Paul K. Sanchez
Boca Raton, FL 33428

Paul K. Sanchez
c/o Robert J. Puzio, Esq.
The Litigation Defense Group, Inc.
1040 Bayview Drive, Suite 520
Fort Lauderdale, FL 33304-2506

Paul Nudelman
2301 Collins Avenue
Penthouse 1
Miami Beach, FL 33139-1603

Paul Palmeri
1475 SE 15th Street
Apartment 301
Fort Lauderdale, FL 33316-4706

Paul Sanchez
10643 Shore Drive
Boca Raton, FL 33428-5645

Paulo De lima Yoshida
1160 N. Federal Highway
Apartment 1016
Ft Lauderdale, FL 33304-1436

Raja Malek
714 Heron Drive
Delray Beach, FL 33444-1924

Randy Greenfield
3305 NE 39th Street
Fort Lauderdale, FL 33308-6440

Rick McQuaide
1518 SE 12th Court
Dearfield Beach, FL 33441-7110

Robert Brauser
90 Compass Lane
Ft Lauderdale, FL 33308-2010

Robert Nast
3165 NE 48th Court
Lighthouse Point, FL 33064-7975

Robert Rutten
101 Briny Avenue
Apartment 1002
Pompano Beach, FL 33062-5615

Robert Schneider
9838 Savona Winds Drive
Delray, FL 33446-9765

Ronald Ziller
969 SE 6th Terrace
Pompano Beach, FL 33060-9401

SEC Commision
Office of Reorganization
950 E. Paces Ferry Road NE
Suite 900
Atlanta, GA 30326-1382

Sarasota Avionics & Maintenance
120 Airport Avenue West
Venice, FL 34285-3921

Sheltair Pompano Beach, LLC
4860 NE 12th Avenue
Fort Lauderdale, FL 33334-4804

Stephen Horniacek
1790 SE 4th Street
Pompano Beach, FL 33060-7602

Stephen Taylor
1334 N 30th Road
Hollywood 33021-5004

Sunwood, Inc.
Susan D. Lasky, PA
c/o Susan D. Lasky, Esq.
320 SE 18th Street
Fort Lauderdale, FL 33316-2818

Sunwood, Inc.
c/o Dana Stanish, Esq.
Law Offices of Dane Stanish, P.A.
3475 Sheridan Street, Suite 209
Hollywood, FL 33021-3659

The Law Office of Stephen Barker
901 A Clint Moore Road
Boca Raton, FL 33487-2876

The Law Offices of Scott J. Kalish, PLLC
c/o Scott J. Kalish, Esq.
2161 Palm Beach Lakes Boulevard
West Palm Beach, FL 33409-6612

Timothy Rosman
1548 NE 37th Street
Oakland Park, FL 33334-4623

Toby Rothe
1401 S Ocean Boulevard
Apartment 504
Pompano Beach, FL 33062-7386

Tom Warfield
4900 N. Ocean Boulevard
Unit 403
Ft. Lauderdale, FL 33308-2931

Tor Holm
2351 SW 26th Avenue
Fort Lauderdale, FL 33312-4536

Travis McQuade
14861 Enclave Preserve Circle
#T4
Delray Beach, FL 33484-8827

Yonathan Yehezkel
54 NE 95th Street
Miami Shores, FL 33138-2707

Carol Lynn Fox
200 East Broward Blvd Suite 1010
Ft Lauderdale, FL 33301-1943

(p)RICE PUGATCH ROBINSON STORFER & COHEN  PLL
ATTN C/O CRAIG A PUGATCH ESQ
101 NE 3RD AVENUE
SUITE 1800
FORT LAUDERDALE FL 33301-1252

Jason Slatkin Esq.
Lorium Law
101 NE 3rd Avenue Suite 1800
Fort Lauderdale, FL 33301-1252

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Compliance Services Insolvency
STOP 5730
7850 Southwest 6th Court
Plantation, FL 33324

Craig A. Pugatch Esq
101 NE 3 Ave #1800
Ft Lauderdale, FL 33301

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Jeffrey Blake
1961 SE 18th Street
Lauderdale By The Sea, FL 33062

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sunwood, Inc.                    (u)Airworthy Services, LLC                    (u)Paul K. Sanchez

(u)Bruce Ayala                      End of Label Matrix
Aviation Legal Counsel              Mailable recipients   109
110 SE 6th Street, 17th Floor       Bypassed recipients     4
Fort Lauderdale                     Total                 113

# Balance Sheet



## Pompano Beach Flying Club

As of Jul 31, 2022

| ACCOUNTS | Jul 31, 2022 |
|---|---:|
| **Assets** | |
| **Cash and Bank** | |
| Bank Of America - Checking (841) | $20.42 |
| CHASE Checking (793) | -$173,036.30 |
| CHASE Saving (161) | -$181,831.89 |
| **Total Cash and Bank** | **-$354,847.77** |
| **Other Current Assets** | |
| Accounts Receivable | -$0.10 |
| Tools and equipment | $962.43 |
| Vendor Advance Payment | $13,212.50 |
| **Total Other Current Assets** | **$14,174.83** |
| **Long-term Assets** | |
| N30877 | $85,000.00 |
| N47LH | $65,000.00 |
| N7696F | $40,000.00 |
| N8633E | $49,000.00 |
| **Total Long-term Assets** | **$239,000.00** |
| **Total Assets** | **-$101,672.94** |

| Liabilities | |
|---|---:|
| **Current Liabilities** | |
| Accounts Payable | -$0.77 |
| BAy Loan | $40,000.00 |
| CKe Loan UNVERIFIED | $200,000.00 |
| Psa Loan | $34,284.54 |
| PSa Loan UNVERIFIED | $46,000.00 |
| **Total Current Liabilities** | **$320,283.77** |
| **Long-term Liabilities** | |
| **Total Long-term Liabilities** | **$0.00** |
| **Total Liabilities** | **$320,283.77** |

| Equity | |
|---|---:|
| Common Shares | $76.00 |
| Corporate Equity | -$107,397.89 |
| **Retained Earnings** | |
| Profit for all prior years | $104,303.97 |
| Profit between Jan 1, 2022 and Jul 31, 2022 | -$418,938.79 |
| **Total Retained Earnings** | **-$314,634.82** |
| **Total Equity** | **-$421,956.71** |

# Profit and Loss



## Pompano Beach Flying Club

Date Range: Jul 01, 2022 to Jul 31, 2022

| ACCOUNTS | Jul 01, 2022 to Jul 31, 2022 |
|---|---|
| **Income** | |
| Interest Income | $0.15 |
| Member admission Fee | $499.00 |
| N2921S Income -Other | $202.35 |
| N81250 Income - Other | $202.35 |
| Program Income – FT21S | -$3,472.00 |
| Program Income – FT250 | -$3,009.60 |
| Program Income – Flight Hours | $29,378.82 |
| Program Income – Membership Dues | $165.00 |
| **Total Income** | **$23,966.07** |
| | |
| **Total Cost of Goods Sold** | **$0.00** |
| | |
| **Gross Profit** | **$23,966.07** |
| As a percentage of Total Income | 100.00% |
| | |
| **Operating Expenses** | |
| Bank Accounting Fees | $45.00 |
| Fuel | $197.40 |
| General Fleet Maintenance | $664.90 |
| N30877 Maintenance | $410.38 |
| N47LH Maintenance | $575.00 |

| Operating Expenses | |
|---|---:|
| N7696F Maintenance | $408.39 |
| N8633E Maintenance | $2,767.88 |
| Office Supplies | $61.87 |
| Payment processor transaction fee | $475.41 |
| Uncategorized Expense | $419,138.42 |
| **Total Operating Expenses** | **$424,744.65** |

| **Net Profit** | **-$400,778.58** |
|---|---:|
| As a percentage of Total Income | -1,672.27% |

4/22/2022  4:47 PM

# Acknowledgement and General Information for
# Taxpayers Who File Returns Electronically

Thank you for taking part in the IRS e-file Program.

Pompano Senior Squadron Flying Club
4801 S University Drive Ste 2080
Davie, FL 33328

[X]    Your Form 990 / Form 990-EZ, Return of Organization Exempt from Income Tax for tax year
ending December 31, 2020 is being filed electronically with the IRS by the services of Raymond
C. Cahill, C.P.A., P.A..

[X]    Your return was accepted by the IRS on 11/15/21 and the Submission Identification Number
assigned to your return is 65604820213190016930.

Since you are filing your return electronically, PLEASE DO NOT SEND A PAPER COPY OF
YOUR RETURN TO THE IRS. IF YOU DO, IT WILL DELAY THE PROCESSING OF THE
RETURN.

## Acknowledgement Process

The IRS will notify your electronic return originator when they accept your return, usually within 48
hours. If your return was not accepted, IRS will notify your electronic return originator of the
reasons for rejection.

## If You Need to Make a Change to Your Return

If you need to make a change or correct the return you filed electronically, you can send either an
amended electronic tax return or you can send an amended Form 990 / Form 990-EZ, Return of
Organization Exempt from Income Tax, to the IRS submission processing center that processes
paper returns for your area.

Form **990**

Department of the Treasury
Internal Revenue Service

# Return of Organization Exempt From Income Tax

Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations)

▶ Do not enter social security numbers on this form as it may be made public.

▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2020**

Open to Public Inspection

**A** For the 2020 calendar year, or tax year beginning _____, and ending _____

| B Check if applicable: | C Name of organization | Pompano Senior Squadron Flying Club Inc | | D Employer identification number |
|---|---|---|---|---|
| [X] Address change | Doing business as | Pompano Beach Flying Club | | |
| [ ] Name change | Number and street (or P.O. box if mail is not delivered to street address) | Room/suite | E Telephone number | |
| [ ] Initial return | 4801 S University Drive Ste 2080 | | 304-552-0206 | |
| [ ] Final return/ terminated | City or town, state or province, country, and ZIP or foreign postal code | | | |
| [ ] Amended return | Davie     FL 33328 | | G Gross receipts $    12,058 | |
| [ ] Application pending | **F** Name and address of principal officer: | | | |

Tyler Frederick
338 NW 22nd Avenue
Boca Raton     FL 33486

| H(a) Is this a group return for subordinates? | [ ] Yes | [X] No |
|---|---|---|
| H(b) Are all subordinates included? | [ ] Yes | [ ] No |

If "No," attach a list. See instructions

**I** Tax-exempt status:   [ ] 501(c)(3)   [X] 501(c) ( 7 ) ◀ (insert no.)   [ ] 4947(a)(1) or   [ ] 527

**J** Website: ▶ N/A

H(c) Group exemption number ▶

**K** Form of organization: [X] Corporation [ ] Trust [ ] Association [ ] Other ▶    **L** Year of formation: 1970   **M** State of legal domicile: FL

## Part I   Summary

**Activities & Governance**

1 Briefly describe the organization's mission or most significant activities:

The organization provides safe, reliable flying to members while promoting the understanding and education of each as they relate to the core values of the organization.

2 Check this box ▶ [ ] if the organization discontinued its operations or disposed of more than 25% of its net assets.

| | | |
|---|---|---|
| 3 Number of voting members of the governing body (Part VI, line 1a) | 3 | 5 |
| 4 Number of independent voting members of the governing body (Part VI, line 1b) | 4 | 5 |
| 5 Total number of individuals employed in calendar year 2020 (Part V, line 2a) | 5 | 0 |
| 6 Total number of volunteers (estimate if necessary) | 6 | 5 |
| 7a Total unrelated business revenue from Part VIII, column (C), line 12 | 7a | 0 |
| b Net unrelated business taxable income from Form 990-T, Part I, line 11 | 7b | 0 |

**Revenue**

| | | Prior Year | Current Year |
|---|---|---|---|
| 8 Contributions and grants (Part VIII, line 1h) | | | 0 |
| 9 Program service revenue (Part VIII, line 2g) | | | 12,058 |
| 10 Investment income (Part VIII, column (A), lines 3, 4, and 7d) | | | 0 |
| 11 Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | | | 0 |
| 12 Total revenue – add lines 8 through 11 (must equal Part VIII, column (A), line 12) | | | 12,058 |

**Expenses**

| | | | |
|---|---|---|---|
| 13 Grants and similar amounts paid (Part IX, column (A), lines 1–3) | | | 0 |
| 14 Benefits paid to or for members (Part IX, column (A), line 4) | | | 0 |
| 15 Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | | | 0 |
| 16a Professional fundraising fees (Part IX, column (A), line 11e) | | | 0 |
| b Total fundraising expenses (Part IX, column (D), line 25) ▶   0 | | | |
| 17 Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | | | 0 |
| 18 Total expenses. Add lines 13–17 (must equal Part IX, column (A), line 25) | | | 0 |
| 19 Revenue less expenses. Subtract line 18 from line 12 | | | 12,058 |

**Net Assets or Fund Balances**

| | | Beginning of Current Year | End of Year |
|---|---|---|---|
| 20 Total assets (Part X, line 16) | | 582,407 | 581,794 |
| 21 Total liabilities (Part X, line 26) | | 299,477 | 286,806 |
| 22 Net assets or fund balances. Subtract line 21 from line 20 | | 282,930 | 294,988 |

## Part II   Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge.

| Sign Here | ▶ Signature of officer | Date |
|---|---|---|
| | ▶ Tor Holm           Treasurer | |
| | Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check [ ] if | PTIN |
|---|---|---|---|---|---|
| | Raymond C Cahill CPA | Raymond C Cahill CPA | 04/22/22 | self-employed | |
| | Firm's name   ▶ Raymond C. Cahill, C.P.A., P.A. | | | Firm's EIN ▶ | |
| |      4801 S University Dr Ste 2080 | | | | |
| | Firm's address ▶ Davie, FL 33328-3842 | | | Phone no. 954-862-1466 | |

May the IRS discuss this return with the preparer shown above? See instructions      [ ] Yes [ ] No

For Paperwork Reduction Act Notice, see the separate instructions.

DAA

Form **990** (2020)

Form 990 (2020)  **Pompano Senior Squadron Flying Club**                                    Page **2**

| Part III | Statement of Program Service Accomplishments |
|---|---|

Check if Schedule O contains a response or note to any line in this Part III ........................................ ☐

1    Briefly describe the organization's mission:

**The organization provides safe, reliable flying to members while promoting the understanding and education of each as they relate to the core values of the organization.**

2    Did the organization undertake any significant program services during the year which were not listed on the prior Form 990 or 990-EZ? ..................................................................................... ☐ Yes ☒ No
     If "Yes," describe these new services on Schedule O.

3    Did the organization cease conducting, or make significant changes in how it conducts, any program services? ......................................................................................................... ☐ Yes ☒ No
     If "Yes," describe these changes on Schedule O.

4    Describe the organization's program service accomplishments for each of its three largest program services, as measured by expenses. Section 501(c)(3) and 501(c)(4) organizations are required to report the amount of grants and allocations to others, the total expenses, and revenue, if any, for each program service reported.

4a  (Code:          ) (Expenses $                 including grants of $                 ) (Revenue  $                 )
**Provide a safe environment for avaition flying and industry education.**

4b  (Code:          ) (Expenses $                 including grants of $                 ) (Revenue  $                 )
**N/A**

4c  (Code:          ) (Expenses $                 including grants of $                 ) (Revenue  $                 )
**N/A**

4d  Other program services (Describe on Schedule O.)
     (Expenses $                 including grants of $                 ) (Revenue  $                 )

4e  Total program service expenses ▶

Form 990 (2020)  **Pompano Senior Squadron Flying Club**                                    Page **3**

| **Part IV** | **Checklist of Required Schedules** | | | |
|---|---|---|---|---|

| | | | Yes | No |
|---|---|---|---|---|
| 1 | Is the organization described in section 501(c)(3) or 4947(a)(1) (other than a private foundation)? *If "Yes," complete Schedule A* | 1 | | X |
| 2 | Is the organization required to complete *Schedule B, Schedule of Contributors* (see instructions)? | 2 | | X |
| 3 | Did the organization engage in direct or indirect political campaign activities on behalf of or in opposition to candidates for public office? *If "Yes," complete Schedule C, Part I* | 3 | | X |
| 4 | **Section 501(c)(3) organizations.** Did the organization engage in lobbying activities, or have a section 501(h) election in effect during the tax year? *If "Yes," complete Schedule C, Part II* | 4 | | |
| 5 | Is the organization a section 501(c)(4), 501(c)(5), or 501(c)(6) organization that receives membership dues, assessments, or similar amounts as defined in Revenue Procedure 98-19? *If "Yes," complete Schedule C, Part III* | 5 | | X |
| 6 | Did the organization maintain any donor advised funds or any similar funds or accounts for which donors have the right to provide advice on the distribution or investment of amounts in such funds or accounts? *If "Yes," complete Schedule D, Part I* | 6 | | X |
| 7 | Did the organization receive or hold a conservation easement, including easements to preserve open space, the environment, historic land areas, or historic structures? *If "Yes," complete Schedule D, Part II* | 7 | | X |
| 8 | Did the organization maintain collections of works of art, historical treasures, or other similar assets? *If "Yes," complete Schedule D, Part III* | 8 | | X |
| 9 | Did the organization report an amount in Part X, line 21, for escrow or custodial account liability, serve as a custodian for amounts not listed in Part X; or provide credit counseling, debt management, credit repair, or debt negotiation services? *If "Yes," complete Schedule D, Part IV* | 9 | | X |
| 10 | Did the organization, directly or through a related organization, hold assets in donor-restricted endowments or in quasi endowments? *If "Yes," complete Schedule D, Part V* | 10 | | X |
| 11 | If the organization's answer to any of the following questions is "Yes," then complete Schedule D, Parts VI, VII, VIII, IX, or X as applicable. | | | |
| a | Did the organization report an amount for land, buildings, and equipment in Part X, line 10? *If "Yes," complete Schedule D, Part VI* | 11a | | X |
| b | Did the organization report an amount for investments—other securities in Part X, line 12, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VII* | 11b | | X |
| c | Did the organization report an amount for investments—program related in Part X, line 13, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part VIII* | 11c | | X |
| d | Did the organization report an amount for other assets in Part X, line 15, that is 5% or more of its total assets reported in Part X, line 16? *If "Yes," complete Schedule D, Part IX* | 11d | X | |
| e | Did the organization report an amount for other liabilities in Part X, line 25? *If "Yes," complete Schedule D, Part X* | 11e | | X |
| f | Did the organization's separate or consolidated financial statements for the tax year include a footnote that addresses the organization's liability for uncertain tax positions under FIN 48 (ASC 740)? *If "Yes," complete Schedule D, Part X* | 11f | | X |
| 12a | Did the organization obtain separate, independent audited financial statements for the tax year? *If "Yes," complete Schedule D, Parts XI and XII* | 12a | | X |
| b | Was the organization included in consolidated, independent audited financial statements for the tax year? *If "Yes," and if the organization answered "No" to line 12a, then completing Schedule D, Parts XI and XII is optional* | 12b | | X |
| 13 | Is the organization a school described in section 170(b)(1)(A)(ii)? *If "Yes," complete Schedule E* | 13 | | X |
| 14a | Did the organization maintain an office, employees, or agents outside of the United States? | 14a | | X |
| b | Did the organization have aggregate revenues or expenses of more than $10,000 from grantmaking, fundraising, business, investment, and program service activities outside the United States, or aggregate foreign investments valued at $100,000 or more? *If "Yes," complete Schedule F, Parts I and IV* | 14b | | X |
| 15 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of grants or other assistance to or for any foreign organization? *If "Yes," complete Schedule F, Parts II and IV* | 15 | | X |
| 16 | Did the organization report on Part IX, column (A), line 3, more than $5,000 of aggregate grants or other assistance to or for foreign individuals? *If "Yes," complete Schedule F, Parts III and IV* | 16 | | X |
| 17 | Did the organization report a total of more than $15,000 of expenses for professional fundraising services on Part IX, column (A), lines 6 and 11e? *If "Yes," complete Schedule G, Part I See instructions* | 17 | | X |
| 18 | Did the organization report more than $15,000 total of fundraising event gross income and contributions on Part VIII, lines 1c and 8a? *If "Yes," complete Schedule G, Part II* | 18 | | X |
| 19 | Did the organization report more than $15,000 of gross income from gaming activities on Part VIII, line 9a? *If "Yes," complete Schedule G, Part III* | 19 | | X |
| 20a | Did the organization operate one or more hospital facilities? *If "Yes," complete Schedule H* | 20a | | X |
| b | If "Yes" to line 20a, did the organization attach a copy of its audited financial statements to this return? | 20b | | |
| 21 | Did the organization report more than $5,000 of grants or other assistance to any domestic organization or domestic government on Part IX, column (A), line 1? *If "Yes," complete Schedule I, Parts I and II* | 21 | | X |

DAA                                                                                     Form **990** (2020)

Form 990 (2020)  **Pompano Senior Squadron Flying Club**                                                  Page **4**

**Part IV**   **Checklist of Required Schedules** *(continued)*

|   |   |   | Yes | No |
|---|---|---|---|---|
| 22 | Did the organization report more than $5,000 of grants or other assistance to or for domestic individuals on Part IX, column (A), line 2? *If "Yes," complete Schedule I, Parts I and III* | 22 |  | X |
| 23 | Did the organization answer "Yes" to Part VII, Section A, line 3, 4, or 5 about compensation of the organization's current and former officers, directors, trustees, key employees, and highest compensated employees? *If "Yes," complete Schedule J* | 23 |  | X |
| 24a | Did the organization have a tax-exempt bond issue with an outstanding principal amount of more than $100,000 as of the last day of the year, that was issued after December 31, 2002? *If "Yes," answer lines 24b through 24d and complete Schedule K. If "No," go to line 25a* | 24a |  | X |
| b | Did the organization invest any proceeds of tax-exempt bonds beyond a temporary period exception? | 24b |  |  |
| c | Did the organization maintain an escrow account other than a refunding escrow at any time during the year to defease any tax-exempt bonds? | 24c |  |  |
| d | Did the organization act as an "on behalf of" issuer for bonds outstanding at any time during the year? | 24d |  |  |
| 25a | **Section 501(c)(3), 501(c)(4), and 501(c)(29) organizations.** Did the organization engage in an excess benefit transaction with a disqualified person during the year? *If "Yes," complete Schedule L, Part I* | 25a |  |  |
| b | Is the organization aware that it engaged in an excess benefit transaction with a disqualified person in a prior year, and that the transaction has not been reported on any of the organization's prior Forms 990 or 990-EZ? *If "Yes," complete Schedule L, Part I* | 25b |  |  |
| 26 | Did the organization report any amount on Part X, line 5 or 22, for receivables from or payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons? *If "Yes," complete Schedule L, Part II* | 26 |  | X |
| 27 | Did the organization provide a grant or other assistance to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor or employee thereof, a grant selection committee member, or to a 35% controlled entity (including an employee thereof) or family member of any of these persons? *If "Yes," complete Schedule L, Part III* | 27 |  | X |
| 28 | Was the organization a party to a business transaction with one of the following parties (see Schedule L, Part IV instructions, for applicable filing thresholds, conditions, and exceptions): |  |  |  |
| a | A current or former officer, director, trustee, key employee, creator or founder, or substantial contributor? *If "Yes," complete Schedule L, Part IV* | 28a |  | X |
| b | A family member of any individual described in line 28a? *If "Yes," complete Schedule L, Part IV* | 28b |  | X |
| c | A 35% controlled entity of one or more individuals and/or organizations described in lines 28a or 28b? *If "Yes," complete Schedule L, Part IV* | 28c |  | X |
| 29 | Did the organization receive more than $25,000 in non-cash contributions? *If "Yes," complete Schedule M* | 29 |  | X |
| 30 | Did the organization receive contributions of art, historical treasures, or other similar assets, or qualified conservation contributions? *If "Yes," complete Schedule M* | 30 |  | X |
| 31 | Did the organization liquidate, terminate, or dissolve and cease operations? *If "Yes," complete Schedule N, Part I* | 31 |  | X |
| 32 | Did the organization sell, exchange, dispose of, or transfer more than 25% of its net assets? *If "Yes," complete Schedule N, Part II* | 32 |  | X |
| 33 | Did the organization own 100% of an entity disregarded as separate from the organization under Regulations sections 301.7701-2 and 301.7701-3? *If "Yes," complete Schedule R, Part I* | 33 |  | X |
| 34 | Was the organization related to any tax-exempt or taxable entity? *If "Yes," complete Schedule R, Part II, III, or IV, and Part V, line 1* | 34 |  | X |
| 35a | Did the organization have a controlled entity within the meaning of section 512(b)(13)? | 35a |  | X |
| b | If "Yes" to line 35a, did the organization receive any payment from or engage in any transaction with a controlled entity within the meaning of section 512(b)(13)? *If "Yes," complete Schedule R, Part V, line 2* | 35b |  |  |
| 36 | **Section 501(c)(3) organizations.** Did the organization make any transfers to an exempt non-charitable related organization? *If "Yes," complete Schedule R, Part V, line 2* | 36 |  |  |
| 37 | Did the organization conduct more than 5% of its activities through an entity that is not a related organization and that is treated as a partnership for federal income tax purposes? *If "Yes," complete Schedule R, Part VI* | 37 |  | X |
| 38 | Did the organization complete Schedule O and provide explanations in Schedule O for Part VI, lines 11b and 19? Note: All Form 990 filers are required to complete Schedule O. | 38 | X |  |

**Part V**   **Statements Regarding Other IRS Filings and Tax Compliance**

Check if Schedule O contains a response or note to any line in this Part V ☐

|   |   |   | Yes | No |
|---|---|---|---|---|
| 1a | Enter the number reported in Box 3 of Form 1096. Enter -0- if not applicable | 1a | 0 |  |
| b | Enter the number of Forms W-2G included in line 1a. Enter -0- if not applicable | 1b | 0 |  |
| c | Did the organization comply with backup withholding rules for reportable payments to vendors and reportable gaming (gambling) winnings to prize winners? | 1c |  |  |

DAA                                                                                                                      Form **990** (2020)

Form 990 (2020)  **Pompano Senior Squadron Flying Club**                                                                Page **5**

| **Part V** | **Statements Regarding Other IRS Filings and Tax Compliance** *(continued)* | | | |
|---|---|---|---|---|

|  |  |  | Yes | No |
|---|---|---|---|---|
| 2a | Enter the number of employees reported on Form W-3, Transmittal of Wage and Tax Statements, filed for the calendar year ending with or within the year covered by this return ........ **2a** 0 |  |  |  |
| b | If at least one is reported on line 2a, did the organization file all required federal employment tax returns? | **2b** |  |  |
|  | **Note:** If the sum of lines 1a and 2a is greater than 250, you may be required to *e-file* (see instructions) |  |  |  |
| 3a | Did the organization have unrelated business gross income of $1,000 or more during the year? | **3a** |  | X |
| b | If "Yes," has it filed a Form 990-T for this year? *If "No" to line 3b, provide an explanation on Schedule O* | **3b** |  |  |
| 4a | At any time during the calendar year, did the organization have an interest in, or a signature or other authority over, a financial account in a foreign country (such as a bank account, securities account, or other financial account)? | **4a** |  | X |
| b | If "Yes," enter the name of the foreign country ▶ |  |  |  |
|  | See instructions for filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). |  |  |  |
| 5a | Was the organization a party to a prohibited tax shelter transaction at any time during the tax year? | **5a** |  | X |
| b | Did any taxable party notify the organization that it was or is a party to a prohibited tax shelter transaction? | **5b** |  | X |
| c | If "Yes" to line 5a or 5b, did the organization file Form 8886-T? | **5c** |  |  |
| 6a | Does the organization have annual gross receipts that are normally greater than $100,000, and did the organization solicit any contributions that were not tax deductible as charitable contributions? | **6a** |  | X |
| b | If "Yes," did the organization include with every solicitation an express statement that such contributions or gifts were not tax deductible? | **6b** |  |  |
| 7 | **Organizations that may receive deductible contributions under section 170(c).** |  |  |  |
| a | Did the organization receive a payment in excess of $75 made partly as a contribution and partly for goods and services provided to the payor? | **7a** |  |  |
| b | If "Yes," did the organization notify the donor of the value of the goods or services provided? | **7b** |  |  |
| c | Did the organization sell, exchange, or otherwise dispose of tangible personal property for which it was required to file Form 8282? | **7c** |  |  |
| d | If "Yes," indicate the number of Forms 8282 filed during the year .......... **7d** |  |  |  |
| e | Did the organization receive any funds, directly or indirectly, to pay premiums on a personal benefit contract? | **7e** |  |  |
| f | Did the organization, during the year, pay premiums, directly or indirectly, on a personal benefit contract? | **7f** |  |  |
| g | If the organization received a contribution of qualified intellectual property, did the organization file Form 8899 as required? | **7g** |  |  |
| h | If the organization received a contribution of cars, boats, airplanes, or other vehicles, did the organization file a Form 1098-C? | **7h** |  |  |
| 8 | **Sponsoring organizations maintaining donor advised funds.** Did a donor advised fund maintained by the sponsoring organization have excess business holdings at any time during the year? | **8** |  |  |
| 9 | **Sponsoring organizations maintaining donor advised funds.** |  |  |  |
| a | Did the sponsoring organization make any taxable distributions under section 4966? | **9a** |  |  |
| b | Did the sponsoring organization make a distribution to a donor, donor advisor, or related person? | **9b** |  |  |
| 10 | **Section 501(c)(7) organizations. Enter:** |  |  |  |
| a | Initiation fees and capital contributions included on Part VIII, line 12 ........... **10a** |  |  |  |
| b | Gross receipts, included on Form 990, Part VIII, line 12, for public use of club facilities ....... **10b** |  |  |  |
| 11 | **Section 501(c)(12) organizations. Enter:** |  |  |  |
| a | Gross income from members or shareholders ........... **11a** |  |  |  |
| b | Gross income from other sources (Do not net amounts due or paid to other sources against amounts due or received from them.) ........... **11b** |  |  |  |
| 12a | **Section 4947(a)(1) non-exempt charitable trusts.** Is the organization filing Form 990 in lieu of Form 1041? | **12a** |  |  |
| b | If "Yes," enter the amount of tax-exempt interest received or accrued during the year ...... **12b** |  |  |  |
| 13 | **Section 501(c)(29) qualified nonprofit health insurance issuers.** |  |  |  |
| a | Is the organization licensed to issue qualified health plans in more than one state? | **13a** |  |  |
|  | **Note:** See the instructions for additional information the organization must report on Schedule O. |  |  |  |
| b | Enter the amount of reserves the organization is required to maintain by the states in which the organization is licensed to issue qualified health plans ........... **13b** |  |  |  |
| c | Enter the amount of reserves on hand ........... **13c** |  |  |  |
| 14a | Did the organization receive any payments for indoor tanning services during the tax year? | **14a** |  | X |
| b | If "Yes," has it filed a Form 720 to report these payments? *If "No," provide an explanation on Schedule O* | **14b** |  |  |
| 15 | Is the organization subject to the section 4960 tax on payment(s) of more than $1,000,000 in remuneration or excess parachute payment(s) during the year? | **15** |  | X |
|  | If "Yes," see instructions and file Form 4720, Schedule N. |  |  |  |
| 16 | Is the organization an educational institution subject to the section 4968 excise tax on net investment income? | **16** |  | X |
|  | If "Yes," complete Form 4720, Schedule O. |  |  |  |

Form **990** (2020)

DAA

Form 990 (2020)   **Pompano Senior Squadron Flying Club**                      Page **6**

| Part VI | Governance, Management, and Disclosure *For each "Yes" response to lines 2 through 7b below, and for a "No" response to line 8a, 8b, or 10b below, describe the circumstances, processes, or changes on Schedule O. See instructions.* |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VI ........................................................ ☐

## Section A. Governing Body and Management

|  |  |  | | Yes | No |
|---|---|---|---|---|---|
| 1a | Enter the number of voting members of the governing body at the end of the tax year ............... | 1a | 5 | | |
|  | If there are material differences in voting rights among members of the governing body, or | | | | |
|  | if the governing body delegated broad authority to an executive committee or similar | | | | |
|  | committee, explain on Schedule O. | | | | |
| b | Enter the number of voting members included on line 1a, above, who are independent ............... | 1b | 5 | | |
| 2 | Did any officer, director, trustee, or key employee have a family relationship or a business relationship with | | | | |
|  | any other officer, director, trustee, or key employee? ........................................................... | | | 2 | | X |
| 3 | Did the organization delegate control over management duties customarily performed by or under the direct | | | | |
|  | supervision of officers, directors, trustees, or key employees to a management company or other person? ...... | | | 3 | | X |
| 4 | Did the organization make any significant changes to its governing documents since the prior Form 990 was filed? ... | | | 4 | | X |
| 5 | Did the organization become aware during the year of a significant diversion of the organization's assets? ...... | | | 5 | | X |
| 6 | Did the organization have members or stockholders? ............................................................ | | | 6 | | X |
| 7a | Did the organization have members, stockholders, or other persons who had the power to elect or appoint | | | | |
|  | one or more members of the governing body? .................................................................... | | | 7a | | X |
| b | Are any governance decisions of the organization reserved to (or subject to approval by) members, | | | | |
|  | stockholders, or persons other than the governing body? ....................................................... | | | 7b | | X |
| 8 | Did the organization contemporaneously document the meetings held or written actions undertaken during the year by the following: | | | | |
| a | The governing body? ................................................................................................. | | | 8a | X | |
| b | Each committee with authority to act on behalf of the governing body? ......................................... | | | 8b | X | |
| 9 | Is there any officer, director, trustee, or key employee listed in Part VII, Section A, who cannot be reached at | | | | |
|  | the organization's mailing address? *If "Yes," provide the names and addresses on Schedule O* ............. | | | 9 | | X |

## Section B. Policies *(This Section B requests information about policies not required by the Internal Revenue Code.)*

|  |  |  | Yes | No |
|---|---|---|---|---|
| 10a | Did the organization have local chapters, branches, or affiliates? ............................................... | 10a | | X |
| b | If "Yes," did the organization have written policies and procedures governing the activities of such chapters, | | | |
|  | affiliates, and branches to ensure their operations are consistent with the organization's exempt purposes? ... | 10b | | |
| 11a | Has the organization provided a complete copy of this Form 990 to all members of its governing body before filing the form? | 11a | | X |
| b | Describe in Schedule O the process, if any, used by the organization to review this Form 990. | | | |
| 12a | Did the organization have a written conflict of interest policy? *If "No," go to line 13* ......................... | 12a | | X |
| b | Were officers, directors, or trustees, and key employees required to disclose annually interests that could give rise to conflicts? | 12b | | |
| c | Did the organization regularly and consistently monitor and enforce compliance with the policy? *If "Yes,"* | | | |
|  | *describe in Schedule O how this was done* ...................................................................... | 12c | | |
| 13 | Did the organization have a written whistleblower policy? ....................................................... | 13 | | X |
| 14 | Did the organization have a written document retention and destruction policy? ............................... | 14 | | X |
| 15 | Did the process for determining compensation of the following persons include a review and approval by | | | |
|  | independent persons, comparability data, and contemporaneous substantiation of the deliberation and decision? | | | |
| a | The organization's CEO, Executive Director, or top management official ........................................ | 15a | | X |
| b | Other officers or key employees of the organization ............................................................. | 15b | | X |
|  | If "Yes" to line 15a or 15b, describe the process in Schedule O (see instructions). | | | |
| 16a | Did the organization invest in, contribute assets to, or participate in a joint venture or similar arrangement | | | |
|  | with a taxable entity during the year? ............................................................................. | 16a | | X |
| b | If "Yes," did the organization follow a written policy or procedure requiring the organization to evaluate its | | | |
|  | participation in joint venture arrangements under applicable federal tax law, and take steps to safeguard the | | | |
|  | organization's exempt status with respect to such arrangements? ............................................... | 16b | | |

## Section C. Disclosure

| 17 | List the states with which a copy of this Form 990 is required to be filed ▶   **None** |
|---|---|

18   Section 6104 requires an organization to make its Forms 1023 (1024 or 1024-A, if applicable), 990, and 990-T (Section 501(c)
(3)s only) available for public inspection. Indicate how you made these available. Check all that apply.

     ☐ Own website     ☐ Another's website     ☒ Upon request     ☐ Other *(explain on Schedule O)*

19   Describe on Schedule O whether (and if so, how) the organization made its governing documents, conflict of interest policy, and
financial statements available to the public during the tax year.

20   State the name, address, and telephone number of the person who possesses the organization's books and records ▶

**Tor Holm**                       **2351 SW 26 Avenue**

**Fort Lauderdale**                               **FL 33312**

Form 990 (2020)  **Pompano Senior Squadron Flying Club**                                    Page **7**

**Part VII**  **Compensation of Officers, Directors, Trustees, Key Employees, Highest Compensated Employees, and Independent Contractors**

Check if Schedule O contains a response or note to any line in this Part VII ............................................ ☐

**Section A.**  **Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees**

**1a** Complete this table for all persons required to be listed. Report compensation for the calendar year ending with or within the organization's tax year.

● List all of the organization's **current** officers, directors, trustees (whether individuals or organizations), regardless of amount of compensation. Enter -0- in columns (D), (E), and (F) if no compensation was paid.

● List all of the organization's **current** key employees, if any. See instructions for definition of "key employee."

● List the organization's five **current** highest compensated employees (other than an officer, director, trustee, or key employee) who received reportable compensation (Box 5 of Form W-2 and/or Box 7 of Form 1099-MISC) of more than $100,000 from the organization and any related organizations.

● List all of the organization's **former** officers, key employees, and highest compensated employees who received more than $100,000 of reportable compensation from the organization and any related organizations.

● List all of the organization's **former directors or trustees** that received, in the capacity as a former director or trustee of the organization, more than $10,000 of reportable compensation from the organization and any related organizations.

See instructions for the order in which to list the persons above.

☒  Check this box if neither the organization nor any related organization compensated any current officer, director, or trustee.

| (A) Name and title | (B) Average hours per week (list any hours for related organizations below dotted line) | (C) Position (do not check more than one box, unless person is both an officer and a director/trustee) | | | | | | (D) Reportable compensation from the organization (W-2/1099-MISC) | (E) Reportable compensation from related organizations (W-2/1099-MISC) | (F) Estimated amount of other compensation from the organization and related organizations |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| **(1) Anthony Astray Caneda** | 0.00 | | | | | | | | | |
| Director | 0.00 | X | | | | | | 0 | 0 | 0 |
| **(2) Tony Astray Caneda** | 0.00 | | | | | | | | | |
| Director | 0.00 | X | | | | | | 0 | 0 | 0 |
| **(3) Tyler Frederick** | 0.00 | | | | | | | | | |
| Secretary | 0.00 | | | X | | | | 0 | 0 | 0 |
| **(4) Gregory Galyo** | 0.00 | | | | | | | | | |
| Vice President | 0.00 | | | X | | | | 0 | 0 | 0 |
| **(5) Gregory Gilhooly** | 0.00 | | | | | | | | | |
| President | 0.00 | | | X | | | | 0 | 0 | 0 |
| **(6) Tor Holm** | 0.00 | | | | | | | | | |
| Treasurer | 0.00 | | | X | | | | 0 | 0 | 0 |
| (7) | | | | | | | | | | |
| (8) | | | | | | | | | | |
| (9) | | | | | | | | | | |
| (10) | | | | | | | | | | |
| (11) | | | | | | | | | | |

DAA                                                                                                        Form **990** (2020)

Form 990 (2020)  **Pompano Senior Squadron Flying Club**                                                 Page **8**

| Part VII | Section A. Officers, Directors, Trustees, Key Employees, and Highest Compensated Employees *(continued)* |
| --- | --- |

| (A)<br>Name and title | (B)<br>Average<br>hours<br>per week<br>(list any<br>hours for<br>related<br>organizations<br>below<br>dotted line) | (C)<br>Position<br>(do not check more than one<br>box, unless person is both an<br>officer and a director/trustee) | | | | | | (D)<br>Reportable<br>compensation<br>from the<br>organization<br>(W-2/1099-MISC) | (E)<br>Reportable<br>compensation<br>from related<br>organizations<br>(W-2/1099-MISC) | (F)<br>Estimated amount<br>of other<br>compensation<br>from the<br>organization and<br>related organizations |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Individual trustee or director | Institutional trustee | Officer | Key employee | Highest compensated employee | Former | | | |
| ................................. | | | | | | | | | | |
| ................................. | | | | | | | | | | |
| ................................. | | | | | | | | | | |
| ................................. | | | | | | | | | | |
| ................................. | | | | | | | | | | |
| ................................. | | | | | | | | | | |
| ................................. | | | | | | | | | | |
| ................................. | | | | | | | | | | |
| ................................. | | | | | | | | | | |

**1b Subtotal** .............................................................. ▶

**c Total from continuation sheets to Part VII, Section A** .......... ▶

**d Total (add lines 1b and 1c)** ......................................... ▶

**2** Total number of individuals (including but not limited to those listed above) who received more than $100,000 of reportable compensation from the organization ▶  **0**

| | | Yes | No |
| --- | --- | --- | --- |
| **3** | Did the organization list any **former** officer, director, trustee, key employee, or highest compensated employee on line 1a? *If "Yes," complete Schedule J for such individual* ................................. **3** | | X |
| **4** | For any individual listed on line 1a, is the sum of reportable compensation and other compensation from the organization and related organizations greater than $150,000? *If "Yes," complete Schedule J for such individual* ................................. **4** | | X |
| **5** | Did any person listed on line 1a receive or accrue compensation from any unrelated organization or individual for services rendered to the organization? *If "Yes," complete Schedule J for such person* ................................. **5** | | X |

**Section B. Independent Contractors**

**1** Complete this table for your five highest compensated independent contractors that received more than $100,000 of compensation from the organization. Report compensation for the calendar year ending with or within the organization's tax year.

| (A)<br>Name and business address | (B)<br>Description of services | (C)<br>Compensation |
| --- | --- | --- |
| | | |
| | | |
| | | |
| | | |
| | | |

**2** Total number of independent contractors (including but not limited to those listed above) who received more than $100,000 of compensation from the organization ▶                    0

DAA                                                                                                      Form **990** (2020)

Form 990 (2020)  **Pompano Senior Squadron Flying Club**                          Page **9**

| **Part VIII** | **Statement of Revenue** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part VIII ............................. ☐

| | | | (A) Total revenue | (B) Related or exempt function revenue | (C) Unrelated business revenue | (D) Revenue excluded from tax under sections 512-514 |
|---|---|---|---|---|---|---|
| **Contributions, Gifts, Grants and Other Similar Amounts** | 1a Federated campaigns | 1a | | | | |
| | b Membership dues | 1b | | | | |
| | c Fundraising events | 1c | | | | |
| | d Related organizations | 1d | | | | |
| | e Government grants (contributions) | 1e | | | | |
| | f All other contributions, gifts, grants, and similar amounts not included above | 1f | | | | |
| | g Noncash contributions included in lines 1a-1f | 1g $ | | | | |
| | h Total. Add lines 1a–1f. ▶ | | | | | |
| | | Business Code | | | | |
| **Program Service Revenue** | 2a Program Service Revenue | | 12,058 | 12,058 | | |
| | b | | | | | |
| | c | | | | | |
| | d | | | | | |
| | e | | | | | |
| | f All other program service revenue | | | | | |
| | g Total. Add lines 2a–2f. ▶ | | 12,058 | | | |
| **Other Revenue** | 3 Investment income (including dividends, interest, and other similar amounts) ▶ | | | | | |
| | 4 Income from investment of tax-exempt bond proceeds ▶ | | | | | |
| | 5 Royalties ▶ | | | | | |
| | | (i) Real | (ii) Personal | | | | |
| | 6a Gross rents | 6a | | | | | |
| | b Less: rental expenses | 6b | | | | | |
| | c Rental inc. or (loss) | 6c | | | | | |
| | d Net rental income or (loss) ▶ | | | | | |
| | | (i) Securities | (ii) Other | | | | |
| | 7a Gross amount from sales of assets other than inventory | 7a | | | | | |
| | b Less: cost or other basis and sales exps. | 7b | | | | | |
| | c Gain or (loss) | 7c | | | | | |
| | d Net gain or (loss) ▶ | | | | | |
| | 8a Gross income from fundraising events (not including $ of contributions reported on line 1c). See Part IV, line 18 | 8a | | | | |
| | b Less: direct expenses | 8b | | | | |
| | c Net income or (loss) from fundraising events ▶ | | | | | |
| | 9a Gross income from gaming activities. See Part IV, line 19 | 9a | | | | |
| | b Less: direct expenses | 9b | | | | |
| | c Net income or (loss) from gaming activities ▶ | | | | | |
| | 10a Gross sales of inventory, less returns and allowances | 10a | | | | |
| | b Less: cost of goods sold | 10b | | | | |
| | c Net income or (loss) from sales of inventory ▶ | | | | | |
| | | Business Code | | | | |
| **Miscellaneous Revenue** | 11a | | | | | |
| | b | | | | | |
| | c | | | | | |
| | d All other revenue | | | | | |
| | e Total. Add lines 11a–11d ▶ | | | | | |
| | 12 Total revenue. See instructions ▶ | | 12,058 | 12,058 | 0 | 0 |

Form **990** (2020)

DAA

Form 990 (2020)  **Pompano Senior Squadron Flying Club**                                    Page **10**

| Part IX | Statement of Functional Expenses |

*Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).*

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐

| *Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII.* | (A)<br>Total expenses | (B)<br>Program service<br>expenses | (C)<br>Management and<br>general expenses | (D)<br>Fundraising<br>expenses |
|---|---|---|---|---|
| **1** Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | | | | |
| **2** Grants and other assistance to domestic individuals. See Part IV, line 22 | | | | |
| **3** Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, lines 15 and 16 | | | | |
| **4** Benefits paid to or for members | | | | |
| **5** Compensation of current officers, directors, trustees, and key employees | | | | |
| **6** Compensation not included above to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | | |
| **7** Other salaries and wages | | | | |
| **8** Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | | | | |
| **9** Other employee benefits | | | | |
| **10** Payroll taxes | | | | |
| **11** Fees for services (nonemployees): | | | | |
| **a** Management | | | | |
| **b** Legal | | | | |
| **c** Accounting | | | | |
| **d** Lobbying | | | | |
| **e** Professional fundraising services. See Part IV, line 17 | | | | |
| **f** Investment management fees | | | | |
| **g** Other. (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O.) | | | | |
| **12** Advertising and promotion | | | | |
| **13** Office expenses | | | | |
| **14** Information technology | | | | |
| **15** Royalties | | | | |
| **16** Occupancy | | | | |
| **17** Travel | | | | |
| **18** Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| **19** Conferences, conventions, and meetings | | | | |
| **20** Interest | | | | |
| **21** Payments to affiliates | | | | |
| **22** Depreciation, depletion, and amortization | | | | |
| **23** Insurance | | | | |
| **24** Other expenses. Itemize expenses not covered above (List miscellaneous expenses on line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| **a** | | | | |
| **b** | | | | |
| **c** | | | | |
| **d** | | | | |
| **e** All other expenses | | | | |
| **25** Total functional expenses. Add lines 1 through 24e | 0 | 0 | 0 | 0 |
| **26** **Joint costs.** Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ ☐ if following SOP 98-2 (ASC 958-720) | | | | |

DAA

04/22/2022 4:48 PM Pg 17

Form 990 (2020)  **Pompano Senior Squadron Flying Club**                                Page **11**

| **Part X** | **Balance Sheet** |
|---|---|

Check if Schedule O contains a response or note to any line in this Part X ☐

|  |  | (A) Beginning of year |  | (B) End of year |
|---|---|---|---|---|
| **Assets** | **1** Cash—non-interest-bearing | 442 | 1 | 920 |
| | **2** Savings and temporary cash investments | | 2 | |
| | **3** Pledges and grants receivable, net | | 3 | |
| | **4** Accounts receivable, net | 51,091 | 4 | 50,000 |
| | **5** Loans and other receivables from any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 5 | |
| | **6** Loans and other receivables from other disqualified persons (as defined under section 4958(f)(1)), and persons described in section 4958(c)(3)(B) | | 6 | |
| | **7** Notes and loans receivable, net | | 7 | |
| | **8** Inventories for sale or use | | 8 | |
| | **9** Prepaid expenses and deferred charges | 24,747 | 9 | 24,747 |
| | **10a** Land, buildings, and equipment: cost or other basis. Complete Part VI of Schedule D | **10a** | | |
| | **b** Less: accumulated depreciation | **10b** | 10c | |
| | **11** Investments—publicly traded securities | | 11 | |
| | **12** Investments—other securities. See Part IV, line 11 | | 12 | |
| | **13** Investments—program-related. See Part IV, line 11 | | 13 | |
| | **14** Intangible assets | | 14 | |
| | **15** Other assets. See Part IV, line 11 | 506,127 | 15 | 506,127 |
| | **16** Total assets. Add lines 1 through 15 (must equal line 33) | 582,407 | 16 | 581,794 |
| **Liabilities** | **17** Accounts payable and accrued expenses | 2,171 | 17 | |
| | **18** Grants payable | | 18 | |
| | **19** Deferred revenue | | 19 | |
| | **20** Tax-exempt bond liabilities | | 20 | |
| | **21** Escrow or custodial account liability. Complete Part IV of Schedule D | | 21 | |
| | **22** Loans and other payables to any current or former officer, director, trustee, key employee, creator or founder, substantial contributor, or 35% controlled entity or family member of any of these persons | | 22 | |
| | **23** Secured mortgages and notes payable to unrelated third parties | 297,306 | 23 | 286,806 |
| | **24** Unsecured notes and loans payable to unrelated third parties | | 24 | |
| | **25** Other liabilities (including federal income tax, payables to related third parties, and other liabilities not included on lines 17-24). Complete Part X of Schedule D | | 25 | |
| | **26** Total liabilities. Add lines 17 through 25 | 299,477 | 26 | 286,806 |
| **Net Assets or Fund Balances** | Organizations that follow FASB ASC 958, check here ▶ ☐ and complete lines 27, 28, 32, and 33. | | | |
| | **27** Net assets without donor restrictions | | 27 | |
| | **28** Net assets with donor restrictions | | 28 | |
| | Organizations that do not follow FASB ASC 958, check here ▶ ☒ and complete lines 29 through 33. | | | |
| | **29** Capital stock or trust principal, or current funds | 152,700 | 29 | 152,700 |
| | **30** Paid-in or capital surplus, or land, building, or equipment fund | 166,198 | 30 | 166,198 |
| | **31** Retained earnings, endowment, accumulated income, or other funds | -35,968 | 31 | -23,910 |
| | **32** Total net assets or fund balances | 282,930 | 32 | 294,988 |
| | **33** Total liabilities and net assets/fund balances | 582,407 | 33 | 581,794 |

Form **990** (2020)

DAA

Form 990 (2020)  **Pompano Senior Squadron Flying Club**                                        Page **12**

## Part XI   Reconciliation of Net Assets

Check if Schedule O contains a response or note to any line in this Part XI ........................ ☐

| | | |
|---|---|---:|
| 1 | Total revenue (must equal Part VIII, column (A), line 12) | 12,058 |
| 2 | Total expenses (must equal Part IX, column (A), line 25) | |
| 3 | Revenue less expenses. Subtract line 2 from line 1 | 12,058 |
| 4 | Net assets or fund balances at beginning of year (must equal Part X, line 32, column (A)) | 282,930 |
| 5 | Net unrealized gains (losses) on investments | |
| 6 | Donated services and use of facilities | |
| 7 | Investment expenses | |
| 8 | Prior period adjustments | |
| 9 | Other changes in net assets or fund balances (explain on Schedule O) | |
| 10 | Net assets or fund balances at end of year. Combine lines 3 through 9 (must equal Part X, line 32, column (B)) | 294,988 |

## Part XII   Financial Statements and Reporting

Check if Schedule O contains a response or note to any line in this Part XII .................... ☐

| | Yes | No |
|---|---|---|
| 1 Accounting method used to prepare the Form 990: ☐ Cash ☒ Accrual ☐ Other | | |
| If the organization changed its method of accounting from a prior year or checked "Other," explain in Schedule O. | | |
| 2a Were the organization's financial statements compiled or reviewed by an independent accountant? | | X |
| If "Yes," check a box below to indicate whether the financial statements for the year were compiled or reviewed on a separate basis, consolidated basis, or both: ☐ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | |
| b Were the organization's financial statements audited by an independent accountant? | | X |
| If "Yes," check a box below to indicate whether the financial statements for the year were audited on a separate basis, consolidated basis, or both: ☐ Separate basis ☐ Consolidated basis ☐ Both consolidated and separate basis | | |
| c If "Yes" to line 2a or 2b, does the organization have a committee that assumes responsibility for oversight of the audit, review, or compilation of its financial statements and selection of an independent accountant? | | |
| If the organization changed either its oversight process or selection process during the tax year, explain on Schedule O. | | |
| 3a As a result of a federal award, was the organization required to undergo an audit or audits as set forth in the Single Audit Act and OMB Circular A-133? | | |
| b If "Yes," did the organization undergo the required audit or audits? If the organization did not undergo the required audit or audits, explain why on Schedule O and describe any steps taken to undergo such audits | | |

Form **990** (2020)

DAA

**SCHEDULE D**
**(Form 990)**

Department of the Treasury
Internal Revenue Service

# Supplemental Financial Statements

▶ Complete if the organization answered "Yes" on Form 990,
Part IV, line 6, 7, 8, 9, 10, 11a, 11b, 11c, 11d, 11e, 11f, 12a, or 12b.
▶ Attach to Form 990.
▶ Go to *www.irs.gov/Form990* for instructions and the latest information.

OMB No. 1545-0047

**2020**

Open to Public
Inspection

Name of the organization
**Pompano Senior Squadron Flying Club Inc**

Employer identification number

## Part I    Organizations Maintaining Donor Advised Funds or Other Similar Funds or Accounts.
Complete if the organization answered "Yes" on Form 990, Part IV, line 6.

|   |   | (a) Donor advised funds | (b) Funds and other accounts |
|---|---|---|---|
| 1 | Total number at end of year | | |
| 2 | Aggregate value of contributions to (during year) | | |
| 3 | Aggregate value of grants from (during year) | | |
| 4 | Aggregate value at end of year | | |

5   Did the organization inform all donors and donor advisors in writing that the assets held in donor advised
funds are the organization's property, subject to the organization's exclusive legal control? ........................   ☐ Yes ☐ No

6   Did the organization inform all grantees, donors, and donor advisors in writing that grant funds can be used
only for charitable purposes and not for the benefit of the donor or donor advisor, or for any other purpose
conferring impermissible private benefit? .............................................................................   ☐ Yes ☐ No

## Part II    Conservation Easements.
Complete if the organization answered "Yes" on Form 990, Part IV, line 7.

1   Purpose(s) of conservation easements held by the organization (check all that apply).
  ☐ Preservation of land for public use (for example, recreation or education)    ☐ Preservation of a historically important land area
  ☐ Protection of natural habitat    ☐ Preservation of a certified historic structure
  ☐ Preservation of open space

2   Complete lines 2a through 2d if the organization held a qualified conservation contribution in the form of a conservation
easement on the last day of the tax year.

|   |   | Held at the End of the Tax Year |
|---|---|---|
| a | Total number of conservation easements | 2a |
| b | Total acreage restricted by conservation easements | 2b |
| c | Number of conservation easements on a certified historic structure included in (a) | 2c |
| d | Number of conservation easements included in (c) acquired after 7/25/06, and not on a historic structure listed in the National Register | 2d |

3   Number of conservation easements modified, transferred, released, extinguished, or terminated by the organization during the
tax year ▶ ................

4   Number of states where property subject to conservation easement is located ▶ ........

5   Does the organization have a written policy regarding the periodic monitoring, inspection, handling of
violations, and enforcement of the conservation easements it holds? ...............................................   ☐ Yes ☐ No

6   Staff and volunteer hours devoted to monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ ................

7   Amount of expenses incurred in monitoring, inspecting, handling of violations, and enforcing conservation easements during the year
▶ $ ................

8   Does each conservation easement reported on line 2(d) above satisfy the requirements of section 170(h)(4)(B)(i)
and section 170(h)(4)(B)(ii)? ..........................................................................................   ☐ Yes ☐ No

9   In Part XIII, describe how the organization reports conservation easements in its revenue and expense statement and
balance sheet, and include, if applicable, the text of the footnote to the organization's financial statements that describes the
organization's accounting for conservation easements.

## Part III    Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 8.

1a   If the organization elected, as permitted under FASB ASC 958, not to report in its revenue statement and balance sheet works
of art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public
service, provide in Part XIII the text of the footnote to its financial statements that describes these items.

b   If the organization elected, as permitted under FASB ASC 958, to report in its revenue statement and balance sheet works of
art, historical treasures, or other similar assets held for public exhibition, education, or research in furtherance of public service,
provide the following amounts relating to these items:

  (i)   Revenue included on Form 990, Part VIII, line 1 ....................................   ▶ $ ................
  (ii)  Assets included in Form 990, Part X .................................................   ▶ $ ................

2   If the organization received or held works of art, historical treasures, or other similar assets for financial gain, provide the
following amounts required to be reported under FASB ASC 958 relating to these items:

a   Revenue included on Form 990, Part VIII, line 1 ........................................   ▶ $ ................
b   Assets included in Form 990, Part X ....................................................   ▶ $ ................

For Paperwork Reduction Act Notice, see the Instructions for Form 990.

DAA

Schedule D (Form 990) 2020

04/22/2022 4:48 PM Pg 20

Schedule D (Form 990) 2020   **Pompano Senior Squadron Flying Club**                      Page **2**

| Part III | Organizations Maintaining Collections of Art, Historical Treasures, or Other Similar Assets *(continued)* |

**3** Using the organization's acquisition, accession, and other records, check any of the following that make significant use of its collection items (check all that apply):

a ☐ Public exhibition                    d ☐ Loan or exchange program

b ☐ Scholarly research                   e ☐ Other ..................................................

c ☐ Preservation for future generations

**4** Provide a description of the organization's collections and explain how they further the organization's exempt purpose in Part XIII.

**5** During the year, did the organization solicit or receive donations of art, historical treasures, or other similar assets to be sold to raise funds rather than to be maintained as part of the organization's collection? ............................... ☐ Yes ☐ No

| Part IV | Escrow and Custodial Arrangements. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 9, or reported an amount on Form 990, Part X, line 21.

**1a** Is the organization an agent, trustee, custodian or other intermediary for contributions or other assets not included on Form 990, Part X? .................................................................................... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII and complete the following table:

|  |  | Amount |
|---|---|---|
| c Beginning balance ................................................ | 1c |  |
| d Additions during the year ...................................... | 1d |  |
| e Distributions during the year ................................. | 1e |  |
| f Ending balance .................................................... | 1f |  |

**2a** Did the organization include an amount on Form 990, Part X, line 21, for escrow or custodial account liability? ...................... ☐ Yes ☐ No

**b** If "Yes," explain the arrangement in Part XIII. Check here if the explanation has been provided on Part XIII ...........................

| Part V | Endowment Funds. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 10.

|  | (a) Current year | (b) Prior year | (c) Two years back | (d) Three years back | (e) Four years back |
|---|---|---|---|---|---|
| **1a** Beginning of year balance .......... |  |  |  |  |  |
| **b** Contributions ........................ |  |  |  |  |  |
| **c** Net investment earnings, gains, and losses ............................... |  |  |  |  |  |
| **d** Grants or scholarships .............. |  |  |  |  |  |
| **e** Other expenditures for facilities and programs ............................ |  |  |  |  |  |
| **f** Administrative expenses ............. |  |  |  |  |  |
| **g** End of year balance ................. |  |  |  |  |  |

**2** Provide the estimated percentage of the current year end balance (line 1g, column (a)) held as:

**a** Board designated or quasi-endowment ▶ .............. %

**b** Permanent endowment ▶ .............. %

**c** Term endowment ▶ .............. %

The percentages on lines 2a, 2b, and 2c should equal 100%.

**3a** Are there endowment funds not in the possession of the organization that are held and administered for the organization by:

|  |  | Yes | No |
|---|---|---|---|
| (i) Unrelated organizations ................................................................ | 3a(i) |  |  |
| (ii) Related organizations .................................................................. | 3a(ii) |  |  |
| **b** If "Yes" on line 3a(ii), are the related organizations listed as required on Schedule R? ................. | 3b |  |  |

**4** Describe in Part XIII the intended uses of the organization's endowment funds.

| Part VI | Land, Buildings, and Equipment. |

Complete if the organization answered "Yes" on Form 990, Part IV, line 11a. See Form 990, Part X, line 10.

| Description of property | (a) Cost or other basis (investment) | (b) Cost or other basis (other) | (c) Accumulated depreciation | (d) Book value |
|---|---|---|---|---|
| **1a** Land ......................................... |  |  |  |  |
| **b** Buildings ................................... |  |  |  |  |
| **c** Leasehold improvements ............... |  |  |  |  |
| **d** Equipment ................................. |  |  |  |  |
| **e** Other ....................................... |  |  |  |  |

**Total.** Add lines 1a through 1e. *(Column (d) must equal Form 990, Part X, column (B), line 10c.)* ............................ ▶ | | | |

Schedule D (Form 990) 2020

DAA

Schedule D (Form 990) 2020    **Pompano Senior Squadron Flying Club**    Page **3**

## Part VII    Investments – Other Securities.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11b. See Form 990, Part X, line 12.

| (a) Description of security or category (including name of security) | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) Financial derivatives | | |
| (2) Closely held equity interests | | |
| (3) Other | | |
| (A) | | |
| (B) | | |
| (C) | | |
| (D) | | |
| (E) | | |
| (F) | | |
| (G) | | |
| (H) | | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 12.) ▶ | | |

## Part VIII    Investments – Program Related.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11c. See Form 990, Part X, line 13.

| (a) Description of investment | (b) Book value | (c) Method of valuation: Cost or end-of-year market value |
|---|---|---|
| (1) | | |
| (2) | | |
| (3) | | |
| (4) | | |
| (5) | | |
| (6) | | |
| (7) | | |
| (8) | | |
| (9) | | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 13.) ▶ | | |

## Part IX    Other Assets.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11d. See Form 990, Part X, line 15.

| (a) Description | (b) Book value |
|---|---|
| (1)        Aircrafts | 506,127 |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 15.) ▶ | 506,127 |

## Part X    Other Liabilities.
Complete if the organization answered "Yes" on Form 990, Part IV, line 11e or 11f. See Form 990, Part X, line 25.

| 1. (a) Description of liability | (b) Book value |
|---|---|
| (1)   Federal income taxes | |
| (2) | |
| (3) | |
| (4) | |
| (5) | |
| (6) | |
| (7) | |
| (8) | |
| (9) | |
| Total. (Column (b) must equal Form 990, Part X, col. (B) line 25.) ▶ | |

2. Liability for uncertain tax positions. In Part XIII, provide the text of the footnote to the organization's financial statements that reports the organization's liability for uncertain tax positions under FASB ASC 740. Check here if the text of the footnote has been provided in Part XIII ............. ☐

DAA    Schedule D (Form 990) 2020

Schedule D (Form 990) 2020   **Pompano Senior Squadron Flying Club**                                      Page **4**

| **Part XI** | **Reconciliation of Revenue per Audited Financial Statements With Revenue per Return.** | | |
|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | |
| **1** | Total revenue, gains, and other support per audited financial statements | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part VIII, line 12: | | |
| **a** | Net unrealized gains (losses) on investments | **2a** | |
| **b** | Donated services and use of facilities | **2b** | |
| **c** | Recoveries of prior year grants | **2c** | |
| **d** | Other (Describe in Part XIII.) | **2d** | |
| **e** | Add lines **2a** through **2d** | | **2e** | |
| **3** | Subtract line **2e** from line **1** | | **3** | |
| **4** | Amounts included on Form 990, Part VIII, line 12, but not on line 1: | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | |
| **b** | Other (Describe in Part XIII.) | **4b** | |
| **c** | Add lines **4a** and **4b** | | **4c** | |
| **5** | Total revenue. Add lines **3** and **4c**. *(This must equal Form 990, Part I, line 12.)* | | **5** | |

| **Part XII** | **Reconciliation of Expenses per Audited Financial Statements With Expenses per Return.** | | |
|---|---|---|---|
| | Complete if the organization answered "Yes" on Form 990, Part IV, line 12a. | | |
| **1** | Total expenses and losses per audited financial statements | | **1** | |
| **2** | Amounts included on line 1 but not on Form 990, Part IX, line 25: | | |
| **a** | Donated services and use of facilities | **2a** | |
| **b** | Prior year adjustments | **2b** | |
| **c** | Other losses | **2c** | |
| **d** | Other (Describe in Part XIII.) | **2d** | |
| **e** | Add lines **2a** through **2d** | | **2e** | |
| **3** | Subtract line **2e** from line **1** | | **3** | |
| **4** | Amounts included on Form 990, Part IX, line 25, but not on line 1: | | |
| **a** | Investment expenses not included on Form 990, Part VIII, line 7b | **4a** | |
| **b** | Other (Describe in Part XIII.) | **4b** | |
| **c** | Add lines **4a** and **4b** | | **4c** | |
| **5** | Total expenses. Add lines **3** and **4c**. *(This must equal Form 990, Part I, line 18.)* | | **5** | |

| **Part XIII** | **Supplemental Information.** |
|---|---|

Provide the descriptions required for Part II, lines 3, 5, and 9; Part III, lines 1a and 4; Part IV, lines 1b and 2b; Part V, line 4; Part X, line 2; Part XI, lines 2d and 4b; and Part XII, lines 2d and 4b. Also complete this part to provide any additional information.

DAA

Schedule D (Form 990) 2020    **Pompano Senior Squadron Flying Club**    Page **5**

**Part XIII**    **Supplemental Information** *(continued)*

DAA

**SCHEDULE O**
**(Form 990 or 990-EZ)**

Department of the Treasury
Internal Revenue Service

**Supplemental Information to Form 990 or 990-EZ**

Complete to provide information for responses to specific questions on
Form 990 or 990-EZ or to provide any additional information.

▶ **Attach to Form 990 or 990-EZ.**
▶ **Go to** *www.irs.gov/Form990* **for the latest information.**

OMB No. 1545-0047

**2020**

**Open to Public Inspection**

| Name of the organization | Employer identification number |
|---|---|
| Pompano Senior Squadron Flying Club Inc | |

**Form 990, Part VI, Line 11b - Organization's Process to Review Form 990**

No review was or will be conducted.


**Form 990, Part VI, Line 19 - Governing Documents Disclosure Explanation**

No documents available to the public

**For Paperwork Reduction Act Notice, see the Instructions for Form 990 or 990-EZ.**
DAA

**Schedule O (Form 990 or 990-EZ) 2020**