**Fill in this information to identify the case:**

Debtor name  **Pompano Senior Squadron Flying Club, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **22-15714-PDR**

■ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☑ Amended *Schedule* **A/B, D, E/F, G and Summary of A & L**
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 24, 2022**          X **/s/ Gregg Galyo**
                                            Signature of individual signing on behalf of debtor

                                            **Gregg Galyo**
                                            Printed name

                                            **Vice President**
                                            Position or relationship to debtor

Official Form 202          Declaration Under Penalty of Perjury for Non-Individual Debtors

**Fill in this information to identify the case:**

Debtor name  **Pompano Senior Squadron Flying Club, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **22-15714-PDR**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals       **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $ **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................. $ **396,305.35**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................... $ **396,305.35**

| Part 2: | Summary of Liabilities |
|---|---|

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $ **242,359.87**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................... $ **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................... +$ **308,083.74**

4.  **Total liabilities** ................................................................................
    Lines 2 + 3a + 3b

$ **550,443.61**

**Fill in this information to identify the case:**

Debtor name   **Pompano Senior Squadron Flying Club, Inc.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   **22-15714-PDR**

■ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Chase Bank** | **Business - Operating** | 6793 | $20,020.37 |
| 3.2. | **Chase Bank** | **Business - Savings** | 0161 | $40,494.56 |
| 3.3. | **Bank of America** | **Checking** | 0841 | $4.42 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     **$60,519.35**

### Part 2:    Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor   **Pompano Senior Squadron Flying Club, Inc.**                    Case number *(If known)* **22-15714-PDR**
_____
Name

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **C01487-Old Republic Insurance Co**<br>**(Policy No. AVC00337709)** | $0.00 |
| 8.2. | **C01442-Old Republic Insurance Co**<br>**(Policy No. AP01061708)** | $0.00 |
| 8.3. | **Sarasota Avionics & Maintenance**<br>**120 Airport Avenue West**<br>**Venice, FL 34285** | $4,630.00 |
| 8.4. | **AirPower, Inc.**<br>**Contract for Rebuilt Engine** | $6,000.00 |

9.    **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$10,630.00

**Part 3:**   **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**   **Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Debtor   **Pompano Senior Squadron Flying Club, Inc.**   Case number *(If known)* **22-15714-PDR**
Name

| **Furniture various chairs, couch and desk** | $75.00 | Liquidation | $75.00 |

| 40. | **Office fixtures** | | | |

| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | **Desktop table with monitor and printer** | $50.00 | Liquidation | $50.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $125.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**   **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Golf cart with battery charger** | $1,535.00 | Liquidation | $1,535.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

| 49.1.  **1978 Piper Archer PA-28-180 (N30877)**<br>**Owned by:**<br>**Pompano Senior Squadron Flying Club, Inc.** | $99,000.00 | Appraisal | $99,000.00 |
| 49.2.  **1979 Piper Archer PA-28-181 (N47LH)**<br>**Owned by:**<br>**Pompano Senior Squadron Flying Club, Inc.** | $101,000.00 | Appraisal | $101,000.00 |

Debtor   **Pompano Senior Squadron Flying Club, Inc.**                    Case number *(If known)*   **22-15714-PDR**
Name

| | | | | | |
|---|---|---|---|---|---|
| 49.3. | **1976 Piper Cherokee PA-28-140 (N8633E)** **Owned by:** **Pompano Senior Squadron Flying Club, Inc.** | **$58,000.00** | Appraisal | **$58,000.00** |
| 49.4. | **1976 Piper Warrior PA-28-161 (N7696F)** **Owned by:** **Pompano Senior Squadron Flying Club, Inc.** | **$62,000.00** | Appraisal | **$62,000.00** |
| 49.5. | **Aircraft Lease for:** **1979 Piper Cherokee 6 PA32-300 (N2921S)** **Owned by:** **Airworthy Services, LLC** **Ronald Ziller, President** **969 SE 6th Terrace** **Pompano Beach, FL 33060** | **Unknown** | N/A | **Unknown** |
| 49.6. | **Aircraft Lease for:** **1980 Piper Warrior II/III PA-28-161 (N81250)** **Owned by:** **Paul K. Sanchez** **10643 Shore Drive** **Boca Raton, FL 33428** | **Unknown** | N/A | **Unknown** |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Tool bench; 12 ton press; abravise blaster; cleaning tank; aircraft jack; blue tool box; aircraft power converter; aircraft tow dolly; shelf with various cleaning supplies; (3) fire extinguishers; electric air pump; (4) plastic tubs with various aircraft parts; flammable cabinet with oil and cleaners; (2) file cabinets; refrigerator; tall shelf with miscellanous aircraft parts; cabinet with miscellanous aircraft parts; shelf with 7 aircraft tires and tubes (7) life jackets; life raft; grill; 8' ft. ladder; 2' ft ladder; key lock box; (6) sand bags; (6) extension cords; (2) boxes with tie down straps; (2) plastic shelfs with miscellaneous hardware; mail box and lock bock ready service box along with air pump and cleaning supplies.** | **$3,496.00** | Liquidation | **$3,496.00** |

| | |
|---|---|
| 51. | **Total of Part 8.** |
| | Add lines 47 through 50.  Copy the total to line 87. |

|  |
|---|
| **$325,031.00** |

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Debtor **Pompano Senior Squadron Flying Club, Inc.**    Case number *(if known)* **22-15714-PDR**
Name

■ No
☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **Commercial Lease for Aircraft T-Hanger c/o Sheltair Pompano Beach, LLC 4860 NE 12th Avenue Fort Lauderdale, FL 33334** | **Commercial Lease for Aircraft T-Hanger** | **$0.00** | **N/A** | **$0.00** |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| | |
|---|---|
| | **$0.00** |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor  **Pompano Senior Squadron Flying Club, Inc.**                    Case number *(If known)*  **22-15714-PDR**
Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $60,519.35 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $10,630.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $125.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $325,031.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $396,305.35 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $396,305.35 |

| Fill in this information to identify the case: |
|---|

Debtor name     **Pompano Senior Squadron Flying Club, Inc.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF FLORIDA

Case number (if known)     **22-15714-PDR**

■ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1   Airworthy Services, LLC**<br>Creditor's Name<br><br><br>**c/o Ronald Ziller, President<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Aircraft Lease for:<br>1979 Piper Cherokee 6 PA32-300 (N2921S)<br>Owned by:<br>Airworthy Services, LLC<br>Ronald Ziller, President<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060** | **$0.00** | **Unknown** |
| Creditor's email address, if known<br><br>**Date debt was incurred<br>5/14/2020<br>Last 4 digits of account number<br>0203** | **Describe the lien**<br>**Aircraft Lease for (N2921S)**<br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed | | |
| **2.2   Carl L. Kennedy, II**<br>Creditor's Name<br>**2929 S. Ocean Boulevard<br>Suite 510<br>Boca Raton, FL 33432**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Pending Litigation** | **$200,000.00** | **$0.00** |
| Creditor's email address, if known<br><br>**Date debt was incurred** | **Describe the lien**<br>**Claim of Lien against Aircraft**<br>Is the creditor an insider or related party?<br>☐ No<br>■ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |

Debtor **Pompano Senior Squadron Flying Club, Inc.**
_____
Name

Case number (if known)  **22-15714-PDR**
_____

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.3 | **Paul K. Sanchez** | Describe debtor's property that is subject to a lien | $5,858.00 | $101,000.00 |
|---|---|---|---|---|

Creditor's Name

**c/o Robert J. Puzio, Esq. The Litigation Defense Group, Inc. 1040 Bayview Drive, Suite 520 Fort Lauderdale, FL 33304**

**1979 Piper Archer PA-28-181 (N47LH) Owned by: Pompano Senior Squadron Flying Club, Inc.**

Creditor's mailing address

**Describe the lien**
**Aircraft FAA Lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.4 | **Paul K. Sanchez** | Describe debtor's property that is subject to a lien | $0.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**c/o Robert J. Puzio, Esq. The Litigation Defense Group, Inc. 1040 Bayview Drive, Suite 520 Fort Lauderdale, FL 33304**

**Aircraft Lease for: 1980 Piper Warrior II/III PA-28-161 (N81250) Owned by: Paul K. Sanchez 10643 Shore Drive Boca Raton, FL 33428**

Creditor's mailing address

**Describe the lien**
**Aircraft Lease for (N81250)**

**Is the creditor an insider or related party?**
☐ No
■ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| Debtor | Pompano Senior Squadron Flying Club, Inc. | Case number (if known) | 22-15714-PDR |
|---|---|---|---|
| | Name | | |

**2.5 Paul K. Sanchez**

Creditor's Name

c/o Robert J. Puzio, Esq.
The Litigation Defense
Group, Inc.
1040 Bayview Drive, Suite
520
Fort Lauderdale, FL 33304

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
1979 Piper Archer PA-28-181 (N47LH); and
1976 Piper Cherokee PA-28-140 (N8633E)

**Describe the lien**
Aircraft Liens against (N47LH and N8633E)

Is the creditor an insider or related party?
☐ No
☑ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☑ Unliquidated
☑ Disputed

$34,284.54    $58,000.00

---

**2.6 Sheltair Pompano Beach, LLC**

Creditor's Name

4860 NE 12th Avenue
Fort Lauderdale, FL 33334

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
Commercial Lease for Aircraft T-Hanger
c/o Sheltair Pompano Beach, LLC
4860 NE 12th Avenue
Fort Lauderdale, FL 33334

**Describe the lien**
Commercial Lease for Aircraft T-Hanger
Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,217.33    $0.00

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   $242,359.87

**Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Debtor **Pompano Senior Squadron Flying Club, Inc.**
_____
Name

Case number (*if known*)   **22-15714-PDR**
_____

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **The Law Office of Stephen Barker**<br>**901 A Clint Moore Road**<br>**Boca Raton, FL 33487** | Line __2.2__ | |
| **The Law Offices of Scott J. Kalish, PLLC**<br>**c/o Scott J. Kalish, Esq.**<br>**2161 Palm Beach Lakes Boulevard**<br>**West Palm Beach, FL 33409** | Line __2.2__ | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 4 of 4

| Fill in this information to identify the case: |
| --- |

Debtor name  **Pompano Senior Squadron Flying Club, Inc.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  **22-15714-PDR**

■ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                        12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1.  Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)**.**

☐ No. Go to Part 2.

■ Yes. Go to line 2.

**2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
| --- | --- | --- | --- | --- |

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

Priority creditor's name and mailing address
**Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Governmental Unit Notice Pursuant to
Bankruptcy Rule 5003(e)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |

Priority creditor's name and mailing address
**Internal Revenue Service
Compliance Services Insolvency
STOP 5730
7850 Southwest 6th Court
Plantation, FL 33324**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Governmental Unit Notice Pursuant to
Bankruptcy Rule 5003(e)**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Pompano Senior Squadron Flying Club, Inc.** | | Case number (if known) | **22-15714-PDR** |
|---|---|---|---|---|
| | Name | | | |

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aaron Gillespie**
**819 NE 14th Ct**
**Ft lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Air Power, Inc.**
**4912 S. Collins Street**
**Arlington, TX 76018**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/22/2022

Last 4 digits of account number  5249

Basis for the claim:  **Contract for Rebuilt Engine**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alessandro Potenti**
**1410 Middle River Drive**
**Fort Lauderdale, Florida 33304-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allan Sefranek**
**336 N. Birch Road**
**8E**
**Ft Lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alon Rosenberg**
**1375 SW 14th Avenue**
**Boca Raton, FL 33486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Bilukha**
**12629 NW 13th Court**
**Sunrise, FL 33323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Cohen**
**1314 E Los Olas Boulevard, Suite 9**
**Ft Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pompano Senior Squadron Flying Club, Inc.** | Case number (if known) | **22-15714-PDR** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Ard**
**240 SE 28th Way**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Flying Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Astray-Caneda**
**20976 Up Town Avenue**
**Apartment 410**
**Boca Raton, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Flying Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Tranchida**
**4974 NW 48th Avenue**
**Coconut Creek, FL 33073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Flying Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Ara Yanikian**
**4144 NW 83rd Lane**
**Coral Springs, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Flying Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $66,949.00 |
|---|---|---|---|

**Arthur J. Gallagher Risk Management**
**Services, Inc.**
**c/o Gallagher Aviation**
**2580 Foxfield Road, Suite 203**
**Saint Charles, IL 60174**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _7/19/2022_

**Basis for the claim:** __Aircraft Insurance Premium Agreement__

Last 4 digits of account number _LY01_

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Bernardo Picca**
**168 Orange Drive**
**Boynton Beach, FL 33436**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Flying Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Brain Butzer**
**19721 118th Trail South**
**Boca Raton, FL 33498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Flying Club Member__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pompano Senior Squadron Flying Club, Inc.** | Case number (if known) | **22-15714-PDR** |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$40,000.00**

**Bruce Ayala**
**6835 NW 22nd Terrace**
**Fort Lauderdale, FL 33309**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Business Capital Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Bruce Ayala**
**6835 NW 22nd Terrace**
**Fort Lauderdale, FL 33309**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Bruce Knecht**
**2130 NE 30th Street**
**Lighthouse Point, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Carson Reddick**
**100 N. Federal Highway**
**Ft Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Casey Ahlbum**
**10375 NW 39th Manor**
**Coral Springs, FL 33065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Cesar Hernandez**
**16711 Sapphire Isle**
**Weston, FL 33331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Christopher Troesch**
**2500 N. Ocean Boulevard**
**Pompano beach, Fl 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pompano Senior Squadron Flying Club, Inc.** | Case number (if known) | **22-15714-PDR** |
|---|---|---|---|
| | Name | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corey Pechonis**
**770 SE 2nd Avenue**
**Apartment F-206**
**Deerfield Beach, FL 33441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Flying Club Member**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darren Ayoub**
**205 Woodland Road**
**Palm Springs, FL 33461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Flying Club Member**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dave Davison**
**205 SW 28th Street**
**Fort Lauderdale, FL 33315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Watkins**
**1012 Kanasgowa Drive**
**Brevard, NC 28712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Notification Purpose**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donald Cannarozzi**
**204 SE 9th Street**
**Dania Beach, FL 33004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Flying Club Member**

Is the claim subject to offset? ☐ No ☐ Yes

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donald McNiel**
**2720 NE 6th Street**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edwin Thompson Orcino**
**4960 Windward Way**
**Ft Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Pompano Senior Squadron Flying Club, Inc.**
_____
Name

Case number (if known)  **22-15714-PDR**

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Evan Munro**
**353 W 47th Street**
**Apartment 4H**
**Miami Beach, Florida 33140-0000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gamma Dean**
**1708 Las Olas Boulvard**
**Ft lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gene Vertkin**
**1039 Hillsboro Mile #2**
**Hillsboro Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gerard Williams**
**5800 SW 130th Avenue**
**Southwest Ranches, FL 33330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Giancarlo Daneri**
**1201 River Reach Drive**
**Apartment 404**
**Ft Lauderdale, FL 33315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gideon Brent**
**140 SW 7th Court**
**Pompano Beach, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gregory Galyo**
**4496 SW 37th Avenue**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Pompano Senior Squadron Flying Club, Inc.**
     Name

Case number *(if known)*  **22-15714-PDR**

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gregory Gilhooly**
**1421 S. Ocean Boulevard**
**Unit 102**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gregory Madonna**
**411 N New River Drive East**
**Apartment 2006**
**Ft Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Harry Pollack**
**2810 NE 20th Avenue**
**Lighthouse Point, Fl 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Henry Dabrowski**
**3004 Oakbrook Drive**
**Weston, FL 33332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jameson Clifford**
**2740 NE 9th Court**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jason Costello**
**301 SW 1St Ave**
**Ft Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jason Sager**
**5301 Magellan Circle**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:**  **Flying Club Member**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Pompano Senior Squadron Flying Club, Inc.** | Case number (if known) | **22-15714-PDR** |
|---|---|---|---|
| | Name | | |

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jay Heppner**
**3212 NE 40th Street**
**Ft Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jean-Claude Conte**
**3507 Oaks Way**
**Apartment 101**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeffrey Blake**
**1961 SE 18th Street**
**Lauderdale By The Sea, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jeffrey Ronner**
**6512 Burning Wood Drive**
**Apartment 210**
**Boca Raton, FL 33433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jorge Salinger**
**2701 N. Ocean Boulevard**
**E605**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Hernandez**
**4442 E Aqua Bella Lane**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Juan Ramirez**
**2211 NE 15th Court**
**Ft Lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Pompano Senior Squadron Flying Club, Inc.** | Case number *(if known)* | **22-15714-PDR** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Julian Hernandez**
**321 NW 17th Avenue**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Flying Club Member__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Justin Armstrong**
**3391 Liberty Street**
**Hollywood, FL 33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Flying Club Member__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin MacLean**
**209 River Terrace Drive**
**Jupiter, FL 33469**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Flying Club Member__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Prior**
**53 Castlerock Lane**
**Bolton, CT 06043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Flying Club Member__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Tracey**
**1044 SW 42nd Avenue**
**Dearfield Beach, FL 33442**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Flying Club Member__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Killian O'Connor**
**200 S Birch Road**
**Apartment 810**
**Ft lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Flying Club Member__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,512.50 |
|---|---|---|---|

**Law Offices of Edward F. Holodak, PA**
**c/o Edward F. Holodak, Esq.**
**3326 NE 33rd Street**
**Fort Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: __Attorneys fees and expenses__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pompano Senior Squadron Flying Club, Inc.**
    Name

Case number (if known) **22-15714-PDR**

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Logan Anderson**
**2625 NE 17th Street**
**Pompano Beach, FL 33306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Luca Pastore**
**2615 NE 21st Terrace**
**Lighthouse Point, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marissa Stutes**
**4315 Sarver Drive**
**lake Charles, LA 70605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mark Jarvis**
**140 SE 9th Street**
**Pompano Beach, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,700.00 |
|---|---|---|---|

**Michael Borer**
**c/o Jeffrey B. Lampert, Esq.**
**The Barrister Building**
**1615 Forum Place, Suite 4-B**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pending Litigation in Broward County Court (refer to SOFA 7)**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Dubin**
**6171 Floral Lakes Drive**
**Delray Beach, FL 33484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Scheeringa**
**517 SE 25th Avenue**
**Ft Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Pompano Senior Squadron Flying Club, Inc.**                    Case number (if known)    **22-15714-PDR**
_____
Name

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Strongin**
**9559 Collins Avenue**
**Apartment 409**
**Surfside, FL 33154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Taggart**
**2801 Florida Avenue**
**Apartment 215**
**Miami, FL 33133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mosart Sebben**
**7676 NW 60th Lane**
**Parkland, FL 33067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ori Adivi**
**3218 NE 211 Terrace**
**Aventura, FL 33180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,800.00 |
|---|---|---|---|

**Paul K. Sanchez**
**c/o Robert J. Puzio, Esq.**
**The Litigation Defense Group, Inc.**
**1040 Bayview Drive, Suite 520**
**Fort Lauderdale, FL 33304**

☐ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Pending Litigation in Broward County Circuit Court (refer to SOFA 7)**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paul K. Sanchez**
**10643 Shore Drive**
**Boca Raton, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Paul Nudelman**
**2301 Collins Avenue**
**Penthouse 1**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Pompano Senior Squadron Flying Club, Inc.**
_____
Name

Case number (if known)  **22-15714-PDR**

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Paul Palmeri**
**1475 SE 15th Street**
**Apartment 301**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Paulo De lima Yoshida**
**1160 N. Federal Highway**
**Apartment 1016**
**Ft Lauderdale, FL 03304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Raja Malek**
**714 Heron Drive**
**Delray Beach, FL 33444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Randy Greenfield**
**3305 NE 39th Street**
**Fort Lauderdale, FL 33324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Rick McQuaide**
**1518 SE 12th Court**
**Dearfield Beach, FL 33314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert Brauser**
**90 Compass Lane**
**Ft Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Robert Nast**
**3165 NE 48th Court**
**Lighthouse Point, FL 33064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Pompano Senior Squadron Flying Club, Inc.** | Case number (if known) | **22-15714-PDR** |
|---|---|---|---|
| | Name | | |

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Rutten**
**101 Briny Avenue**
**Apartment 1002**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Robert Schneider**
**9838 Savona Winds Drive**
**Delray, FL 33446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ronald Ziller**
**969 SE 6th Terrace**
**Pompano Beach, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,495.00 |
|---|---|---|---|

**Sarasota Avionics & Maintenance**
**120 Airport Avenue West**
**Venice, FL 34285**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15/2021**

Basis for the claim:  **Aircraft Equipment & Machinery Service Repair**

Last 4 digits of account number  **8912**

Is the claim subject to offset? ☑ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SEC Commsion**
**Office of Reorganization**
**950 E. Paces Ferry Road NE**
**Suite 900**
**Atlanta, GA 30326-1382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Governmental Unit Notice Pursuant to Bankruptcy Rule 5003(e)**

Date(s) debt was incurred _

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Horniacek**
**1790 SE 4th Street**
**Pompano Beach, FL 33060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Taylor**
**1334 N 30th Road**
**Hollywood   33021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Flying Club Member**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor   **Pompano Senior Squadron Flying Club, Inc.**
         Name

Case number (if known)   **22-15714-PDR**

---

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $117,627.24 |

**Sunwood, Inc.**
**Susan D. Lasky, PA**
**c/o Susan D. Lasky, Esq.**
**320 SE 18th Street**
**Fort Lauderdale, FL 33316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Final Summary Judgment__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Timothy Rosman**
**1548 NE 37th Street**
**Oakland Park, FL 33334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Flying Club Member__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Toby Rothe**
**1401 S Ocean Boulevard**
**Apartment 504**
**Pompano Beach, FL 33062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Flying Club Member__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Tom Warfield**
**4900 N. Ocean Boulevard**
**Unit 403**
**Ft. Lauderdale, FL 33308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Flying Club Member__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Tor Holm**
**2351 SW 26th Avenue**
**Fort Lauderdale, FL 33312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Flying Club Member__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Travis McQuade**
**14861 Enclave Preserve Circle**
**#T4**
**Delray Beach, FL 33484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Flying Club Member__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Yonathan Yehezkel**
**54 NE 95th Street**
**Miami Shores, FL 33138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  __Flying Club Member__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

| Debtor | **Pompano Senior Squadron Flying Club, Inc.** | Case number (if known) | **22-15714-PDR** |
| --- | --- | --- | --- |
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Law Office of Dane Stanish, P.A.**<br>**c/o Dane T. Stanish, Esq.**<br>**3475 Sheridan Street, Suite 209**<br>**Fort Lauderdale, FL 33301** | Line __3.85__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Paul K. Sanchez**<br>**10643 Shore Drive**<br>**Boca Raton, FL 33428** | Line __3.68__<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:     Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
| --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $           0.00 |
| **5b. Total claims from Part 2** | 5b.   + | $        308,083.74 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c. | $        308,083.74 |

**Fill in this information to identify the case:**

Debtor name    **Pompano Senior Squadron Flying Club, Inc.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    **22-15714-PDR**

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                                       12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest **Contract for Rebuilt Engine**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Air Power, Inc.**<br>**4912 S. Collins Street**<br>**Arlington, TX 76018** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest **Aircraft Lease for 1979 Piper Cherokee 6 PA32-300 (N2921S)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Airworthy Services, LLC**<br>**969 SE 6th Terrace**<br>**Pompano Beach, FL 33060** |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest **Aircraft Lease for Piper Warrior PA28-161 (N81250)**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Paul K. Sanchez**<br>**c/o Robert J. Puzio, Esq.**<br>**The Litigation Defense Group, Inc.**<br>**1040 Bayview Drive, Suite 520**<br>**Fort Lauderdale, FL 33304** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest **Aircraft T-Hanger Lease Agreement**<br><br>State the term remaining **18 months**<br><br>List the contract number of any government contract | **Sheltair Pompano Beach, LLC**<br>**4860 NE 12th Avenue**<br>**Fort Lauderdale, FL 33334** |

**Fill in this information to identify the case:**

Debtor name **Pompano Senior Squadron Flying Club, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) **22-15714-PDR**

■ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $180,076.65 |
| **For prior year:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | $388,464.79 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor  **Pompano Senior Squadron Flying Club, Inc.**                    Case number *(if known)* **22-15714-PDR**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Sunwood, Inc.**<br>**Susan D. Lasky, PA**<br>**c/o Susan D. Lasky, Esq.**<br>**320 SE 18th Street**<br>**Fort Lauderdale, FL 33316** | **7/18/2022** | **$20,020.37** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Final Summary Judgment Garnishment of Funds from Chase Bank** |
| 3.2. **Sunwood, Inc.**<br>**Susan D. Lasky, PA**<br>**c/o Susan D. Lasky, Esq.**<br>**320 SE 18th Street**<br>**Fort Lauderdale, FL 33316** | **7/18/2022** | **$40,494.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Final Summary Judgment Garnishment of Funds from Chase Bank** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Paul K. Sanchez**<br>**c/o Robert J. Puzio, Esq.**<br>**The Litigation Defense Group, Inc.**<br>**1040 Bayview Drive, Suite 520**<br>**Fort Lauderdale, FL 33304**<br>**Former Flying Club Member** | | **Unknown** | **Repayments for Business Loans** |
| 4.2. **Carl L. Kennedy, II**<br>**2929 S. Ocean Boulevard**<br>**Suite 510**<br>**Boca Raton, FL 33432**<br>**Former Flying Club Member** | | **$200,000.00** | **Improper Recorded Lien** |
| 4.3. **Bruce Ayala**<br>**6835 NW 22nd Terrace**<br>**Fort Lauderdale, FL 33309**<br>**Former Flying Club Member** | **9/21/2021 to 6/24/2022** | **$13,124.00** | **Repayments for Business Loans** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor   **Pompano Senior Squadron Flying Club, Inc.** _____     Case number *(if known)*  **22-15714-PDR**

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Sunwood, Inc. vs. Pompano Senior Squardron Flying Club, Inc.<br>21-003202-CACE-12 | Contract and Indebtedness | Broward County Circuit Court<br>Clerk of the Clerks<br>201 SE 6th Street<br>Fort Lauderdale, FL 33301 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Paul K. Sanchez vs. Pompano Senior Squadron Flying Club, Inc.<br>21-006666-CA-9 | Contract and Indebtedness | Broward County Circuit Court<br>Clerk of the Clerks<br>201 SE 6th Street<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Pompano Senior Squadron Flying Club, Inc. vs. Carl L. Kennedy, II<br>CACE20005993-08 | Breach of Fiduciary Duties | Broward County Circuit Court<br>Clerk of the Clerks<br>201 SE 6th Street<br>Fort Lauderdale, FL 33301 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.   Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

| Debtor | Pompano Senior Squadron Flying Club, Inc. | Case number *(if known)* | 22-15714-PDR |
|---|---|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LORIUM LAW** <br> **101 NE Third Avenue** <br> **Suite 1800** <br> **Fort Lauderdale, FL 33301** | **Attorneys fees and costs for a Chapter 11 (Subchapter V).** | **7/26/2022** | **$5,000.00** |
| | Email or website address <br> **capugatch@loriumlaw.com** | | | |
| | Who made the payment, if not debtor? <br> **Gregory Gilhooly, President** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

Debtor    **Pompano Senior Squadron Flying Club, Inc.**                  Case number *(if known)* **22-15714-PDR**

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor   **Pompano Senior Squadron Flying Club, Inc.**                    Case number *(if known)*  **22-15714-PDR**

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| **Part 13:**  **Details About the Debtor's Business or Connections to Any Business** |
|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Raymond C. Cahill, CPA, PA** **4801 S. University Drive** **Suite 2080** **Fort Lauderdale, FL 33328-3842** | **2019-Current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor  **Pompano Senior Squadron Flying Club, Inc.**   Case number *(if known)*  **22-15714-PDR**

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Tor Holm**<br>**2351 SW 26th Avenue**<br>**Fort Lauderdale, FL 33312** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Gregory Gilhooly | 5773 NW 119th Terrace<br>Coral Springs, FL 33076 | President | Flying Club Member |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Gregory Galyo | 4496 SW 37th Avenue<br>Fort Lauderdale, FL 33312 | Vice President | Flying Club Member |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Tor Holm | 2351 SW 26th Avenue<br>Fort Lauderdale, FL 33312 | Treasurer | Flying Club Member |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Casey Ahlbum | 10375 NW 39th Manor<br>Coral Springs, FL 33065 | Secretary | Flying Club Member |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Anthony Astray-Caneda | 20976 Up Town Avenue<br>Apartment 4<br>Boca Raton, FL 33428 | Director of Operations | Flying Club Member |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

■ Yes. Identify below.

Debtor   **Pompano Senior Squadron Flying Club, Inc.**                    Case number *(if known)*  **22-15714-PDR**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Carl L. Kennedy, II | 2929 S. Ocean Boulevard Suite 510 Boca Raton, FL 33432 | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Tyler Frederick | 338 NW 22nd Avenue Boca Raton, FL 33486 | **Former Secretary term ended July 2022.** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Gregory Worley | 990 NE 27th Avenue Pompano Beach, FL 33062 | **Former Secretary term ended September 2021.** | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 24, 2022**

**/s/ Gregg Galyo**                                               **Gregg Galyo**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**United States Bankruptcy Court**
**Southern District of Florida**

In re    **Pompano Senior Squadron Flying Club, Inc.**              Case No.    **22-15714-PDR**
_____          Chapter    **11**
                                                    Debtor(s)

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B). I certify that:

[ ]    The paper filed **adds** creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being added). I have:
1.    remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2.    provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded the added creditors in CM/ECF;
3.    provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
4.    filed an amended schedule(s) and summary of schedules; and
5.    filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B))

[ ]    The paper filed **deletes** a creditor(s) as reflected on the <u>attached list</u> (include name and address of each creditor being deleted**). I have:**
1.    remitted the required fee;
2.    provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
3.    filed an amended schedule(s) and summary of schedules.

[ ]    The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the <u>attached list</u>. **I have:**
1.    provided notice to affected parties, including service of a copy of this notice and a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
2.    filed an amended schedule(s) or other paper.

[ ]    The paper filed **corrects** schedule D or E/F amount(s) or classification(s). **I have:**
1.    remitted the required fee;
2.    provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1 (F)]; and
3.    filed an amended schedule(s) and summary of schedules.

[ **X** ]    None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It does require the filing of an amended schedule and summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202 , "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated: **August 24, 2022**

**/s/ Craig A. Pugatch, Esq.**

Attorney for Debtor (or Debtor, if pro se)

**Craig A. Pugatch, Esq.**

Print Name & Florida Bar Number

**/s/ Gregg Galyo**

**Gregg Galyo**

Debtor

**101 NE Third Avenue**
**Suite 1800**
**Fort Lauderdale, FL 33301**

Address

**954-462-8000 Fax: 954-462-4300**
**capugatch@loriumlaw.com**

Phone Number