

**ORDERED in the Southern District of Florida on September 8, 2022.**



Peter D. Russin, Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-15714-PDR |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., | Chapter 11 (Subchapter V) |
| Debtor. _____/ | |

**FINAL ORDER APPROVING THE EMPLOYMENT AND RETENTION OF CRAIG A. PUGATCH, ESQ. AND LORIUM LAW AS COUNSEL FOR THE DEBTOR IN POSSESSION EFFECTIVE AS OF THE PETITION DATE**

This matter came before the Court on August 25, 2022 at 1:30 p.m., upon the *Application for Interim and Final Order Authorizing the Employment and Retention of Craig A. Pugatch, Esq. and Lorium Law as Counsel for the Debtor in Possession Effective as of the Petition Date and setting Final Hearing Thereon* [ECF No. 11] (the "Application") and the related affidavit of Craig A. Pugatch, Esq., filed by Pompano Senior Squadron Flying Club, Inc. (the "Debtor"). The Application requests entry of a final order approving the Debtor's employment of Craig A. Pugatch, Esq. ("CAP") and Lorium Law ("LL") and its regular associates in this chapter 11 case.

The representations CAP and LL which are duly qualified pursuant to Local Rule 2090-1(A) to practice in this Court and hold no interest adverse to the Debtor's estate in the matters upon which they are engaged, that they are disinterested persons as required by 11 U.S.C. § 327(a) and have disclosed any connections with any creditor or party in interest as set forth in Fed. R. Bankr. P. 2014, and that their employment is necessary and would be in the best interest of the Debtor's estate and the Court being otherwise fully advised in the premises, and no objection having been made, it is

**ORDERED** as follows:

1. The Application [ECF No. 11] is GRANTED on a Final Basis.

2. The Debtor is authorized to retain Craig A. Pugatch, Esq., and the law firm of Lorium Law as counsel retroactive to the petition date, pursuant to 11 U.S.C. §§ 327 and 330.

3. Craig A. Pugatch, Esq., and the law firm of Lorium Law shall apply for compensation and reimbursement of fees and costs, pursuant to 11 U.S.C. §§ 330 and 331, at their ordinary rates and charges, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtor.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

###

Copy to:

Craig A. Pugatch, Esq.
LORIUM LAW
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone: 954.803.9688
Facsimile:  954.462.4300

*(Craig A. Pugatch, Esq. is directed to serve a copy of this order on all parties in interest and   file a certificate of service with the Court).*