UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE: CASE NO.: 22-15714-PDR

POMPANO SENIOR SQUADRON                    In proceedings under Chapter 11
FLYING CLUB, INC.

Debtor.
_____/

**OBJECTION TO APPLICATION FOR EMPLOYMENT OF
EDWARD F. HOLODAK ESQ AND THE LAW FIRM OF EDWARD HOLODAK AS
SPECIAL LITIGATION COUNSEL TO DEBTOR**

Sunwood, Inc. ("Sunwood") through undersigned counsel files this Objection to Application For Employment of Edward F. Holodak and the Law Firm of Edward Holodak as Special Litigation Counsel and in support thereof states as follows:

1. On July 26, 2022, (the "Petition Date") the Debtor filed a voluntary petition under Chapter 11, Title 11 Subchapter V of the United States Code.

2. Debtor is a tax exempt not- for- profit entity that operates a flying club for the benefit of its members, which include ownership, operation and lease of aircraft. The Debtor has the ability to assess its members for the expenses of the club. **See Exhibit 1**.

3. Sunwood procured a judgment against Debtor for unjust enrichment by reason of a $100,000.00 loan made to the Debtor in the month of September of 2018, which was used in November of 2018 to purchase a plane with serial number N2921S from Southwind Aviation for the sum of $133,185. **See Exhibit 2**.

4. Sunwood advanced the $100,000 in reliance on the representations made by the Debtor's treasurer at that time, Carl L. Kennedy.

1

5. On or about the time Carl L Kennedy resigned as treasurer, he assigned his security interest in the 4 planes to Sunwood. **See Exhibit 3**.

6. On or about April 7, 2020 subsequent to the resignation of Mr. Kennedy, the Debtor commenced a lawsuit against Mr. Kennedy for an "accounting" and challenged the validity of Mr. Kennedy's claims against the Debtor.

7. The Debtor's bankruptcy schedules have placed no value on its claims against Mr. Kennedy.

8. The Debtor's schedules do not disclose the amount of money which was paid to Mr. Holadek to pursue the litigation against Mr. Kennedy .

9. On information and belief Mr. Holadek also represented the Debtor in a litigation against a pro se member who was seeking $1,700.00 in small claims court.  It seems that Mr. Holdak appealed and the pro se club member prevailed on appeal.  It doesn't appear there was any cost/benefit analysis by the Debtor or its counsel.

10. Debtor's schedules do not attribute any monetary value to the litigation against Mr. Kennedy. If Mr. Kennedy is uncollectible this litigation has no financial benefit to the Debtor's creditors. Accordingly, the litigation will simply divert the Debtor's financial resources to a litigation which has no financial upside, and thus far seems to have put the club in an unacceptable financial situation.

11. With respect to the action for an accounting against Mr. Kennedy it would seem that a review of the Debtor's bank statements should have provided the information required to determine any wrong doing on the part of Mr. Kennedy, much more economically than the lawsuit filed against Kennedy by Attorney Holodak.

12.  With respect to the argument raised by Debtor's representative that the litigation will eliminate "invalid" liens, Sunwood would assert that stripping these liens has no immediate benefit to the Debtor unless the Debtor is proposing to sell the planes to pay its creditors. Since there is no plan filed, the creditors cannot determine if the retention of Holadek at this time has value to them.

13.  In summary, the retention of Mr. Holodak is premature since continuation of the state court litigation has only depleted the estate's resources and caused an entity which is legally capable of paying its debts in full through member assessments to seek relief in this court. Continuation of this litigation before a Subchapter V plan has been filed and a settlement made with creditors is unreasonable and unnecessary.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served on the ECF list electronically on this 13th day of September 2022 and I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

SUSAN D. LASKY PA
320 SE 18 Street
Ft Lauderdale, FL 33316
(954) 400-7474
Sue@SueLasky.com

BY: s/Susan Lasky, Esq.
SUSAN D. LASKY, ESQ.
Florida Bar No. 451096

# EXHIBIT "1"

**PBFC**
POMPANO BEACH FLYING CLUB

July 21, 2022

Dear Members,

This letter is to inform you of a special emergency meeting of the Pompano Beach Flying Club Members, scheduled at 7:00PM, on Friday July 22, 2022 to discuss an urgent legal matter that has caused us to temporarily suspend club operations and ground our aircraft. This meeting will be held via Zoom and your attendance is strongly encouraged.

As you know, The Pompano Beach Flying Club has been involved in a number of on-going legal matters related to the actions of the club's former treasurer. In one of these matters, Sunwood Inc. alleges that they loaned the club $100,000 in September of 2018. There is no record of this alleged loan in the club's records, no record of the previous board approving the alleged loan, and no record of the members approving the alleged expense as required by the club's bylaws, since it exceeded $80,000. While PBFC disputes the circumstances of the alleged loan, a review of club records confirms that a deposit of $100,000 was made into a club account in September of 2018.

When the new board took office in 2020, the outgoing treasurer did not make the incoming board or incoming treasurer aware of this alleged loan from Sunwood and for this reason no payments were ever made. The current board first learned about this alleged loan when served with a lawsuit and a demand for payment in 2021. In May of 2022, Sunwood received a judgment against PBFC in the amount of $117,627.24 which represents the amount of the alleged loan plus interest and fees.

We attempted to negotiate payment arrangements with Sunwood in good faith, through our attorney, and they rejected our offer. Instead of continuing to negotiate with us and despite being aware of the circumstances, Sunwood has sought to garnish the club's finances resulting in all of our bank accounts being frozen. As a result, we cannot access the club's funds to pay our expenses, forcing us to suspend operations and ground our aircraft.

The board met with legal counsel to discuss our options and to consider a recommendation that the club file for bankruptcy in order to obtain an automatic stay and to obtain a release of the hold on our accounts, allowing us to resume normal operations when we have access to funds while we properly reorganize our debts through the bankruptcy reorganization process.

To pay for the bankruptcy attorney's initial retainer along with the filing fee, we are proposing an immediate assessment of $165 per member, an amount equal to one month's dues. The funds will be paid into a trust account established by our attorney, for the sole purpose of paying the retainer and the filing fees. Dues for August will be waived, meaning that we will simply pay our August dues early, and pay them into the trust account rather than through Schedule Master (payment instructions will be provided). Going forward, we will incur additional legal expenses associated with the bankruptcy process and we will be able to cover these costs, along with regular expenses, from our operating income and cash on hand.

It is not easy for us to present you with this recommendation and we want you to know that we have thoroughly considered multiple options. One initial option was to take out a loan against the club owned airplanes. However, the former treasurer has placed liens against these 4 airplanes, preventing us from doing so. While we believe these liens are fraudulent, that matter has to be resolved in court and it will not be resolved immediately.

A second option briefly considered was to make a one time, equal assessment on all members for an amount that would allow us to pay the judgment in full. Although this would resolve the Sunwood matter, it would leave the club in a precarious financial situation while also placing a significant burden on our members, something we really do not want to do.

The intent of this meeting is to ensure that all of you are fully informed about the board's intentions and that you have an opportunity to provide input before we proceed. We believe that a decision to file bankruptcy provides our club with the best opportunity to quickly unfreeze our financial accounts, keep our club operating and keep all of us flying while resolving some or all of the lingering legal matters related to the actions of our former treasurer.

We thank you in advance for your attendance at this important meeting.

Sincerely,


Board of Directors
Pompano Beach Flying Club

# EXHIBIT "2"

8:54 AM
10/02/18

# Pompano Senior Squadron Flying Club, Inc.
## Reconciliation Detail
### Cash In Bank - B of A, Period Ending 09/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 8,395.30 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 25 items** | | | | | | |
| Check | 07/24/2018 | 5772 | Trey Kennedy | X | -175.00 | -175.00 |
| Check | 08/29/2018 | 5785 | Bert, John | X | -1,700.00 | -1,875.00 |
| Check | 08/31/2018 | 5792 | Shelltair Pompano B... | X | -2,003.40 | -3,878.40 |
| Check | 08/31/2018 | 5789 | Guzman, Charly | X | -1,366.88 | -5,245.28 |
| Check | 08/31/2018 | 5791 | Dave Watkins - Int | X | -648.44 | -5,893.72 |
| Check | 08/31/2018 | 5790 | Ayala Loan Payment | X | -424.70 | -6,318.42 |
| Check | 09/04/2018 | DC | Wal-Mart | X | -36.64 | -6,355.06 |
| Check | 09/05/2018 | 5793 | Jumper, Steven L. | X | -750.00 | -7,105.06 |
| Check | 09/05/2018 | DC | Horizon Instruments | X | -613.50 | -7,718.56 |
| Check | 09/10/2018 | 5794 | Aviation Specialty S... | X | -1,090.00 | -8,808.56 |
| Bill Pmt -Check | 09/12/2018 | 5795 | Aviation Specialty S... | X | -250.00 | -9,058.56 |
| Check | 09/12/2018 | DC | Lowes | X | -24.28 | -9,082.84 |
| Check | 09/13/2018 | 5797 | Steve Jumper | X | -717.96 | -9,800.80 |
| Check | 09/17/2018 | DC | About Town Lock & ... | X | -63.60 | -9,864.40 |
| Check | 09/13/2018 | DC | Time Sync, Inc. | X | -130.00 | -9,994.40 |
| Check | 09/21/2018 | DC | Airparts Company, I... | X | -123.13 | -10,117.53 |
| Check | 09/21/2018 | DC | Lowes | X | -20.51 | -10,138.04 |
| Check | 09/24/2018 | DC | AMEX | X | -5,910.53 | -16,048.57 |
| Check | 09/24/2018 | DC | Google ADWS2709... | X | -148.24 | -16,196.81 |
| Bill Pmt -Check | 09/26/2018 | 5798 | Aviation Specialty S... | X | -2,137.43 | -18,334.24 |
| Check | 09/26/2018 | 5799 | MS Avionics Inc | X | -1,065.00 | -19,399.24 |
| Bill Pmt -Check | 09/26/2018 | DC | About Town Lock & ... | X | -150.55 | -19,549.79 |
| Check | 09/27/2018 | DC | Kennedy, Carl | X | -100.00 | -19,649.79 |
| Check | 09/27/2018 | DC | Office Depot | X | -26.73 | -19,676.52 |
| Check | 09/28/2018 | DC | Cricket Wireless | X | -105.00 | -19,781.52 |
| **Total Checks and Payments** | | | | | -19,781.52 | -19,781.52 |
| **Deposits and Credits - 10 items** | | | | | | |
| Deposit | 09/05/2018 | | | X | 881.84 | 881.84 |
| Deposit | 09/08/2018 | | | X | 1,682.13 | 2,563.97 |
| Deposit | 09/10/2018 | | | X | 2,094.00 | 4,657.97 |
| Deposit | 09/18/2018 | | | X | 2,180.64 | 6,838.61 |
| Deposit | 09/21/2018 | | | X | 833.12 | 7,671.73 |
| Deposit | 09/24/2018 | | | X | 500.00 | 8,171.73 |
| Deposit | 09/24/2018 | | | X | 36,000.00 | 44,171.73 |
| Deposit | 09/24/2018 | | Sanchez, Paul | X | 100,000.00 | 144,171.73 |
| Deposit | 09/25/2018 | | Sunwood Inc | X | 2,562.10 | 146,733.83 |
| Deposit | 09/27/2018 | | | X | 1,980.00 | 148,713.83 |
| **Total Deposits and Credits** | | | | | 148,713.83 | 148,713.83 |
| **Total Cleared Transactions** | | | | | 128,932.31 | 128,932.31 |
| **Cleared Balance** | | | | | 128,932.31 | 128,932.31 |
| **Uncleared Transactions** | | | | | | 137,327.61 |

DEPOSITED

8:54 AM
10/02/18

# Pompano Senior Squadron Flying Club, Inc.
## Reconciliation Detail
Cash In Bank - B of A, Period Ending 09/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Checks and Payments - 6 items** | | | | | | |
| Check | 02/23/2018 | 5691 | Garanger, Kevin | | -1,560.00 | -1,560.00 |
| Check | 08/30/2018 | 5788 | Paul Sanchez Expe... | | -1,883.92 | -3,443.92 |
| Check | 09/30/2018 | 5801 | Sheltair Pompano B... | | -2,003.40 | -5,447.32 |
| Check | 09/30/2018 | 5800 | Guzman, Charly | | -1,366.88 | -6,814.20 |
| Check | 09/30/2018 | 5802 | Dave Watkins - Int | | -648.44 | -7,462.64 |
| Check | 09/30/2018 | 5803 | Ayala Loan Payment | | -411.00 | -7,873.64 |
| **Total Checks and Payments** | | | | | -7,873.64 | -7,873.64 |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 09/30/2018 | | | | 1,700.00 | 1,700.00 |
| **Total Deposits and Credits** | | | | | 1,700.00 | 1,700.00 |
| **Total Uncleared Transactions** | | | | | -6,173.64 | -6,173.64 |
| **Register Balance as of 09/30/2018** | | | | | 122,758.67 | 131,153.97 |
| **Ending Balance** | | | | | 122,758.67 | 131,153.97 |

8:55 AM
12/07/18

# Pompano Senior Squadron Flying Club, Inc.
## Reconciliation Detail
### Cash In Bank - B of A, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 132,717.72 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 22 items** | | | | | | |
| Check | 10/27/2018 | 5812 | Garanger, Kevin | X | -1,560.00 | -1,560.00 |
| Check | 10/31/2018 | 5815 | Sheltair Pompano B... | X | -2,003.40 | -3,563.40 |
| Check | 10/31/2018 | 5816 | Guzman, Charly | X | -1,366.88 | -4,930.28 |
| Check | 10/31/2018 | 5818 | Dave Watkins - Int | X | -648.44 | -5,578.72 |
| Check | 10/31/2018 | 5817 | Wendy A. Hausmann | X | -500.00 | -6,078.72 |
| Check | 10/31/2018 | 5814 | Ayala Loan Payment | X | -424.70 | -6,503.42 |
| Check | 11/13/2018 | DC | Publix | X | -14.54 | -6,517.96 |
| Check | 11/13/2018 | DC | Publix | X | -10.18 | -6,528.14 |
| Check | 11/14/2018 | Wire | Southwind Aviation, ... | X | -133,185.00 | -139,713.14 |
| Bill Pmt -Check | 11/14/2018 | 5819 | Aviation Specialty S... | X | -1,627.68 | -141,340.82 |
| Check | 11/14/2018 | 5820 | Stapor, Thomas | X | -1,465.44 | -142,806.26 |
| Check | 11/14/2018 | DC | Bank of America | X | -30.00 | -142,836.26 |
| Check | 11/14/2018 | DC | Office Depot | X | -27.55 | -142,863.81 |
| Check | 11/14/2018 | 5821 | Cash | X | -25.00 | -142,888.81 |
| Check | 11/15/2018 | DC | Kennedy, Carl | X | -100.00 | -142,988.81 |
| Check | 11/19/2018 | DC | Lowes | X | -63.37 | -143,052.18 |
| Check | 11/21/2018 | DC | About Town Lock & ... | X | -59.10 | -143,111.28 |
| Check | 11/23/2018 | DC | Google ADWS2709... | X | -149.05 | -143,260.33 |
| Check | 11/26/2018 | DC | AMEX | X | -5,000.00 | -148,260.33 |
| Check | 11/26/2018 | DC | AutoZone | X | -27.95 | -148,288.28 |
| Check | 11/28/2018 | DC | Cricket Wireless | X | -105.00 | -148,393.28 |
| Check | 11/30/2018 | DC | AMEX | X | -2,786.92 | -151,180.20 |
| Total Checks and Payments | | | | | -151,180.20 | -151,180.20 |
| **Deposits and Credits - 11 items** | | | | | | |
| Deposit | 11/05/2018 | | | X | 5,716.05 | 5,716.05 |
| Deposit | 11/07/2018 | | | X | 767.95 | 6,484.00 |
| Deposit | 11/12/2018 | | | X | 6,502.08 | 12,986.08 |
| Deposit | 11/14/2018 | | | X | 1,507.49 | 14,493.57 |
| Deposit | 11/20/2018 | | | X | 1,955.26 | 16,448.83 |
| Deposit | 11/21/2018 | | | X | 174.48 | 16,623.31 |
| Deposit | 11/21/2018 | | | X | 523.06 | 17,146.37 |
| Deposit | 11/21/2018 | | | X | 538.20 | 17,684.57 |
| Deposit | 11/29/2018 | | | X | 140.00 | 17,824.57 |
| Deposit | 11/29/2018 | | | X | 140.00 | 17,964.57 |
| Deposit | 11/29/2018 | | | X | 764.00 | 18,728.57 |
| Total Deposits and Credits | | | | | 18,728.57 | 18,728.57 |
| Total Cleared Transactions | | | | | -132,451.63 | -132,451.63 |
| Cleared Balance | | | | | -132,451.63 | 266.09 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Check | 08/30/2018 | 5788 | Paul Sanchez Expe... | | -1,883.92 | -1,883.92 |
| Check | 11/30/2018 | 5823 | Sheltair Pompano B... | | -2,003.40 | -3,887.32 |
| Check | 11/30/2018 | 5827 | Guzman, Charly | | -1,366.88 | -5,254.20 |
| Check | 11/30/2018 | 5826 | Dave Watkins - Int | | -648.44 | -5,902.64 |
| Check | 11/30/2018 | 5824 | Ayala Loan Payment | | -424.70 | -6,327.34 |
| Check | 11/30/2018 | 5825 | Ayala Loan Payment | | -411.00 | -6,738.34 |
| Total Checks and Payments | | | | | -6,738.34 | -6,738.34 |
| Total Uncleared Transactions | | | | | -6,738.34 | -6,738.34 |
| Register Balance as of 11/30/2018 | | | | | -139,189.97 | -6,472.25 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 Item** | | | | | | |
| Deposit | 12/02/2018 | | | | 3,989.53 | 3,989.53 |
| Total Deposits and Credits | | | | | 3,989.53 | 3,989.53 |
| Total New Transactions | | | | | 3,989.53 | 3,989.53 |

*Handwritten annotation: "WIRED TO SOUTHWIND AVIATION TO PURCHASE N2921S"*

# EXHIBIT "3"

Paperwork Reduction Act Statement: This information is collected to provide evidence of security interest. The information is used by the aircraft registry in the recording of security interests. We estimate that it will take approximately 30 minutes to complete this form. The information is required to perfect a security interest in the described collateral. (This form or equivalent may be used.). This information is public information, and no confidentiality is provided. An agency may not conduct or sponsor, and a person is not required to respond to a collection of information unless it displays a currently valid OMB control number. The number associated with this collection is 2120-0042.

# DEPARTMENT OF TRANSPORTATION
## FEDERAL AVIATION ADMINISTRATION
### CIVIL AVIATION REGISTRY
### AIRCRAFT REGISTRATION BRANCH
P. O. Box 25504
Oklahoma City, Oklahoma 73125
### AIRCRAFT SECURITY AGREEMENT

I hereby certify that this is a true and exact copy of the original document.

**NAME & ADDRESS OF DEBTOR**
Pompano Senior Squadron Flying Club, Inc.
2929 S. Ocean Blvd. Suite 510
Boca Raton, FL 33432

**NAME & ADDRESS OF SECURED PARTY/ASSIGNOR**
Carl L. Kennedy
2929 S. Ocean Blvd. Suite 510
Boca Raton, FL 33432

**ASSIGNED/NAME & ADDRESS OF ASSIGNEE**

ABOVE SPACE FOR FAA USE ONLY

Date: February 12, 2020

A security interest is hereby granted to the secured party on the following described collateral:
AIRCRAFT (FAA registration number, manufacturer, model, and serial number):

N30877, Piper Aircraft, (Archer II )PA 28-181, 28-7890457 / N47LH, Piper Aircraft,(Archer II)PA 28-181, 28-7990480
N7696F, Piper Aircraft,(Warrior )PA 28-151, 28-7715244 / N8633E, Piper Aircraft,(Cherokee 140)PA 28-140, 28-7625145

NOTICE: ENGINES LESS THAN 550 HORSEPOWER AND PROPELLERS NOT CAPABLE OF ABSORBING 750 OR MORE RATED SHAFT HORSEPOWER ARE NOT ELIGIBLE FOR RECORDING.

ENGINES (manufacturer, model, and serial number):
N/A
PROPELLERS (manufacturer, model, and serial number):
N/A
SPARE PARTS LOCATIONS (air carrier's name, city, and state):
N/A

together with all equipment and accessories attached thereto or used in connection therewith, including engines of __N/A__ horsepower, or the equivalent, and propellers capable of absorbing __N/A__ rated takeoff shaft horsepower, described above, all of which are included in the term aircraft as used herein.

The above described aircraft is hereby mortgaged to the secured party for the purpose of securing in the order named:
FIRST: The payment of all indebtedness evidenced by and according to the terms of that certain promissory note; herein below described, and all renewals and extensions thereof.

Note bearing date __12/31/17__ executed by the debtor and payable to the order of __Carl L. Kennedy__ in the aggregate sum of $ __100,000__ with interest thereon at the rate of __4%__ per centum per annum, from date, payable in installments as follows:

The principal and interest of said note is payable in __84__ installments of $ __1366.88__ each on __31st__ day of each successive month beginning with the __31st__ day of __Jan__. The last payment of $ __1366.88__ is due on the __31st__ day of __Dec__.

SECOND: The prompt and faithful discharge and performance of each agreement of the debtor herein contained made with or for the benefit of the secured party in connection with the indebtedness to secure which this instrument is executed, and the repayment of any sums expended or advanced by the secured party for the maintenance or preservation of the property mortgaged hereby or in enforcing their rights hereunder. Said debtor hereby declares and hereby warrants to the said secured party that they are the absolute owner of the legal and beneficial title to the said aircraft and in possession thereof, and that the same is free and clear of all liens, encumbrances, and adverse claims whatsoever, except as follows: (If no liens other than this mortgage, indicate "none".)

AC 8050-98 (2/06)

It is the intention of the parties to deliver this instrument in the state of   Florida

Provided, however, that if the debtor, their heirs, administrators, successors, or assignees shall pay said note and the interest thereon in accordance with the terms thereof and shall keep and perform all and singular the terms, covenants, and agreements in this security agreement, then this security agreement shall be null and void.

Time is of the essence of this security agreement. It is hereby agreed that, if default be made in the payment of any part of the principal or interest of the promissory note secured hereby at the time and in the manner therein specified, or if any breach be made of any obligation or promise of the debtor herein contained or secured hereby, or if any or all of the property covered hereby be hereafter sold, leased, transferred, mortgaged, or otherwise encumbered without the written consent of the secured party may deem himself insecure, then the whole principal sum unpaid upon said promissory note, with the interest accrued thereon, or advanced under the terms of this security agreement, or secured thereby, and the interest thereon shall immediately become due and payable at the option of the secured party.

Upon default, secured party may at once proceed to foreclose this mortgage in any manner provided by law, or the secured party may at its option, and they are hereby empowered so to do, with or without foreclosure action, enter upon the premises where the said aircraft may be and take possession thereof; and remove and sell and dispose of the same at public or private sale, and from the proceeds of such sale retain all costs and charges incurred by secured party in the taking or sale of said aircraft, including any reasonable attorney's fees incurred; also all sums due him on said promissory note, under any provisions thereof, or advanced under the terms of this security, and interest thereon, or due or owing to the said secured party, under any provisions of this security agreement, or secured hereby, with the interest thereon, and any surplus of such proceeds remaining shall be paid to the debtor, or whoever may be lawfully entitled to receive the same. If a deficiency occurs, the debtor agrees to pay such deficiency forthwith.

Said secured party or his agent may bid and purchase at any sale made under this mortgage or herein authorized, or at any sale made upon foreclosure of this security agreement.

In witness whereof, the debtor has hereunto set  its _____  hand and seal on the day and year first above

**ACKNOWLEDGMENT:**
(If required by applicable local law)

NAME OF DEBTOR  Pompano Senior Squadron Flying Club, Inc.

SIGNATURE(S) (IN INK) _____
(If executed for co-ownership, all must sign)

TITLE  President
(If signed for a corporation, partnership, owner, or agent)

## ASSIGNMENT BY SECURED PARTY

For value received, the undersigned secured party does hereby sell, assign, and transfer all right, title, and interest in and to the foregoing note and security agreement and the aircraft covered thereby, unto the assignee named on the face of this instrument at the address given, and hereby authorizes the said assignee to do every act and thing necessary to collect and discharge the same. The undersigned secured party warrants and agrees to defend the title of said aircraft hereby conveyed against all lawful claims and demands except the rights of the maker. The undersigned secured party warrants that the secured party is the owner of a valid security interest in the said aircraft. (A Guaranty Clause or any other provisions which the parties are desirous of making a part of this assignment should be included in the following space.)

Dated this  21  day of  March, 2022

**ACKNOWLEDGMENT:**
(If required by applicable local law)

NAME OF SECURED PARTY (ASSIGNOR)  Carl L. Kennedy

SIGNATURE(S) (IN INK) _____
(If executed for co-ownership, all must sign)

TITLE _____
(If signed for a corporation, partnership, owner, or agent)

THIS FORM IS ONLY INTENDED TO BE A SUGGESTED FORM OF SECURITY AGREEMENT WHICH MEETS THE RECORDING REQUIREMENTS OF TITLE 49, UNITED STATES CODE, AND THE REGULATIONS ISSUED THEREUNDER. IN ADDITION TO THESE REQUIREMENTS, THE FORM OF SECURITY AGREEMENT SHOULD BE DRAFTED IN ACCORDANCE WITH THE PERTINENT PROVISIONS OF LOCAL STATUTES AND OTHER APPLICABLE FEDERAL STATUTES. THIS FORM MAY BE REPRODUCED.

SEND, WITH APPROPRIATE FEE, TO:  AIRCRAFT REGISTRATION BRANCH
P.O. BOX 25504
OKLAHOMA CITY, OKLAHOMA 73125-0504

AC 8050-98 (2/06)

```
Label Matrix for local noticing        Pompano Senior Squadron Flying Club, Inc.   Aaron Gillespie
113C-0                                 1421 South Ocean Boulevard                  819 NE 14th Ct
Case 22-15714-PDR                      Suite 102                                   Ft lauderdale, FL 33304-1215
Southern District of Florida           Pompano Beach, FL 33062-7314
Fort Lauderdale
Tue Sep 13 15:48:56 EDT 2022

Air Power, Inc.                        Airworthy Services, LLC                     Airworthy Services, LLC
4912 S. Collins Street                 969 SE 6th Terrace                          c/o Ronald Ziller, President
Arlington, TX 76018-1135               Pompano Beach, FL 33060-9401                969 SE 6th Terrace
                                                                                   Pompano Beach, FL 33060-9401


Alessandro Potenti                     Allan Sefranek                              Alon Rosenberg
1410 Middle River Drive                336 N. Birch Road                           1375 SW 14th Avenue
Fort Lauderdale, Florida 33304-1526    8E                                          Boca Raton, FL 33486-5326
                                       Ft Lauderdale, FL 33304-4202


Andrew Bilukha                         Andrew Cohen                                Anthony Ard
12629 NW 13th Court                    1314 E Los Olas Boulevard, Suite 9          240 SE 28th Way
Sunrise, FL 33323-3155                 Ft Lauderdale, FL 33301-2334                Pompano Beach, FL 33062-5437


Anthony Astray-Caneda                  Anthony Tranchida                           Ara Yanikian
20976 Up Town Avenue                   4974 NW 48th Avenue                         4144 NW 83rd Lane
Apartment 410                          Coconut Creek, FL 33073-4937                Coral Springs, FL 33065-1316
Boca Raton, FL 33428-6576


Arthur J. Gallagher Risk Management    Arthur J. Gallagher Risk Management         Bernardo Picca
Services, Inc.                         Services, Inc.                              168 Orange Drive
2580 Foxfield Road                     c/o Gallagher Aviation                      Boynton Beach, FL 33436-1844
Suite 203                              2580 Foxfield Road, Suite 203
Saint Charles, IL 60174-1409           Saint Charles, IL 60174-1409


Brain Butzer                           Bruce Ayala                                 Bruce Knecht
19721 118th Trail South                6835 NW 22nd Terrace                        2130 NE 30th Street
Boca Raton, FL 33498-6506              Fort Lauderdale, FL 33309-1426              Lighthouse Point, FL 33064-7631


Carl L. J+Kennedy, II                  Carl L. Kennedy, II                         Carson Reddick
2929 S. Ocean Boulevard                2929 S. Ocean Boulevard                     100 N. Federal Highway
Suite 510                              Suite 510                                   Ft Lauderdale, FL 33301-1129
Boca Raton, FL 33432-8323              Boca Raton, FL 33432-8323


Casey Ahlbum                           Cesar Hernandez                             Christopher Troesch
10375 NW 39th Manor                    16711 Sapphire Isle                         2500 N. Ocean Boulevard
Coral Springs, FL 33065-1523           Weston, FL 33331-3168                       Pompano beach, Fl 33062-2942


Corey Pechonis                         Darren Ayoub                                Dave Davison
770 SE 2nd Avenue                      205 Woodland Road                           205 SW 28th Street
Apartment F-206                        Palm Springs, FL 33461-1068                 Fort Lauderdale, FL 33315-3131
Deerfield Beach, FL 33441-5421
```

| | | |
|---|---|---|
| David Watkins<br>1012 Kanasgowa Drive<br>Brevard, NC 28712-9094 | Donald Cannarozzi<br>204 SE 9th Street<br>Dania Beach, FL 33004-4439 | Donald McNiel<br>2720 NE 6th Street<br>Pompano Beach, FL 33062-4929 |
| Edwin Thompson Orcino<br>4960 Windward Way<br>Ft Lauderdale, FL 33312-5221 | Erica K. Ramos, Esq.<br>110 SE 6th Street,<br>17th Floor<br>Fort Lauderdale, FL 33301-5047 | Evan Munro<br>353 W 47th Street<br>Apartment 4H<br>Miami Beach, Florida 33140-3106 |
| Gamma Dean<br>1708 Las Olas Boulvard<br>Ft lauderdale, FL 33312-7517 | Gene Vertkin<br>1039 Hillsboro Mile #2<br>Hillsboro Beach, FL 33062-2104 | Gerard Williams<br>5800 SW 130th Avenue<br>Southwest Ranches, FL 33330-3108 |
| Giancarlo Daneri<br>1201 River Reach Drive<br>Apartment 404<br>Ft Lauderdale, FL 33315-1180 | Gideon Brent<br>140 SW 7th Court<br>Pompano Beach, FL 33060-8398 | Gregory Galyo<br>4496 SW 37th Avenue<br>Fort Lauderdale, FL 33312-5402 |
| Gregory Gilhooly<br>5773 NW 119th Terrace<br>Coral Springs, Florida 33076-4031 | Gregory Madonna<br>411 N New River Drive East<br>Apartment 2006<br>Ft Lauderdale, FL 33301-3181 | Harry Pollack<br>2810 NE 20th Avenue<br>Lighthouse Point, Fl 33064-7606 |
| Henryk Dabrowski<br>3004 Oakbrook Drive<br>Weston, FL 33332-3418 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jameson Clifford<br>2740 NE 9th Court<br>Pompano Beach, FL 33062-4209 | Jason Costello<br>301 SW 1St Ave<br>Ft Lauderdale, FL 33301-4342 |
| Jason Sager<br>5301 Magellan Circle<br>Aventura, FL 33180 | Jay Heppner<br>3212 NE 40th Street<br>Ft Lauderdale, FL 33308-6410 | Jean-Claude Conte<br>3507 Oaks Way<br>Apartment 101<br>Pompano Beach, FL 33069-5339 |
| (c)JEFFREY BLAKE<br>1961 WATERS EDGE<br>POMPANO BEACH FL  33062-7691 | Jeffrey Ronner<br>6512 Burning Wood Drive<br>Apartment 210<br>Boca Raton, FL 33433-5134 | Jorge Salinger<br>2701 N. Ocean Boulevard<br>E605<br>Boca Raton, FL 33431-7045 |
| Jose Hernandez<br>4442 E Aqua Bella Lane<br>Fort Lauderdale, FL 33312-5651 | Juan Ramirez<br>2211 NE 15th Court<br>Ft Lauderdale, FL 33304-1417 | Julian Hernandez<br>321 NW 17th Avenue<br>Pompano Beach, FL 33069-2867 |

| | | |
|---|---|---|
| Justin Armstrong<br>3391 Liberty Street<br>Hollywood, FL 33021-4334 | Kevin MacLean<br>209 River Terrace Drive<br>Jupiter, FL 33469-2945 | Kevin Prior<br>53 Castlerock Lane<br>Bolton, CT 06043-7856 |
| Kevin Tracey<br>1044 SW 42nd Avenue<br>Dearfield Beach, FL 33442-8254 | Killian O'Connor<br>200 S Birch Road<br>Apartment 810<br>Ft lauderdale, FL 33316-1536 | Law Office of Dane Stanish, P.A.<br>c/o Dane T. Stanish, Esq.<br>3475 Sheridan Street, Suite 209<br>Fort Lauderdale, FL 33301 |
| Law Offices of Edward F. Holodak, PA<br>c/o Edward F. Holodak, Esq.<br>3326 NE 33rd Street<br>Fort Lauderdale, FL 33308-7110 | Logan Anderson<br>2625 NE 17th Street<br>Pompano Beach, FL 33062-3212 | Luca Pastore<br>2615 NE 21st Terrace<br>Lighthouse Point, FL 33064-7740 |
| Marissa Stutes<br>4315 Sarver Drive<br>lake Charles, LA 70605-4421 | Mark Jarvis<br>140 SE 9th Street<br>Pompano Beach, FL 33060-8849 | Michael Borer<br>c/o Jeffrey B. Lampert, Esq.<br>The Barrister Building<br>1615 Forum Place, Suite 4-B<br>West Palm Beach, FL 33401-2317 |
| Michael Dubin<br>6171 Floral Lakes Drive<br>Delray Beach, FL 33484-4606 | Michael Scheeringa<br>517 SE 25th Avenue<br>Ft Lauderdale, FL 33301-2615 | Michael Strongin<br>9559 Collins Avenue<br>Apartment 409<br>Surfside, FL 33154-2657 |
| Michael Taggart<br>2801 Florida Avenue<br>Apartment 215<br>Miami, FL 33133-1908 | Mosart Sebben<br>7676 NW 60th Lane<br>Parkland, FL 33067-3321 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Ori Adivi<br>3218 NE 211 Terrace<br>Aventura, FL 33180-3688 | Paul K. Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 | Paul K. Sanchez<br>Boca Raton, FL 33428 |
| Paul K. Sanchez<br>c/o Robert J. Puzio, Esq.<br>The Litigation Defense Group, Inc.<br>1040 Bayview Drive, Suite 520<br>Fort Lauderdale, FL 33304-2506 | Paul Nudelman<br>2301 Collins Avenue<br>Penthouse 1<br>Miami Beach, FL 33139-1603 | Paul Palmeri<br>1475 SE 15th Street<br>Apartment 301<br>Fort Lauderdale, FL 33316-4706 |
| Paul Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 | Paulo De lima Yoshida<br>1160 N. Federal Highway<br>Apartment 1016<br>Ft Lauderdale, FL 33304-1436 | Raja Malek<br>714 Heron Drive<br>Delray Beach, FL 33444-1924 |
| Randy Greenfield<br>3305 NE 39th Street<br>Fort Lauderdale, FL 33308-6440 | Rick McQuaide<br>1518 SE 12th Court<br>Dearfield Beach, FL 33441-7110 | Robert Brauser<br>90 Compass Lane<br>Ft Lauderdale, FL 33308-2010 |

| | | |
|---|---|---|
| Robert Nast<br>3165 NE 48th Court<br>Lighthouse Point, FL 33064-7975 | Robert Rutten<br>101 Briny Avenue<br>Apartment 1002<br>Pompano Beach, FL 33062-5615 | Robert Schneider<br>9838 Savona Winds Drive<br>Delray, FL 33446-9765 |
| Ronald Ziller<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 | SEC Commision<br>Office of Reorganization<br>950 E. Paces Ferry Road NE<br>Suite 900<br>Atlanta, GA 30326-1382 | Sarasota Avionics & Maintenance<br>120 Airport Avenue West<br>Venice, FL 34285-3921 |
| Sheltair Pompano Beach, LLC<br>4860 NE 12th Avenue<br>Fort Lauderdale, FL 33334-4804 | Stephen Horniacek<br>1790 SE 4th Street<br>Pompano Beach, FL 33060-7602 | Stephen Taylor<br>1334 N 30th Road<br>Hollywood 33021-5004 |
| Sunwood, Inc.<br>Susan D. Lasky, PA<br>c/o Susan D. Lasky, Esq.<br>320 SE 18th Street<br>Fort Lauderdale, FL 33316-2818 | Sunwood, Inc.<br>c/o Dana Stanish, Esq.<br>Law Offices of Dane Stanish, P.A.<br>3475 Sheridan Street, Suite 209<br>Hollywood, FL 33021-3659 | The Law Office of Stephen Barker<br>901 A Clint Moore Road<br>Boca Raton, FL 33487-2876 |
| The Law Offices of Scott J. Kalish, PLLC<br>c/o Scott J. Kalish, Esq.<br>2161 Palm Beach Lakes Boulevard<br>West Palm Beach, FL 33409-6612 | Timothy Rosman<br>1548 NE 37th Street<br>Oakland Park, FL 33334-4623 | Toby Rothe<br>1401 S Ocean Boulevard<br>Apartment 504<br>Pompano Beach, FL 33062-7386 |
| Tom Warfield<br>4900 N. Ocean Boulevard<br>Unit 403<br>Ft. Lauderdale, FL 33308-2931 | Tor Holm<br>2351 SW 26th Avenue<br>Fort Lauderdale, FL 33312-4536 | Travis McQuade<br>14861 Enclave Preserve Circle<br>#T4<br>Delray Beach, FL 33484-8827 |
| Yonathan Yehezkel<br>54 NE 95th Street<br>Miami Shores, FL 33138-2707 | Carol Lynn Fox<br>200 East Broward Blvd Suite 1010<br>Ft Lauderdale, FL 33301-1943 | (p)RICE PUGATCH ROBINSON STORFER & COHEN  PLL<br>ATTN C/O CRAIG A PUGATCH ESQ<br>101 NE 3RD AVENUE<br>SUITE 1800<br>FORT LAUDERDALE FL 33301-1252 |
| Edward F Holodak<br>7951 SW 6 St  #210<br>Plantation, FL 33324-3276 | Jason Slatkin Esq.<br>Lorium Law<br>101 NE 3rd Avenue Suite 1800<br>Fort Lauderdale, FL 33301-1252 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Compliance Services Insolvency<br>STOP 5730<br>7850 Southwest 6th Court<br>Plantation, FL 33324 | Craig A. Pugatch Esq<br>101 NE 3 Ave #1800<br>Ft Lauderdale, FL 33301 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Jeffrey Blake
1961 SE 18th Street
Lauderdale By The Sea, FL 33062

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sunwood, Inc.                    (u)Airworthy Services, LLC              (u)Paul K. Sanchez

(u)Bruce Ayala                      End of Label Matrix
Aviation Legal Counsel              Mailable recipients   112
110 SE 6th Street, 17th Floor       Bypassed recipients     4
Fort Lauderdale                     Total                 116