

**ORDERED in the Southern District of Florida on September 22, 2022.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-15714-PDR |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., | Chapter 11 |
| Debtor._____ / | |

**ORDER APPROVING APPLICATION FOR EMPLOYMENT OF
EDWARD F. HOLODAK, ESQ., AND THE LAW FIRM OF EDWARD F.
HOLODAK, P.A., AS SPECIAL LITIGATION COUNSEL TO
DEBTOR EFFECTIVE AS OF THE PETITION DATE**

THIS MATTER came before the Court on Thursday, September 15, 2022 at 1:30 p.m. upon the *Application for Employment to Edward F. Holodak, Esq., and the Law Firm of Edward F. Holodak, P.A., as Special Litigation Counsel to Debtor Effective as of the Petition Date* [ECF No. 40] (the "Application"). The Court, having heard counsel's argument on Sunwood, Inc.'s objection to the Application and being otherwise fully advised in the premises, does

**ORDER** as follows:

1. The Application is GRANTED.

2. The employment of Edward F. Holodak, Esq., and the Law Firm of Edward F. Holodak, P.A., as Special Litigation Counsel to Debtor in this case is approved pursuant to 11 U.S.C. § 327(e).

3. The employment of Edward F. Holodak, Esq., and the Law Firm of Edward F. Holodak, P.A., as Special Litigation Counsel to Debtor in this case shall be for the representation as Special Counsel to the Debtor-in-Possession as described in the *Application*.

4. Edward F. Holodak, Esq., and the Law Firm of Edward F. Holodak, P.A., as Special Litigation Counsel to Debtor shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at their ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtor-in-Possession.

###

Submitted by:

Craig A. Pugatch, Esq.
Lorium Law
101 NE Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.462.8000
Facsimile: 954.462.4300
Email: capuagtch@loriumlaw.com

*(Attorney Pugatch shall provide a conformed copy of this Order to all interested parties immediately upon receipt and shall file a Certificate of Service with the Court)*