# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FT. LAUDERDALE DIVISION

| | |
|---|---|
| IN RE:<br><br>POMPANO SENIOR SQUADRON FLYING CLUB, INC | CASE NO: 22-15714-PDR<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 52 |

On 9/23/2022, I did cause a copy of the following documents, described below,

Order Approving Application for Employment of Edward F. Holodak, Esq., and The Law Firm of Edward F. Holodak, P.A., As Special Litigation Counsel to Debtor Effective as of the Petition Date ECF Docket Reference No. 52

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/23/2022

/s/ Craig A. Pugatch
Craig A. Pugatch  653381

Lorium Law
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, FL  33301
954 462 8000
accounting@loriumlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| IN RE: | CASE NO: 22-15714-PDR |
|---|---|
| POMPANO SENIOR SQUADRON FLYING CLUB, INC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 52 |

On 9/23/2022, a copy of the following documents, described below,

Order Approving Application for Employment of Edward F. Holodak, Esq., and The Law Firm of Edward F. Holodak, P. A., As Special Litigation Counsel to Debtor Effective as of the Petition Date ECF Docket Reference No. 52

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/23/2022



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Craig A. Pugatch
Lorium Law
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, FL  33301

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-15714-PDR<br>SOUTHERN DISTRICT OF FLORIDA<br>THU SEP 22 13-33-59 PST 2022 | POMPANO SENIOR SQUADRON FLYING CLUB<br>INC<br>1421 SOUTH OCEAN BOULEVARD<br>SUITE 102<br>POMPANO BEACH   FL 33062-7314 | ~~EXCLUDE~~<br>~~(U)SUNWOOD   INC~~ |
| AARON GILLESPIE<br>819 NE 14TH CT<br>FT LAUDERDALE   FL 33304-1215 | AIR POWER   INC<br>4912 S COLLINS STREET<br>ARLINGTON   TX 76018-1135 | ~~EXCLUDE~~<br>~~(U)AIRWORTHY SERVICES   LLC~~ |
| AIRWORTHY SERVICES   LLC<br>969 SE 6TH TERRACE<br>POMPANO BEACH   FL 33060-9401 | AIRWORTHY SERVICES   LLC<br>CO RONALD ZILLER   PRESIDENT<br>969 SE 6TH TERRACE<br>POMPANO BEACH   FL 33060-9401 | ALESSANDRO POTENTI<br>1410 MIDDLE RIVER DRIVE<br>FORT LAUDERDALE   FLORIDA 33304-1526 |
| ALLAN SEFRANEK<br>336 N BIRCH ROAD<br>8E<br>FT LAUDERDALE   FL 33304-4202 | ALON ROSENBERG<br>1375 SW 14TH AVENUE<br>BOCA RATON   FL 33486-5326 | ANDREW BILUKHA<br>12629 NW 13TH COURT<br>SUNRISE   FL 33323-3155 |
| ANDREW COHEN<br>1314 E LOS OLAS BOULEVARD   SUITE 9<br>FT LAUDERDALE   FL 33301-2334 | ANTHONY ARD<br>240 SE 28TH WAY<br>POMPANO BEACH   FL 33062-5437 | ANTHONY ASTRAYCANEDA<br>20976 UP TOWN AVENUE<br>APARTMENT 410<br>BOCA RATON   FL 33428-6576 |
| ANTHONY TRANCHIDA<br>4974 NW 48TH AVENUE<br>COCONUT CREEK   FL 33073-4937 | ARA YANIKIAN<br>4144 NW 83RD LANE<br>CORAL SPRINGS   FL 33065-1316 | ARTHUR J GALLAGHER RISK MANAGEMENT<br>SERVICES   INC<br>2580 FOXFIELD ROAD<br>SUITE 203<br>SAINT CHARLES   IL 60174-1409 |
| ARTHUR J GALLAGHER RISK MANAGEMENT<br>SERVICES   INC<br>CO GALLAGHER AVIATION<br>2580 FOXFIELD ROAD   SUITE 203<br>SAINT CHARLES   IL 60174-1409 | BERNARDO PICCA<br>168 ORANGE DRIVE<br>BOYNTON BEACH   FL 33436-1844 | BRAIN BUTZER<br>19721 118TH TRAIL SOUTH<br>BOCA RATON   FL 33498-6506 |
| BRUCE AYALA<br>6835 NW 22ND TERRACE<br>FORT LAUDERDALE   FL 33309-1426 | BRUCE KNECHT<br>2130 NE 30TH STREET<br>LIGHTHOUSE POINT   FL 33064-7631 | CARL L J KENNEDY   II<br>2929 S OCEAN BOULEVARD<br>SUITE 510<br>BOCA RATON   FL 33432-8323 |
| CARL L KENNEDY   II<br>2929 S OCEAN BOULEVARD<br>SUITE 510<br>BOCA RATON   FL 33432-8323 | CARSON REDDICK<br>100 N FEDERAL HIGHWAY<br>FT LAUDERDALE   FL 33301-1129 | CASEY AHLBUM<br>10375 NW 39TH MANOR<br>CORAL SPRINGS   FL 33065-1523 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CESAR HERNANDEZ<br>16711 SAPPHIRE ISLE<br>WESTON   FL 33331-3168 | CHRISTOPHER TROESCH<br>2500 N OCEAN BOULEVARD<br>POMPANO BEACH   FL 33062-2942 | COREY PECHONIS<br>770 SE 2ND AVENUE<br>APARTMENT F-206<br>DEERFIELD BEACH   FL 33441-5421 |
| DARREN AYOUB<br>205 WOODLAND ROAD<br>PALM SPRINGS   FL 33461-1068 | DAVE DAVISON<br>205 SW 28TH STREET<br>FORT LAUDERDALE   FL 33315-3131 | DAVID WATKINS<br>1012 KANASGOWA DRIVE<br>BREVARD   NC 28712-9094 |
| DONALD CANNAROZZI<br>204 SE 9TH STREET<br>DANIA BEACH   FL 33004-4439 | DONALD MCNIEL<br>2720 NE 6TH STREET<br>POMPANO BEACH   FL 33062-4929 | EDWIN THOMPSON ORCINO<br>4960 WINDWARD WAY<br>FT LAUDERDALE   FL 33312-5221 |
| ERICA K RAMOS   ESQ<br>110 SE 6TH STREET<br>17TH FLOOR<br>FORT LAUDERDALE   FL 33301-5047 | EVAN MUNRO<br>353 W 47TH STREET<br>APARTMENT 4H<br>MIAMI BEACH   FLORIDA 33140-3106 | GAMMA DEAN<br>1708 LAS OLAS BOULEVARD<br>FT LAUDERDALE   FL 33312-7517 |
| GENE VERTKIN<br>1039 HILLSBORO MILE 2<br>HILLSBORO BEACH   FL 33062-2104 | GERARD WILLIAMS<br>5800 SW 130TH AVENUE<br>SOUTHWEST RANCHES   FL 33330-3108 | GIANCARLO DANERI<br>1201 RIVER REACH DRIVE<br>APARTMENT 404<br>FT LAUDERDALE   FL 33315-1180 |
| GIDEON BRENT<br>140 SW 7TH COURT<br>POMPANO BEACH   FL 33060-8398 | GREGORY GALYO<br>4496 SW 37TH AVENUE<br>FORT LAUDERDALE   FL 33312-5402 | GREGORY GILHOOLY<br>5773 NW 119TH TERRACE<br>CORAL SPRINGS   FLORIDA 33076-4031 |
| GREGORY MADONNA<br>411 N NEW RIVER DRIVE EAST<br>APARTMENT 2006<br>FT LAUDERDALE   FL 33301-3181 | HARRY POLLACK<br>2810 NE 20TH AVENUE<br>LIGHTHOUSE POINT   FL 33064-7606 | HENRYK DABROWSKI<br>3004 OAKBROOK DRIVE<br>WESTON   FL 33332-3418 |
| (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA   PA 19101-7346 | JPMORGAN CHASE BANK   NA<br>SBMT CHASE BANK USA   NA<br>CO ROBERTSON   ANSCHUTZ   SCHNEID   PL<br>6409 CONGRESS AVENUE   SUITE 100<br>BOCA RATON   FL 33487-2853 |
| JAMESON CLIFFORD<br>2740 NE 9TH COURT<br>POMPANO BEACH   FL 33062-4209 | JASON COSTELLO<br>301 SW 1ST AVE<br>FT LAUDERDALE   FL 33301-4342 | JASON SAGER<br>5301 MAGELLAN CIRCLE<br>AVENTURA   FL 33180 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

                                                                                USPS CHANGE
JAY HEPPNER                         JEANCLAUDE CONTE                    JEFFREY BLAKE
3212 NE 40TH STREET                 3507 OAKS WAY                       1961 WATERS EDGE
FT LAUDERDALE    FL 33308-6410      APARTMENT 101                       POMPANO BEACH FL   33062-7691
                                    POMPANO BEACH   FL 33069-5339




JEFFREY RONNER                      JORGE SALINGER                      JOSE HERNANDEZ
6512 BURNING WOOD DRIVE             2701 N OCEAN BOULEVARD              4442 E AQUA BELLA LANE
APARTMENT 210                       E605                                FORT LAUDERDALE    FL 33312-5651
BOCA RATON    FL 33433-5134         BOCA RATON    FL 33431-7045




JUAN RAMIREZ                        JULIAN HERNANDEZ                    JUSTIN ARMSTRONG
2211 NE 15TH COURT                  321 NW 17TH AVENUE                  3391 LIBERTY STREET
FT LAUDERDALE    FL 33304-1417      POMPANO BEACH    FL 33069-2867      HOLLYWOOD    FL 33021-4334




KEVIN MACLEAN                       KEVIN PRIOR                         KEVIN TRACEY
209 RIVER TERRACE DRIVE             53 CASTLEROCK LANE                  1044 SW 42ND AVENUE
JUPITER   FL 33469-2945             BOLTON   CT 06043-7856              DEARFIELD BEACH   FL 33442-8254




KILLIAN OCONNOR                     LAW OFFICE OF DANE STANISH   PA     LAW OFFICES OF EDWARD F HOLODAK   PA
200 S BIRCH ROAD                    CO DANE T STANISH   ESQ             CO EDWARD F HOLODAK   ESQ
APARTMENT 810                       3475 SHERIDAN STREET    SUITE 209   3326 NE 33RD STREET
FT LAUDERDALE    FL 33316-1536      FORT LAUDERDALE    FL 33301         FORT LAUDERDALE    FL 33308-7110




LOGAN ANDERSON                      LUCA PASTORE                        MARISSA STUTES
2625 NE 17TH STREET                 2615 NE 21ST TERRACE                4315 SARVER DRIVE
POMPANO BEACH    FL 33062-3212      LIGHTHOUSE POINT   FL 33064-7740    LAKE CHARLES   LA 70605-4421




MARK JARVIS                         MICHAEL BORER                       MICHAEL DUBIN
140 SE 9TH STREET                   CO JEFFREY B LAMPERT   ESQ          6171 FLORAL LAKES DRIVE
POMPANO BEACH    FL 33060-8849      THE BARRISTER BUILDING              DELRAY BEACH    FL 33484-4606
                                    1615 FORUM PLACE   SUITE 4-B
                                    WEST PALM BEACH    FL 33401-2317




MICHAEL SCHEERINGA                  MICHAEL STRONGIN                    MICHAEL TAGGART
517 SE 25TH AVENUE                  9559 COLLINS AVENUE                 2801 FLORIDA AVENUE
FT LAUDERDALE    FL 33301-2615      APARTMENT 409                       APARTMENT 215
                                    SURFSIDE   FL 33154-2657            MIAMI    FL 33133-1908




MOSART SEBBEN                       OFFICE OF THE US TRUSTEE            ORI ADIVI
7676 NW 60TH LANE                   51 SW 1ST AVE                       3218 NE 211 TERRACE
PARKLAND    FL 33067-3321           SUITE 1204                          AVENTURA   FL 33180-3688
                                    MIAMI   FL 33130-1614
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)=DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

~~EXCLUDE~~
~~(U)PAUL K SANCHEZ~~

PAUL K SANCHEZ
10643 SHORE DRIVE
BOCA RATON   FL 33428-5645

PAUL K SANCHEZ
BOCA RATON   FL 33428

PAUL K SANCHEZ
CO ROBERT J PUZIO   ESQ
THE LITIGATION DEFENSE GROUP   INC
1040 BAYVIEW DRIVE   SUITE 520
FORT LAUDERDALE   FL 33304-2506

PAUL NUDELMAN
2301 COLLINS AVENUE
PENTHOUSE 1
MIAMI BEACH   FL 33139-1603

PAUL PALMERI
1475 SE 15TH STREET
APARTMENT 301
FORT LAUDERDALE   FL 33316-4706

PAUL SANCHEZ
10643 SHORE DRIVE
BOCA RATON   FL 33428-5645

PAULO DE LIMA YOSHIDA
1160 N FEDERAL HIGHWAY
APARTMENT 1016
FT LAUDERDALE   FL 33304-1436

RAJA MALEK
714 HERON DRIVE
DELRAY BEACH   FL 33444-1924

RANDY GREENFIELD
3305 NE 39TH STREET
FORT LAUDERDALE   FL 33308-6440

RICK MCQUAIDE
1518 SE 12TH COURT
DEARFIELD BEACH   FL 33441-7110

ROBERT BRAUSER
90 COMPASS LANE
FT LAUDERDALE   FL 33308-2010

ROBERT NAST
3165 NE 48TH COURT
LIGHTHOUSE POINT   FL 33064-7975

ROBERT RUTTEN
101 BRINY AVENUE
APARTMENT 1002
POMPANO BEACH   FL 33062-5615

ROBERT SCHNEIDER
9838 SAVONA WINDS DRIVE
DELRAY   FL 33446-9765

RONALD ZILLER
969 SE 6TH TERRACE
POMPANO BEACH   FL 33060-9401

SEC COMMISION
OFFICE OF REORGANIZATION
950 E PACES FERRY ROAD NE
SUITE 900
ATLANTA   GA 30326-1382

SARASOTA AVIONICS   MAINTENANCE
120 AIRPORT AVENUE WEST
VENICE   FL 34285-3921

SHELTAIR POMPANO BEACH   LLC
4860 NE 12TH AVENUE
FORT LAUDERDALE   FL 33334-4804

STEPHEN HORNIACEK
1790 SE 4TH STREET
POMPANO BEACH   FL 33060-7602

STEPHEN TAYLOR
1334 N 30TH ROAD
HOLLYWOOD 33021-5004

SUNWOOD   INC
SUSAN D LASKY   PA
CO SUSAN D LASKY   ESQ
320 SE 18TH STREET
FORT LAUDERDALE   FL 33316-2818

SUNWOOD   INC
CO DANA STANISH   ESQ
LAW OFFICES OF DANE STANISH   PA
3475 SHERIDAN STREET   SUITE 209
HOLLYWOOD   FL 33021-3659

THE LAW OFFICE OF STEPHEN BARKER
901 A CLINT MOORE ROAD
BOCA RATON   FL 33487-2876

THE LAW OFFICES OF SCOTT J KALISH   PLLC
CO SCOTT J KALISH   ESQ
2161 PALM BEACH LAKES BOULEVARD
WEST PALM BEACH   FL 33409-6612

TIMOTHY ROSMAN
1548 NE 37TH STREET
OAKLAND PARK   FL 33334-4623

TOBY ROTHE
1401 S OCEAN BOULEVARD
APARTMENT 504
POMPANO BEACH   FL 33062-7386

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)-DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TOM WARFIELD
4900 N OCEAN BOULEVARD
UNIT 403
FT LAUDERDALE   FL 33308-2931

TOR HOLM
2351 SW 26TH AVENUE
FORT LAUDERDALE   FL 33312-4536

TRAVIS MCQUADE
14861 ENCLAVE PRESERVE CIRCLE
T4
DELRAY BEACH   FL 33484-8827


YONATHAN YEHEZKEL
54 NE 95TH STREET
MIAMI SHORES   FL 33138-2707

EXCLUDE
(U)BRUCE AYALA
AVIATION LEGAL COUNSEL
110 SE 6TH STREET   17TH FLOOR
FORT LAUDERDALE

CAROL LYNN FOX
200 EAST BROWARD BLVD SUITE 1010
FT LAUDERDALE   FL 33301-1943


(P)RICE PUGATCH ROBINSON STORFER  COHEN
PLLC
ATTN CO CRAIG A PUGATCH ESQ
101 NE 3RD AVENUE
SUITE 1800
FORT LAUDERDALE FL 33301-1252

EDWARD F HOLODAK
7951 SW 6 ST   210
PLANTATION   FL 33324-3276

JASON SLATKIN ESQ
LORIUM LAW
101 NE 3RD AVENUE SUITE 1800
FORT LAUDERDALE   FL 33301-1252

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA DOC/ESS E-SERVICES THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

Dane T. Stanish, Esq.
3475 Sheridan Street
Suite 209
Hollywood, FL 33021

stanishd@gmail.com

(Creditor)
Sunwood, Inc.
represented by:
Susan D. Lasky, Esq
320 SE 18 Street
Fort Lauderdale, FL 33316

ECF@suelasky.com

Jason Slatkin, Esq.
Lorium Law
101 NE 3rd Avenue Suite 1800
Fort Lauderdale, FL 33301

jslatkin@loriumlaw.com

(Debtor)
Pompano Senior Squadron Flying Club, Inc.
1421 South Ocean Boulevard
Suite 102
Pompano Beach, FL 33062
Tax ID / EIN: 59-1416663
represented by:
Craig A. Pugatch, Esq
101 NE 3 Ave #1800
Ft Lauderdale, FL 33301

ecf.capugatch@loriumlaw.com

(U.S. Trustee)
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
represented by:
Adisley M Cortez Rodriguez
Office of the US Trustee
51 SW 1 Ave #1204
Miami, FL 33130

Adisley.M.Cortez-Rodriguez@usdoj.gov

(Special Counsel)
Edward F Holodak
7951 SW 6 St #210
Plantation, FL 33324

(Trustee)
Carol Lynn Fox
200 East Broward Blvd Suite 1010
Ft Lauderdale, FL 33301

cfox@brileyfin.com

(Creditor)
Bruce Ayala
Aviation Legal Counsel
110 SE 6th Street, 17th Floor
Fort Lauderdale
represented by:
Erica Kristine Ramos
Aviation Legal Counsel
110 SE 6th Street, 17th Floor
Fort Lauderdale, FL 33301

erica@aviationlegalcounsel.com