**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
**www.flsb.uscourts.gov**

In Re:

POMPANO SENIOR SQUADRON                Case No. 22-15714-PDR
FLYING CLUB, INC.,                     Chapter 11

      Debtor,
_____/

## MONTHLY OPERATING REPORT

Reporting Period Ended: July 31, 2022          Petition Date: July 26, 2022

Months Pending: 0                              Industry Classification: 488119

Reporting Method: ☐ Accrual Basis    ☒ Cash Basis

Debtor's Full-Time Employees (current):     0

Debtor's Full-Time Employees (as of date of order for relief):     0

**Supporting Documentation** (check all that are attached):
(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☐ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Tor Holm, Treasurer                    Pompano Senior Squadron Flying Club, Inc.
Signature of Responsible Party             Printed Name of Responsible Party

09/27/2022                                 1421 South Ocean Boulevard, Suite 102
Date                                       Pompano Beach, FL 33062
                                           Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name:  Pompano Senior Squadron Flying Club, Inc.        Case No. 22-15714-PDR

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---:|---:|
| a. Cash balance beginning of month | $60,535.00 | $60,535.00 |
| b. Total receipts (net of transfers between accounts) | $2,172.00 | $2,172.00 |
| c. Total disbursements (net of transfers between accounts) | $0.00 | $0.00 |
| d. Cash balance end of month (a+b-c) | $62,707.00 | $62,707.00 |
| e. Disbursements made by third party for the benefit of the estate | $0.00 | $0.00 |
| f. Total disbursements for quarterly fee calculation (c+e) | $0.00 | $0.00 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---:|
| a. Accounts receivable (total net of allowance) | $0.00 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0.00 |
| c. Inventory (Book ☐ / Market ☐ / Other ☒ (attach explanation)) | $0.00 |
| d Total current assets | $0.00 |
| e. Total assets | $315,394.00 |
| f. Postpetition payables (excluding taxes) | $315,394.00 |
| g. Postpetition payables past due (excluding taxes) | $0.00 |
| h. Postpetition taxes payable | $20.00 |
| i. Postpetition taxes past due | $0.00 |
| j. Total postpetition debt (f+h) | $315,414.00 |
| k. Prepetition secured debt | $0.00 |
| l. Prepetition priority debt | $0.00 |
| m. Prepetition unsecured debt | $0.00 |
| n. Total liabilities (debt) (j+k+l+m) | $315,414.00 |
| o. Ending equity/net worth (e-n) | $0.00 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---:|---:|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0.00 | $0.00 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0.00 | $0.00 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0.00 | $0.00 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---:|---:|
| a. Gross income/sales (net of returns and allowances) | $2,172.00 | $2,172.00 |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0.00 | $0.00 |
| c. Gross profit (a-b) | $2,172.00 | $2,172.00 |
| d. Selling expenses | $0.00 | $0.00 |
| e. General and administrative expenses | $0.00 | $0.00 |
| f. Other expenses | $20.00 | $20.00 |
| g. Depreciation and/or amortization (not included in 4b) | $0.00 | $0.00 |
| h. Interest | $0.00 | $0.00 |
| i. Taxes (local, state, and federal) | $0.00 | $0.00 |
| j. Reorganization items | $0.00 | $0.00 |
| k. Profit (loss) | $,2152.00 | $,2152.00 |

Debtor's Name:  Pompano Senior Squadron Flying Club, Inc.       Case No. 22-15714-PDR

## Part 5: Professional Fees and Expenses

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| i. | Firm Name | Role | | | | |
| | Lorium PLLC | Lead Counsel | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| i. | Firm Name | Role | | | | |
| | | | | | | |

## Part 6: Postpetition Taxes

| | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | 0.00 | 0.00 |
| b. Postpetition income taxes paid (local, state, and federal) | 0.00 | 0.00 |
| c. Postpetition employer payroll taxes accrued | 0.00 | 0.00 |
| d. Postpetition employer payroll taxes paid | 0.00 | 0.00 |
| e. Postpetition property taxes paid | 0.00 | 0.00 |
| f. Postpetition other taxes accrued (local, state, and federal) | 0.00 | 0.00 |
| g. Postpetition other taxes paid (local, state, and federal) | 0.00 | 0.00 |

## Part 7: Questionnaire - During this reporting period:

a. Were any payments made on prepetition debt? (if yes, see Instructions) — Yes ☐ No ☒

b. Were any payments made outside the ordinary course of business without court approval? (if yes, see Instructions) — Yes ☐ No ☒

c. Were any payments made to or on behalf of insiders? — Yes ☐ No ☒

d. Are you current on postpetition tax return filings? — Yes ☒ No ☐

d. Are you current on postpetition estimated tax payments? — Yes ☒ No ☐

e. Are you current on postpetition estimated tax payments? — Yes ☒ No ☐

f. Were all trust fund taxes remitted on a current basis? — Yes ☐ No ☐

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) — Yes ☐ No ☒

h. Were all payments made to or on behalf of professionals approved by the Court? — Yes ☐ No ☒

i. Do you have:
- Worker's compensation insurance? — Yes ☐ No ☒
  - If yes, are your premiums current? — Yes ☐ No ☐ N/A ☒
- Casualty/property insurance? — Yes ☒ No ☐
  - If yes, are your premiums current? — Yes ☒ No ☐ N/A ☐
- General liability insurance? — Yes ☒ No ☐
  - If yes, are your premiums current? — Yes ☒ No ☐ N/A ☐

j. Has a plan of reorganization been filed with the court? — Yes ☐ No ☒

k. Has a disclosure statement been filed with the court? — Yes ☐ No ☒

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? — Yes ☒ No ☐

## Part 8: Individual Chapter 11 Debtors (Only)

a. Gross income (receipts) from salary and wages
b. Gross income (receipts) from self-employment
c. Gross income from all other sources
d. Total income in the reporting period (a+b+c)
e. Payroll deductions

Debtor's Name:   Pompano Senior Squadron Flying Club, Inc.   Case No. 22-15714-PDR

f. Self-employment related expenses
g. Living expenses
h. All other expenses
i. Total expenses in the reporting period (e+f+g+h)
j. Difference between total income and total expenses (d-i)
k. List the total amount of all postpetition debts that are past due
l. Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)?   Yes ☐   No ☒
m. If yes, have you made all Domestic Support Obligation payments?   Yes ☐   No ☐   N/A ☒

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Tor Holm, Treasurer                             Pompano Senior Squadron Flying Club, Inc.
Signature of Responsible Party                      Printed Name of Responsible Party

09/27/2022                                          1421 South Ocean Boulevard, Suite 102
Date                                                Pompano Beach, FL 33062
                                                    Address

# **POMPANO SENIOR SQUADRON FLYING CLUB, INC.**

Monthly Operating Report July 31, 2022, supporting documents are as follows:

- Balance Sheet

- Cash Flow Statement

- Profit and Loss Statement

# Balance Sheet

**Pompano Beach Flying Club**

As of Jul 31, 2022



| ACCOUNTS | Jul 31, 2022 |
|---|---:|
| **Assets** | |
| **Cash and Bank** | |
| Bank Of America - Checking (841) | $20.42 |
| CHASE Checking (793) | $42,197.81 |
| CHASE Saving (161) | $20,000.52 |
| **Total Cash and Bank** | **$62,218.75** |
| **Other Current Assets** | |
| Accounts Receivable | -$0.10 |
| Tools and equipment | $962.43 |
| Vendor Advance Payment | $13,212.50 |
| **Total Other Current Assets** | **$14,174.83** |
| **Long-term Assets** | |
| N30877 | $85,000.00 |
| N47LH | $65,000.00 |
| N7696F | $40,000.00 |
| N8633E | $49,000.00 |
| **Total Long-term Assets** | **$239,000.00** |
| **Total Assets** | **$315,393.58** |

| Liabilities | |
|---|---:|
| **Current Liabilities** | |
| Accounts Payable | $18,834.48 |
| BAy Loan | $40,000.00 |
| CKe Loan UNVERIFIED | $200,000.00 |
| Psa Loan | $33,990.36 |
| PSa Loan UNVERIFIED | $46,000.00 |
| **Total Current Liabilities** | **$338,824.84** |
| **Long-term Liabilities** | |
| **Total Long-term Liabilities** | **$0.00** |
| **Total Liabilities** | **$338,824.84** |

| Equity | |
|---|---:|
| Common Shares | $76.00 |
| Corporate Equity | -$107,397.89 |
| **Retained Earnings** | |
| Profit for all prior years | $104,303.97 |
| Profit between Jan 1, 2022 and Jul 31, 2022 | -$20,413.34 |
| **Total Retained Earnings** | **$83,890.63** |
| **Total Equity** | **-$23,431.26** |

# Cash Flow

**Pompano Beach Flying Club**

Date Range: Jul 26, 2022 to Jul 31, 2022



| CASH INFLOW AND OUTFLOW | Jul 26, 2022 to Jul 31, 2022 |
|---|---:|
| **Operating Activities** | |
| **Sales** | |
| Interest Income | $0.15 |
| Program Income – Flight Hours | $2,172.05 |
| **Total Sales** | **$2,172.20** |
| **Purchases** | |
| Bank Accounting Fees | -$20.00 |
| **Total Purchases** | **-$20.00** |
| **Inventory** | |
| **Payroll** | |
| **Sales Taxes** | |
| **Other** | |
| **Net Cash from Operating Activities** | **$2,152.20** |
| | |
| **Investing Activities** | |
| **Property, Plant, Equipment** | |
| **Other** | |
| **Net Cash from Investing Activities** | **$0.00** |

| Financing Activities | |
|---|---:|
| Loans and Lines of Credit | |
| Owners and Shareholders | |
| Other | |
| **Net Cash from Financing Activities** | **$0.00** |

## OVERVIEW

| Starting Balance | |
|---|---:|
| Bank Of America - Checking (841) | $20.42 |
| Cash on Hand | $0.00 |
| CHASE Checking (793) | $40,025.76 |
| CHASE Saving (161) | $20,020.37 |
| **Total Starting Balance** | **$60,066.55**<br>As of 2022-07-26 |
| Gross Cash Inflow | $2,172.20 |
| Gross Cash Outflow | $20.00 |
| **Net Cash Change** | **$2,152.20** |
| Ending Balance | |
| Bank Of America - Checking (841) | $20.42 |
| Cash on Hand | $0.00 |
| CHASE Checking (793) | $42,197.81 |
| CHASE Saving (161) | $20,000.52 |
| **Total Ending Balance** | **$62,218.75**<br>As of 2022-07-31 |

# Profit and Loss

**Pompano Beach Flying Club**

Date Range: Jul 26, 2022 to Jul 31, 2022



| ACCOUNTS | Jul 26, 2022 to Jul 31, 2022 |
|---|---:|
| **Income** | |
| Interest Income | $0.15 |
| Program Income – Flight Hours | $2,172.05 |
| **Total Income** | **$2,172.20** |
| | |
| **Total Cost of Goods Sold** | **$0.00** |
| | |
| **Gross Profit** | **$2,172.20** |
| As a percentage of Total Income | **100.00%** |
| | |
| **Operating Expenses** | |
| Bank Accounting Fees | $20.00 |
| **Total Operating Expenses** | **$20.00** |
| | |
| **Net Profit** | **$2,152.20** |
| As a percentage of Total Income | **99.08%** |