UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                          CASE NO.: 22-15714-PDR

POMPANO SENIOR SQUADRON               In proceedings under Chapter 11
FLYING CLUB, INC.

Debtor.
_____/

## NOTICE OF APPEARANCEAND REQUEST FOR SERVICE

**COMES NOW,** Robert J. Puzio, Esquire of **THE LITIGATION DEFENSE**

**GROUP, LLC** and files this Notice of Appearance as counsel of record on behalf of

**Paul K. Sanchez, CREDITOR,** and request that copies of all pleadings be mailed or

emailed to the name and address as set forth below.

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing
has been served on the ECF list electronically on this 30th day of SEPTEMBER, 2022
and I hereby certify that I am admitted to the Bar of the United States District Court of
the Southern District of Florida and I am in compliance with the additional qualifications
to practice in this Court as set forth in Local Rule 2090-1(A).

THE LITIGATION DEFENSE GROUP, LLC
3301 North University Drive
Suite 100
Coral Springs, Florida 33065
Telephone: (954) 489-7766
Primary E-Mail: puziolaw@bellsouth.net

By: /s/ Robert J. Puzio, Esq.
ROBERT J. PUZIO, ESQ.
Florida Bar No.: 622516