UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                                    CASE NO.: 22-15714-PDR

POMPANO SENIOR SQUADRON                              In proceedings under Chapter 11
FLYING CLUB, INC.

Debtor.
_____/

## LIMITED OBJECTION TO MOTION TO DEPOSIT POST PETITION PROFESSIONAL FEE RESERVE AND RETAINER FUNDS

Sunwood, Inc. ( "Sunwood") through undersigned counsel files this Objection to The Motion to Deposit Post Petition Professional Fee Reserve and Retainer Funds and in support thereof states as follows:

1.      On July 26, 2022, (the "Petition Date") the Debtor filed a voluntary petition under Chapter 11, Title 11 Subchapter V of the United States Code.

2.      Debtor is a tax exempt not-fro-profit entity that operates a flying club for the benefit of its members, which include ownership, operation and lease of aircraft. The Debtor has the ability to assess its members for the expenses of the club. **See Exhibit 1**.

3.      Debtor's schedules list more than eighty (80) members. The letter to Debtor's membership attached hereto as Exhibit 1 indicates that the members were to be assessed the monthly dues amount of $165.00 each to cover the cost of the bankruptcy attorney and operation or $13,200 monthly (80 times $165.00). One additional assessment of less than $200.00 each covers the cost of the retainers sought by the Motion. Certainly the club members could afford to pay for their counsel.

4. The Monthly operating report for August indicates receipts in the amount of $24,440.04 and disbursements in the amount of $33,078.12 indicating that the Debtor has spent more than it has received. Accordingly, it appears that the present membership dues is not covering the Debtor's monthly expenses.

5. Since this is a not for profit entity the membership needs to increase their dues to fund counsel's retainer as originally anticipated .

6. Debtor's Operating Report for September is due on October 20, 2022 and Debtor's Sub Chapter V Plan of Reorganization is due to be filed on October 26, 2022.

7. The Motion for a Post Petition Retainer should be continued until after the Plan deadline wherein the Debtor can demonstrate it will assess its members to pay the creditors which provided the funds to acquire and maintain the planes they are currently flying which are depreciating assets.

8. The total amount of the claims filed in this case is $317,227.79 and the undisputed claims on the schedules include Air Power, Inc. $27,613.00 and $49,613.00 Sarasota Avionics $4,630.00. Total debt is $399,083.79. Debtor has listed the full insurance premium as a liability, however, on the monthly operating report, the insurance premium is financed and being paid.

## CONCLUSION

In light of inflation and the fact that all costs have increased this year this Debtor cannot sustain itself on the current membership and dues. If the members are not willing to pay increased dues to cover their counsel and the Debtor's operating expenses including payments for the planes they are currently flying, then this case should be converted to chapter 7, to avoid

any further depreciation in the collateral.

Wherefore creditor Sunwood, Inc respectfully requests that the Motion to Fund the Retainers be continued until after the Plan deadline and for such further relief as the court deems just.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been served on the ECF list electronically on this 11th day of October 2022 and I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

SUSAN D. LASKY PA
320 SE 18 Street
Ft Lauderdale, FL 33316
(954) 400-7474
Sue@SueLasky.com


BY: *s/Susan Lasky, Esq.*
SUSAN D. LASKY, ESQ.
Florida Bar No. 451096

# EXHIBIT "1"



July 21, 2022

Dear Members,

This letter is to inform you of a special emergency meeting of the Pompano Beach Flying Club Members, scheduled at 7:00PM, on Friday July 22, 2022 to discuss an urgent legal matter that has caused us to temporarily suspend club operations and ground our aircraft. This meeting will be held via Zoom and your attendance is strongly encouraged.

As you know, The Pompano Beach Flying Club has been involved in a number of on-going legal matters related to the actions of the club's former treasurer. In one of these matters, Sunwood Inc. alleges that they loaned the club $100,000 in September of 2018. There is no record of this alleged loan in the club's records, no record of the previous board approving the alleged loan, and no record of the members approving the alleged expense as required by the club's bylaws, since it exceeded $80,000. While PBFC disputes the circumstances of the alleged loan, a review of club records confirms that a deposit of $100,000 was made into a club account in September of 2018.

When the new board took office in 2020, the outgoing treasurer did not make the incoming board or incoming treasurer aware of this alleged loan from Sunwood and for this reason no payments were ever made. The current board first learned about this alleged loan when served with a lawsuit and a demand for payment in 2021. In May of 2022, Sunwood received a judgment against PBFC in the amount of $117,627.24 which represents the amount of the alleged loan plus interest and fees.

We attempted to negotiate payment arrangements with Sunwood in good faith, through our attorney, and they rejected our offer. Instead of continuing to negotiate with us and despite being aware of the circumstances, Sunwood has sought to garnish the club's finances resulting in all of our bank accounts being frozen. As a result, we cannot access the club's funds to pay our expenses, forcing us to suspend operations and ground our aircraft.

The board met with legal counsel to discuss our options and to consider a recommendation that the club file for bankruptcy in order to obtain an automatic stay and to obtain a release of the hold on our accounts, allowing us to resume normal operations when we have access to funds while we properly reorganize our debts through the bankruptcy reorganization process.

To pay for the bankruptcy attorney's initial retainer along with the filing fee, we are proposing an immediate assessment of $165 per member, an amount equal to one month's dues. The funds will be paid into a trust account established by our attorney, for the sole purpose of paying the retainer and the filing fees. Dues for August will be waived, meaning that we will simply pay our August dues early, and pay them into the trust account rather than through Schedule Master (payment instructions will be provided). Going forward, we will incur additional legal expenses associated with the bankruptcy process and we will be able to cover these costs, along with regular expenses, from our operating income and cash on hand.

It is not easy for us to present you with this recommendation and we want you to know that we have thoroughly considered multiple options. One initial option was to take out a loan against the club owned airplanes. However, the former treasurer has placed liens against these 4 airplanes, preventing us from doing so. While we believe these liens are fraudulent, that matter has to be resolved in court and it will not be resolved immediately.

A second option briefly considered was to make a one time, equal assessment on all members for an amount that would allow us to pay the judgment in full. Although this would resolve the Sunwood matter, it would leave the club in a precarious financial situation while also placing a significant burden on our members, something we really do not want to do.

The intent of this meeting is to ensure that all of you are fully informed about the board's intentions and that you have an opportunity to provide input before we proceed. We believe that a decision to file bankruptcy provides our club with the best opportunity to quickly unfreeze our financial accounts, keep our club operating and keep all of us flying while resolving some or all of the lingering legal matters related to the actions of our former treasurer.

We thank you in advance for your attendance at this important meeting.


Sincerely,



Board of Directors
Pompano Beach Flying Club