

**ORDERED in the Southern District of Florida on October 19, 2022.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                         Chapter 11
FLYING CLUB, INC.,                                              (Subchapter V)

        Debtor.
_____/

### AGREED ORDER GRANTING DEBTOR'S MOTION TO PAY-POST PETITION RETAINER (ECF 49)

This matter came before the Court on October 13, 2022 at 1:30 p.m. upon the *Debtor's Motion to Deposit Post Petition Professional Fee Reserve and Retainer Funds (ECF 49).* Having reviewed the motion and relief requested, having reviewed the objection by Sunwood, Inc. (ECF 57), heard the argument of counsel, and being advised of the agreement of the parties, the Court,

      ORDERS,

      1.      The motion is GRANTED and the objection filed by Sunwood is overruled.

      2.      The Debtor is authorized to pay a post-petition retainer in the amount of $15,000 to the Trust account of Debtor in Possession counsel Lorium Law. Such funds shall serve as security

for the fees of estate professionals, including Debtor in Possession Counsel and the Sub Chapter

V Trustee, as may be awarded by the Court by subsequent order.

       3.      Lorium Law may return the non-debtor funds deposited pre-petition and held in its

trust account in the amount of $5,000.

###

Submitted by:

Craig A. Pugatch, Esq.
Lorium Law
101 NE Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.462.8000
Facsimile: 954.462.4300
Email:  capuagtch@loriumlaw.com

*(Attorney Pugatch shall provide a conformed copy of this Order to all interested parties immediately upon receipt and shall file a Certificate of Service with the Court)*