UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| IN RE:<br><br>POMPANO SENIOR SQUADRON FLYING CLUB, INC | CASE NO: 22-15714-PDR<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 58 |

On 10/20/2022, I did cause a copy of the following documents, described below,

Agreed Order Granting Debtor's Motion to Pay-Post Petition Retainer (ECF 49) ECF Docket Reference No. 58

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 10/20/2022

/s/ Craig A. Pugatch
Craig A. Pugatch  653381

Lorium Law
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, FL  33301
954 462 8000
accounting@loriumlaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| IN RE:<br><br>POMPANO SENIOR SQUADRON FLYING CLUB, INC | CASE NO: 22-15714-PDR<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11<br>ECF Docket Reference No. 58 |

On 10/20/2022, a copy of the following documents, described below,

Agreed Order Granting Debtor's Motion to Pay-Post Petition Retainer (ECF 49) ECF Docket Reference No. 58

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 10/20/2022



Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Craig A. Pugatch
Lorium Law
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, FL  33301

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                               DEBTOR                                  EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING        POMPANO SENIOR SQUADRON FLYING CLUB     (U)SUNWOOD  INC
NCRS ADDRESS DOWNLOAD                   INC
CASE 22-15714-PDR                       1421 SOUTH OCEAN BOULEVARD
SOUTHERN DISTRICT OF FLORIDA            SUITE 102
THU OCT 20 9-49-38 PST 2022             POMPANO BEACH    FL 33062-7314



                                                                                EXCLUDE
AARON GILLESPIE                         AIR POWER   INC                         (U)AIRWORTHY SERVICES   LLC
819 NE 14TH CT                          4912 S COLLINS STREET
FT LAUDERDALE    FL 33304-1215          ARLINGTON    TX 76018-1135




AIRWORTHY SERVICES   LLC                AIRWORTHY SERVICES   LLC                ALESSANDRO POTENTI
969 SE 6TH TERRACE                      CO RONALD ZILLER   PRESIDENT            1410 MIDDLE RIVER DRIVE
POMPANO BEACH    FL 33060-9401          969 SE 6TH TERRACE                      FORT LAUDERDALE   FLORIDA 33304-1526
                                        POMPANO BEACH    FL 33060-9401




ALLAN SEFRANEK                          ALON ROSENBERG                          ANDREW BILUKHA
336 N BIRCH ROAD                        1375 SW 14TH AVENUE                     12629 NW 13TH COURT
8E                                      BOCA RATON    FL 33486-5326             SUNRISE    FL 33323-3155
FT LAUDERDALE    FL 33304-4202




ANDREW COHEN                            ANTHONY ARD                             ANTHONY ASTRAYCANEDA
1314 E LOS OLAS BOULEVARD   SUITE 9     240 SE 28TH WAY                         20976 UP TOWN AVENUE
FT LAUDERDALE    FL 33301-2334          POMPANO BEACH    FL 33062-5437          APARTMENT 410
                                                                                BOCA RATON    FL 33428-6576




ANTHONY TRANCHIDA                       ARA YANIKIAN                            ARTHUR J GALLAGHER RISK MANAGEMENT
4974 NW 48TH AVENUE                     4144 NW 83RD LANE                       SERVICES   INC
COCONUT CREEK    FL 33073-4937          CORAL SPRINGS    FL 33065-1316          2580 FOXFIELD ROAD
                                                                                SUITE 203
                                                                                SAINT CHARLES   IL 60174-1409




ARTHUR J GALLAGHER RISK MANAGEMENT      BERNARDO PICCA                          BRAIN BUTZER
SERVICES   INC                          168 ORANGE DRIVE                        19721 118TH TRAIL SOUTH
CO GALLAGHER AVIATION                   BOYNTON BEACH    FL 33436-1844          BOCA RATON    FL 33498-6506
2580 FOXFIELD ROAD   SUITE 203
SAINT CHARLES    IL 60174-1409




BRUCE AYALA                             BRUCE KNECHT                            CARL L JKENNEDY   II
6835 NW 22ND TERRACE                    2130 NE 30TH STREET                     2929 S OCEAN BOULEVARD
FORT LAUDERDALE    FL 33309-1426        LIGHTHOUSE POINT    FL 33064-7631       SUITE 510
                                                                                BOCA RATON    FL 33432-8323




CARL L KENNEDY   II                     CARSON REDDICK                          CASEY AHLBUM
2929 S OCEAN BOULEVARD                  100 N FEDERAL HIGHWAY                   10375 NW 39TH MANOR
SUITE 510                               FT LAUDERDALE    FL 33301-1129          CORAL SPRINGS    FL 33065-1523
BOCA RATON    FL 33432-8323
```

```
PARTIES DESIGNATED AS "EXCLUDE FROM SERVICE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM


CESAR HERNANDEZ                       CHARLY J GUZMAN                        CHRISTOPHER TROESCH
16711 SAPPHIRE ISLE                   980 N FEDERAL HIGHWAY SUITE 110        2500 N OCEAN BOULEVARD
WESTON    FL 33331-3168               CO KENNEDY   GOARD LLC                 POMPANO BEACH   FL 33062-2942
                                      BOCA RATON   FL 33432-2704




COREY PECHONIS                        DARREN AYOUB                           DAVE DAVISON
770 SE 2ND AVENUE                     205 WOODLAND ROAD                      205 SW 28TH STREET
APARTMENT F-206                       PALM SPRINGS   FL 33461-1068           FORT LAUDERDALE   FL 33315-3131
DEERFIELD BEACH   FL 33441-5421




DAVID WATKINS                         DONALD CANNAROZZI                      DONALD MCNIEL
1012 KANASGOWA DRIVE                  204 SE 9TH STREET                      2720 NE 6TH STREET
BREVARD   NC 28712-9094               DANIA BEACH   FL 33004-4439            POMPANO BEACH   FL 33062-4929




EDWIN THOMPSON ORCINO                 ERICA K RAMOS   ESQ                    EVAN MUNRO
4960 WINDWARD WAY                     110 SE 6TH STREET                      353 W 47TH STREET
FT LAUDERDALE   FL 33312-5221         17TH FLOOR                             APARTMENT 4H
                                      FORT LAUDERDALE   FL 33301-5047        MIAMI BEACH   FLORIDA 33140-3106




GAMMA DEAN                            GENE VERTKIN                           GERARD WILLIAMS
1708 LAS OLAS BOULVARD                1039 HILLSBORO MILE 2                  5800 SW 130TH AVENUE
FT LAUDERDALE   FL 33312-7517         HILLSBORO BEACH   FL 33062-2104        SOUTHWEST RANCHES   FL 33330-3108




GIANCARLO DANERI                      GIDEON BRENT                           GREGORY GALYO
1201 RIVER REACH DRIVE                140 SW 7TH COURT                       4496 SW 37TH AVENUE
APARTMENT 404                         POMPANO BEACH   FL 33060-8398          FORT LAUDERDALE   FL 33312-5402
FT LAUDERDALE   FL 33315-1180




GREGORY GILHOOLY                      GREGORY MADONNA                        HARRY POLLACK
5773 NW 119TH TERRACE                 411 N NEW RIVER DRIVE EAST             2810 NE 20TH AVENUE
CORAL SPRINGS   FLORIDA 33076-4031    APARTMENT 2006                         LIGHTHOUSE POINT   FL 33064-7606
                                      FT LAUDERDALE   FL 33301-3181




HENRYK DABROWSKI                      (P)INTERNAL REVENUE SERVICE            INTERNAL REVENUE SERVICE
3004 OAKBROOK DRIVE                   CENTRALIZED INSOLVENCY OPERATIONS      PO BOX 7346
WESTON   FL 33332-3418                PO BOX 7346                            PHILADELPHIA   PA 19101-7346
                                      PHILADELPHIA PA 19101-7346




JPMORGAN CHASE BANK   NA              JAMESON CLIFFORD                       JASON COSTELLO
SBMT CHASE BANK USA   NA              2740 NE 9TH COURT                      301 SW 1ST AVE
CO ROBERTSON   ANSCHUTZ   SCHNEID PL  POMPANO BEACH   FL 33062-4209          FT LAUDERDALE   FL 33301-4342
6409 CONGRESS AVENUE   SUITE 100
BOCA RATON   FL 33487-2853
```

PARTIES DESIGNATED AS "EXCLUDE FROM SERVICE VIA DOC 59 FIRST CLASS MAIL (E)" DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

JASON SAGER
5301 MAGELLAN CIRCLE
AVENTURA   FL 33180

JAY HEPPNER
3212 NE 40TH STREET
FT LAUDERDALE   FL 33308-6410

JEANCLAUDE CONTE
3507 OAKS WAY
APARTMENT 101
POMPANO BEACH   FL 33069-5339

USPS CHANGE
JEFFREY BLAKE
1961 WATERS EDGE
POMPANO BEACH FL   33062-7691

JEFFREY RONNER
6512 BURNING WOOD DRIVE
APARTMENT 210
BOCA RATON   FL 33433-5134

JORGE SALINGER
2701 N OCEAN BOULEVARD
E605
BOCA RATON   FL 33431-7045

JOSE HERNANDEZ
4442 E AQUA BELLA LANE
FORT LAUDERDALE   FL 33312-5651

JUAN RAMIREZ
2211 NE 15TH COURT
FT LAUDERDALE   FL 33304-1417

JULIAN HERNANDEZ
321 NW 17TH AVENUE
POMPANO BEACH   FL 33069-2867

JUSTIN ARMSTRONG
3391 LIBERTY STREET
HOLLYWOOD   FL 33021-4334

KEVIN MACLEAN
209 RIVER TERRACE DRIVE
JUPITER   FL 33469-2945

KEVIN PRIOR
53 CASTLEROCK LANE
BOLTON   CT 06043-7856

KEVIN TRACEY
1044 SW 42ND AVENUE
DEARFIELD BEACH   FL 33442-8254

KILLIAN OCONNOR
200 S BIRCH ROAD
APARTMENT 810
FT LAUDERDALE   FL 33316-1536

LAW OFFICE OF DANE STANISH   PA
CO DANE T STANISH   ESQ
3475 SHERIDAN STREET   SUITE 209
FORT LAUDERDALE   FL 33301

LAW OFFICES OF EDWARD F HOLODAK   PA
CO EDWARD F HOLODAK   ESQ
3326 NE 33RD STREET
FORT LAUDERDALE   FL 33308-7110

LOGAN ANDERSON
2625 NE 17TH STREET
POMPANO BEACH   FL 33062-3212

LUCA PASTORE
2615 NE 21ST TERRACE
LIGHTHOUSE POINT   FL 33064-7740

MARISSA STUTES
4315 SARVER DRIVE
LAKE CHARLES   LA 70605-4421

MARK JARVIS
140 SE 9TH STREET
POMPANO BEACH   FL 33060-8849

MICHAEL BORER
CO JEFFREY B LAMPERT   ESQ
THE BARRISTER BUILDING
1615 FORUM PLACE   SUITE 4-B
WEST PALM BEACH   FL 33401-2317

MICHAEL DUBIN
6171 FLORAL LAKES DRIVE
DELRAY BEACH   FL 33484-4606

MICHAEL SCHEERINGA
517 SE 25TH AVENUE
FT LAUDERDALE   FL 33301-2615

MICHAEL STRONGIN
9559 COLLINS AVENUE
APARTMENT 409
SURFSIDE   FL 33154-2657

MICHAEL TAGGART
2801 FLORIDA AVENUE
APARTMENT 215
MIAMI   FL 33133-1908

MOSART SEBBEN
7676 NW 60TH LANE
PARKLAND   FL 33067-3321

OFFICE OF THE US TRUSTEE
51 SW 1ST AVE
SUITE 1204
MIAMI   FL 33130-1614

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (I.E. DUPLICATE ADDRESS)
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| | | |
|---|---|---|
| ORI ADIVI<br>3218 NE 211 TERRACE<br>AVENTURA   FL 33180-3688 | EXCLUDE<br>(U)PAUL K SANCHEZ | EXCLUDE<br>(D)PAUL K SANCHEZ |
| PAUL K SANCHEZ<br>10643 SHORE DRIVE<br>BOCA RATON   FL 33428-5645 | PAUL K SANCHEZ<br>BOCA RATON   FL 33428 | PAUL K SANCHEZ<br>CO ROBERT J PUZIO   ESQ<br>THE LITIGATION DEFENSE GROUP   INC<br>1040 BAYVIEW DRIVE   SUITE 520<br>FORT LAUDERDALE   FL 33304-2506 |
| PAUL NUDELMAN<br>2301 COLLINS AVENUE<br>PENTHOUSE 1<br>MIAMI BEACH   FL 33139-1603 | PAUL PALMERI<br>1475 SE 15TH STREET<br>APARTMENT 301<br>FORT LAUDERDALE   FL 33316-4706 | PAUL SANCHEZ<br>10643 SHORE DRIVE<br>BOCA RATON   FL 33428-5645 |
| PAULO DE LIMA YOSHIDA<br>1160 N FEDERAL HIGHWAY<br>APARTMENT 1016<br>FT LAUDERDALE   FL 33304-1436 | RAJA MALEK<br>714 HERON DRIVE<br>DELRAY BEACH   FL 33444-1924 | RANDY GREENFIELD<br>3305 NE 39TH STREET<br>FORT LAUDERDALE   FL 33308-6440 |
| RICK MCQUAIDE<br>1518 SE 12TH COURT<br>DEARFIELD BEACH   FL 33441-7110 | ROBERT BRAUSER<br>90 COMPASS LANE<br>FT LAUDERDALE   FL 33308-2010 | ROBERT NAST<br>3165 NE 48TH COURT<br>LIGHTHOUSE POINT   FL 33064-7975 |
| ROBERT RUTTEN<br>101 BRINY AVENUE<br>APARTMENT 1002<br>POMPANO BEACH   FL 33062-5615 | ROBERT SCHNEIDER<br>9838 SAVONA WINDS DRIVE<br>DELRAY   FL 33446-9765 | RONALD ZILLER<br>969 SE 6TH TERRACE<br>POMPANO BEACH   FL 33060-9401 |
| SEC COMMISION<br>OFFICE OF REORGANIZATION<br>950 E PACES FERRY ROAD NE<br>SUITE 900<br>ATLANTA   GA 30326-1382 | SARASOTA AVIONICS   MAINTENANCE<br>120 AIRPORT AVENUE WEST<br>VENICE   FL 34285-3921 | SHELTAIR POMPANO BEACH   LLC<br>4860 NE 12TH AVENUE<br>FORT LAUDERDALE   FL 33334-4804 |
| STEPHEN HORNIACEK<br>1790 SE 4TH STREET<br>POMPANO BEACH   FL 33060-7602 | STEPHEN TAYLOR<br>1334 N 30TH ROAD<br>HOLLYWOOD 33021-5004 | SUNWOOD   INC<br>SUSAN D LASKY   PA<br>CO SUSAN D LASKY   ESQ<br>320 SE 18TH STREET<br>FORT LAUDERDALE   FL 33316-2818 |
| SUNWOOD   INC<br>CO DANA STANISH   ESQ<br>LAW OFFICES OF DANE STANISH   PA<br>3475 SHERIDAN STREET   SUITE 209<br>HOLLYWOOD   FL 33021-3659 | THE LAW OFFICE OF STEPHEN BARKER<br>901 A CLINT MOORE ROAD<br>BOCA RATON   FL 33487-2876 | THE LAW OFFICES OF SCOTT J KALISH   PLL<br>CO SCOTT J KALISH   ESQ<br>2161 PALM BEACH LAKES BOULEVARD<br>WEST PALM BEACH   FL 33409-6612 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (I.E., DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TIMOTHY ROSMAN
1548 NE 37TH STREET
OAKLAND PARK   FL 33334-4623

TOBY ROTHE
1401 S OCEAN BOULEVARD
APARTMENT 504
POMPANO BEACH   FL 33062-7386

TOM WARFIELD
4900 N OCEAN BOULEVARD
UNIT 403
FT LAUDERDALE   FL 33308-2931

TOR HOLM
2351 SW 26TH AVENUE
FORT LAUDERDALE   FL 33312-4536

TRAVIS MCQUADE
14861 ENCLAVE PRESERVE CIRCLE
T4
DELRAY BEACH   FL 33484-8827

YONATHAN YEHEZKEL
54 NE 95TH STREET
MIAMI SHORES   FL 33138-2707

EXCLUDE
(U)BRUCE AYALA
AVIATION LEGAL COUNSEL
110 SE 6TH STREET   17TH FLOOR
FORT LAUDERDALE

CAROL LYNN FOX
200 EAST BROWARD BLVD SUITE 1010
FT LAUDERDALE   FL 33301-1943

(P)RICE PUGATCH ROBINSON STORFER  COHE
PLLC
ATTN CO CRAIG A PUGATCH ESQ
101 NE 3RD AVENUE
SUITE 1800
FORT LAUDERDALE FL 33301-1252

EDWARD F HOLODAK
7951 SW 6 ST   210
PLANTATION   FL 33324-3276

JASON SLATKIN ESQ
LORIUM LAW
101 NE 3RD AVENUE SUITE 1800
FORT LAUDERDALE   FL 33301-1252

EXCLUDE
(D)PAUL K SANCHEZ

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA DOC.59 E-SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

Dane T. Stanish, Esq.
3475 Sheridan Street
Suite 209
Hollywood, FL 33021

stanishd@gmail.com

(Creditor)
Sunwood, Inc.
represented by:
Susan D. Lasky, Esq
320 SE 18 Street
Fort Lauderdale, FL 33316

ECF@suelasky.com

(Creditor)
Paul K Sanchez
represented by:
Robert J Puzio
4331 N Federal Hwy #306
Ft. Lauderdale, FL 33308

puziolaw@bellsouth.net

Jason Slatkin, Esq.
Lorium Law
101 NE 3rd Avenue Suite 1800
Fort Lauderdale, FL 33301

jslatkin@loriumlaw.com

(Debtor)
Pompano Senior Squadron Flying Club, Inc.
1421 South Ocean Boulevard
Suite 102
Pompano Beach, FL 33062
Tax ID / EIN: 59-1416663
represented by:
Craig A. Pugatch, Esq
101 NE 3 Ave #1800
Ft Lauderdale, FL 33301

ecf.capugatch@loriumlaw.com

(U.S. Trustee)
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130
represented by:
Adisley M Cortez Rodriguez
DOJ-Ust
110 East Park Avenue
Ste 128
Miami, FL 32301

Adisley.M.Cortez-Rodriguez@usdoj.gov

(Special Counsel)
Edward F Holodak
7951 SW 6 St #210
Plantation, FL 33324

(Trustee)
Carol Lynn Fox
200 East Broward Blvd Suite 1010
Ft Lauderdale, FL 33301

cfox@brileyfin.com

(Creditor)
Bruce Ayala
Aviation Legal Counsel
110 SE 6th Street, 17th Floor
Fort Lauderdale
represented by:
Erica Kristine Ramos
Aviation Legal Counsel
110 SE 6th Street, 17th Floor
Fort Lauderdale, FL 33301

erica@aviationlegalcounsel.com