**Fill in this information to identify the case:**

Debtor Name  Pompano Senior Squadron Flying Club, Inc.

United States Bankruptcy Court for the: Southern District of Florida

Case number:  22-15714-PDR

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  September, 2022

Line of business:  Flying Club

Date report filed:  10/24/2022
MM / DD / YYYY

NAISC code:  48819

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                          Tor Holm, Treasurer

Original signature of responsible party     /s/ Tor Holm, Treasurer

Printed name of responsible party           Tor Holm, Treasurer

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Pompano Senior Squadron Flying Club, Inc.                    Case number  22-15714-PDR

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 53,580.67

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 22,319.54

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    – $ 14,302.05

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 8,017.49

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 61,598.16

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when it is due. Report the total from *Exhibit E* here.

24. **Total payables**

    $ 319,990.36

    *(Exhibit E)*

Debtor Name  Pompano Senior Squadron Flying Club, Inc.                    Case number  22-15714-PDR

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                            $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        _____ 0

27. What is the number of employees as of the date of this monthly report?           _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0.00

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?    $ _____ 0.00

30. How much have you paid this month in other professional fees?                    $ _____ 0.00

31. How much have you paid in total other professional fees since filing the case?   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | Column B | Column C |
|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | Copy lines 20-22 of this report. | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 20,830.00 | − | $ 22,319.54 | = | $ 1,489.46 |
| 33. **Cash disbursements** | $ 13,146.63 | − | $ 14,302.05 | = | $ 2,155.42 |
| 34. **Net cash flow** | $ 7,683.37 | − | $ 8,017.49 | = | $ 334.12 |

35. Total projected cash receipts for the next month:                       $ 20,830.00

36. Total projected cash disbursements for the next month:               - $ 13,146.63

37. Total projected net cash flow for the next month:                       = $ 7,683.37

Debtor Name  Pompano Senior Squadron Flying Club, Inc.                    Case number 22-15714-PDR

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☐  38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐  39.  Bank reconciliation reports for each account.

☑  40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑  41.  Budget, projection, or forecast reports.

☐  42.  Project, job costing, or work-in-progress reports.

# Balance Sheet



## Pompano Beach Flying Club

As of Sep 30, 2022

| ACCOUNTS | Sep 30, 2022 |
|---|---|
| **Assets** | |
| **Cash and Bank** | |
| Bank Of America - Checking (841) | $20.42 |
| NEW BUS COMPLETE CHK (217) | $38,708.98 |
| NEW CHASE BUS PREM SAV (905) | $22,868.76 |
| **Total Cash and Bank** | **$61,598.16** |
| **Other Current Assets** | |
| Tools and equipment | $962.43 |
| Vendor Advance Payment | $8,387.56 |
| **Total Other Current Assets** | **$9,349.99** |
| **Long-term Assets** | |
| N30877 | $85,000.00 |
| N47LH | $65,000.00 |
| N7696F | $40,000.00 |
| N8633E | $49,000.00 |
| **Total Long-term Assets** | **$239,000.00** |
| **Total Assets** | **$309,948.15** |

| Liabilities | |
| --- | --- |
| **Current Liabilities** | |
| BAy Loan | $40,000.00 |
| CKe Loan UNVERIFIED | $200,000.00 |
| Psa Loan | $33,990.36 |
| PSa Loan UNVERIFIED | $46,000.00 |
| **Total Current Liabilities** | **$319,990.36** |
| **Long-term Liabilities** | |
| **Total Long-term Liabilities** | **$0.00** |
| **Total Liabilities** | **$319,990.36** |

| Equity | |
| --- | --- |
| Common Shares | $83.00 |
| Corporate Equity | -$107,397.89 |
| **Retained Earnings** | |
| Profit for all prior years | $87,571.67 |
| Profit between Jan 1, 2022 and Sep 30, 2022 | $11,482.67 |
| Retained Earnings/Deficit | -$1,781.66 |
| **Total Retained Earnings** | **$97,272.68** |
| **Total Equity** | **-$10,042.21** |

# Cash Flow



**Pompano Beach Flying Club**

Date Range: Sep 01, 2022 to Sep 30, 2022

| CASH INFLOW AND OUTFLOW | **Sep 01, 2022 to Sep 30, 2022** |
|---|---:|
| **Operating Activities** | |
| **Sales** | |
| Interest Income | $0.18 |
| Member admission Fee | $1,497.00 |
| Program Income – Flight Hours | $20,819.36 |
| **Total Sales** | **$22,316.54** |
| **Purchases** | |
| Payments to Reimbursement Ziller | –$1,491.50 |
| Vendor Advance Payment paid | –$0.06 |
| Bank Accounting Fees | –$203.14 |
| Fuel | –$25.75 |
| General Fleet Maintenance | $29.24 |
| Insurance - Assets | –$4,040.32 |
| IT & Tools | –$412.00 |
| N30877 Maintenance | –$1,618.51 |
| N7696F Improvement | –$350.00 |
| N7696F Maintenance | –$3,350.43 |
| N8633E Maintenance | –$592.25 |
| Payment processor transaction fee | –$30.00 |
| Rent Expense | –$2,217.33 |
| **Total Purchases** | **–$14,302.05** |
| **Inventory** | |

**CASH INFLOW AND OUTFLOW**                                                         **Sep 01, 2022**
**to Sep 30, 2022**

|  |  |
|---|---|
| **Payroll** | |
| **Sales Taxes** | |
| **Other** | |
| **Net Cash from Operating Activities** | **$8,014.49** |

| **Investing Activities** | |
|---|---|
| **Property, Plant, Equipment** | |
| **Other** | |
| **Net Cash from Investing Activities** | **$0.00** |

| **Financing Activities** | |
|---|---|
| **Loans and Lines of Credit** | |
| **Owners and Shareholders** | |
| Received from Common Shares | $3.00 |
| **Total Owners and Shareholders** | **$3.00** |
| **Other** | |
| **Net Cash from Financing Activities** | **$3.00** |

**OVERVIEW**

| **Starting Balance** | |
|---|---|
| Bank Of America - Checking (841) | $20.42 |
| Cash on Hand | $0.00 |
| CHASE Checking (793) | $0.00 |
| CHASE Saving (161) | $0.00 |
| NEW BUS COMPLETE CHK (217) | $32,287.67 |

**OVERVIEW**

| | |
|---|---|
| NEW CHASE BUS PREM SAV (905) | $21,272.58 |
| **Total Starting Balance** | **$53,580.67** |
| | As of 2022-09-01 |
| Gross Cash Inflow | $23,048.78 |
| Gross Cash Outflow | $15,031.29 |
| **Net Cash Change** | **$8,017.49** |
| **Ending Balance** | |
| Bank Of America - Checking (841) | $20.42 |
| Cash on Hand | $0.00 |
| CHASE Checking (793) | $0.00 |
| CHASE Saving (161) | $0.00 |
| NEW BUS COMPLETE CHK (217) | $38,708.98 |
| NEW CHASE BUS PREM SAV (905) | $22,868.76 |
| **Total Ending Balance** | **$61,598.16** |
| | As of 2022-09-30 |

# Profit and Loss



## Pompano Beach Flying Club

Date Range: Sep 01, 2022 to Sep 30, 2022

| ACCOUNTS | Sep 01, 2022 to Sep 30, 2022 |
|---|---|
| **Income** | |
| Interest Income | $0.18 |
| Member admission Fee | $1,497.00 |
| N2921S Income -Other | $1,431.70 |
| Program Income – FT21S | -$2,923.20 |
| Program Income – Flight Hours | $20,819.36 |
| **Total Income** | **$20,825.04** |
| | |
| **Total Cost of Goods Sold** | **$0.00** |
| | |
| **Gross Profit** | **$20,825.04** |
| **As a percentage of Total Income** | **100.00%** |
| | |
| **Operating Expenses** | |
| Bank Accounting Fees | $203.14 |
| Fuel | $25.75 |
| General Fleet Maintenance | -$29.24 |
| IT & Tools | $412.00 |
| Insurance - Assets | $4,040.32 |
| N30877 Maintenance | $1,618.51 |
| N7696F Improvement | $350.00 |
| N7696F Maintenance | $3,350.43 |

| Operating Expenses | |
|---|---:|
| N8633E Maintenance | $592.25 |
| Payment processor transaction fee | $30.00 |
| Rent Expense | $2,217.33 |
| **Total Operating Expenses** | **$12,810.49** |

| | |
|---|---:|
| **Net Profit** | **$8,014.55** |
| **As a percentage of Total Income** | **38.49%** |

EXHIBIT C and D

# Account Transactions



## Pompano Beach Flying Club

Date Range: Sep 01, 2022 to Sep 30, 2022

Cash Basis (Paid)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------------|-------|--------|---------|
| **CHASE Checking (793)** | | | | |
| Under: Asset > Cash and Bank | | | | |
| **Starting Balance** | | | | **$0.00** |
| Sep 01, 2022 | Zelle payment from STEPHEN TAYLOR 15186318704 | $165.00 | | $165.00 |
| Sep 01, 2022 | Online Transfer to CHK ...9217 transaction#: 15187991022 09/01 | | $702.48 | -$537.48 |
| Sep 01, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220831 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000012333259 EED:220901 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2442333259TC | $537.48 | | $0.00 |
| Sep 01, 2022 | Chase ACH Payments Monthly Fee | | $25.00 | -$25.00 |
| Sep 06, 2022 | Online Transfer from CHK ...9217 transaction#: 15209615002 | $25.00 | | $0.00 |
| Sep 06, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220902 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000010083506 EED:220906 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2490083506TC | $263.66 | | $263.66 |

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------------|-------|--------|---------|
| Sep 06, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220905 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000013611587 EED:220906 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2493611587TC | $170.83 | | $434.49 |
| Sep 06, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220905 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000013611586 EED:220906 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2493611586TC | $168.74 | | $603.23 |
| Sep 06, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220904 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000010379344 EED:220906 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2490379344TC | $1,024.98 | | $1,628.21 |
| Sep 08, 2022 | Zelle payment from PAUL D NUDELMAN 15000703148 | $165.00 | | $1,793.21 |
| Sep 09, 2022 | Online Transfer to CHK ...9217 transaction#: 15257545052 09/09 | | $1,793.21 | $0.00 |
| Sep 09, 2022 | Online Transfer from CHK ...9217 transaction#: 15257723454 | $200.00 | | $200.00 |
| Sep 12, 2022 | Online Transfer to CHK ...9217 transaction#: 15275332282 09/12 | | $200.00 | $0.00 |
| **Totals and Ending Balance** | | **$2,720.69** | **$2,720.69** | **$0.00** |
| **Balance Change** Difference between starting and ending balances | | | | **$0.00** |

### NEW BUS COMPLETE CHK (217)
Under: Asset > Cash and Bank

| Starting Balance | | | $32,287.67 |
|---|---|---|---|
| Sep 01, 2022 | Online Transfer from CHK ...6793 transaction#: 15187991022 | $702.48 | $32,990.15 |
| Sep 01, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000019136016 EED:220901 IND ID:124287803 IND NAME:POMPANO SENIOR SQUADRO TRN: 2449136016TC | $333.81 | $33,323.96 |
| Sep 02, 2022 | ORIG CO NAME:AUTHNET GATEWAY ORIG ID:1870568569 DESC DATE: CO ENTRY DESCR:BILLING SEC:CCD TRACE#:104000013624317 EED:220902 IND ID:124524421 IND NAME:POMPANO SENIOR SQUADRO TRN: 2453624317TC | $30.00 | $33,293.96 |
| Sep 06, 2022 | Online Transfer to CHK ...6793 transaction#: 15209615002 09/06 | $25.00 | $33,268.96 |
| Sep 06, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000016418465 EED:220906 IND ID:124569710 IND NAME:POMPANO SENIOR SQUADRO TRN: 2496418465TC | $18.37 | $33,287.33 |
| Sep 06, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000013675829 EED:220906 IND ID:124573627 IND NAME:POMPANO SENIOR SQUADRO TRN: 2493675829TC | $1,612.81 | $34,900.14 |
| Sep 07, 2022 | Zelle payment to Ronald Ziller JPM999fy1agu | $1,491.50 | $33,408.64 |

## NEW BUS COMPLETE CHK (217)
Under: Asset > Cash and Bank

| Sep 07, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000013811179 EED:220907 IND ID:124576431 IND NAME:POMPANO SENIOR SQUADRO TRN: 2503811179TC | $361.79 | | $33,770.43 |
|---|---|---|---|---|
| Sep 07, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220906 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000010816682 EED:220907 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2500816682TC | $389.84 | | $34,160.27 |
| Sep 08, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000012286844 EED:220908 IND ID:124582526 IND NAME:POMPANO SENIOR SQUADRO TRN: 2512286844TC | $2,655.75 | | $36,816.02 |
| Sep 08, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220907 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000016242064 EED:220908 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2516242064TC | $393.66 | | $37,209.68 |
| Sep 09, 2022 | Online Transfer to CHK ...6793 transaction#: 15257723454 09/09 | | $200.00 | $37,009.68 |
| Sep 09, 2022 | Online Transfer from CHK ...6793 transaction#: 15257545052 | $1,793.21 | | $38,802.89 |

## NEW BUS COMPLETE CHK (217)
Under: Asset > Cash and Bank

| Date | Description | | | |
|------|-------------|---|---|---|
| Sep 09, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000010366742 EED:220909 IND ID:124586491 IND NAME:POMPANO SENIOR SQUADRO TRN: 2520366742TC | $150.17 | | $38,953.06 |
| Sep 12, 2022 | Online Transfer to MMA ...3905 transaction#: 15279859931 09/12 | | $1,616.00 | $37,337.06 |
| Sep 12, 2022 | Online Transfer from CHK ...6793 transaction#: 15275332282 | $200.00 | | $37,537.06 |
| Sep 12, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000016421035 EED:220912 IND ID:124590389 IND NAME:POMPANO SENIOR SQUADRO TRN: 2556421035TC | $493.76 | | $38,030.82 |
| Sep 13, 2022 | REMOTE ONLINE DEPOSIT # 1 | $29.24 | | $38,060.06 |
| Sep 13, 2022 | REMOTE ONLINE DEPOSIT # 1 | $700.00 | | $38,760.06 |
| Sep 13, 2022 | Online ACH Payment 5352411869 To SFAM (_#####2621) | | $3,084.33 | $35,675.73 |
| Sep 13, 2022 | ORIG CO NAME:FIRST INSURANCE ORIG ID:2363437365 DESC DATE: CO ENTRY DESCR:INSURANCE SEC:CCD TRACE#:071925336603243 EED:220913 IND ID:900-97075972 IND NAME:Pompano Beach Flying C | | $4,740.32 | $30,935.41 |

**NEW BUS COMPLETE CHK (217)**
Under: Asset > Cash and Bank

| | | | | |
|---|---|---|---|---|
| Sep 13, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000016598010 EED:220913 IND ID:124592710 IND NAME:POMPANO SENIOR SQUADRO TRN: 2566598010TC | $2,306.25 | | $33,241.66 |
| Sep 13, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220912 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000019478948 EED:220913 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2569478948TC | $89.32 | | $33,330.98 |
| Sep 13, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220912 CO ENTRY DESCR:RES RLSE SEC:CCD TRACE#:091000019478965 EED:220913 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2569478965TC | $715.09 | | $34,046.07 |
| Sep 14, 2022 | Zelle payment to Mapal Aviation Int JPM999g74vhs | | $350.00 | $33,696.07 |
| Sep 14, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220913 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000018133013 EED:220914 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2578133013TC | $107.17 | | $33,803.24 |

## NEW BUS COMPLETE CHK (217)
Under: Asset > Cash and Bank

| Date | Description | | | Balance |
|---|---|---|---|---|
| Sep 14, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000017038009 EED:220914 IND ID:124598384 IND NAME:POMPANO SENIOR SQUADRO TRN: 2577038009TC | $1,976.70 | | $35,779.94 |
| Sep 14, 2022 | Online ACH Payment 5352618356 To SFAM (_#####2621) | | $592.25 | $35,187.69 |
| Sep 15, 2022 | Admission Zelle payment from KRISTOFER LANG BACesa3v7mui | $500.00 | | $35,687.69 |
| Sep 15, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220914 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000018738472 EED:220915 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2588738472TC | $479.67 | | $36,167.36 |
| Sep 15, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000018652500 EED:220915 IND ID:124598801 IND NAME:POMPANO SENIOR SQUADRO TRN: 2588652500TC | $162.74 | | $36,330.10 |
| Sep 16, 2022 | Online ACH Payment 5353041946 To Ameer (_######9689) | | $634.67 | $35,695.43 |
| Sep 16, 2022 | Admission Zelle payment from CARLOS MORA ARAQUE BACez9a617d6 | $500.00 | | $36,195.43 |

## NEW BUS COMPLETE CHK (217)
**Under: Asset > Cash and Bank**

| Date | Description | | |
|---|---|---|---|
| Sep 16, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000019300486 EED:220916 IND ID:124602289 IND NAME:POMPANO SENIOR SQUADRO TRN: 2599300486TC | $239.83 | $36,435.26 |
| Sep 19, 2022 | POMPANO BEACH JET CEN FL 09/17 | $25.75 | $36,409.51 |
| Sep 19, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220916 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000013479668 EED:220919 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2623479668TC | $170.83 | $36,580.34 |
| Sep 19, 2022 | Admission Zelle payment from JOSEPH ALESIA FTB040813320 | $500.00 | $37,080.34 |
| Sep 19, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000017466311 EED:220919 IND ID:124608786 IND NAME:POMPANO SENIOR SQUADRO TRN: 2627466311TC | $297.74 | $37,378.08 |
| Sep 20, 2022 | Schedule Master ORIG CO NAME:TIME SYNC, INC. ORIG ID:1911718107 DESC DATE: CO ENTRY DESCR:SCHDMASTERSEC:WEB TRACE#:104000015777223 EED:220920 IND ID:M63933842664 IND NAME:POMPANO SENIOR SQUADRO TRN: 2635777223TC | $412.00 | $36,966.08 |

**NEW BUS COMPLETE CHK (217)**
Under: Asset > Cash and Bank

| Sep 20, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000015678296 EED:220920 IND ID:124611352 IND NAME:POMPANO SENIOR SQUADRO TRN: 2635678296TC | $645.42 | | $37,611.50 |
| --- | --- | --- | --- | --- |
| Sep 20, 2022 | ORIG CO NAME:DLX FOR BUSINESS ORIG ID:1411877307 DESC DATE:220917 CO ENTRY DESCR:Deluxe SBSSEC:CCD TRACE#:042000018689983 EED:220920 IND ID:02052218933128 IND NAME:POMPANO BEACH FLYING C TRN: 2638689983TC | $158.14 | | $37,453.36 |
| Sep 21, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000014147764 EED:220921 IND ID:124614618 IND NAME:POMPANO SENIOR SQUADRO TRN: 2644147764TC | $535.25 | | $37,988.61 |
| Sep 21, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220920 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000013901389 EED:220921 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2643901389TC | $263.56 | | $38,252.17 |
| Sep 21, 2022 | AEROSPACE AVIONIC FL 09/20 | | $1,250.00 | $37,002.17 |

## NEW BUS COMPLETE CHK (217)
Under: Asset > Cash and Bank

| Sep 22, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000019724781 EED:220922 IND ID:124619635 IND NAME:POMPANO SENIOR SQUADRO TRN: 2659724781TC | $179.28 | $37,181.45 |
|---|---|---|---|
| Sep 22, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220921 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000017464941 EED:220922 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2657464941TC | $256.21 | $37,437.66 |
| Sep 27, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000011771771 EED:220927 IND ID:124627947 IND NAME:POMPANO SENIOR SQUADRO TRN: 2701771771TC | $1,202.50 | $38,640.16 |
| Sep 27, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220926 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000013096394 EED:220927 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2703096394TC | $125.80 | $38,765.96 |
| Sep 27, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220926 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000013096393 EED:220927 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2703096393TC | $1,544.27 | $40,310.23 |

## NEW BUS COMPLETE CHK (217)
Under: Asset > Cash and Bank

| | | | |
|---|---|---|---|
| Sep 28, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220927 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000019839641 EED:220928 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2719839641TC | $118.04 | $40,428.27 |
| Sep 29, 2022 | Online ACH Payment 5350586120 To SheltairRent (_#########4733) | $2,217.33 | $38,210.94 |
| Sep 29, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000016275584 EED:220929 IND ID:124636075 IND NAME:POMPANO SENIOR SQUADRO TRN: 2726275584TC | $100.01 | $38,310.95 |
| Sep 29, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220928 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000018489297 EED:220929 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2728489297TC | $97.08 | $38,408.03 |
| Sep 30, 2022 | Zelle payment from STEPHEN TAYLOR 15417304253 | $165.00 | $38,573.03 |
| Sep 30, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000011254298 EED:220930 IND ID:124639457 IND NAME:POMPANO SENIOR SQUADRO TRN: 2731254298TC | $135.95 | $38,708.98 |
| **Totals and Ending Balance** | | **$23,248.60** | **$16,827.29** | **$38,708.98** |

## NEW BUS COMPLETE CHK (217)
Under: Asset > Cash and Bank

| | | |
|---|---|---:|
| **Balance Change**<br>Difference between starting and ending balances | | **$6,421.31** |

## NEW CHASE BUS PREM SAV (905)
Under: Asset > Cash and Bank

| | | | | |
|---|---|---:|---:|---:|
| **Starting Balance** | | | | **$21,272.58** |
| Sep 12, 2022 | Online Transfer from CHK ...9217 transaction#: 15279859931 | $1,616.00 | | $22,888.58 |
| Sep 30, 2022 | MONTHLY SERVICE FEE | | $20.00 | $22,868.58 |
| Sep 30, 2022 | INTEREST PAYMENT | $0.18 | | $22,868.76 |
| **Totals and Ending Balance** | | **$1,616.18** | **$20.00** | **$22,868.76** |
| **Balance Change**<br>Difference between starting and ending balances | | | | **$1,596.18** |

## Transfer Clearing
Under: Asset

| | | | | |
|---|---|---:|---:|---:|
| **Starting Balance** | | | | **$0.00** |
| Sep 01, 2022 | Online Transfer from CHK ...6793 transaction#: 15187991022 | | $702.48 | -$702.48 |
| Sep 01, 2022 | Online Transfer to CHK ...9217 transaction#: 15187991022 09/01 | $702.48 | | $0.00 |
| Sep 06, 2022 | Online Transfer to CHK ...6793 transaction#: 15209615002 09/06 | $25.00 | | $25.00 |
| Sep 06, 2022 | Online Transfer from CHK ...9217 transaction#: 15209615002 | | $25.00 | $0.00 |
| Sep 07, 2022 | Zelle payment to Ronald Ziller JPM999fy1agu | $1,491.50 | | $1,491.50 |
| Sep 07, 2022 | Created Transfer | | $1,491.50 | $0.00 |

**Transfer Clearing**
Under: Asset

| | | | | |
|---|---|---|---|---|
| Sep 09, 2022 | Online Transfer to CHK ...6793<br>transaction#: 15257723454 09/09 | $200.00 | | $200.00 |
| Sep 09, 2022 | Online Transfer from CHK ...6793<br>transaction#: 15257545052 | | $1,793.21 | -$1,593.21 |
| Sep 09, 2022 | Online Transfer to CHK ...9217<br>transaction#: 15257545052<br>09/09 | $1,793.21 | | $200.00 |
| Sep 09, 2022 | Online Transfer from CHK ...9217<br>transaction#: 15257723454 | | $200.00 | $0.00 |
| Sep 12, 2022 | Online Transfer to MMA ...3905<br>transaction#: 15279859931 09/12 | $1,616.00 | | $1,616.00 |
| Sep 12, 2022 | Online Transfer from CHK ...6793<br>transaction#: 15275332282 | | $200.00 | $1,416.00 |
| Sep 12, 2022 | Online Transfer from CHK ...9217<br>transaction#: 15279859931 | | $1,616.00 | -$200.00 |
| Sep 12, 2022 | Online Transfer to CHK ...9217<br>transaction#: 15275332282 09/12 | $200.00 | | $0.00 |
| **Totals and Ending Balance** | | **$6,028.19** | **$6,028.19** | **$0.00** |
| **Balance Change**<br>Difference between starting and ending balances | | | | **$0.00** |

**Vendor Advance Payment**
Under: Asset > Vendor Prepayments and Vendor Credits

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$8,387.50** |
| Sep 16, 2022 | Online ACH Payment<br>5353041946 To Ameer<br>(_######9689) | $0.06 | | $8,387.56 |
| **Totals and Ending Balance** | | **$0.06** | **$0.00** | **$8,387.56** |
| **Balance Change**<br>Difference between starting and ending balances | | | | **$0.06** |

### Reimbursement Ziller
**Under: Liability > Credit Card**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$0.00** |
| Sep 07, 2022 | Invoice Payment | | $1,491.50 | $1,491.50 |
| Sep 07, 2022 | Created Transfer | $1,491.50 | | $0.00 |
| **Totals and Ending Balance** | | **$1,491.50** | **$1,491.50** | **$0.00** |
| **Balance Change**<br>Difference between starting and ending balances | | | | **$0.00** |

### Interest Income
**Under: Income > Income**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$8.83** |
| Sep 30, 2022 | INTEREST PAYMENT | | $0.18 | $9.01 |
| **Totals and Ending Balance** | | **$0.00** | **$0.18** | **$9.01** |
| **Balance Change**<br>Difference between starting and ending balances | | | | **$0.18** |

### Member admission Fee
**Under: Income > Income**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$39,920.00** |
| Sep 15, 2022 | Admission Zelle payment from KRISTOFER LANG BACesa3v7mui | | $499.00 | $40,419.00 |
| Sep 16, 2022 | Admission Zelle payment from CARLOS MORA ARAQUE BACez9a617d6 | | $499.00 | $40,918.00 |
| Sep 19, 2022 | Admission Zelle payment from JOSEPH ALESIA FTB040813320 | | $499.00 | $41,417.00 |
| **Totals and Ending Balance** | | **$0.00** | **$1,497.00** | **$41,417.00** |
| **Balance Change**<br>Difference between starting and ending balances | | | | **$1,497.00** |

## N2921S Income -Other
Under: Income > Income

| | | | |
|---|---|---|---|
| **Starting Balance** | | | **$39,450.56** |
| Sep 07, 2022 | Ziller, Ron - 20200607 - Tie-Down N2921S | $202.35 | $39,652.91 |
| Sep 07, 2022 | Ziller, Ron - 20200607 - Insurance N2921S monthly fee | $1,229.35 | $40,882.26 |
| **Totals and Ending Balance** | | **$0.00** | **$1,431.70** | **$40,882.26** |
| **Balance Change**<br>Difference between starting and ending balances | | | **$1,431.70** |

## Program Income – Flight Hours
Under: Income > Income

| | | | |
|---|---|---|---|
| **Starting Balance** | | | **$826,259.23** |
| Sep 01, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000019136016 EED:220901 IND ID:124287803 IND NAME:POMPANO SENIOR SQUADRO TRN: 2449136016TC | $333.81 | $826,593.04 |
| Sep 01, 2022 | Zelle payment from STEPHEN TAYLOR 15186318704 | $165.00 | $826,758.04 |
| Sep 01, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220831 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000012333259 EED:220901 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2442333259TC | $537.48 | $827,295.52 |

**Program Income – Flight Hours**
Under: Income > Income

| | | | |
|---|---|---|---|
| Sep 06, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000016418465 EED:220906 IND ID:124569710 IND NAME:POMPANO SENIOR SQUADRO TRN: 2496418465TC | $18.37 | $827,313.89 |
| Sep 06, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000013675829 EED:220906 IND ID:124573627 IND NAME:POMPANO SENIOR SQUADRO TRN: 2493675829TC | $1,612.81 | $828,926.70 |
| Sep 06, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220902 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000010083506 EED:220906 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2490083506TC | $263.66 | $829,190.36 |
| Sep 06, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220905 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000013611587 EED:220906 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2493611587TC | $170.83 | $829,361.19 |
| Sep 06, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220905 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000013611586 EED:220906 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2493611586TC | $168.74 | $829,529.93 |

**Program Income – Flight Hours**
Under: Income > Income

| | | | |
|---|---|---|---|
| Sep 06, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220904 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000010379344 EED:220906 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2490379344TC | $1,024.98 | $830,554.91 |
| Sep 07, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000013811179 EED:220907 IND ID:124576431 IND NAME:POMPANO SENIOR SQUADRO TRN: 2503811179TC | $361.79 | $830,916.70 |
| Sep 07, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220906 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000010816682 EED:220907 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2500816682TC | $389.84 | $831,306.54 |
| Sep 08, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000012286844 EED:220908 IND ID:124582526 IND NAME:POMPANO SENIOR SQUADRO TRN: 2512286844TC | $2,655.75 | $833,962.29 |
| Sep 08, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220907 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000016242064 EED:220908 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2516242064TC | $393.66 | $834,355.95 |

**Program Income – Flight Hours**
Under: Income > Income

| | | | |
|---|---|---|---|
| Sep 08, 2022 | Zelle payment from PAUL D NUDELMAN 15000703148 | $165.00 | $834,520.95 |
| Sep 09, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000010366742 EED:220909 IND ID:124586491 IND NAME:POMPANO SENIOR SQUADRO TRN: 2520366742TC | $150.17 | $834,671.12 |
| Sep 12, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000016421035 EED:220912 IND ID:124590389 IND NAME:POMPANO SENIOR SQUADRO TRN: 2556421035TC | $493.76 | $835,164.88 |
| Sep 13, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000016598010 EED:220913 IND ID:124592710 IND NAME:POMPANO SENIOR SQUADRO TRN: 2566598010TC | $2,306.25 | $837,471.13 |
| Sep 13, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220912 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000019478948 EED:220913 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2569478948TC | $89.32 | $837,560.45 |

**Program Income – Flight Hours**
Under: Income > Income

| Date | Description | Amount | Balance |
|---|---|---|---|
| Sep 13, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220912 CO ENTRY DESCR:RES RLSE SEC:CCD TRACE#:091000019478965 EED:220913 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2569478965TC | $715.09 | $838,275.54 |
| Sep 14, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220913 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000018133013 EED:220914 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2578133013TC | $107.17 | $838,382.71 |
| Sep 14, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000017038009 EED:220914 IND ID:124598384 IND NAME:POMPANO SENIOR SQUADRO TRN: 2577038009TC | $1,976.70 | $840,359.41 |
| Sep 15, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220914 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000018738472 EED:220915 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2588738472TC | $479.67 | $840,839.08 |
| Sep 15, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000018652500 EED:220915 IND ID:124598801 IND NAME:POMPANO SENIOR SQUADRO TRN: 2588652500TC | $162.74 | $841,001.82 |

## Program Income – Flight Hours
**Under: Income > Income**

| Date | Description | Amount | Balance |
|---|---|---|---|
| Sep 16, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000019300486 EED:220916 IND ID:124602289 IND NAME:POMPANO SENIOR SQUADRO TRN: 2599300486TC | $239.83 | $841,241.65 |
| Sep 19, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220916 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000013479668 EED:220919 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2623479668TC | $170.83 | $841,412.48 |
| Sep 19, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000017466311 EED:220919 IND ID:124608786 IND NAME:POMPANO SENIOR SQUADRO TRN: 2627466311TC | $297.74 | $841,710.22 |
| Sep 20, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000015678296 EED:220920 IND ID:124611352 IND NAME:POMPANO SENIOR SQUADRO TRN: 2635678296TC | $645.42 | $842,355.64 |
| Sep 21, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000014147764 EED:220921 IND ID:124614618 IND NAME:POMPANO SENIOR SQUADRO TRN: 2644147764TC | $535.25 | $842,890.89 |

**Program Income – Flight Hours**
Under: Income > Income

| Sep 21, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220920 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000013901389 EED:220921 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2643901389TC | $263.56 | $843,154.45 |
| Sep 22, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000019724781 EED:220922 IND ID:124619635 IND NAME:POMPANO SENIOR SQUADRO TRN: 2659724781TC | $179.28 | $843,333.73 |
| Sep 22, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220921 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000017464941 EED:220922 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2657464941TC | $256.21 | $843,589.94 |
| Sep 27, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000011771771 EED:220927 IND ID:124627947 IND NAME:POMPANO SENIOR SQUADRO TRN: 2701771771TC | $1,202.50 | $844,792.44 |
| Sep 27, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220926 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000013096394 EED:220927 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2703096394TC | $125.80 | $844,918.24 |

| **Program Income – Flight Hours** | | | |
| Under: Income > Income | | | |
|---|---|---|---|
| Sep 27, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220926 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000013096393 EED:220927 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2703096393TC | $1,544.27 | $846,462.51 |
| Sep 28, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220927 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000019839641 EED:220928 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2719839641TC | $118.04 | $846,580.55 |
| Sep 29, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000016275584 EED:220929 IND ID:124636075 IND NAME:POMPANO SENIOR SQUADRO TRN: 2726275584TC | $100.01 | $846,680.56 |
| Sep 29, 2022 | ORIG CO NAME:BANKCARD DEPOSIT ORIG ID:WFBPVOTL01 DESC DATE:220928 CO ENTRY DESCR:SETTLEMENTSEC:CCD TRACE#:091000018489297 EED:220929 IND ID:000912200421081 IND NAME:POMPANO BEACH FLYING C TRN: 2728489297TC | $97.08 | $846,777.64 |
| Sep 30, 2022 | Zelle payment from STEPHEN TAYLOR 15417304253 | $165.00 | $846,942.64 |

## Program Income – Flight Hours
**Under: Income > Income**

| Date | Description | | | |
|------|-------------|---|---|---|
| Sep 30, 2022 | ORIG CO NAME:ECHECK.NET ORIG ID:3911718107 DESC DATE: CO ENTRY DESCR:FUNDING SEC:CCD TRACE#:104000011254298 EED:220930 IND ID:124639457 IND NAME:POMPANO SENIOR SQUADRO TRN: 2731254298TC | | $135.95 | $847,078.59 |
| **Totals and Ending Balance** | | **$0.00** | **$20,819.36** | **$847,078.59** |
| **Balance Change** Difference between starting and ending balances | | | | **$20,819.36** |

## Program Income – FT21S
**Under: Income > Income**

| Date | Description | | | |
|------|-------------|---|---|---|
| **Starting Balance** | | | | **-$73,066.07** |
| Sep 07, 2022 | Ziller, Ron - 20200607 - N2921S 80% FT | $2,923.20 | | -$75,989.27 |
| **Totals and Ending Balance** | | **$2,923.20** | **$0.00** | **-$75,989.27** |
| **Balance Change** Difference between starting and ending balances | | | | **-$2,923.20** |

## Bank Accounting Fees
**Under: Expense > Operating Expense**

| Date | Description | | | |
|------|-------------|---|---|---|
| **Starting Balance** | | | | **$2,496.13** |
| Sep 01, 2022 | Chase ACH Payments Monthly Fee | $25.00 | | $2,521.13 |
| Sep 20, 2022 | ORIG CO NAME:DLX FOR BUSINESS ORIG ID:1411877307 DESC DATE:220917 CO ENTRY DESCR:Deluxe SBSSEC:CCD TRACE#:042000018689983 EED:220920 IND ID:02052218933128 IND NAME:POMPANO BEACH FLYING C TRN: 2638689983TC | $158.14 | | $2,679.27 |

### Bank Accounting Fees
**Under: Expense > Operating Expense**

| | | | | |
|---|---|---|---|---|
| Sep 30, 2022 | MONTHLY SERVICE FEE | $20.00 | | $2,699.27 |
| **Totals and Ending Balance** | | **$203.14** | **$0.00** | **$2,699.27** |
| **Balance Change** Difference between starting and ending balances | | | | **$203.14** |

### Fuel
**Under: Expense > Operating Expense**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$103,650.65** |
| Sep 19, 2022 | POMPANO BEACH JET CEN FL 09/17 | $25.75 | | $103,676.40 |
| **Totals and Ending Balance** | | **$25.75** | **$0.00** | **$103,676.40** |
| **Balance Change** Difference between starting and ending balances | | | | **$25.75** |

### General Fleet Maintenance
**Under: Expense > Operating Expense**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$12,818.42** |
| Sep 13, 2022 | REMOTE ONLINE DEPOSIT # 1 | | $29.24 | $12,789.18 |
| **Totals and Ending Balance** | | **$0.00** | **$29.24** | **$12,789.18** |
| **Balance Change** Difference between starting and ending balances | | | | **-$29.24** |

### Insurance - Assets
**Under: Expense > Operating Expense**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$153,138.53** |
| Sep 13, 2022 | REMOTE ONLINE DEPOSIT # 1 | | $700.00 | $152,438.53 |
| Sep 13, 2022 | Arthur J. Gallagher Risk management Services Inc. - Bill Sept. 2022 - Insurance | $4,740.32 | | $157,178.85 |

**Insurance - Assets**
Under: Expense > Operating Expense

| | | | |
|---|---|---|---|
| **Totals and Ending Balance** | **$4,740.32** | **$700.00** | **$157,178.85** |
| **Balance Change**<br>Difference between starting and ending balances | | | **$4,040.32** |

**IT & Tools**
Under: Expense > Operating Expense

| | | | |
|---|---|---|---|
| **Starting Balance** | | | **$3,698.00** |
| Sep 20, 2022 | Schedule Master ORIG CO NAME:TIME SYNC, INC. ORIG ID:1911718107 DESC DATE: CO ENTRY DESCR:SCHDMASTERSEC:WEB TRACE#:104000015777223 EED:220920 IND ID:M63933842664 IND NAME:POMPANO SENIOR SQUADRO TRN: 2635777223TC | $412.00 | $4,110.00 |
| **Totals and Ending Balance** | **$412.00** | **$0.00** | **$4,110.00** |
| **Balance Change**<br>Difference between starting and ending balances | | | **$412.00** |

**N30877 Maintenance**
Under: Expense > Operating Expense

| | | | |
|---|---|---|---|
| **Starting Balance** | | | **$66,283.21** |
| Sep 16, 2022 | Aviation Speciality Services LLC - Bill 14166 - Maintenance 877 | $368.51 | $66,651.72 |
| Sep 21, 2022 | Aerospace Avionics, LLC - Bill 1546 - Maintenance 877 | $1,250.00 | $67,901.72 |
| **Totals and Ending Balance** | **$1,618.51** | **$0.00** | **$67,901.72** |
| **Balance Change**<br>Difference between starting and ending balances | | | **$1,618.51** |

### N7696F Improvement
**Under: Expense > Operating Expense**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$11,000.00** |
| Sep 14, 2022 | Mapal Aviation Interior Design Corp - Bill 162 - N7696F Improvement | $350.00 | | $11,350.00 |
| **Totals and Ending Balance** | | **$350.00** | **$0.00** | **$11,350.00** |
| **Balance Change** Difference between starting and ending balances | | | | **$350.00** |

### N7696F Maintenance
**Under: Expense > Operating Expense**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$58,796.44** |
| Sep 13, 2022 | South Florida Aircraft Maintenance Group LLC - Bill 2198-09-2022 - Maintenance 96F | $3,084.33 | | $61,880.77 |
| Sep 16, 2022 | Aviation Speciality Services LLC - Bill 14155 - Maintenance 96F | $266.10 | | $62,146.87 |
| **Totals and Ending Balance** | | **$3,350.43** | **$0.00** | **$62,146.87** |
| **Balance Change** Difference between starting and ending balances | | | | **$3,350.43** |

### N8633E Maintenance
**Under: Expense > Operating Expense**

| | | | | |
|---|---|---|---|---|
| **Starting Balance** | | | | **$86,346.80** |
| Sep 14, 2022 | South Florida Aircraft Maintenance Group LLC - Bill 2203-09-2022 - Maintenance 33E | $592.25 | | $86,939.05 |
| **Totals and Ending Balance** | | **$592.25** | **$0.00** | **$86,939.05** |
| **Balance Change** Difference between starting and ending balances | | | | **$592.25** |

## Payment processor transaction fee
**Under: Expense > Operating Expense**

| | | | |
|---|---|---|---|
| **Starting Balance** | | | **$13,002.30** |
| Sep 02, 2022 | ORIG CO NAME:AUTHNET GATEWAY ORIG ID:1870568569 DESC DATE: CO ENTRY DESCR:BILLING SEC:CCD TRACE#:104000013624317 EED:220902 IND ID:124524421 IND NAME:POMPANO SENIOR SQUADRO TRN: 2453624317TC | $30.00 | $13,032.30 |
| **Totals and Ending Balance** | | **$30.00** $0.00 | **$13,032.30** |
| **Balance Change** Difference between starting and ending balances | | | **$30.00** |

## Rent Expense
**Under: Expense > Operating Expense**

| | | | |
|---|---|---|---|
| **Starting Balance** | | | **$66,142.02** |
| Sep 29, 2022 | Sheltair Pompano Beach, LLC - Bill H&T - Oct.  2022 - Rent - Hangar & Tie Down | $888.21 | $67,030.23 |
| Sep 29, 2022 | Sheltair Pompano Beach, LLC - Bill H&T - Oct.  2022 - Rent - Hangar & Tie Down | $1,214.10 | $68,244.33 |
| Sep 29, 2022 | Sheltair Pompano Beach, LLC - Bill H&T - Oct.  2022 - Rent - Hangar & Tie Down | $115.02 | $68,359.35 |
| **Totals and Ending Balance** | | **$2,217.33** $0.00 | **$68,359.35** |
| **Balance Change** Difference between starting and ending balances | | | **$2,217.33** |

## Common Shares
**Under: Equity > Business Owner Contribution and Drawing**

| | | | |
|---|---|---|---|
| **Starting Balance** | | | **$80.00** |
| Sep 15, 2022 | Admission Zelle payment from KRISTOFER LANG BACesa3v7mui | $1.00 | $81.00 |
| Sep 16, 2022 | Admission Zelle payment from CARLOS MORA ARAQUE BACez9a617d6 | $1.00 | $82.00 |
| Sep 19, 2022 | Admission Zelle payment from JOSEPH ALESIA FTB040813320 | $1.00 | $83.00 |
| **Totals and Ending Balance** | $0.00 | $3.00 | **$83.00** |
| **Balance Change** Difference between starting and ending balances | | | **$3.00** |

PROJECTED INCOME AND EXPENSES (MONTHLY)

| | Rate | Q.ty | Total | | | | |
|---|---|---|---|---|---|---|---|
| Income monthly dues | 165 | 72 | $ 11,880.00 | | | | |
| Income flight hours (FH per each aircraft) | | 25 | $ 8,950.00 | | | | |
| Total Income | | | $ 20,830.00 | | plus 10% | $ 22,913.00 | |
| | | | | | minus 10% | $ 18,747.00 | |
| | | | | | | | |
| Expenses flight Hr | | 25 | $ 6,250.00 | | | | |
| Insurance | | | $ 3,510.97 | | | | |
| Tie Down and Hangar | | | $ 2,217.33 | | | | |
| Bank account fee | | | $ 25.00 | | | | |
| Schedule master | | | $ 143.33 | | | | |
| **Total Expenses** | | | **$ 12,146.63** | | | | |
| Miscellaneous | | 10% | $ 1,214.66 | | | | |
| **Total operating expenses** | | | **$ 13,361.30** | | plus 10% | $ 14,697.43 | |
| | | | | | minus 10% | $ 12,025.17 | |
| | | | | | | | |
| Tptal profit (month) 2022 | | | $ 7,468.70 | | Range (10%) | $ 4,049.57 | $ 8,215.57 |
| | | | | | | | |
| This projection is based on an estimated average of flight hours per month which may change monthly. | | | | | | | |