UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

                                                                            Case No. 22-15714

POMPANO SENIOR SQUADRON FLYING
CLUB, INC.,                                                Chapter 11
                DEBTOR
_____/

### NOTICE OF APPEARANCE BY COUNSEL AND
### REQUEST FOR SERVICE OF PAPERS

      PLEASE TAKE NOTICE that Ronald Scott Kaniuk, Esq. of Kaniuk Law Office, P.A., , hereby enters a Notice of Appearance as counsel for CARL KENNEDY in the above-captioned bankruptcy case, pursuant to Bankruptcy Rules 2002 and 9010, and hereby requests that all notices, given or required to be given, including all papers, pleadings, and correspondence served or required to be served in this case, or any related proceeding, be served upon the undersigned at the following address:

Ronald Scott Kaniuk, Esq.
Kaniuk Law Office, P.A.
1615 S. Congress Avenue, Suite 103
Delray Beach, FL 33445
Phone 561-292-2127
ron@kaniuklawoffice.com

      **PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, electronic mail or otherwise, that (1) affects or

seeks to affect in any way any rights or interests of any creditor or party-in-interest in this case, including with respect to (a) the debtor; (b) property of the estate, or proceeds thereof, in which the debtor may claim an interest; or (c) property or proceeds thereof in the possession, custody or control of others that the debtor may seek to use, or (2) requires or seeks to require any act, delivery of any property, payment or other conduct.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 2, 2022 a copy of the foregoing was filed with the Court's CM-ECF System and that copies of same were immediately transmitted to all Registered Users, and that said parties may access this filing through the Court's system.

BY: **/s/Ronald Scott Kaniuk**
Ronald Scott Kaniuk, Esq. (FBN 0112240)
Kaniuk Law Office, P.A.
1615 S. Congress Avenue, Suite 103
Delray Beach, FL 33445
Phone 561-292-2127
Email **ron@kaniuklawoffice.com**