UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                          Chapter 11
FLYING CLUB, INC.,                                           (Subchapter V)

       Debtor.
_____/

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that true and correct copies of the following:

     1.    *Ballot and Deadline for filing Ballot Accepting or Rejecting Debtor's Plan of Reorganization for Small Business Under Chapter 11;*

     2.    *Plan of Reorganization for Small Business Under Chapter 11* [ECF 61]; and

     3.    *Order (I) Setting Hearing on Confirmation of Debtor's Subchapter V Plan; (II) Setting Hearing of Fee Applications; (III) Describing Various Deadlines; and (IV) Describing Debtor's Obligations* [ECF 62], have been served via the Court's NextGen CM/ECF portal system and by US Mail on creditors listed on attached Court matrix on November 15, 2022.

     Dated this 16th day of November, 2022.

                                  **LORIUM LAW**
                                  *Attorneys for Pompano Senior Squadron Flying Club, Inc.*
                                  101 NE Third Avenue, Suite 1800
                                  Fort Lauderdale, FL 33301
                                  Telephone: (954) 462-8000
                                  Facsimile: (954) 462-4300

                              By: /s/ Craig A. Pugatch
                                  CRAIG A. PUGATCH
                                  Florida Bar No.: 653381
                                  capugatch@rprslaw.com

```
Label Matrix for local noticing          Pompano Senior Squadron Flying Club, Inc.   Aaron Gillespie
113C-0                                   1421 South Ocean Boulevard                  819 NE 14th Ct
Case 22-15714-PDR                        Suite 102                                   Ft lauderdale, FL 33304-1215
Southern District of Florida             Pompano Beach, FL 33062-7314
Fort Lauderdale
Mon Nov 14 13:58:56 EST 2022

Air Power, Inc.                          Airworthy Services, LLC                     Airworthy Services, LLC
4912 S. Collins Street                   969 SE 6th Terrace                          c/o Ronald Ziller, President
Arlington, TX 76018-1135                 Pompano Beach, FL 33060-9401                969 SE 6th Terrace
                                                                                     Pompano Beach, FL 33060-9401


Alessandro Potenti                       Allan Sefranek                              Alon Rosenberg
1410 Middle River Drive                  336 N. Birch Road                           1375 SW 14th Avenue
Fort Lauderdale, Florida 33304-1526      8E                                          Boca Raton, FL 33486-5326
                                         Ft Lauderdale, FL 33304-4202


Andrew Bilukha                           Andrew Cohen                                Anthony Ard
12629 NW 13th Court                      1314 E Los Olas Boulevard, Suite 9          240 SE 28th Way
Sunrise, FL 33323-3155                   Ft Lauderdale, FL 33301-2334                Pompano Beach, FL 33062-5437


Anthony Astray-Caneda                    Anthony Tranchida                           Ara Yanikian
20976 Up Town Avenue                     4974 NW 48th Avenue                         4144 NW 83rd Lane
Apartment 410                            Coconut Creek, FL 33073-4937                Coral Springs, FL 33065-1316
Boca Raton, FL 33428-6576


Arthur J. Gallagher Risk Management      Arthur J. Gallagher Risk Management         Bernardo Picca
Services, Inc.                           Services, Inc.                              168 Orange Drive
2580 Foxfield Road                       c/o Gallagher Aviation                      Boynton Beach, FL 33436-1844
Suite 203                                2580 Foxfield Road, Suite 203
Saint Charles, IL 60174-1409             Saint Charles, IL 60174-1409


Brain Butzer                             Bruce Ayala                                 Bruce Knecht
19721 118th Trail South                  6835 NW 22nd Terrace                        2130 NE 30th Street
Boca Raton, FL 33498-6506                Fort Lauderdale, FL 33309-1426              Lighthouse Point, FL 33064-7631


Carl L. J+Kennedy, II                    Carl L. Kennedy, II                         Carson Reddick
2929 S. Ocean Boulevard                  2929 S. Ocean Boulevard                     100 N. Federal Highway
Suite 510                                Suite 510                                   Ft Lauderdale, FL 33301-1129
Boca Raton, FL 33432-8323                Boca Raton, FL 33432-8323


Casey Ahlbum                             Cesar Hernandez                             Charly J Guzman
10375 NW 39th Manor                      16711 Sapphire Isle                         980 N Federal Highway Suite 110
Coral Springs, FL 33065-1523             Weston, FL 33331-3168                       c/o Kennedy & Goard LLC
                                                                                     Boca Raton, FL 33432-2704


Christopher Troesch                      Corey Pechonis                              Darren Ayoub
2500 N. Ocean Boulevard                  770 SE 2nd Avenue                           205 Woodland Road
Pompano beach, Fl 33062-2942             Apartment F-206                             Palm Springs, FL 33461-1068
                                         Deerfield Beach, FL 33441-5421
```

| | | |
|---|---|---|
| Dave Davison<br>205 SW 28th Street<br>Fort Lauderdale, FL 33315-3131 | David Watkins<br>1012 Kanasgowa Drive<br>Brevard, NC 28712-9094 | Donald Cannarozzi<br>204 SE 9th Street<br>Dania Beach, FL 33004-4439 |
| Donald McNiel<br>2720 NE 6th Street<br>Pompano Beach, FL 33062-4929 | Edwin Thompson Orcino<br>4960 Windward Way<br>Ft Lauderdale, FL 33312-5221 | Erica K. Ramos, Esq.<br>110 SE 6th Street,<br>17th Floor<br>Fort Lauderdale, FL 33301-5047 |
| Evan Munro<br>353 W 47th Street<br>Apartment 4H<br>Miami Beach, Florida 33140-3106 | Gamma Dean<br>1708 Las Olas Boulevard<br>Ft lauderdale, FL 33312-7517 | Gene Vertkin<br>1039 Hillsboro Mile #2<br>Hillsboro Beach, FL 33062-2104 |
| Gerard Williams<br>5800 SW 130th Avenue<br>Southwest Ranches, FL 33330-3108 | Giancarlo Daneri<br>1201 River Reach Drive<br>Apartment 404<br>Ft Lauderdale, FL 33315-1180 | Gideon Brent<br>140 SW 7th Court<br>Pompano Beach, FL 33060-8398 |
| Gregory Galyo<br>4496 SW 37th Avenue<br>Fort Lauderdale, FL 33312-5402 | Gregory Gilhooly<br>5773 NW 119th Terrace<br>Coral Springs, Florida 33076-4031 | Gregory Madonna<br>411 N New River Drive East<br>Apartment 2006<br>Ft Lauderdale, FL 33301-3181 |
| Harry Pollack<br>2810 NE 20th Avenue<br>Lighthouse Point, Fl 33064-7606 | Henryk Dabrowski<br>3004 Oakbrook Drive<br>Weston, FL 33332-3418 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jameson Clifford<br>2740 NE 9th Court<br>Pompano Beach, FL 33062-4209 |
| Jason Costello<br>301 SW 1St Ave<br>Ft Lauderdale, FL 33301-4342 | Jason Sager<br>5301 Magellan Circle<br>Aventura, FL 33180 | Jay Heppner<br>3212 NE 40th Street<br>Ft Lauderdale, FL 33308-6410 |
| Jean-Claude Conte<br>3507 Oaks Way<br>Apartment 101<br>Pompano Beach, FL 33069-5339 | (c)JEFFREY BLAKE<br>1961 WATERS EDGE<br>POMPANO BEACH FL   33062-7691 | Jeffrey Ronner<br>6512 Burning Wood Drive<br>Apartment 210<br>Boca Raton, FL 33433-5134 |
| Jorge Salinger<br>2701 N. Ocean Boulevard<br>E605<br>Boca Raton, FL 33431-7045 | Jose Hernandez<br>4442 E Aqua Bella Lane<br>Fort Lauderdale, FL 33312-5651 | Juan Ramirez<br>2211 NE 15th Court<br>Ft Lauderdale, FL 33304-1417 |

Julian Hernandez
321 NW 17th Avenue
Pompano Beach, FL 33069-2867

Justin Armstrong
3391 Liberty Street
Hollywood, FL 33021-4334

Kevin MacLean
209 River Terrace Drive
Jupiter, FL 33469-2945

Kevin Prior
53 Castlerock Lane
Bolton, CT 06043-7856

Kevin Tracey
1044 SW 42nd Avenue
Dearfield Beach, FL 33442-8254

Killian O'Connor
200 S Birch Road
Apartment 810
Ft lauderdale, FL 33316-1536

Law Office of Dane Stanish, P.A.
c/o Dane T. Stanish, Esq.
3475 Sheridan Street, Suite 209
Fort Lauderdale, FL 33301

Law Offices of Edward F. Holodak, PA
c/o Edward F. Holodak, Esq.
3326 NE 33rd Street
Fort Lauderdale, FL 33308-7110

Logan Anderson
2625 NE 17th Street
Pompano Beach, FL 33062-3212

Luca Pastore
2615 NE 21st Terrace
Lighthouse Point, FL 33064-7740

Marissa Stutes
4315 Sarver Drive
lake Charles, LA 70605-4421

Mark Jarvis
140 SE 9th Street
Pompano Beach, FL 33060-8849

Michael Borer
c/o Jeffrey B. Lampert, Esq.
The Barrister Building
1615 Forum Place, Suite 4-B
West Palm Beach, FL 33401-2317

Michael Dubin
6171 Floral Lakes Drive
Delray Beach, FL 33484-4606

Michael Scheeringa
517 SE 25th Avenue
Ft Lauderdale, FL 33301-2615

Michael Strongin
9559 Collins Avenue
Apartment 409
Surfside, FL 33154-2657

Michael Taggart
2801 Florida Avenue
Apartment 215
Miami, FL 33133-1908

Mosart Sebben
7676 NW 60th Lane
Parkland, FL 33067-3321

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Ori Adivi
3218 NE 211 Terrace
Aventura, FL 33180-3688

Paul K. Sanchez
10643 Shore Drive
Boca Raton, FL 33428-5645

Paul K. Sanchez
Boca Raton, FL 33428

Paul K. Sanchez
c/o Robert J. Puzio, Esq.
The Litigation Defense Group, Inc.
1040 Bayview Drive, Suite 520
Fort Lauderdale, FL 33304-2506

Paul Nudelman
2301 Collins Avenue
Penthouse 1
Miami Beach, FL 33139-1603

Paul Palmeri
1475 SE 15th Street
Apartment 301
Fort Lauderdale, FL 33316-4706

Paul Sanchez
10643 Shore Drive
Boca Raton, FL 33428-5645

Paulo De lima Yoshida
1160 N. Federal Highway
Apartment 1016
Ft Lauderdale, FL 33304-1436

Raja Malek
714 Heron Drive
Delray Beach, FL 33444-1924

Randy Greenfield
3305 NE 39th Street
Fort Lauderdale, FL 33308-6440

Rick McQuaide
1518 SE 12th Court
Dearfield Beach, FL 33441-7110

| | | |
|---|---|---|
| Robert Brauser<br>90 Compass Lane<br>Ft Lauderdale, FL 33308-2010 | Robert Nast<br>3165 NE 48th Court<br>Lighthouse Point, FL 33064-7975 | Robert Rutten<br>101 Briny Avenue<br>Apartment 1002<br>Pompano Beach, FL 33062-5615 |
| Robert Schneider<br>9838 Savona Winds Drive<br>Delray, FL 33446-9765 | Ronald Ziller<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 | SEC Commision<br>Office of Reorganization<br>950 E. Paces Ferry Road NE<br>Suite 900<br>Atlanta, GA 30326-1382 |
| Sarasota Avionics & Maintenance<br>120 Airport Avenue West<br>Venice, FL 34285-3921 | Sheltair Pompano Beach, LLC<br>4860 NE 12th Avenue<br>Fort Lauderdale, FL 33334-4804 | Stephen Horniacek<br>1790 SE 4th Street<br>Pompano Beach, FL 33060-7602 |
| Stephen Taylor<br>1334 N 30th Road<br>Hollywood 33021-5004 | Sunwood, Inc.<br>Susan D. Lasky, PA<br>c/o Susan D. Lasky, Esq.<br>320 SE 18th Street<br>Fort Lauderdale, FL 33316-2818 | Sunwood, Inc.<br>c/o Dana Stanish, Esq.<br>Law Offices of Dane Stanish, P.A.<br>3475 Sheridan Street, Suite 209<br>Hollywood, FL 33021-3659 |
| The Law Office of Stephen Barker<br>901 A Clint Moore Road<br>Boca Raton, FL 33487-2876 | The Law Offices of Scott J. Kalish, PLLC<br>c/o Scott J. Kalish, Esq.<br>2161 Palm Beach Lakes Boulevard<br>West Palm Beach, FL 33409-6612 | Timothy Rosman<br>1548 NE 37th Street<br>Oakland Park, FL 33334-4623 |
| Toby Rothe<br>1401 S Ocean Boulevard<br>Apartment 504<br>Pompano Beach, FL 33062-7386 | Tom Warfield<br>4900 N. Ocean Boulevard<br>Unit 403<br>Ft. Lauderdale, FL 33308-2931 | Tor Holm<br>2351 SW 26th Avenue<br>Fort Lauderdale, FL 33312-4536 |
| Travis McQuade<br>14861 Enclave Preserve Circle<br>#T4<br>Delray Beach, FL 33484-8827 | Yonathan Yehezkel<br>54 NE 95th Street<br>Miami Shores, FL 33138-2707 | Carl Kennedy<br>c/o Kaniuk Law Office, P.A.<br>1615 S. Congress Avenue<br>Suite 103<br>Delray Beach, FL 33445-6326 |
| Carol Lynn Fox<br>200 East Broward Blvd Suite 1010<br>Ft Lauderdale, FL 33301-1943 | (p)RICE PUGATCH ROBINSON STORFER & COHEN  PLL<br>ATTN C/O CRAIG A PUGATCH ESQ<br>101 NE 3RD AVENUE<br>SUITE 1800<br>FORT LAUDERDALE FL 33301-1252 | Edward F Holodak<br>7951 SW 6 St  #210<br>Plantation, FL 33324-3276 |
| Jason Slatkin Esq.<br>Lorium Law<br>101 NE 3rd Avenue Suite 1800<br>Fort Lauderdale, FL 33301-1252 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service                    Craig A. Pugatch Esq
Compliance Services Insolvency              101 NE 3 Ave #1800
STOP 5730                                   Ft Lauderdale, FL 33301
7850 Southwest 6th Court
Plantation, FL 33324
```

                  Addresses marked (c) above for the following entity/entities were corrected
                       as required by the USPS Locatable Address Conversion System (LACS).

```
Jeffrey Blake
1961 SE 18th Street
Lauderdale By The Sea, FL 33062
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Sunwood, Inc.                            (u)Airworthy Services, LLC              (u)Paul K Sanchez



(du)Paul K. Sanchez                         (u)Bruce Ayala                          (du)Paul K Sanchez
                                            Aviation Legal Counsel
                                            110 SE 6th Street, 17th Floor
                                            Fort Lauderdale



End of Label Matrix
Mailable recipients    114
Bypassed recipients      6
Total                  120
```