# EXHIBIT "A"

# RAYMOND C. CAHILL, C.P.A., P.A.
## CERTIFIED PUBLIC ACCOUNTANTS

4801 SOUTH UNIVERSITY DRIVE
SUITE 2080
DAVIE, FL 33328

TEL: 954.862.1466
FAX: 954.862.1476
E-MAIL: rcahill@cahillcpa.com

November 1, 2022

**Tax Return Engagement Letter for Pompano Senior Squadron Flying Club, Inc. (PSSFC)**

Pompano Senior Squadron Flying Club, Inc.
Mr. Tor Holm
1421 S Ocean Boulevard, Suite 102
Pompano Beach, Florida 33062

Dear Tor:

I welcome the opportunity to help you with your tax and accounting needs for years 2019, 2020 and 2021. Following is an engagement letter which outlines the services that will be provided.

This letter is to confirm the terms of our engagement with PSSFC for the year ending **December 31, 2019, 2020 and 2021**, and to clarify the nature and extent of the professional services we will provide.

Our engagement will be designed to perform the following services:

1. Prepare the Return of Organization Exempt from Tax (Form 990) with supporting schedules.
2. Preparation of trial balance for year-end for tax return preparation only.
3. Prepare any bookkeeping entries that we find necessary in connection with preparation of the income tax returns including adjusting journal entries.
4. Reconstruct/reconcile any necessary balance sheet items as needed to prepare a complete and accurate tax return.

We will use the accounting information as provided for the purpose of preparing the Tax-Exempt Tax returns.

We will use our judgment in resolving questions where the tax law is unclear or where there are conflicts between taxing authorities' interpretations of the law and other supportable positions. Unless otherwise instructed by you, we will resolve such questions in the Company's favor whenever possible.

Management is responsible for the proper recording of transactions in the books of accounts, for the safeguarding of assets, and for the substantial accuracy of the financial records. In preparing your returns, we rely on your representations that we have been informed of all transactions and that you understand and have complied with the documentation requirements for your expenses and deductions. If you have any questions about these issues, please contact us. You have final responsibility for the tax return and, therefore, you should review the return carefully before you sign and file it.

If, during our work, we discover information affecting your prior year tax returns, (if applicable), we will make you aware of the facts. However, we cannot be responsible for identifying all items that may affect prior period reporting. If you become aware of such information during the year, please contact us to discuss the best resolution of the issue. Our work in connection with this engagement does not include any procedures designed to discover defalcations or other irregularities, should any exist.

PSSFC
November 1, 2022
Page 2

The return may be selected for review by the taxing authorities. Any proposed adjustments by the examining agent are subject to certain rights of appeal. In the event of a tax examination, we will be available upon request, to represent the Company. However, such additional services are not included in the fees for the preparation of the tax return.

**Our tax services will be based upon the amount of time required at our standard billing rates for the personnel working on the engagement, plus out-of-pocket expenses. Our standard billing rates range from $75.00 - $225.00 per hour. We estimate our fees for the services listed on page one to be approximately $4,700 - $5,500. All invoices are due and payable upon presentation. Amounts not paid within fifteen (15) days from the invoice date will be subject to a late payment charge of 1.5% per month (18% per annum).**

We will also be available to provide other services, including **consulting services,** not outlined above upon your request. These services would be based on the amount of time required at our standard billing rates that range from $75.00 to $225.00 per hour, depending on the staff assigned and the nature of the work. Should services be terminated prior to the completion of the services outlined and/or any other services, you will be responsible for any and all fees for service incurred.

If the services and terms outlined above are in accordance with your understanding of our engagement, please sign this engagement letter in the space provided and return it in the envelope enclosed.

We appreciate the opportunity to serve you. If you have any questions or need any additional information, please do not hesitate to call.

Sincerely,

*[signature]*

Raymond C. Cahill, CPA
For the Firm

The foregoing is in accordance with my understanding of your engagement to provide services. The terms described in this letter are acceptable and are hereby agreed to.

**AGREED TO AND ACCEPTED:**

By: ___[signature]___        ___Ior Holm, Treasurer PBFC___
        Signature                          Printed Name & Title

Date: __11/2-2022__

Standard initial retainer: **WAIVED**

RAYMOND C. CAHILL, C.P.A., P.A.
CERTIFIED PUBLIC ACCOUNTANTS