# EXHIBIT "B"

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:  
POMPANO SENIOR SQUADRON  
FLYING CLUB, INC.,

Case No. 22-15714-PDR  
Chapter 11  
(Subchapter V)

Debtor.
_____/

### DECLARATION OF PROPOSED ACCOUNTANT FOR DEBTOR

Raymond C. Cahill, CPA, declares and affirms the following:

1. I am a certified public accountant.

2. I am employed by the accounting firm of Raymond C. Cahill, P.A., with offices located at 4801 S. University Drive, Davie, FL 33328.

3. I make this *Affidavit* in support of the *Application* seeking court approval for myself and my firm to serve as accountant to the Debtor.

4. As of the date of the filing of the petition for relief under chapter 11, subchapter V of the United States Bankruptcy Code, Debtor was not indebted to my firm for fees in excess of $10,000. See 11 U.S.C. § 1195.

5. Neither I nor the firm represent any interest adverse to the debtor, or the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).

6. Except for the serving as accountant to the Debtor, neither I nor the firm has or will represent any other entity in connection with this case and neither I nor the firm will accept any fee from any other party or parties in this case, except the Debtor.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

November 3, 2022

*/s/ Raymond C. Cahill*  
Raymond C. Cahill\