# EXHIBIT "C"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                              Case No. 22-15714-PDR

**POMPANO SENIOR SQUADRON**                                           Chapter 11
**FLYING CLUB, INC.,**                                                             (Subchapter V)

      Debtor.
_____/

**ORDER APPROVING *EX-PARTE* APPLICATION FOR EMPLOYMENT OF RAYMOND C. CAHILL, CPA AND RAYMOND C. CAHILL, CPA, PA, AS ACCOUNTANT TO THE DEBTOR EFFECTIVE NOVEMBER 1, 2022**

THIS MATTER came before the Court without a hearing pursuant to Local Rule 9013-1(C)(3), on the *Application for Employment of Raymond C. Cahill, CPA and Raymond C. Cahill CPA, PA's as Accountant to Debtor Effective as November 1, 2022* [Doc. __] (the "*Application*").  The Court, having reviewed the *Application* and being familiar with the record herein, it is

**ORDERED** as follows:

1.      The *Application* is APPROVED.

1

2. The employment of Raymond C. Cahill, CPA and Raymond C. Cahill, CPA, PA (collectively, "Cahill"), as accountant to Debtor in this case, is approved pursuant to 11 U.S.C. § 327(e).

3. The employment of Cahill as accountant to Debtor in this case shall be for the rendition of those services described in the *Application*.

4. Cahill shall apply for additional compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at their ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of the Debtor.

###

Submitted by:

Jason E. Slatkin, Esq.
Lorium Law
101 NE Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.462.8000
Facsimile: 954.462.4300
Email:  jslatkin@loriumlaw.com

*(Attorney Slatkin shall provide a conformed copy of this Order to all interested parties immediately upon receipt and shall file a Certificate of Service with the Court)*