UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:                                                                  Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                              Chapter 11
FLYING CLUB, INC.,                                              (Subchapter V)

    Debtor.

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Order Approving Ex-Parte Application for Employment of Raymond C. Cahill, CPA and Raymond C. Cahill, CPA, PA, as Accountant to the Debtor Effective as November 1, 2022* [ECF 69] was served via the Court's NextGen CM/ECF on all parties receiving service by this method and by US Mail on all parties listed on attached matrix on the 23rd day of November, 2022

Dated this 28th day of November, 2022.

                                        **LORIUM, PLLC**
                                        *Attorneys for Pompano Senior Squadron Flying Club, Inc.*
                                        101 NE Third Avenue, Suite 1800
                                        Fort Lauderdale, FL 33301
                                        Telephone:    (954) 462-8000
                                        Facsimile:    (954) 462-4300

                                          By: /s/ Craig A. Pugatch
                                              CRAIG A. PUGATCH
                                              Florida Bar No. 653381
                                              capugatch@loriumlaw.com

Case 22-15714-PDR

F

Pompano Senior Squadron Flying Club, Inc.
1421 South Ocean Boulevard
Suite 102
Pompano Beach, FL 33062-7314

Aaron Gillespie
819 NE 14th Ct
Ft lauderdale, FL 33304-1215

Air Power, Inc.
4912 S. Collins Street
Arlington, TX 76018-1135

Airworthy Services, LLC
969 SE 6th Terrace
Pompano Beach, FL 33060-9401

Airworthy Services, LLC
c/o Ronald Ziller, President
969 SE 6th Terrace
Pompano Beach, FL 33060-9401

Alessandro Potenti
1410 Middle River Drive
Fort Lauderdale, Florida 33304-1526

Allan Sefranek
336 N. Birch Road
8E
Ft Lauderdale, FL 33304-4202

Alon Rosenberg
1375 SW 14th Avenue
Boca Raton, FL 33486-5326

Andrew Bilukha
12629 NW 13th Court
Sunrise, FL 33323-3155

Andrew Cohen
1314 E Los Olas Boulevard, Suite 9
Ft Lauderdale, FL 33301-2334

Anthony Ard
240 SE 28th Way
Pompano Beach, FL 33062-5437

Anthony Astray-Caneda
20976 Up Town Avenue
Apartment 410
Boca Raton, FL 33428-6576

Anthony Tranchida
4974 NW 48th Avenue
Coconut Creek, FL 33073-4937

Ara Yanikian
4144 NW 83rd Lane
Coral Springs, FL 33065-1316

Arthur J. Gallagher Risk Management
Services, Inc.
2580 Foxfield Road
Suite 203
Saint Charles, IL 60174-1409

Arthur J. Gallagher Risk Management
Services, Inc.
c/o Gallagher Aviation
2580 Foxfield Road, Suite 203
Saint Charles, IL 60174-1409

Bernardo Picca
168 Orange Drive
Boynton Beach, FL 33436-1844

Brain Butzer
19721 118th Trail South
Boca Raton, FL 33498-6506

Bruce Ayala
6835 NW 22nd Terrace
Fort Lauderdale, FL 33309-1426

Bruce Knecht
2130 NE 30th Street
Lighthouse Point, FL 33064-7631

Carl L. J+Kennedy, II
2929 S. Ocean Boulevard
Suite 510
Boca Raton, FL 33432-8323

Carl L. Kennedy, II
2929 S. Ocean Boulevard
Suite 510
Boca Raton, FL 33432-8323

Carson Reddick
100 N. Federal Highway
Ft Lauderdale, FL 33301-1129

Casey Ahlbum
10375 NW 39th Manor
Coral Springs, FL 33065-1523

Cesar Hernandez
16711 Sapphire Isle
Weston, FL 33331-3168

Christopher Troesch
2500 N. Ocean Boulevard
Pompano beach, Fl 33062-2942

Corey Pechonis
770 SE 2nd Avenue
Apartment F-206
Deerfield Beach, FL 33441-5421

Darren Ayoub
205 Woodland Road
Palm Springs, FL 33461-1068

Dave Davison
205 SW 28th Street
Fort Lauderdale, FL 33315-3131

David Watkins
1012 Kanasgowa Drive
Brevard, NC 28712-9094

Donald Cannarozzi
204 SE 9th Street
Dania Beach, FL 33004-4439

Donald McNiel
2720 NE 6th Street
Pompano Beach, FL 33062-4929

Edwin Thompson Orcino
4960 Windward Way
Ft Lauderdale, FL 33312-5221

Erica K. Ramos, Esq.
110 SE 6th Street,
17th Floor
Fort Lauderdale, FL 33301-5047

Evan Munro
353 W 47th Street
Apartment 4H
Miami Beach, Florida 33140-3106

Gamma Dean
1708 Las Olas Boulvard
Ft lauderdale, FL 33312-7517

Gene Vertkin
1039 Hillsboro Mile #2
Hillsboro Beach, FL 33062-2104

Gerard Williams
5800 SW 130th Avenue
Southwest Ranches, FL 33330-3108

Giancarlo Daneri
1201 River Reach Drive
Apartment 404
Ft Lauderdale, FL 33315-1180

Gideon Brent
140 SW 7th Court
Pompano Beach, FL 33060-8398

Gregory Galyo
4496 SW 37th Avenue
Fort Lauderdale, FL 33312-5402

Gregory Gilhooly
5773 NW 119th Terrace
Coral Springs, Florida 33076-4031

Gregory Madonna
411 N New River Drive East
Apartment 2006
Ft Lauderdale, FL 33301-3181

Harry Pollack
2810 NE 20th Avenue
Lighthouse Point, Fl 33064-7606

Henryk Dabrowski
3004 Oakbrook Drive
Weston, FL 33332-3418

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jameson Clifford
2740 NE 9th Court
Pompano Beach, FL 33062-4209

Jason Costello
301 SW 1St Ave
Ft Lauderdale, FL 33301-4342

Jason Sager
5301 Magellan Circle
Aventura, FL 33180

Jay Heppner
3212 NE 40th Street
Ft Lauderdale, FL 33308-6410

Jean-Claude Conte
3507 Oaks Way
Apartment 101
Pompano Beach, FL 33069-5339

(c)JEFFREY BLAKE
1961 WATERS EDGE
POMPANO BEACH FL   33062-7691

Jeffrey Ronner
6512 Burning Wood Drive
Apartment 210
Boca Raton, FL 33433-5134

Jorge Salinger
2701 N. Ocean Boulevard
E605
Boca Raton, FL 33431-7045

Jose Hernandez
4442 E Aqua Bella Lane
Fort Lauderdale, FL 33312-5651

Juan Ramirez
2211 NE 15th Court
Ft Lauderdale, FL 33304-1417

Julian Hernandez
321 NW 17th Avenue
Pompano Beach, FL 33069-2867

| | | |
|---|---|---|
| Justin Armstrong<br>3391 Liberty Street<br>Hollywood, FL 33021-4334 | Kevin MacLean<br>209 River Terrace Drive<br>Jupiter, FL 33469-2945 | Kevin Prior<br>53 Castlerock Lane<br>Bolton, CT 06043-7856 |
| Kevin Tracey<br>1044 SW 42nd Avenue<br>Dearfield Beach, FL 33442-8254 | Killian O'Connor<br>200 S Birch Road<br>Apartment 810<br>Ft lauderdale, FL 33316-1536 | Law Office of Dane Stanish, P.A.<br>c/o Dane T. Stanish, Esq.<br>3475 Sheridan Street, Suite 209<br>Fort Lauderdale, FL 33301 |
| Law Offices of Edward F. Holodak, PA<br>c/o Edward F. Holodak, Esq.<br>3326 NE 33rd Street<br>Fort Lauderdale, FL 33308-7110 | Logan Anderson<br>2625 NE 17th Street<br>Pompano Beach, FL 33062-3212 | Luca Pastore<br>2615 NE 21st Terrace<br>Lighthouse Point, FL 33064-7740 |
| Marissa Stutes<br>4315 Sarver Drive<br>lake Charles, LA 70605-4421 | Mark Jarvis<br>140 SE 9th Street<br>Pompano Beach, FL 33060-8849 | Michael Borer<br>c/o Jeffrey B. Lampert, Esq.<br>The Barrister Building<br>1615 Forum Place, Suite 4-B<br>West Palm Beach, FL 33401-2317 |
| Michael Dubin<br>6171 Floral Lakes Drive<br>Delray Beach, FL 33484-4606 | Michael Scheeringa<br>517 SE 25th Avenue<br>Ft Lauderdale, FL 33301-2615 | Michael Strongin<br>9559 Collins Avenue<br>Apartment 409<br>Surfside, FL 33154-2657 |
| Michael Taggart<br>2801 Florida Avenue<br>Apartment 215<br>Miami, FL 33133-1908 | Mosart Sebben<br>7676 NW 60th Lane<br>Parkland, FL 33067-3321 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Ori Adivi<br>3218 NE 211 Terrace<br>Aventura, FL 33180-3688 | Paul K. Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 | Paul K. Sanchez<br>Boca Raton, FL 33428 |
| Paul K. Sanchez<br>c/o Robert J. Puzio, Esq.<br>The Litigation Defense Group, Inc.<br>1040 Bayview Drive, Suite 520<br>Fort Lauderdale, FL 33304-2506 | Paul Nudelman<br>2301 Collins Avenue<br>Penthouse 1<br>Miami Beach, FL 33139-1603 | Paul Palmeri<br>1475 SE 15th Street<br>Apartment 301<br>Fort Lauderdale, FL 33316-4706 |
| Paul Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 | Paulo De lima Yoshida<br>1160 N. Federal Highway<br>Apartment 1016<br>Ft Lauderdale, FL 33304-1436 | Raja Malek<br>714 Heron Drive<br>Delray Beach, FL 33444-1924 |
| Randy Greenfield<br>3305 NE 39th Street<br>Fort Lauderdale, FL 33308-6440 | Rick McQuaide<br>1518 SE 12th Court<br>Dearfield Beach, FL 33441-7110 | Robert Brauser<br>90 Compass Lane<br>Ft Lauderdale, FL 33308-2010 |

| | | |
|---|---|---|
| Robert Nast<br>3165 NE 48th Court<br>Lighthouse Point, FL 33064-7975 | Robert Rutten<br>101 Briny Avenue<br>Apartment 1002<br>Pompano Beach, FL 33062-5615 | Robert Schneider<br>9838 Savona Winds Drive<br>Delray, FL 33446-9765 |
| Ronald Ziller<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 | SEC Commision<br>Office of Reorganization<br>950 E. Paces Ferry Road NE<br>Suite 900<br>Atlanta, GA 30326-1382 | Sarasota Avionics & Maintenance<br>120 Airport Avenue West<br>Venice, FL 34285-3921 |
| Sheltair Pompano Beach, LLC<br>4860 NE 12th Avenue<br>Fort Lauderdale, FL 33334-4804 | Stephen Horniacek<br>1790 SE 4th Street<br>Pompano Beach, FL 33060-7602 | Stephen Taylor<br>1334 N 30th Road<br>Hollywood 33021-5004 |
| Sunwood, Inc.<br>Susan D. Lasky, PA<br>c/o Susan D. Lasky, Esq.<br>320 SE 18th Street<br>Fort Lauderdale, FL 33316-2818 | Sunwood, Inc.<br>c/o Dana Stanish, Esq.<br>Law Offices of Dane Stanish, P.A.<br>3475 Sheridan Street, Suite 209<br>Hollywood, FL 33021-3659 | The Law Office of Stephen Barker<br>901 A Clint Moore Road<br>Boca Raton, FL 33487-2876 |
| The Law Offices of Scott J. Kalish, PLLC<br>c/o Scott J. Kalish, Esq.<br>2161 Palm Beach Lakes Boulevard<br>West Palm Beach, FL 33409-6612 | Timothy Rosman<br>1548 NE 37th Street<br>Oakland Park, FL 33334-4623 | Toby Rothe<br>1401 S Ocean Boulevard<br>Apartment 504<br>Pompano Beach, FL 33062-7386 |
| Tom Warfield<br>4900 N. Ocean Boulevard<br>Unit 403<br>Ft. Lauderdale, FL 33308-2931 | Tor Holm<br>2351 SW 26th Avenue<br>Fort Lauderdale, FL 33312-4536 | Travis McQuade<br>14861 Enclave Preserve Circle<br>#T4<br>Delray Beach, FL 33484-8827 |
| Yonathan Yehezkel<br>54 NE 95th Street<br>Miami Shores, FL 33138-2707 | Carol Lynn Fox<br>200 East Broward Blvd Suite 1010<br>Ft Lauderdale, FL 33301-1943 | (p)RICE PUGATCH ROBINSON STORFER & COHEN  PLL<br>ATTN C/O CRAIG A PUGATCH ESQ<br>101 NE 3RD AVENUE<br>SUITE 1800<br>FORT LAUDERDALE FL 33301-1252 |
| Edward F Holodak<br>7951 SW 6 St  #210<br>Plantation, FL 33324-3276 | Jason Slatkin Esq.<br>Lorium Law<br>101 NE 3rd Avenue Suite 1800<br>Fort Lauderdale, FL 33301-1252 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Internal Revenue Service<br>Compliance Services Insolvency<br>STOP 5730<br>7850 Southwest 6th Court<br>Plantation, FL 33324 | Craig A. Pugatch Esq<br>101 NE 3 Ave #1800<br>Ft Lauderdale, FL 33301 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Jeffrey Blake
1961 SE 18th Street
Lauderdale By The Sea, FL 33062

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Sunwood, Inc.          (u)Airworthy Services, LLC          (u)Paul K. Sanchez

(u)Bruce Ayala                    End of Label Matrix
Aviation Legal Counsel            Mailable recipients   112
110 SE 6th Street, 17th Floor     Bypassed recipients     4
Fort Lauderdale                   Total                 116