UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:                                                               Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                          Chapter 11
FLYING CLUB, INC.,                                            (Subchapter V)

      Debtor.
_____/

**SUMMARY TO FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES BY RAYMOND C CAHILL, C.P.A., P.A. ACCOUNTANT FOR THE CHAPTER 11 DEBTOR**

1. Name of Applicant:............................................................................Raymond C. Cahill, C.P.A, P.A.
2. Role of Applicant:…………………………………………………………..CPA for the Debtor
3. Name of certifying professional:......………………………………………….Raymond C. Cahill
4. Date case filed:………………………………………… ……….……….………July 26, 2022
5. Date of Application for Employment:………………… ……..…… ………....…November 22, 2022
6. Date of Order Approving Employment:……………….....….…… ………….November 23, 2022
7. If Debtor's counsel, date of Disclosure of Compensation form:………………............ ..………N/A
8. Date of this Application:……………….….……………………………….….. December 1, 2022
9. Dates of services covered:…..….….…………….......……July 27, 2022 through November 30, 2022
10. Total fees requested for this period (from Exhibit A):..........................................................$4,701.00
11. Balance remaining in fee retainer account, not yet awarded:............................................................$0
12. Fees paid or advanced for this period, by other sources: ................................................................$0
13. **Net amount of fee requested for this period: ................................................................. $4,701.00**
14. Total expense reimbursement requested for this period:...................................................................$0
15. Balance remaining in expense retainer account, not yet received:....................................................$0
16. Expenses paid or advanced for this period, by other sources:..........................................................$0
17. **Net amount of expense reimbursements requested for this period: ........................................... $0**
18. Gross award requested for this period (#10 + #14):.............................................................$4,701.00
19. **Net award requested for this period (#13 + #17):............................................................. $4,701.00**
20. If <u>Final</u> Fee Application, amounts of net awards requested in interim applications <u>but not previously awarded</u> (total from History of Fees and Expenses, following pages).............$0.00
21. **Total fee and expense award requested (#19 + 20):…………………………….….…$4,701.00**

## History of Fees and Expenses

1. Dates, sources, and amounts of retainers received:

| Dates | Sources | Amounts | For fees or costs? |
|---|---|---|---|

2. Dates, sources, and amounts of third party payments received:   Not Applicable

3. Prior fee and expense awards:..................................................................................................

| Date | Source | Amount | For Fees or Costs? |
|---|---|---|---|

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                         Chapter 11
FLYING CLUB, INC.,                                              (Subchapter V)

     Debtor.
_____/

**FIRST AND FINAL APPLICATION FOR COMPENSATION
BY RAYMOND C CAHILL, C.P.A., P.A. ACCOUNTANT FOR THE CHAPTER 11 DEBTOR
PURSUANT TO 11 U.S.C. § 330**

Debtor in Possession along with its accountant Raymond C. Cahill, C.P.A, P.A. ("RCC"), CPA for the Subchapter V Chapter 11 Debtor and debtor-in possession, Pompano Senior Squadron Flying Club, Inc. ("PSSFC" or "Debtor"), applies for compensation for fees, for services rendered and costs incurred in this proceeding in connection with the representation of the Debtor.

This Application is filed pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rules of Bankruptcy procedure.

RCC and the Debtor believes that the requested fee of $4,701 is reasonable and necessary to the estate as follows:

1. <u>The General Nature of the Services Rendered; the Amounts involved and the results obtained.</u>  The services performed by Applicant are described in detail in as attached hereto.  In general, the Applicant's services pertain to the preparation and completion of the Debtor's 2019, 2020, and 2021 tax returns and the accounting services related thereto.

2. <u>Time and Labor Required</u>.  The time and labor that were required in this case were necessary to perform the work for the Debtor and were required in order to bring the debtor into compliance with the filing of its tax returns. Attached is a record of services rendered in performing accounting services on behalf of the Debtor. The records merely paraphrase the services devoted to the many aspects of this matter and do not fully convey the quality, character or importance of the services provided.  RCC has provided a discount and charged for services on a fee within the estimated

advanced quote for services on its retainer agreement.

3. <u>Novelty and Difficulty</u>. Applicant was required to review and compile historical records due to prior board turnover and the completion of the tax returns and necessary records to bring the debtor in compliance was in excess of the services to perform ordinary tax returns.

4. <u>Skill Requisite to Perform Service</u>. Applicant's skills and experience were necessary to be able to assist and advise the Debtor. In rendering services to the Debtor, the Applicant at all times emphasized the importance of economy of time and effort, thereby eliminating, where possible, the likelihood of duplicitous expenditures of time and effort.

5. <u>Preclusion of Other Employment</u>. Applicant was not precluded from the opportunity to secure new employment due to the volume of services required by this case.

6. <u>Customary Fee</u>. Applicant bases this application on its customary rates and within the rates and estimated fee in its retention agreement.

7. <u>Whether the Fee is Fixed or Contingent</u>. The fee is a fixed fee and is not contingent.

8. <u>Time Limitations</u>. This case did not involve any unusual devotion of time on short notice, other than the exigencies of bankruptcy practice.

9. <u>The Undesirability of the Case</u>. This was not an "undesirable" case.

10. <u>Nature of the Professional Relationship</u>. The Applicant has not represented the Debtors in any other bankruptcy cases, or otherwise except as disclosed in the retention application.

11. <u>Awards in Similar Cases</u>. The amount sought by RCC is not unreasonable in terms of awards in cases of like magnitude and complexity. The Applicant reflects that the fees requested are manifestly reasonable. The fees and costs requested by RCC comport with the standards set forth in 11 U.S.C. § 330 for compensation of professionals.

WHEREFORE, the Debtor and RCC seeks approval of RCC's final fees in the amount of $4,701.00 for the period through November 30, 2022.

Dated this 30th day of November, 2022.

          **LORIUM, PLLC**
*Attorneys for Pompano Senior Squadron Flying Club, Inc.*
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone:   (954) 462-8000
Facsimile:    (954) 462-4300

By: /s/ Craig A. Pugatch
     CRAIG A. PUGATCH
     Florida Bar No. 653381
     capugatch@loriumlaw.com

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of this Application along with all the exhibits was served via the Court's NextGen CM/ECF system on all parties receiving service by this method dated this 30th of November, 2022.

By: /s/ Craig A. Pugatch
     Craig A. Pugatch

**Raymond C. Cahill, C.P.A., P.A.**
**4801 S. University Drive**
**Suite 2080**
**Davie, FL  3332**
**Phone:  954-862-1466**
**Fax:  954-862-1476**

Invoice submitted to:
Pompano Senior Squadron Flying Club Inc.

dba Pompano Beach Flying Club
1421 S Ocean Boulevard, Suite 102
Pompano Beach FL 33062

November 01, 2022

## Invoice # 17091

Fees for Professional Services Rendered as Described Below:

|  | Amount |
|---|---|
| Prepare year 2021 Form 990, Return of Organization Exempt From Income Tax and accompanying schedules | 5,460.00 |
| Prepare year 2020 Amended Form 990, Return of Organization Exempt From Income Tax and accompanying schedules | |
| Prepare year 2019 Form 990, Return of Organization Exempt From Income Tax and accompanying schedules | |
| Preparation of initial year 2020  Form 990, Return of Organization Exempt From Income Tax and accompanying schedules | |
| Preparation of accounting work papers and adjusting journal entries for years ended December 31, 2021, 2020 and 2019 | |
| Various correspondence with Ed Holidak; initial review of accounting information on hand; reconstruct asset listing; estimate of accumulated depreciation for prior years; reconciliation/reconstruction of accounting to prior year tax returns | |

|  |  | |
|---|---|---|
| | For professional services rendered | $5,460.00 |
| | Additional Charges : | |
| 11/15/2021 | EFILE FEE - initial 2020 | 15.00 |
| 11/1/2022 | E-File Fee 2019, 2020 & 2021 | 45.00 |
| | Total costs | $60.00 |
| | Total amount of this bill | $5,520.00 |
| 11/1/2022 | Courtesy Discount | ($819.00) |
| | Total payments and adjustments | ($819.00) |

1

| Pompano Senior Squadron Flying Club Inc. | Page 2 |
|---|---|
| | **Amount** |
| Balance due | $4,701.00 |

***COURTESY DISCOUNT APPLIES ONLY IF PAID IN FULL WITHIN 15 DAYS.***

*Invoices are due and payable upon receipt.*
*<u>Interest at 1.5% per month will be added to all unpaid balances after 15 days.</u>*

*We now accept Visa, Mastercard and American Express or you can go to www.paypal.com and submit payments to: payments@cahillcpa.com.*

*Thank you for your business!*