UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                    Chapter 11
FLYING CLUB, INC.,                                    (Subchapter V)

      Debtor.

_____/

**SUMMARY TO FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES BY LORIUM, PLLC AS COUNSEL FOR THE CHAPTER 11 DEBTOR**

1.   Name of Applicant:..................................................................................LORIUM, PLLC

2.   Role of Applicant:………………………………………………..Counsel for the Debtor

3.   Name of certifying professional: …………………………………………Craig A. Pugatch, Esq.

4.   Date case filed:……………………………………………….……….………July 26, 2022

5.   Date of Application for Employment:……………… …………….…………….....…July 27, 2022

6.   Date of Order Approving Employment:……………………...…….…………….September 8, 2022

7.   If Debtor's counsel, date of Disclosure of Compensation form:…………………..…….…July 27, 2022

8.   Date of this Application:………………..……………………………………..... December 1, 2022

9.   Dates of services covered:….……..……………......……July 27, 2022 through November 30, 2022

10.  Total fees requested for this period (from Exhibit A):........................................ $24,588.00

11.  Balance remaining in fee retainer account, not yet awarded:............................... $15,000.00

12.  Fees paid or advanced for this period, by other sources: .......................................... $0.00

13.  **Net amount of fee requested for this period: .................................................$24,588.00**

14.  Total expense reimbursement requested for this period:........................................ $4,907.95

15.  Balance remaining in expense retainer account, not yet received:............................... $0.00

16.  Expenses paid or advanced for this period, by other sources:.................................... $0.00

17.  **Net amount of expense reimbursements requested for this period: ...............................$4,907.95**

18.  Gross award requested for this period (#10 + #14):............................................. $29,495.95

19.  **Net award requested for this period (#13 + #17):.............................................. $29,495.95**

20.  If <u>Final</u> Fee Application, amounts of net awards requested in interim applications
<u>but not previously awarded</u> (total from History of Fees and Expenses, following pages).............$0.00

21.  **Total fee and expense award requested (#19 + 20):………………………….…..…$29,495.95**

## **History of Fees and Expenses**

1.      Dates, sources, and amounts of retainers received:

| 10/20/22 | $15,000 pursuant to Court Order (ECF 58) | | |

Dates                    Sources                          Amounts                For fees or costs?

2.      Dates, sources, and amounts of third party payments received:   Not Applicable

3.      Prior fee and expense awards:................................................................................................

| Date | Source | Amount | For Fees or Costs? |
| --- | --- | --- | --- |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:                                                                      Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                 Chapter 11
FLYING CLUB, INC.,                                               (Subchapter V)

        Debtor.

_____/

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES
BY LORIUM, PLLC AS COUNSEL FOR THE CHAPTER 11 DEBTOR
PURSUANT TO 11 U.S.C. § 330**

Lorium, PLLC ("Lorium"), as counsel for the Subchapter V Chapter 11 Debtor and debtor-in-possession, Pompano Senior Squadron Flying Club, Inc. ("PSSFC" or "Debtor"), through counsel, applies for compensation for fees, for services rendered and costs incurred in this proceeding in connection with the representation of the Debtor. [1]

This Application is filed pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rules of Bankruptcy procedure, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1 (B). The exhibits attached to this Application, pursuant to the Guidelines, are:

Exhibits "1-A" and "1-B" – Summary of Professional and Paraprofessional time.

Exhibit "2" – Summary of Requested Reimbursements of Expenses.

Exhibit "3" – Lorium's complete time records, in chronological order, by activity code category, for the time period covered by this Application. The requested fees are itemized to the tenth of an hour.

Lorium believes that the requested fee of $24,588 for 62.90 hours worked for the period of July 27, 2022 through November 30, 2022, is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F. 2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F. 2d 1291 (5th Cir. 1977), as follows:

1.    <u>The General Nature of the Services Rendered; the Amounts involved and the results obtained.</u> The services performed by Applicant are described in detail in Exhibit 3 attached hereto. In general, the Applicant's services are all related to the following:

---

[1] Lorium shall supplement its application for fees from the date of this application through confirmation.

a.    Applicant has prepared Debtor's schedules, statement of financial affairs, Chapter 11 Case Management Summary, and Subchapter V Pre-Status Conference Report, and attended the United States Trustee IDI meeting, 341 Meeting of Creditors and Subchapter V Status Conference;

b.    Applicant has filed motions and attended various hearings;

c.    Applicant has assisted and advised the Debtor in performing his duties as Debtor in Possession and the Subchapter V bankruptcy process;

d.    Applicant has continued negotiations with the Debtor and proposed plan treatment and resolution of various cash-flow issues;

e.    Applicant has advised the Debtor in formulating his Subchapter V Chapter 11 Plan or Reorganization;

f.    Applicant prepared and timely filed Debtor's Subchapter V Chapter 11 Plan of Reorganization;

g.    Applicant had multiple discussions with the Creditors, Subchapter V Trustee and United States Trustee regarding the Subchapter V Chapter 11 case, including the proposed Plan of Reorganization and treatment to creditors.

h.    Applicant assisted with the preparation, review and filing of Debtor's Monthly Operating Reports; and

i.    Applicant has taken all actions necessary to achieve the confirmation of the Debtor's Subchapter V Chapter 11 Plan or Reorganization.

2.    Time and Labor Required.  The time and labor that were required in this case were necessary to Lorium's ability to represent the Debtor. Attached is a detailed record of services outlining the hours expended by Lorium in performing professional legal services on behalf of the Debtor. The records merely paraphrase the time devoted to the many aspects of this matter and do not fully convey the quality, character or importance of the services provided.

3.    Novelty and Difficulty of Legal Questions. Applicant has not encountered any other novel and difficult questions of fact and/or law in this matter.

4.    Skill Requisite to Perform Legal Service. Applicant's specialized skills and experience were necessary to be able to assist and advise the Debtor. In rendering services to the Debtor, the Applicant at all times emphasized the importance of economy of time and effort, thereby eliminating,

where possible, the likelihood of duplicitous expenditures of time and effort.

5.    <u>Preclusion of Other Employment</u>. Applicant was not precluded from the opportunity to secure new employment due to the volume of services required by this case.

6.    <u>Customary Fee</u>.   Applicant bases this application on an hourly rate for Attorney Pugatch of $475.00, other Lorium attorney's at a rate of $375 and an hourly rate for paralegal services of $160.00.

7.    <u>Whether the Fee is Fixed or Contingent</u>. The attorneys' fees requested in this Application are based on hourly rates and are not contingent.

8.    <u>Time Limitations</u>. This case did not involve any unusual devotion of time on short notice, other than the usual exigencies of bankruptcy practice.

9.    <u>The Experience, Reputation and Ability of Counsel</u>. The reputation, experience and ability of Lorium and its attorneys have been a benefit to the Debtor and the estate. Craig A. Pugatch has been practicing before the Bankruptcy Court for a substantial period of time and has demonstrated the ability to successfully represent all types of interested persons in bankruptcy cases.

10    <u>The Undesirability of the Case</u>. This was not an "undesirable" case.

11.    <u>Nature of the Professional Relationship</u>.  The Applicant has not represented the Debtors in any other bankruptcy cases, or otherwise except as disclosed in the retention application.

12.    <u>Awards in Similar Cases</u>. The amount sought by Lorium is not unreasonable in terms of awards in cases of like magnitude and complexity.  The Applicant reflects that the fees requested are manifestly reasonable.  The fees and costs requested by Lorium comport with the standards set forth in 11 U.S.C. § 330 for compensation of professionals.

WHEREFORE, Lorium, PLLC seeks approval of final fees in the amount of $24,588.00, reimbursement of expenses in the amount $4,907.95, for a total award of $29,495.95, for the period of through November 30, 2022.

**LORIUM, PLLC**
*Attorneys for Pompano Senior Squadron Flying Club, Inc.*
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone:      (954) 462-8000
Facsimile:      (954) 462-4300

By: <u>/s/ Craig A. Pugatch</u>
     CRAIG A. PUGATCH
     Florida Bar No. 653381
     capugatch@loriumlaw.com

## CERTIFICATION

1.      I have been designated by LORIUM, PLLC ("Lorium") as the professional with responsibility in this case.

2.      I have read Lorium's Application for compensation and reimbursement of expenses (the "Application").

3.      The fees and expenses sought are billed at rates in accordance with practices customarily employed by Lorium and generally accepted by Lorium's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit "2" Lorium is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay.

5.      In seeking reimbursement for any service provided by a third party, Lorium seeks reimbursement only for the amount actually paid by the Lorium to the third party.

**LORIUM, PLLC**
*Attorneys for Pompano Senior Squadron Flying Club, Inc.*
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone:      (954) 462-8000
Facsimile:      (954) 462-4300

By: /s/ Craig A. Pugatch
        CRAIG A. PUGATCH
        Florida Bar No. 653381
        capugatch@loriumlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of this Application along with all the exhibits was served via the Court's NextGen CM/ECF system on all parties receiving service by this method dated this 1st day of December, 2022.

By: /s/ Craig A. Pugatch
        Craig A. Pugatch

**Summary of Professional and Paraprofessional Time**
**Total per Individual For First Compensation Period Only**
**(EXHIBIT "1-A")**

**Professionals**

| Name | Shareholder/ Partner/Associate | Year Licensed | Total Hours | Hourly Rate | Total Fees |
|------|-------------------------------|---------------|-------------|-------------|------------|
| Craig A. Pugatch | Managing Member | 2003 | 34.7 | $475.00 | $16,482.50 |
| Jason Slatkin | Of-Counsel | 1994 | 16.5 | $375.00 | $6,187.50 |
| George Zinkler | Associate | 2000 | .4 | $300.00 | $120.00 |
| **Subtotal** | | | 51.6 | | **$22,790.00** |

**Paraprofessionals**

| | | Total Hours | Hourly Rate | Total Fees |
|---|---|-------------|-------------|------------|
| Jose Heredia | Paralegal | 10.9 | $160.00 | $1,744.00 |
| | | .4 | $135.00 | $54.00 |
| **Subtotal** | | **11.3** | | **$1,794.00** |

Total Hours by Professionals and Paraprofessionals

| | | | |
|---|---|---|---|
| Total Professional and Paraprofessional Fees | | **62.9** | **$24,588.00** |

**Summary of Professional and Paraprofessional Time by**
**Activity Code Category For First Compensation Period Only**
**(EXHIBIT "1-B")**

**Total for Tcode 1** Billable 0.50 187.50 **ASSET ANALYSIS AND RECOVERY**
Subtotal for Timekeeper 20 Billable 0.50 187.50 Jason Slatkin

**Total for Tcode 2** Billable 0.20 75.00 **ASSET DISPOSITION**
Subtotal for Timekeeper 20 Billable 0.20 75.00 Jason Slatkin

**Total for Tcode 4** Billable 21.10 7,543.50 **CASE ADMINISTRATION**
Subtotal for Timekeeper 7 Billable 6.60 1,056.00 Jose Heredia
Subtotal for Timekeeper 20 Billable 4.00 1,500.00 Jason Slatkin
Subtotal for Timekeeper 31 Billable 10.50 4,987.50 Craig A. Pugatch

**Total for Tcode 5** Billable 3.20 974.50 **CLAIMS ADMINISTRATION & OBJECTIONS**
Subtotal for Timekeeper 7 Billable 1.70 272.00 Jose Heredia
Subtotal for Timekeeper 20 Billable 0.10 37.50 Jason Slatkin
Subtotal for Timekeeper 31 Billable 1.40 665.00 Craig A. Pugatch

**Total for Tcode 7** Billable 9.20 3,524.50 **FEE/EMPLOYMENT APPLICATIONS**
Subtotal for Timekeeper 7 Billable 1.70 272.00 Jose Heredia
Subtotal for Timekeeper 20 Billable 3.10 1,162.50 Jason Slatkin
Subtotal for Timekeeper 31 Billable 4.40 2,090.00 Craig A. Pugatch

**Total for Tcode 8** Billable 0.20 75.00 **FEE/EMPLOYMENT OBJECTIONS**
Subtotal for Timekeeper 20 Billable 0.20 75.00 Jason Slatkin

**Total for Tcode 10** Billable 7.90 3,332.50 **LITIGATION**
Subtotal for Timekeeper 20 Billable 4.20 1,575.00 Jason Slatkin
Subtotal for Timekeeper 31 Billable 3.70 1,757.50 Craig A. Pugatch

**Total for Tcode 12** Billable 11.20 5,180.00 **PLAN & DISCLOSURE STATEMENT**
Subtotal for Timekeeper 20 Billable 1.40 525.00 Jason Slatkin
Subtotal for Timekeeper 31 Billable 9.80 4,655.00 Craig A. Pugatch

**Total for Tcode 17** Billable 2.10 644.00 **PREPARATION/REVIEW OF REPORTS**
Subtotal for Timekeeper 7 Billable 0.90 144.00 Jose Heredia
Subtotal for Timekeeper 22 Billable 0.40 120.00 George Zinkler
Subtotal for Timekeeper 31 Billable 0.80 380.00 Craig A. Pugatch

**Total for Tcode 20** Billable 7.30 3,051.50
Subtotal for Timekeeper 20 Billable 2.80 1,050.00 Jason Slatkin
Subtotal for Timekeeper 31 Billable 4.10 1,947.50 Craig A. Pugatch
Subtotal for Timekeeper 39 Billable 0.40 54.00 Jenna Young

**GRAND TOTALS**    Billable 62.90 24,588.00

**Summary of Requested Reimbursement of Expenses For First Compensation Period**
**(EXHIBIT "2")**

Date: 12/01/2022            **Summary Cost Transaction File List**            Page: 1

LORIUM PLLC

|  |  | Amount |  |
|---|---|---|---|
| Subtotal for Expense Type 0 | Billable | 721.26 | Expense Type 0 |
| **Total for Tcode 29** | Billable | 721.26 | Postage. |
| Subtotal for Expense Type 0 | Billable | 36.80 | Expense Type 0 |
| **Total for Tcode 39** | Billable | 36.80 | Pacer |
| Subtotal for Expense Type 0 | Billable | 68.45 | Expense Type 0 |
| **Total for Tcode 43** | Billable | 68.45 | Lexis-Nexis |
| Subtotal for Expense Type 0 | Billable | 1,271.64 | Expense Type 0 |
| **Total for Tcode 47** | Billable | 1,271.64 | Photocopying (Outside) |
| Subtotal for Expense Type 0 | Billable | 2,809.80 | Expense Type 0 |
| **Total for Tcode 64** | Billable | 2,809.80 | Filing Fee |

| GRAND TOTALS |
|---|

|  |  |
|---|---|
| Billable | 4,907.95 |

**<u>Time Records, In Chronological Order, By Activity Code Category</u>**
**(EXHIBIT "3")**

**Fees**

| Client | Trans Date | Tkpr | E/A Cat | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | |
|--------|-----------|------|---------|-----|------------------|-------------|---------------|--------|---|
| 7403.001 | 08/01/2022 | JS | 2 | P | 1 | 375.00 | 0.10 | 37.50 | Email with Client, re: status of release of garnishment, under review by the bank, follow up request to speak re: UST guidelines and IDI<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/02/2022 | JS | 2 | P | 1 | 375.00 | 0.10 | 37.50 | Email with Client, re: funds at Chase still frozen, Telephone conference with Homer and Bonner, left message<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/03/2022 | JS | 2 | P | 1 | 375.00 | 0.10 | 37.50 | Telephone conference with Homer and Bonner, re: release of garnished funds, Email with G. Galyo, re: further request tor release funds being sent by Homer and Bonner<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/03/2022 | JS | 2 | P | 1 | 375.00 | 0.10 | 37.50 | Email with Casey, re: funds still frozen, recent call with Chase's counsel<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/03/2022 | JS | 2 | P | 1 | 375.00 | 0.10 | 37.50 | Email with G. Galyo, re: release of garnished funds, payment of insurance premium<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| | Subtotal for Tcode 1 | | | | | Billable | 0.50 | 187.50 | **ASSET ANALYSIS AND RECOVERY** |
| 7403.001 | 08/04/2022 | JS | 2 | P | 2 | 375.00 | 0.10 | 37.50 | Email with Client, re: payment of expenses following release of garnished funds<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/04/2022 | JS | 2 | P | 2 | 375.00 | 0.10 | 37.50 | Telephone conference with G. Galyo, re: further discuss payment of post-petition expenses - leases versus unsecured loans<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| | Subtotal for Tcode 2 | | | | | Billable | 0.20 | 75.00 | **ASSET DISPOSITION** |
| 7403.001 | 07/20/2022 | CAP | 2 | P | 4 | 475.00 | 0.80 | 380.00 | review documents PBFC new chapter 11<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 07/21/2022 | CAP | 2 | P | 4 | 475.00 | 0.80 | 380.00 | PBFC board meeting bankruptcy analysis, prepare bankruptcy documents<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 07/26/2022 | CAP | 2 | P | 4 | 475.00 | 1.20 | 570.00 | board meetings, petition, PBFC filing and resolutions<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 07/26/2022 | CAP | 2 | P | 4 | 475.00 | 3.20 | 1,520.00 | prepare schedules, prepare first day motions and motion for turnover, corres re case filing, Correspondence regarding turnover, confer with creditor regarding turnover, prepare and file motion for turnover<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 07/27/2022 | CAP | 2 | P | 4 | 475.00 | 0.20 | 95.00 | Correspondence re turnover order with creditor counsel<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 07/27/2022 | CAP | 2 | P | 4 | 475.00 | 0.80 | 380.00 | case management summary |

**Fees**

| Client | Trans Date | Tkpr | E/A Cat | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 07/28/2022 | JS | 2 | P | 4 | 375.00 | 0.10 | 37.50 | Preparation of and file notice of appearance |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 07/29/2022 | CAP | 2 | P | 4 | 475.00 | 0.30 | 142.50 | idi compliance and Correspondence to client re same |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 07/29/2022 | JS | 2 | P | 4 | 375.00 | 0.40 | 150.00 | Preparation of packet of UST materials for Client on advance of ID with list of priorities - insurance, Debtor in Possession account, etc. |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/01/2022 | JS | 2 | P | 4 | 375.00 | 0.10 | 37.50 | Review file and Section 365 for deadline to assume or reject lease, Email with team, re: same |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/01/2022 | JS | 2 | P | 4 | 375.00 | 0.10 | 37.50 | Receipt and review of notice of appearance of D. Stanish for Sunwood, revise service list |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/02/2022 | JS | 2 | P | 4 | 375.00 | 0.10 | 37.50 | Receipt and review of order authorizing debtor to operate business and notice of corrective entry |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/02/2022 | JS | 2 | P | 4 | 375.00 | 0.10 | 37.50 | Email with Officers, re: email of 7/29 to G. Galyo, re: items needed for IDI |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/02/2022 | JS | 2 | P | 4 | 375.00 | 0.30 | 112.50 | Telephone conference with G. Galyo, re: review items needed before IDI, Revise IRS Notice and Limited Waiver and Email with G. Galyo re: same; Email with Casey, re: recent call with G. Galyo, re: IDI forms, etc. |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/02/2022 | JS | 2 | P | 4 | 375.00 | 0.10 | 37.50 | Telephone call with G. Galyo, re: questions re: monthly operating reports |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/03/2022 | JS | 2 | P | 4 | 375.00 | 0.10 | 37.50 | Email with G. Galyo, re: question re: limited waiver for UST |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/03/2022 | JS | 2 | P | 4 | 375.00 | 0.40 | 150.00 | Various emails with client, re: questions for IDI forms, Receipt and review of 2020 tax return, need to file 2021, Execute limited waiver and Notice re: IRS tax liability, Email with Jose Heredia re: items for IDI |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/04/2022 | JS | 2 | P | 4 | 375.00 | 0.10 | 37.50 | Email with Client, re: questions regarding administative expense - advance of retainer |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/04/2022 | JS | 2 | P | 4 | 375.00 | 0.20 | 75.00 | Receipt and review of various emails from Client, re: documents for IDI, questions regarding item 5 of financial checklist |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/05/2022 | JS | 2 | P | 4 | 375.00 | 0.30 | 112.50 | Receipt and review of inventory, and other documents for IDI, Preparation of document package for IDI, Email with B Gonzalez, re: same |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/08/2022 | JS | 2 | P | 4 | 375.00 | 0.80 | 300.00 | Attend initial debtor interview and email with Client, re: |

**Fees**

| Client | Trans Date | Tkpr | E/A Cat | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | |
|--------|-----------|------|---------|-----|-------------------|-------------|---------------|--------|---|
| | | | | | | | | | open items following IDI |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/09/2022 | JH | 2 | P | 4 | 160.00 | 2.00 | 320.00 | Compile review documents in preparation of schedules and sofa; multiple emails to counsel and clients re same; prepare bankruptcy schedules, sofa and file with the court. |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/11/2022 | JS | 2 | P | 4 | 375.00 | 0.10 | 37.50 | Telephone conference with G. Galyo, re: questions about naming UST as notice party for insurance purposes |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/12/2022 | JH | 2 | P | 4 | 160.00 | | 0.00 | Compile and prepare notice of bankruptcy to nuerous creditors; prepare amendments to schedules and creditor classification. |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/15/2022 | JS | 2 | P | 4 | 375.00 | 0.10 | 37.50 | Receipt and review of Bank of America bank statements, email with Client, re: closing of BofA account |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/16/2022 | JS | 2 | P | 4 | 375.00 | 0.40 | 150.00 | Preparation of notice of filing financials and tax return pursuant to 11 USC 1116 |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/17/2022 | CAP | 2 | P | 4 | 475.00 | 0.90 | 427.50 | revise schedules, Correspondence re critical vendors and payments for post-petition maintenance |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/18/2022 | CAP | 2 | P | 4 | 475.00 | 0.40 | 190.00 | Corres regarding potential critical vendors and post petition invoice payments |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/19/2022 | CAP | 2 | P | 4 | 475.00 | 0.20 | 95.00 | amend schedules |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/24/2022 | CAP | 2 | P | 4 | 475.00 | 0.90 | 427.50 | 341 meeting |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/24/2022 | CAP | 2 | P | 4 | 475.00 | 0.20 | 95.00 | Correspondence regarding 341 follow up |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/24/2022 | CAP | 2 | P | 4 | 475.00 | 0.30 | 142.50 | Corres re amended schedules and status conf |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/25/2022 | CAP | 2 | P | 4 | 475.00 | 0.30 | 142.50 | attend Sub V status conference and hearing on retention of Lorium; Correspondence with US Trustee regarding hearing and retention |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/30/2022 | JH | 2 | P | 4 | 160.00 | 0.80 | 128.00 | Prepare revisions to schedules and classifications; forward to counsel for review and approval. |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/12/2022 | JH | 2 | P | 4 | 160.00 | | 0.00 | Research Pacer and obtain mailing matrix; prepare, file and serve certificate of service re final order approving employment of Craig A. Pugatch, Esq. and Lorium Law as Debtor in Possession counsel. |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/15/2022 | JS | 2 | P | 4 | 375.00 | 0.20 | 75.00 | Review and revise motion for authority to deposit |

Detail Transaction File List

LORIUM PLLC

| Client | Trans Date | Tkpr | E/A Cat | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | |
|--------|-----------|------|---------|-----|------------------|-------------|---------------|--------|---|
| **Fees** | | | | | | | | | |
| | | | | | | | | | funds post-petition as a retainer and repay non-debtor initial retainer<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/30/2022 | JH | 2 | P | 4 | 160.00 | | 0.00 | Compile and prepare documents; circulate Debtor in Possession report for August; prepare and file same.<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 10/04/2022 | JH | 2 | P | 4 | 160.00 | 1.00 | 160.00 | Research Pacer re claims register and schedules; compile and prepare claims analysis along with potential objections to claims.<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/01/2022 | JH | 2 | P | 4 | 160.00 | | 0.00 | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/07/2022 | JH | 2 | P | 4 | 160.00 | 1.50 | 240.00 | Prepare ballots with voting classes fro review and approval; compile and prepare pleadings to serve along to provide notice to all creditors of all case deadlines.<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/10/2022 | JH | 2 | P | 4 | 160.00 | | 0.00 | Review plan of reorganization and other documents; prepare ballots for the various classes; compile, review and serve order setting confirmation hearing along with the court's document service requirement.<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/15/2022 | JH | 2 | P | 4 | 160.00 | | 0.00 | Prepare ballot with voting classes; compile, review and serve order setting confirmation hearing along with the court's document service requirement.<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/17/2022 | JH | 2 | P | 4 | 160.00 | 0.50 | 80.00 | Review plan of reorganization in preparation of motion for extension of time; prepare and forward to counsel for review and comments; review claim register.<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/18/2022 | JH | 2 | P | 4 | 160.00 | 0.80 | 128.00 | Prepare, file and serve motion for extension of time to file objections to claims through December 30, 2022; conference with JA to secure a hearing date re same.<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| | Subtotal for Tcode 4 | | | | | Billable | 21.10 | 7,543.50 | **CASE ADMINISTRATION** |
| 7403.001 | 08/23/2022 | CAP | 2 | P | 5 | 475.00 | 0.60 | 285.00 | Correspondence with creditor regarding lien claim and review state court litigation claims regarding lien and loans<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 10/03/2022 | JS | 2 | P | 5 | 375.00 | 0.10 | 37.50 | Receipt and review of P. Sanchez's proof of claim and exhibit<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 10/06/2022 | JH | 2 | P | 5 | 160.00 | 0.90 | 144.00 | Research the Pacer court system and review and download claims register and schedules; compile and prepare a claims analysis for all classes; prepare and forward to counsel for review and comments.<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 10/07/2022 | JH | 2 | P | 5 | 160.00 | 0.80 | 128.00 | Review and revise PSSFC's claim analysis; prepare and forward claims analysis to counsel for review and comments.<br>Pompano Senior Squadron Flying Club, Inc. et al |

| | Client | Trans Date | Tkpr | E/A Cat | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | |
| | 7403.001 | 11/29/2022 | CAP | 2 | P | 5 | 475.00 | 0.80 | 380.00 | Chapter 11, Sub Chapter V<br>draft objection to Guzman lien<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | | Subtotal for Tcode 5 | | | | | Billable | 3.20 | 974.50 | **CLAIMS ADMINISTRATION & OBJECTIONS** |
| | 7403.001 | 07/27/2022 | CAP | 2 | P | 7 | 475.00 | 0.40 | 190.00 | application to employ<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | 7403.001 | 08/01/2022 | JS | 2 | P | 7 | 375.00 | 1.00 | 375.00 | Preparation of application to employ E Holodak as special counsel and Declaration<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | 7403.001 | 08/03/2022 | JS | 2 | P | 7 | 375.00 | 0.10 | 37.50 | Email with E. Holodak, re: employment as special litigation counsel, need for retainer agreement<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | 7403.001 | 08/16/2022 | JS | 2 | P | 7 | 375.00 | 0.10 | 37.50 | Email with Attorney Craig Pugatch and Jose Heredia re: application to employ special counsel, Email with E. Holodak, re: same<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | 7403.001 | 08/18/2022 | JS | 2 | P | 7 | 375.00 | 0.10 | 37.50 | Receipt and review of of signed retainer from E. Holodak, re: request for signed declaration to accompany application to employ special litigation counsel<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | 7403.001 | 08/19/2022 | JS | 2 | P | 7 | 375.00 | 0.10 | 37.50 | Receipt and review of signed declaration by E. Holodak<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | 7403.001 | 09/07/2022 | JH | 2 | P | 7 | 160.00 | 0.90 | 144.00 | Prepare order approving final employment application of Craig A. Pugatch, Esq. and Lorium Law as Debtor's counsel; prepare and foward to counsel for review and approval.<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | 7403.001 | 09/15/2022 | CAP | 2 | P | 7 | 475.00 | 0.40 | 190.00 | Hearing on Special Counsel Application<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | 7403.001 | 10/13/2022 | CAP | 2 | P | 7 | 475.00 | 0.80 | 380.00 | hearing on post-petition retainer<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | 7403.001 | 10/13/2022 | CAP | 2 | P | 7 | 475.00 | 0.30 | 142.50 | Research re post petition retainer standards and objection<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | 7403.001 | 11/02/2022 | JS | 2 | P | 7 | 375.00 | 1.00 | 375.00 | Preparation of ex-parte application to employ R. Cahill, Declaration and proposed order<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | 7403.001 | 11/02/2022 | JS | 2 | P | 7 | 375.00 | 0.30 | 112.50 | Various emails with Attorney Craig Pugatch re: application to employ accountant, invoice for tax preparation, revise application and finalize for filing<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | 7403.001 | 11/21/2022 | JH | 2 | P | 7 | 160.00 | 0.80 | 128.00 | Meeting with accounting re fee application; compile and review documents re same<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| | 7403.001 | 11/22/2022 | JS | 2 | P | 7 | 375.00 | 0.40 | 150.00 | Finalize and file application to employ R. Cahill and submit proposed order<br>Pompano Senior Squadron Flying Club, Inc. et al |

| Client | Trans Date | Tkpr | E/A Cat | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | |
|--------|-----------|------|---------|-----|------------------|-------------|---------------|--------|--|

**Fees**

| | | | | | | | | | |
|--------|-----------|------|---------|-----|------------------|-------------|---------------|--------|--|
| 7403.001 | 11/30/2022 | CAP | 2 | P | 7 | 475.00 | 0.80 | 380.00 | Chapter 11, Sub Chapter V prepare CPA fee application Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/30/2022 | CAP | 2 | P | 7 | 475.00 | 0.90 | 427.50 | prepare special counsel fee application Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/30/2022 | CAP | 2 | P | 7 | 475.00 | 0.80 | 380.00 | prepare and review/revise Lorium fee application Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |

| | Subtotal for Tcode 7 | | | | | Billable | 9.20 | 3,524.50 | **FEE/EMPLOYMENT APPLICATIONS** |
|--------|-----------|------|---------|-----|------------------|-------------|---------------|--------|--|
| 7403.001 | 09/13/2022 | JS | 2 | P | 8 | 375.00 | 0.20 | 75.00 | Receipt and review of Sunwood's objection to the employment of E. Holodak, Email with E. Holodak, re: same Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |

| | Subtotal for Tcode 8 | | | | | Billable | 0.20 | 75.00 | **FEE/EMPLOYMENT OBJECTIONS** |
|--------|-----------|------|---------|-----|------------------|-------------|---------------|--------|--|
| 7403.001 | 08/24/2022 | JS | 2 | P | 10 | 375.00 | 1.20 | 450.00 | Begin preparation of notice of removal with relevant state court filings Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/24/2022 | JS | 2 | P | 10 | 375.00 | 0.30 | 112.50 | Finalize notice of removal and exhibits Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/24/2022 | JS | 2 | P | 10 | 375.00 | 0.20 | 75.00 | Prepare filing packet for notice of removal, instructions on filing and service, Email with E. Holodak, re: notice of filing of notice of removal in state court proceedings Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/25/2022 | JS | 2 | P | 10 | 375.00 | 0.20 | 75.00 | Receipt and review of notice of filing of notice of removal in state court, Preparation of certificate of compliance Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/25/2022 | JS | 2 | P | 10 | 375.00 | 0.10 | 37.50 | Various emails with E. Holodak and Attorney Craig Pugatch re: service of removal on state court service list, revisions to service list Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/26/2022 | JS | 2 | P | 10 | 375.00 | 0.20 | 75.00 | Conference with Attorney Craig Pugatch re: amending removed complaint, possible causes of action, joinder of additional defendants Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/16/2022 | JS | 2 | P | 10 | 375.00 | 0.50 | 187.50 | Telephone conference with Attorney Craig Pugatch and E. Holodak, re: litigation strategy Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/16/2022 | CAP | 2 | P | 10 | 475.00 | 0.60 | 285.00 | call re trial and summary judgment motions Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 10/06/2022 | JS | 2 | P | 10 | 375.00 | 0.10 | 37.50 | Various emails with C. Pugatch and E. Holodak, removed action, litigation srategy Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 10/09/2022 | JS | 2 | P | 10 | 375.00 | 1.00 | 375.00 | Finalize draft fourth amended complaint Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/03/2022 | CAP | 2 | P | 10 | 475.00 | 0.90 | 427.50 | Call with Ron Kanuik, hearing on removed action Pompano Senior Squadron Flying Club, Inc. et al |

**Detail Transaction File List**

LORIUM PLLC

| Client | Trans Date | Tkpr | E/A Cat | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | |
|--------|-----------|------|---------|-----|------------------|-------------|---------------|--------|---|
| **Fees** | | | | | | | | | |
| 7403.001 | 11/08/2022 | JS | 2 | P | 10 | 375.00 | 0.10 | 37.50 | Chapter 11, Sub Chapter V<br>Various emails with Attorney Craig Pugatch and E. Holodak, re: court's briefing order - abstention issue<br>Pompano Senior Squadron Flying Club, Inc. et al |
| 7403.001 | 11/14/2022 | CAP | 2 | P | 10 | 475.00 | 0.90 | 427.50 | Chapter 11, Sub Chapter V<br>Board meeting<br>Pompano Senior Squadron Flying Club, Inc. et al |
| 7403.001 | 11/28/2022 | CAP | 2 | P | 10 | 475.00 | 0.90 | 427.50 | Chapter 11, Sub Chapter V<br>draft brief on abstention of removed case<br>Pompano Senior Squadron Flying Club, Inc. et al |
| 7403.001 | 11/28/2022 | JS | 2 | P | 10 | 375.00 | 0.30 | 112.50 | Chapter 11, Sub Chapter V<br>Review and revise brief opposing permissive abstention<br>Pompano Senior Squadron Flying Club, Inc. et al |
| 7403.001 | 11/29/2022 | CAP | 2 | P | 10 | 475.00 | 0.40 | 190.00 | Chapter 11, Sub Chapter V<br>call with Kennedy counsel re lien and re abstention/plan treatment<br>Pompano Senior Squadron Flying Club, Inc. et al |
| | Subtotal for Tcode 10 | | | | | Billable | 7.90 | 3,332.50 | **LITIGATION** |
| 7403.001 | 10/12/2022 | CAP | 2 | P | 12 | 475.00 | 0.90 | 427.50 | review projections, Correspondence with trustee re cash flow, prepare proposed plan treatments<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| 7403.001 | 10/18/2022 | CAP | 2 | P | 12 | 475.00 | 1.60 | 760.00 | plan analysis and plan preparation<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| 7403.001 | 10/18/2022 | CAP | 2 | P | 12 | 475.00 | 0.80 | 380.00 | claims and lien analysis, research regarding lien stripping and plan treatment<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| 7403.001 | 10/18/2022 | JS | 2 | P | 12 | 375.00 | 0.20 | 75.00 | Various emails with Attorney Craig Pugatch re: plan treatment of certain claims, disputed claims and claim objections<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| 7403.001 | 10/19/2022 | CAP | 2 | P | 12 | 475.00 | 0.40 | 190.00 | Corres with sunwood re claim treatment<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| 7403.001 | 10/21/2022 | JS | 2 | P | 12 | 375.00 | 0.20 | 75.00 | Conference with C. Pugatch, re: treatment of certain claims, absolute priority issue<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| 7403.001 | 10/21/2022 | CAP | 2 | P | 12 | 475.00 | 3.40 | 1,615.00 | draft and revise plan and projections<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| 7403.001 | 10/23/2022 | JS | 2 | P | 12 | 375.00 | 0.50 | 187.50 | Review and revise draft plan<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| 7403.001 | 10/24/2022 | JS | 2 | P | 12 | 375.00 | 0.10 | 37.50 | Review and revise liquidation analysis<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| 7403.001 | 10/24/2022 | JS | 2 | P | 12 | 375.00 | 0.40 | 150.00 | Review and revise further revised proposed chapter 11 plan and Email with Attorney Craig Pugatch re: same with comments re: projections<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |
| 7403.001 | 10/24/2022 | CAP | 2 | P | 12 | 475.00 | 2.30 | 1,092.50 | corres with client, Correspondence with Trustee, revise and draft plan, Correspondence with Sunwood counsel, file plan<br>Pompano Senior Squadron Flying Club, Inc. et al<br>Chapter 11, Sub Chapter V |

Case 22-15714-PDR    Doc 73    Filed 12/01/22    Page 18 of 21

| Client | Trans Date | Tkpr | E/A Cat | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | |
| 7403.001 | 10/25/2022 | CAP | 2 | P | 12 | 475.00 | 0.20 | 95.00 | Correspondence re claims and confirmation procedures<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 10/26/2022 | CAP | 2 | P | 12 | 475.00 | 0.20 | 95.00 | Correspondence with Lasky re plan treatment<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| | Subtotal for Tcode 12 | | | | | Billable | 11.20 | 5,180.00 | **PLAN & DISCLOSURE STATEMENT** |
| 7403.001 | 08/10/2022 | GZ | 2 | P | 17 | 300.00 | 0.20 | 60.00 | Emails regarding review of proposed Status Conference Report; Review 11 USC 1188(c) regarding requirements<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/11/2022 | GZ | 2 | P | 17 | 300.00 | 0.20 | 60.00 | Review proposed Status Conference Report; Analyze issues with paralegal regarding same<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 10/18/2022 | CAP | 2 | P | 17 | 475.00 | 0.80 | 380.00 | reporting and financial projections<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/21/2022 | JH | 2 | P | 17 | 160.00 | 0.90 | 144.00 | Review documents and prepare Debtor in Possession report for October 2022; prepare, file and serve October's Debtor in Possession report; prepare and circulate to all members for review and approval.<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| | Subtotal for Tcode 17 | | | | | Billable | 2.10 | 644.00 | **PREPARATION/REVIEW OF REPORTS** |
| 7403.001 | 07/28/2022 | CAP | 2 | P | 20 | 475.00 | 0.40 | 190.00 | Correspondence re funds release, prepare order and prepare for hearing<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 07/28/2022 | CAP | 2 | P | 20 | 475.00 | 2.30 | 1,092.50 | bank account release hearing and negotiation re same, Correspondence re IDI and compliance<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 07/28/2022 | CAP | 2 | P | 20 | 475.00 | 0.30 | 142.50 | call with Holodek re prepetition litigation removal<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/23/2022 | CAP | 2 | P | 20 | 475.00 | 0.80 | 380.00 | lien analysis and Correspondence re lien litigation with special counsel, review lien records and docs supporting the claim of Sunwood and Kennedy<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/23/2022 | CAP | 2 | P | 20 | 475.00 | 0.30 | 142.50 | 341 prep and reminder<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/26/2022 | JS | 2 | P | 20 | 375.00 | 0.70 | 262.50 | Begin amended adversary complaint in removed action<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/23/2022 | JY | 2 | P | 20 | 135.00 | 0.40 | 54.00 | Prepare Debtor in Possession Report for July 2022.<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/22/2022 | JS | 2 | P | 20 | 375.00 | 1.70 | 637.50 | Legal research on permissive abstention and begin preparation of brief on permissive abstention<br>Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/28/2022 | JS | 2 | P | 20 | 375.00 | 0.40 | 150.00 | Download state court docket, preparation of notice of filing of state court docket and file same<br>Pompano Senior Squadron Flying Club, Inc. et al |

**Detail Transaction File List**

LORIUM PLLC

| | Client | Trans Date | Tkpr | E/A Cat | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | | | Chapter 11, Sub Chapter V |
| | Subtotal for Tcode 20 | | | | | | Billable | 7.30 | 3,051.50 | |
| **Total for Fees** | | | | | | | Billable | 62.90 | 24,588.00 | |

| Client | Trans Date | Tkpr | E/A Cat | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | |
|--------|-----------|------|---------|-----|------------------|-------------|---------------|--------|---|
| **Expenses** | | | | | | | | | |
| 7403.001 | 08/10/2022 | CAP | E | P | 29 | | | 7.41 | Postage. Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/10/2022 | CAP | E | P | 29 | | | 7.98 | Postage. Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/11/2022 | CAP | E | P | 29 | | | 14.70 | Postage. Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/11/2022 | CAP | E | P | 29 | | | 7.98 | Postage. Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/24/2022 | CAP | E | P | 29 | | | 60.99 | Postage. Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/24/2022 | CAP | E | P | 29 | | | 59.85 | Postage. Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/08/2022 | CAP | E | P | 29 | | | 106.05 | Postage. Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/08/2022 | CAP | E | P | 29 | | | 2.16 | Postage. Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/15/2022 | CAP | E | P | 29 | | | 62.70 | Postage. Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 10/13/2022 | CAP | E | P | 29 | | | 0.57 | Postage. Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/17/2022 | CAP | E | P | 29 | | | 390.87 | 7403.001 Mail out/Notice of Filing /Plan of Reorganization Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| | Subtotal for Tcode 29 | | | | | Billable | 0.00 | 721.26 | Postage. |
| 7403.001 | 10/11/2022 | CAP | E | P | 39 | | | 36.80 | Pacer court fees - Inv. #5405881 - Q0322 Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| | Subtotal for Tcode 39 | | | | | Billable | 0.00 | 36.80 | Pacer |
| 7403.001 | 09/01/2022 | JS | E | P | 43 | | | 21.05 | LexisNexis legal research/7403.001/Inv. #3094029901 (8/1/22 - 8/31/22) Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/08/2022 | CAP | E | P | 43 | | | 47.40 | LexisNexis legal research/7403.001/Inv. #3094141599 (10/1/22 - 10/31/22) Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| | Subtotal for Tcode 43 | | | | | Billable | 0.00 | 68.45 | Lexis-Nexis |
| 7403.001 | 08/23/2022 | CAP | E | P | 47 | | | 281.22 | AMEX/7403.001/BK Attorney Services - CertificateofService.com/Photocopying (Outside) and mailout service for Application for Employment of Edward F. Holodak, Esq. ECF Docket Ref. No. 40; Notice of Hearing 41 Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/16/2022 | CAP | E | P | 47 | | | 196.47 | AMEX/7403.001/BK Attorney Services - CertificateofService.com/Photocopying (Outside) and mailout services for Debtor's Motion to Deposit ECF |

**Detail Transaction File List**

LORIUM PLLC

| Client | Trans Date | Tkpr | E/A Cat | H P | Tcode/ Task Code | Stmt # Rate | Hours to Bill | Amount | |
|---|---|---|---|---|---|---|---|---|---|
| **Expenses** | | | | | | | | | |
| | | | | | | | | | Docket Ref No. 49 |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/16/2022 | CAP | E | P | 47 | | | 96.57 | AMEX/7403.001/BK Attorney Services - CertificateofService.com/Photocopying (Outside) and mailout services for Notice of Hearing ECF Docket Ref No. 50 |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/23/2022 | CAP | E | P | 47 | | | 97.44 | AMEX/7403.001/BK Attorney Services - CertificateofService.com/Photocopying (Outside) and mailout services for Order approving application ECF Docket Ref. No. 52 |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/28/2022 | CAP | E | P | 47 | | | 209.22 | AMEX/7403.001/BK Attorney Services - CertificateofService.com/Photocopying (Outside) and mailout service on 9/28/22 |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 10/18/2022 | CAP | E | P | 47 | | | 97.89 | AMEX/7403.001/BK Attorney Services - CertificateofService.com/Photocopying (Outside) and mailout service on 10/18/22 |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 10/20/2022 | CAP | E | P | 47 | | | 102.83 | AMEX/7403.001/BK Attorney Services - CertificateofService.com/Photocopying (Outside) and mailout service for Agreed Order ECF Docket Reference No. 58 |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 11/18/2022 | CAP | E | P | 47 | | | 190.00 | ORCA/Preparation of Mail out/7403.001 |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| | Subtotal for Tcode 47 | | | | | Billable | 0.00 | 1,271.64 | Photocopying (Outside) |
| 7403.001 | 07/26/2022 | CAP | E | P | 64 | | | 1,738.00 | AMEX/7403.001/Florida Southern Bankruptcy Court/Ref A41201558 |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/10/2022 | CAP | E | P | 64 | | | 32.00 | AMEX/7403.001/Southern Bankruptcy Court/Tracking # A41266260 |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 08/30/2022 | CAP | E | P | 64 | | | 350.00 | AMEX/7403.001/Southern Bankruptcy Court/Ref # A41334038 |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| 7403.001 | 09/28/2022 | CAP | E | P | 64 | | | 689.80 | 7403.001/Mail Out/Notice of Filing and Mail Out |
| | | | | | | | | | Pompano Senior Squadron Flying Club, Inc. et al Chapter 11, Sub Chapter V |
| | Subtotal for Tcode 64 | | | | | Billable | 0.00 | 2,809.80 | Filing Fee |
| **Total for Expenses** | | | | | | Billable | 0.00 | 4,907.95 | |

| GRAND TOTALS | | |
|---|---|---|
| Billable | 62.90 | 29,495.95 |