UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                          Chapter 11
FLYING CLUB, INC.,                                                              (Subchapter V)

      Debtor.
_____/

**SUMMARY TO FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES BY EDWARD F. HOLODAK, P.A. AS SPECIAL COUNSEL FOR THE CHAPTER 11 DEBTOR**

1. Name of Applicant:......................................................................EDWARD F. HOLODAK, P.A.
2. Role of Applicant:…………………………………………………………..Counsel for the Debtor
3. Name of certifying professional:………………………………………………Edward F. Holodak, P.A.
4. Date case filed:……………………………………………………………………….July 26, 2022
5. Date of Application for Employment:………………… ……………..… ……...….August 19, 2022
6. Date of Order Approving Employment:……………….....….….……………September 22, 2022
7. If Debtor's counsel, date of Disclosure of Compensation form
8. Date of this Application:……………………….…………………………………..... December 1, 2022
9. Dates of services covered:…..….….…………….......…….July 27, 2022 through November 30, 2022
10. Total fees requested for this period (from Exhibit A):........................................................$2,670.00[1]
11. Balance remaining in fee retainer account, not yet awarded:............................................................ $0
12. Fees paid or advanced for this period, by other sources: ............................................................. $0.00
13. **Net amount of fee requested for this period: .................................................................. $2,670.00**
14. Total expense reimbursement requested for this period:........................................................$2,670.00
15. Balance remaining in expense retainer account, not yet received:............................................... $0.00
16. Expenses paid or advanced for this period, by other sources:...................................................... $0.00
17. **Net amount of expense reimbursements requested for this period: ............................... $2,670.00**
18. Gross award requested for this period (#10 + #14):................................................................ $2,670.00
19. **Net award requested for this period (#13 + #17):............................................................. $2,670.00**
20. If <u>Final</u> Fee Application, amounts of net awards requested in interim applications <u>but not previously awarded</u> (total from History of Fees and Expenses, following pages).............$0.00

21. **Total fee and expense award requested (#19 + 20):………………………….….…$2,670.00**

---

[1] The fees requested relate only to those services post-petition as reflected on the attached time records and invoices.

**History of Fees and Expenses**

1. Dates, sources, and amounts of retainers received:

| Dates | Sources | Amounts | For fees or costs? |
|---|---|---|---|
| | | | |

2. Dates, sources, and amounts of third party payments received:  Not Applicable

3. Prior fee and expense awards:................................................................................................

| Date | Source | Amount | For Fees or Costs? |
|---|---|---|---|
| | | | |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                          Chapter 11
FLYING CLUB, INC.,                                           (Subchapter V)

     Debtor.
_____/

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND EXPENSES
BY LORIUM, PLLC AS COUNSEL FOR THE CHAPTER 11 DEBTOR
PURSUANT TO 11 U.S.C. § 330**

EDWARD F. HOLODAK, P.A. as special counsel for the Subchapter V Chapter 11 Debtor and debtor-in possession, along with Pompano Senior Squadron Flying Club, Inc. ("PSSFC" or "Debtor"), through counsel, applies for compensation for fees, for services rendered and costs incurred in this proceeding in connection with the representation of the Debtor by EDWARD F. HOLODAK, P.A..

This Application is filed pursuant to 11 U.S.C. § 330 and Rule 2016, Federal Rules of Bankruptcy procedure, and meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1 (B). The exhibits attached to this Application, pursuant to the Guidelines, are:

EDWARD F. HOLODAK, P.A. complete time records, in chronological order, for the time period covered by this Application. The requested fees are itemized to the tenth of an hour. There are no expenses or paraprofessional time to summarize pursuant to the guidelines and thus such summaries are not included.

The Debtor and EDWARD F. HOLODAK, P.A. believe that the requested fee of $2,670 for worked for the period through November 30, 2022, is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F. 2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F. 2d 1291 (5th Cir. 1977), as follows:

    1.    <u>The General Nature of the Services Rendered; the Amounts involved and the results obtained.</u> The services performed by Applicant are described in detail as attached hereto. In general, the Applicant's services are related to the assistance of general counsel in connection with the pending and

ongoing litigation against Carl Kennedy which was removed to this Court, as well as the assistance with general bankruptcy counsel in connection with the knowledge of pre-petition litigation and claims against the Debtor.

2. <u>Time and Labor Required</u>. The time and labor that were required in this case were necessary to the ability to represent the Debtor. Attached is a detailed record of services outlining the hours expended by EDWARD F. HOLODAK, P.A.[2] in performing professional legal services on behalf of the Debtor. The records merely paraphrase the time devoted to the many aspects of this matter and do not fully convey the quality, character or importance of the services provided.

3. <u>Novelty and Difficulty of Legal Questions</u>. Applicant has not encountered any other novel and difficult questions of fact and/or law in this matter.

4. <u>Skill Requisite to Perform Legal Service</u>. Applicant's skills and experience were necessary to be able to assist and advise the Debtor and its co-counsel. In rendering services to the Debtor, the Applicant at all times emphasized the importance of economy of time and effort, thereby eliminating, where possible, the likelihood of duplicitous expenditures of time and effort.

5. <u>Preclusion of Other Employment</u>. Applicant was not precluded from the opportunity to secure new employment due to the volume of services required by this case.

6. <u>Customary Fee</u>. Applicant bases this application on an hourly rate for Attorney Holodak of $300.

7. <u>Whether the Fee is Fixed or Contingent</u>. The attorneys' fees requested in this Application are based on hourly rates and are not contingent.

8. <u>Time Limitations</u>. This case did not involve any unusual devotion of time on short notice, other than the usual exigencies of bankruptcy practice.

9. <u>The Experience, Reputation and Ability of Counsel</u>. The reputation, experience and ability of EDWARD F. HOLODAK, P.A. and its attorneys have been a benefit to the Debtor and the estate. Including the ability to avoid duplication of labor by Debtor in Possession general counsel.

10 <u>The Undesirability of the Case</u>. This was not an "undesirable" case.

11. <u>Nature of the Professional Relationship</u>. The Applicant has not represented the Debtors

---

[2] The fees requested relate only to those services post-petition as reflected on the attached time records and invoices.

in any other bankruptcy cases, or otherwise except as disclosed in the retention application.

12. <u>Awards in Similar Cases</u>. The amount sought is reasonable as compared to awards in cases of like magnitude and complexity. The Applicant reflects that the fees requested are manifestly reasonable. The fees and costs requested comport with the standards set forth in 11 U.S.C. § 330 for compensation of professionals.

WHEREFORE, the Debtor along with its Counsel EDWARD F. HOLODAK, P.A. seeks approval of final fees in the amount of $2,670 for the period through November 30, 2022.

Dated this 1st day of December, 2022.

**LORIUM, PLLC**
*Attorneys for Pompano Senior Squadron Flying Club, Inc.*
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone:    (954) 462-8000
Facsimile:    (954) 462-4300

By: /s/ Craig A. Pugatch
    CRAIG A. PUGATCH
    Florida Bar No. 653381
    capugatch@loriumlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of this Application along with all the exhibits was served via the Court's NextGen CM/ECF system on all parties receiving service by this method dated this 1st day of December, 2022.

By: /s/ Craig A. Pugatch
    Craig A. Pugatch

## CERTIFICATION

1. I have been designated by EDWARD F. HOLODAK, P.A. as the professional with responsibility in this case.

2. I have read the above Application for compensation and reimbursement of expenses (the "Application").

3. The fees and expenses sought are billed at rates in accordance with practices customarily employed by EDWARD F. HOLODAK, P.A. and generally accepted by EDWARD F. HOLODAK, P.A. clients.

4. In seeking reimbursement for any service provided by a third party, EDWARD F. HOLODAK, P.A. seeks reimbursement only for the amount actually paid by the EDWARD F. HOLODAK, P.A. to the third party.

/s EDWARD F. HOLODAK

# Edward F. Holodak, P.A.

7580 NW 5th Street
Suite 15125
Plantation, FL
33317

---

**Pompano Beach Flying Club**
PO Box 10241
Pompano Beach FL 10241

**Date:** 11/30/2022
**File Number:** /
**Invoice Number:** 21498

**Re:** Pompano Beach Flying Club v Kennedy

---

| <u>Date</u> | <u>Initials</u> | **Description of Service** | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 11/08/2022 | EFH | Read, review, and respond to emails from bankruptcy attorney about dismissing liens and sending damage case base to state court for trial. | 0.30 | 90.00 |
| 11/22/2022 | EFH | Email bankruptcy attorneys as to status of case staying in bankruptcy or going back to state court. | 0.10 | 30.00 |
| 11/29/2022 | EFH | Read, review, and respond to emails with bankruptcy attorney on new claims against Company based on alleged assignment from Kennedy; and billing for fees. | 0.30 | 90.00 |
| | | **Total Fees** | **0.70** | **$210.00** |

| | |
|---|---|
| **TOTAL NEW CHARGES** | **$210.00** |

**STATEMENT OF ACCOUNT**

| | |
|---|---|
| Prior Balance | 5,032.50 |
| Current Fees | 210.00 |
| **AMOUNT DUE AND OWING TO DATE** | **$5,242.50** |

PER: _____
**Edward F. Holodak**

# Edward F. Holodak, P.A.

7580 NW 5th Street
Suite 15125
Plantation, FL
33317

---

**Pompano Beach Flying Club**
PO Box 10241
Pompano Beach FL 10241

Date: 10/31/2022
File Number: /
Invoice Number: 21416

**Re:** Pompano Beach Flying Club v Kennedy

---

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 10/06/2022 | EFH | Read, review, respond to email from bankruptcy attorney on hearing regarding Removal. Email back with questions on status as I thought this was already ruled upon and time expired to challenge. | 0.30 | 90.00 |
| 10/07/2022 | EFH | Read, review, respond to emails about Notice of Removals in three cases and effect on Sunwood and Sanchez and stay of state court actions. | 0.40 | 120.00 |
| 10/10/2022 | EFH | Review and comment on proposed Amended Complaint in bankruptcy. | 0.30 | 90.00 |
| 10/28/2022 | EFH | Email with bankruptcy attorneys about status and deposing Kennedy. | 0.50 | 150.00 |
| | | **Total Fees** | **1.50** | **$450.00** |

**TOTAL NEW CHARGES**     $450.00

**STATEMENT OF ACCOUNT**

Prior Balance     4,582.50
Current Fees     450.00
**AMOUNT DUE AND OWING TO DATE**     **$5,032.50**

PER: _____

**Edward F. Holodak**

# Edward F. Holodak, P.A.

7580 NW 5th Street  
Suite 15125  
Plantation, FL  
33317

---

**Pompano Beach Flying Club**  
PO Box 10241  
Pompano Beach FL 10241

**Date:** 9/30/2022  
**File Number:** /  
**Invoice Number:** 21274

**Re:** Pompano Beach Flying Club v Kennedy

---

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 09/12/2022 | EFH | Direct staff to send Notices of Removal to bankruptcy attorneys; email bankruptcy attorneys about status of claims in Bankruptcy Court and trial on outstanding claims against Kennedy. | 0.30 | 90.00 |
| 09/15/2022 | EFH | Attend Bankruptcy hearing about being appointed special counsel to litigate cases against Kennedy in Bankruptcy Court. | 0.40 | 120.00 |
| 09/15/2022 | EFH | Email client about hearing and moving forward against Kennedy. | 0.20 | 60.00 |
| 09/16/2022 | EFH | Phone call with Bankruptcy attorneys to discuss claims against Kennedy, Kennedy's claims of a loan, and lien on aircraft and how to proceed most expeditiously against him. | 0.80 | 240.00 |
| | | **Total Fees** | **1.70** | **$510.00** |

**TOTAL NEW CHARGES**     $510.00

**STATEMENT OF ACCOUNT**

    Prior Balance     4,072.50  
    Current Fees     510.00  
**AMOUNT DUE AND OWING TO DATE**     **$4,582.50**

PER: _____

**Edward F. Holodak**

# Edward F. Holodak, P.A.

7580 NW 5th Street
Suite 15125
Plantation, FL
33317

---

**Pompano Beach Flying Club**  **Date:** 8/31/2022
PO Box 10241  **File Number:** /
Pompano Beach FL 10241  **Invoice Number:** 21083

**Re:** Pompano Beach Flying Club v Kennedy

---

| Date | Initials | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 07/07/2022 | TW | Sent notice of taking 8.2.22 deposition to Empire. Filed Club's response to Kennedy's Motion for Rehearing. | 0.20 | 30.00 |
| 07/15/2022 | TW | Revised Magistrate report and sent to Judge Lynch and Kennedy. | 0.20 | 30.00 |
| 08/01/2022 | EFH | Review accounting information with accountant as to Kennedy's manipulation of the books. Email and phone call with client about mystery name on loan and moving forward in bankruptcy court or state court. | 2.80 | 840.00 |
| 08/01/2022 | TW | Contacted court reporter and canceled Kennedy's 8/2/22 deposition. Updated Amicus with cancellation. | 0.20 | 30.00 |
| 08/03/2022 | EFH | Phone call with Greg Gilhooly, authorization to transfer cases to bankruptcy court and for me to appear as special counsel. | 0.30 | 90.00 |
| 08/03/2022 | EFH | Phone call with Greg directing cases to Bankruptcy Court and appearance as special counsel to litigate cases in Bankruptcy Court. | 0.50 | 150.00 |
| 08/04/2022 | EFH | Email bankruptcy attorney with retainer agreement, CPA'S curriculum vitae and retainer agreement after acquiring same from CPA. | 0.30 | 90.00 |
| 08/23/2022 | EFH | Read, review, respond to emails from bankruptcy attorney about Sunwood's claims and claims against Kennedy and issues raised by the alleged loans. | 0.50 | 150.00 |
| 08/25/2022 | EFH | Read, review, respond to email from bankruptcy attorney; prepare Notice of Filing Removal to Federal Court; file same in state court and email completed copy to bankruptcy attorney for filing in bankruptcy court. | 0.50 | 150.00 |
| | | **Total Fees** | **5.50** | **$1,560.00** |

**TOTAL NEW CHARGES**  $1,560.00

**STATEMENT OF ACCOUNT**
  Prior Balance  2,512.50
  Current Fees  1,560.00
**AMOUNT DUE AND OWING TO DATE**  **$4,072.50**