UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON FLYING CLUB     Chapter 11

       Debtor.

_____/

**SUMMARY OF FIRST AND FINAL APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
OF CAROL L. FOX, AS SUBCHAPTER V TRUSTEE FOR THE
PERIOD FROM JULY 27, 2022 THROUGH DECEMBER 1, 2022**

1. Name of Applicant:...........................................................................Carol L. Fox

2. Role of Applicant:..............................................................Subchapter V Trustee

3. Name of Certifying Professional: ...............................Carol L. Fox, Subchapter V Trustee

4. Date Case Filed:..................................................................................July 26, 2022

5. Date of Appointment: ......................................................................July 27, 2022

6. Period for this Application:..................................July 27, 2022 through December 1, 2022

7. Amount of Compensation Sought for this period:.................................................$1,750.00

7a. Estimated fees through substantial consummation: ………………………………..$900.00

8. Gross actual fees sought for this period:.............................................................$2,650.00

9. Amount of Expense Reimbursement Sought:............................................................$0.00

9a. Estimated expenses through substantial consummation: ………………………….$223.00

10. Gross actual expenses sought for this period:.........................................................$223.00

**11. Net amount of fees and expenses sought for this period………………………$2,873.00**

**IF FINAL APPLICATION, COMPLETE 12, 13, 14, 15 AND 16 BELOW:**

12. Gross actual fees sought during case: ...................................................................$1,750.00

12a. Estimated fees through substantial consummation: ……..……………………….....$900.00

13. **Net amount of fees sought during case**:……..……………………………....…**$2,650.00**

14. Gross actual expense reimbursement sought during case:...........................................$0.00

14a.Estimated expenses through substantial consummation:..……..……………….....$223.00

15. **Net amount of expenses sought during case**:..……………………….....………**$223.00**

16. **Net award requested for this period** (#13 + #15):……………………….....…**$2,873.00**

17. Amount of Original Retainer(s):   Please disclose both Fee Retainer and Cost Retainer if such a retainer has been received:.................................................................................$0.00

18. Current Balance of Retainer(s) remaining: .................................................................$0.00

19. Last Monthly Operating Report Filed.................................................... September 30, 2022

20. If case is chapter 11, current funds in the Chapter 11 estate: ...........................$61,598.16[1]

21. If case is chapter 7, current funds held by Chapter 7 trustee: approximately.................N/A

---

[1] Total cash balance as of September 30, 2022 per the Debtor's *Monthly Operating Report for the period from September 1, 2022 through September 30, 2022* [DE 60].

**FEE APPLICATION SUMMARY CHART**

| REQUEST | | | | | APPROVAL | | | | PAID | | HOLDBACK | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date Filed | ECF # | Period Covered | Fees Requested | Expenses Requested | Date Ordered | ECF # | Fees Approved | Expenses Approved | Fees Paid | Expenses Paid | Fees Holdback | Expenses Holdback |
| 12/01/22 | | 7/27/22 - 12/1/22 | $ 2,650.00 | $ 223.00 | | | $ - | $ - | $ - | $ - | $ - | $ - |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| TOTALS | | | $ 2,650.00 | $ 223.00 | | | $ - | $ - | $ - | $ - | $ - | $ - |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

POMPANO SENIOR SQUADRON FLYING CLUB

Debtor.

Case No. 22-15714-PDR

Chapter 11

_____/

**FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT
OF EXPENSES OF CAROL L. FOX, AS SUBCHAPTER V TRUSTEE FOR THE
PERIOD FROM JULY 27, 2022 THROUGH DECEMBER 1, 2022**

Carol L. Fox, Subchapter V Trustee ("**Trustee**"), files her First and Final Application (the

"**Application**") for allowance of compensation for services rendered and reimbursement of

expenses incurred for the period from July 27, 2022 through December 1, 2022 (the "**Application**

**Period**"), and in support thereof states as follows:

**PRELIMINARY STATEMENT**

1.      This Application is filed pursuant to 11 U.S.C. §§ 330 and 331 (the "**Bankruptcy**

**Code**"), Rule 2016(a) of the Federal Rules of Bankruptcy Procedure, (the "**Fee Guidelines**") and

the Local Rules.

2.      In accordance with the Fee Guidelines, the following exhibits are attached to this

Application:

| | |
|---|---|
| Exhibit A | Certification |
| Exhibit 1 | Fee Application Summary Chart |
| Exhibit 2-A | Summary of Professional Time Total per Individual for This Period Only |
| Exhibit 2-B | Summary of Professional Time by Activity Code for This Period Only |
| Exhibit 3 | Summary of Requested Reimbursement of Expenses for this Time Period Only |

3

| Exhibit 4 | Applicant's Complete Time Records in Chronological Order by Activity Code for this Time Period Only |

## BACKGROUND

3.    On July 26, 2022, (the "**Petition Date**") Pompano Senior Squadron Flying Club, Inc., (the "**Debtor**") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

4.    On July 27, 2022, the United States Trustee Appointed Carol L. Fox as Trustee (the "**Trustee**") and filed the *Notice of Appointment of Subchapter V Trustee* [DE 8].

## SUMMARY OF SERVICES RENDERED

5.    The Trustee respectfully requests the allowance, award, and payment of fees for services performed.

6.    The majority of services rendered by the Trustee during the Application Period are summarized below.   A description of (i) the professional performing the services; (ii) the date the services were performed; and (iii) a detailed description of the nature of the services and the time expended.

7.    Specifically, the Trustee rendered the following services during the Application Period:

**Case Administration**

Hours Expended:    2.10
Fees Requested:    $1,080.00

This task includes:

**Preparation for and telephonic attendance at the**:

    (a) Initial Debtor Interview (IDI),

    (b) 341 meeting of creditors, and

    (c) Subchapter V Status Conference.

Additionally, this category includes time spent (a) attending case hearings, (b) reviewing case pleadings, (c) preparing and filing various documents with the Court.

### Financial Analysis

Hours Expended:        0.70
Fees Requested:        $315.00

This task includes review and analysis of the Debtor's Monthly Operating Reports and financial projections.

### Fee Application

Hours Expended:  1.40
Fees Requested:    $355.00

This task includes the preparation of the *First and Final Application for Compensation and Reimbursement of Expenses of Carol L. Fox, as Subchapter V Trustee for the period from July 27, 2022 through December 1, 2022.*

## FACTORS TO BE CONSIDERED

8.        The Trustee believes that the requested fee of $1,750.00 for 4.50 hours is reasonable considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), set forth below:

(a)        Time and Labor Required;

(b)        Novelty and Difficulty of the Services Rendered;

(c)        Skill Requisite to Perform the Services Properly;

(d)     Preclusion of Other Employment by the Professional Due to the Acceptance of the Case;

(e)     Customary Fee;

(f)     Whether the Fee is Fixed or Contingent;

(g)     Time Limitations Imposed by the Client or Other Circumstances;

(h)     Experience, Reputation, and Ability of the Professional;

(i)     Undesirability of the Case;

(j)     Nature and Length of the Professional Relationship with the Client; and

(k)     Awards in Similar Cases.

9.      Based on the standards set forth in section 330 of the Bankruptcy Code and *First Colonial,* the Trustee believes that the amounts requested herein represent the fair and reasonable value of its services rendered during the Application Period.

10.     The Trustee also requests reimbursement of $0.00 which amount equals one hundred percent (100%) of the actual and necessary out-of-pocket disbursements and charges incurred by the Trustee during the Application Period.

## **CONCLUSION**

11.     The Trustee submits that this Application complies with the applicable provisions of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules and the Fee Guidelines.

12.     No agreement or understanding exists between the Trustee and any other person for the sharing of compensation received or to be received for services rendered in connection with this case except as permitted under 11 U.S.C. § 504.

WHEREFORE, the Trustee requests the entry of an Order (i) granting this the First and

Final Application; (ii) allowing and awarding fees in the amount of $1,750.00 and estimated fees of $900.00 for a total amount of fees of $2,650.00; (iii) allowing and awarding expenses in the amount of $0.00 and estimated expenses of $223.00 for a total amount of expenses of $223.00; for a total award of **$2,873.00** for the period July 27, 2022 through December 1, 2022, for which no previous fee application has been made; (iv) authorizing payment of fees and costs awarded; and (v) affording such other and further relief as may be fair and reasonable under the circumstances.

Respectfully submitted:   December 1, 2022

CAROL L. FOX
Subchapter V Trustee
200 E. Broward Blvd., Suite 1010
Ft. Lauderdale, FL 33301
(954) 859-5075


By:   /s/ Carol L. Fox
          CAROL L. FOX

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the *First and Final Application for Compensation and Reimbursement of Expenses of Carol L. Fox, as Subchapter V Trustee for the period from July 27, 2022 through December 1, 2022* was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case this 1st day of December, 2022.

CAROL L. FOX
Subchapter V Trustee
200 E. Broward Blvd., Suite 1010
Ft. Lauderdale, FL 33301
(954) 859-5075


By:  ___/s/ Carol L. Fox_____
        CAROL L. FOX

8

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:

                                               Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON FLYING CLUB        Chapter 11

      Debtor.
_____/

**<u>CERTIFICATION</u>**

1.      I am the professional with responsibility in this case for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Fee Guidelines").

2.      I have read the application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Fee Guidelines, and the fees and expenses sought fall within the Fee Guidelines, except as specifically noted in this certification and described in the Application.

3.      The fees and expenses sought are billed at rates and in accordance with practices customarily employed by Carol L. Fox in her Subchapter V cases.

4.      The following are the variances with the provisions of the Fee Guidelines, the date of each court order approving the variance, and the justification for the variance:   Not applicable.

Dated:   December 1, 2022

CAROL L. FOX
Subchapter V Trustee
200 E. Broward Blvd., Suite 1010
Ft. Lauderdale, FL 33301
(954) 859-5075


By:    /s/ Carol L. Fox        
          CAROL L. FOX

Summary of Professional Time
Total Per Individual This Period Only
(EXHIBIT "2-A")

| Professional | Title | Year Licensed / Years of Experience | | Total Hours | Hourly Rate | | Total Fees | |
|---|---|---|---|---|---|---|---|---|
| Carol Fox, CPA, CIRA, CFE | Subchapter V Trustee | 1989 | 35 Years | 3.50 | $ | 450.00 | $ | 1,575.00 |
| Ashley Peal | Analyst | | 11 Years | 1.00 | $ | 175.00 | | 175.00 |
| | **Total:** | | | **4.50** | | | **$** | **1,750.00** |
| | **Blended Hourly Rate:** | | | | **$** | **388.89** | | |

Summary of Professional Time
by Activity Code for this Time Period Only
(EXHIBIT "2-B")

| Activity Code | Professional | Hours | Rate | Total |
|---|---|---|---|---|
| Case Administration | | | | |
| | Carol Fox, CPA, CIRA, CFE | 2.40 | $ 450.00 | $ 1,080.00 |
| | **Total:** | **2.40** | | **1,080.00** |
| | | | | |
| Financial Analysis | | | | |
| | Carol Fox, CPA, CIRA, CFE | 0.70 | $ 450.00 | $ 315.00 |
| | **Total:** | **0.70** | | **315.00** |
| | | | | |
| Fee Application | | | | |
| | Carol Fox, CPA, CIRA, CFE | 0.40 | $ 450.00 | 180.00 |
| | Ashley Peal | 1.00 | $ 175.00 | 175.00 |
| | **Total:** | **1.40** | | **355.00** |
| | **Total all categories** | **4.50** | | **$ 1,750.00** |
| | | | | |
| | **Blended Hourly Rate:** | | **$ 388.89** | |

Summary of Requested Reimbursement of Expenses
for this Time Period Only
(EXHIBIT "3")

| | | |
|---|---|---|
| Filing Fees | $ | - |
| Process Service Fees | | - |
| Witness Fees | | - |
| Court Reporter Fees and Transcripts | | - |
| Lien and Title Searches | | - |
| Photocopies | | |
| (a) In-house copies ($___ at 15 cents/page) | | - |
| (b) Outside copies ($____) | | - |
| Postage | | - |
| Overnight Delivery Charges | | - |
| Outside Courier/Messenger Services | | - |
| Long Distance Telephone Charges | | - |
| Long Distance Fax Transmissions | | - |
| (copies at $1/page) | | |
| Computerized Research | | - |
| Out-of-Southern-District-Of-Florida Travel | | |
| (a) Transportation | | - |
| (b) Lodging | | - |
| (c) Meals | | - |
| Estimate | | - |
| **Total Expense Reimbursement Requested** | **$** | **-** |

Applicant's Complete Time Records, in Chronological Order,
by Activity Code Category for this Time Period Only
(EXHIBIT "4")

| Professional | Activity | Date | Description | Hours | Rate | Total |
|---|---|---|---|---|---|---|
| Carol Fox, CPA, CIRA, CFE | Case Administration | 08/16/22 | Initial call with counsel for the Debtor to discuss case and goals to reach a consensual plan | 0.20 | $ 450.00 | $ 90.00 |
| Carol Fox, CPA, CIRA, CFE | Case Administration | 08/24/22 | Attend 341 meeting of creditors | 0.40 | $ 450.00 | 180.00 |
| Carol Fox, CPA, CIRA, CFE | Case Administration | 08/24/22 | Telephone conference with S. Lasky, counsel for Sunwood | 0.40 | $ 450.00 | 180.00 |
| Carol Fox, CPA, CIRA, CFE | Case Administration | 08/25/22 | Attend status conference | 0.20 | $ 450.00 | 90.00 |
| Carol Fox, CPA, CIRA, CFE | Case Administration | 09/06/22 | Telephone conference with creditor - Carl Kennedy re: case overview and objection to retention | 0.90 | $ 450.00 | 405.00 |
| Carol Fox, CPA, CIRA, CFE | Financial Analysis | 10/12/22 | Review and analyze July and August Monthly Operating Reports (0.4);  follow-up the Debtor's counsel re: inquiries regarding the same (0.3) | 0.70 | $ 450.00 | 315.00 |
| Carol Fox, CPA, CIRA, CFE | Case Administration | 10/13/22 | Attend hearing re: post-petition retainers | 0.30 | $ 450.00 | 135.00 |
| Ashley Peal | Fee Application | 11/30/22 | Prepare first and final fee application | 1.00 | $ 175.00 | 175.00 |
| Carol Fox, CPA, CIRA, CFE | Fee Application | 12/01/22 | Review and final first and final fee application | 0.40 | $ 450.00 | 180.00 |
| | | | **Grand Total** | **4.50** | | **$ 1,750.00** |
| | | | **Blended Average Hourly Rate** | | | **$ 388.89** |