UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

POMPANO SENIOR SQUADRON FLYING CLUB          Case No. 22-15714-PDR
Chapter 11

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the *First and Final Fee Application For Compensation and Reimbursement of Expenses of Carol L. Fox as Subchapter V Trustee For the Period From July 27, 2022 to December 1, 2022* [DE 75] was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via US Mail to the attached service list on the 2nd day of December, 2022.

                              Carol L. Fox
                              Subchapter V Trustee
                              200 E. Broward Blvd., Suite 1010
                              Ft. Lauderdale, FL 33301
                              Telephone: (954) 859-5075
                              Email: cfox@brileyfin.com

                              By:   /s/ Carol L. Fox
                                      CAROL L. FOX

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

| IN RE: | CASE NO: 22-15714-PDR |
|---|---|
| POMPANO SENIOR SQUADRON FLYING CLUB | **DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11<br>ECF Docket Reference No. 75 |

On 12/2/2022, I did cause a copy of the following documents, described below,

SUMMARY OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
ECF Docket Reference No. 75

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/2/2022

/s/ Carol L Fox
Carol L Fox

B. Riley Advisory Services
200 E. Broward Blvd., Suite 1010
Ft. Lauderdale, FL  33301
954 871 9094
agordon@brileyfin.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

| IN RE: | CASE NO: 22-15714-PDR |
|---|---|
| POMPANO SENIOR SQUADRON FLYING CLUB | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |
| | ECF Docket Reference No. 75 |

On 12/2/2022, a copy of the following documents, described below,

SUMMARY OF FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES
ECF Docket Reference No. 75

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/2/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Carol L Fox
B. Riley Advisory Services
200 E. Broward Blvd., Suite 1010
Ft. Lauderdale, FL  33301

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

| CASE INFO | DEBTOR | ~~EXCLUDE~~ |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-15714-PDR<br>SOUTHERN DISTRICT OF FLORIDA<br>THU DEC 1 13-14-45 PST 2022 | POMPANO SENIOR SQUADRON FLYING CLUB<br>INC<br>1421 SOUTH OCEAN BOULEVARD<br>SUITE 102<br>POMPANO BEACH    FL 33062-7314 | ~~(U)SUNWOOD   INC~~ |
| AARON GILLESPIE<br>819 NE 14TH CT<br>FT LAUDERDALE    FL 33304-1215 | AIR POWER    INC<br>4912 S COLLINS STREET<br>ARLINGTON    TX 76018-1135 | ~~EXCLUDE~~<br>~~(U)AIRWORTHY SERVICES    LLC~~ |
| AIRWORTHY SERVICES    LLC<br>969 SE 6TH TERRACE<br>POMPANO BEACH    FL 33060-9401 | AIRWORTHY SERVICES    LLC<br>CO RONALD ZILLER    PRESIDENT<br>969 SE 6TH TERRACE<br>POMPANO BEACH    FL 33060-9401 | ALESSANDRO POTENTI<br>1410 MIDDLE RIVER DRIVE<br>FORT LAUDERDALE    FLORIDA 33304-1526 |
| ALLAN SEFRANEK<br>336 N BIRCH ROAD<br>8E<br>FT LAUDERDALE    FL 33304-4202 | ALON ROSENBERG<br>1375 SW 14TH AVENUE<br>BOCA RATON    FL 33486-5326 | ANDREW BILUKHA<br>12629 NW 13TH COURT<br>SUNRISE    FL 33323-3155 |
| ANDREW COHEN<br>1314 E LOS OLAS BOULEVARD    SUITE 9<br>FT LAUDERDALE    FL 33301-2334 | ANTHONY ARD<br>240 SE 28TH WAY<br>POMPANO BEACH    FL 33062-5437 | ANTHONY ASTRAYCANEDA<br>20976 UP TOWN AVENUE<br>APARTMENT 410<br>BOCA RATON    FL 33428-6576 |
| ANTHONY TRANCHIDA<br>4974 NW 48TH AVENUE<br>COCONUT CREEK    FL 33073-4937 | ARA YANIKIAN<br>4144 NW 83RD LANE<br>CORAL SPRINGS    FL 33065-1316 | ARTHUR J GALLAGHER RISK MANAGEMENT<br>SERVICES    INC<br>2580 FOXFIELD ROAD<br>SUITE 203<br>SAINT CHARLES    IL 60174-1409 |
| ARTHUR J GALLAGHER RISK MANAGEMENT<br>SERVICES    INC<br>CO GALLAGHER AVIATION<br>2580 FOXFIELD ROAD    SUITE 203<br>SAINT CHARLES    IL 60174-1409 | BERNARDO PICCA<br>168 ORANGE DRIVE<br>BOYNTON BEACH    FL 33436-1844 | BRAIN BUTZER<br>19721 118TH TRAIL SOUTH<br>BOCA RATON    FL 33498-6506 |
| BRUCE AYALA<br>6835 NW 22ND TERRACE<br>FORT LAUDERDALE    FL 33309-1426 | BRUCE KNECHT<br>2130 NE 30TH STREET<br>LIGHTHOUSE POINT    FL 33064-7631 | CARL L JKENNEDY    II<br>2929 S OCEAN BOULEVARD<br>SUITE 510<br>BOCA RATON    FL 33432-8323 |
| CARL L KENNEDY    II<br>2929 S OCEAN BOULEVARD<br>SUITE 510<br>BOCA RATON    FL 33432-8323 | CARSON REDDICK<br>100 N FEDERAL HIGHWAY<br>FT LAUDERDALE    FL 33301-1129 | CASEY AHLBUM<br>10375 NW 39TH MANOR<br>CORAL SPRINGS    FL 33065-1523 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (I,E,DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
CESAR HERNANDEZ                    CHARLY J GUZMAN                         CHRISTOPHER TROESCH
16711 SAPPHIRE ISLE                980 N FEDERAL HIGHWAY SUITE 110         2500 N OCEAN BOULEVARD
WESTON   FL 33331-3168             CO KENNEDY  GOARD LLC                   POMPANO BEACH   FL 33062-2942
                                   BOCA RATON   FL 33432-2704


COREY PECHONIS                     DARREN AYOUB                            DAVE DAVISON
770 SE 2ND AVENUE                  205 WOODLAND ROAD                       205 SW 28TH STREET
APARTMENT F-206                    PALM SPRINGS   FL 33461-1068            FORT LAUDERDALE   FL 33315-3131
DEERFIELD BEACH   FL 33441-5421


DAVID WATKINS                      DONALD CANNAROZZI                       DONALD MCNIEL
1012 KANASGOWA DRIVE               204 SE 9TH STREET                       2720 NE 6TH STREET
BREVARD   NC 28712-9094            DANIA BEACH   FL 33004-4439             POMPANO BEACH   FL 33062-4929


EDWIN THOMPSON ORCINO              ERICA K RAMOS   ESQ                     EVAN MUNRO
4960 WINDWARD WAY                  110 SE 6TH STREET                       353 W 47TH STREET
FT LAUDERDALE   FL 33312-5221      17TH FLOOR                              APARTMENT 4H
                                   FORT LAUDERDALE   FL 33301-5047         MIAMI BEACH   FLORIDA 33140-3106


GAMMA DEAN                         GENE VERTKIN                            GERARD WILLIAMS
1708 LAS OLAS BOULVARD             1039 HILLSBORO MILE 2                   5800 SW 130TH AVENUE
FT LAUDERDALE   FL 33312-7517      HILLSBORO BEACH   FL 33062-2104         SOUTHWEST RANCHES   FL 33330-3108


GIANCARLO DANERI                   GIDEON BRENT                            GREGORY GALYO
1201 RIVER REACH DRIVE             140 SW 7TH COURT                        4496 SW 37TH AVENUE
APARTMENT 404                      POMPANO BEACH   FL 33060-8398           FORT LAUDERDALE   FL 33312-5402
FT LAUDERDALE   FL 33315-1180


GREGORY GILHOOLY                   GREGORY MADONNA                         HARRY POLLACK
5773 NW 119TH TERRACE              411 N NEW RIVER DRIVE EAST              2810 NE 20TH AVENUE
CORAL SPRINGS   FLORIDA 33076-4031 APARTMENT 2006                          LIGHTHOUSE POINT   FL 33064-7606
                                   FT LAUDERDALE   FL 33301-3181


HENRYK DABROWSKI                   (P)INTERNAL REVENUE SERVICE             INTERNAL REVENUE SERVICE
3004 OAKBROOK DRIVE                CENTRALIZED INSOLVENCY OPERATIONS       PO BOX 7346
WESTON   FL 33332-3418             PO BOX 7346                             PHILADELPHIA   PA 19101-7346
                                   PHILADELPHIA PA 19101-7346


JPMORGAN CHASE BANK  NA            JAMESON CLIFFORD                        JASON COSTELLO
SBMT CHASE BANK USA  NA            2740 NE 9TH COURT                       301 SW 1ST AVE
CO ROBERTSON  ANSCHUTZ  SCHNEID PL POMPANO BEACH   FL 33062-4209           FT LAUDERDALE   FL 33301-4342
6409 CONGRESS AVENUE  SUITE 100
BOCA RATON   FL 33487-2853
```

PARTIES DESIGNATED AS "EXCLUDE FROM SERVICE VIA USPS FIRST CLASS MAIL (E)" DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
JASON SAGER                            JAY HEPPNER                            JEANCLAUDE CONTE
5301 MAGELLAN CIRCLE                   3212 NE 40TH STREET                    3507 OAKS WAY
AVENTURA   FL 33180                    FT LAUDERDALE   FL 33308-6410          APARTMENT 101
                                                                              POMPANO BEACH   FL 33069-5339


USPS CHANGE
JEFFREY BLAKE                          JEFFREY RONNER                         JORGE SALINGER
1961 WATERS EDGE                       6512 BURNING WOOD DRIVE                2701 N OCEAN BOULEVARD
POMPANO BEACH FL   33062-7691          APARTMENT 210                          E605
                                       BOCA RATON   FL 33433-5134             BOCA RATON   FL 33431-7045




JOSE HERNANDEZ                         JUAN RAMIREZ                           JULIAN HERNANDEZ
4442 E AQUA BELLA LANE                 2211 NE 15TH COURT                     321 NW 17TH AVENUE
FORT LAUDERDALE   FL 33312-5651        FT LAUDERDALE   FL 33304-1417          POMPANO BEACH   FL 33069-2867




JUSTIN ARMSTRONG                       KEVIN MACLEAN                          KEVIN PRIOR
3391 LIBERTY STREET                    209 RIVER TERRACE DRIVE                53 CASTLEROCK LANE
HOLLYWOOD   FL 33021-4334              JUPITER   FL 33469-2945                BOLTON   CT 06043-7856




KEVIN TRACEY                           KILLIAN OCONNOR                        LAW OFFICE OF DANE STANISH   PA
1044 SW 42ND AVENUE                    200 S BIRCH ROAD                       CO DANE T STANISH   ESQ
DEARFIELD BEACH   FL 33442-8254        APARTMENT 810                          3475 SHERIDAN STREET   SUITE 209
                                       FT LAUDERDALE   FL 33316-1536          FORT LAUDERDALE   FL 33301




LAW OFFICES OF EDWARD F HOLODAK   PA   LOGAN ANDERSON                         LUCA PASTORE
CO EDWARD F HOLODAK   ESQ              2625 NE 17TH STREET                    2615 NE 21ST TERRACE
3326 NE 33RD STREET                    POMPANO BEACH   FL 33062-3212          LIGHTHOUSE POINT   FL 33064-7740
FORT LAUDERDALE   FL 33308-7110




MARISSA STUTES                         MARK JARVIS                            MICHAEL BORER
4315 SARVER DRIVE                      140 SE 9TH STREET                      CO JEFFREY B LAMPERT   ESQ
LAKE CHARLES   LA 70605-4421           POMPANO BEACH   FL 33060-8849          THE BARRISTER BUILDING
                                                                              1615 FORUM PLACE   SUITE 4-B
                                                                              WEST PALM BEACH   FL 33401-2317


MICHAEL DUBIN                          MICHAEL SCHEERINGA                     MICHAEL STRONGIN
6171 FLORAL LAKES DRIVE                517 SE 25TH AVENUE                     9559 COLLINS AVENUE
DELRAY BEACH   FL 33484-4606           FT LAUDERDALE   FL 33301-2615          APARTMENT 409
                                                                              SURFSIDE   FL 33154-2657




MICHAEL TAGGART                        MOSART SEBBEN                          OFFICE OF THE US TRUSTEE
2801 FLORIDA AVENUE                    7676 NW 60TH LANE                      51 SW 1ST AVE
APARTMENT 215                          PARKLAND   FL 33067-3321               SUITE 1204
MIAMI   FL 33133-1908                                                         MIAMI   FL 33130-1614
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)UPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | EXCLUDE | EXCLUDE |
|---|---|---|
| ORI ADIVI<br>3218 NE 211 TERRACE<br>AVENTURA   FL 33180-3688 | (U)PAUL K SANCHEZ | (D)PAUL K SANCHEZ |
| PAUL K SANCHEZ<br>10643 SHORE DRIVE<br>BOCA RATON   FL 33428-5645 | PAUL K SANCHEZ<br>BOCA RATON   FL 33428 | PAUL K SANCHEZ<br>CO ROBERT J PUZIO  ESQ<br>THE LITIGATION DEFENSE GROUP  INC<br>1040 BAYVIEW DRIVE  SUITE 520<br>FORT LAUDERDALE   FL 33304-2506 |
| PAUL NUDELMAN<br>2301 COLLINS AVENUE<br>PENTHOUSE 1<br>MIAMI BEACH   FL 33139-1603 | PAUL PALMERI<br>1475 SE 15TH STREET<br>APARTMENT 301<br>FORT LAUDERDALE   FL 33316-4706 | PAUL SANCHEZ<br>10643 SHORE DRIVE<br>BOCA RATON   FL 33428-5645 |
| PAULO DE LIMA YOSHIDA<br>1160 N FEDERAL HIGHWAY<br>APARTMENT 1016<br>FT LAUDERDALE   FL 33304-1436 | RAJA MALEK<br>714 HERON DRIVE<br>DELRAY BEACH   FL 33444-1924 | RANDY GREENFIELD<br>3305 NE 39TH STREET<br>FORT LAUDERDALE   FL 33308-6440 |
| RICK MCQUAIDE<br>1518 SE 12TH COURT<br>DEARFIELD BEACH   FL 33441-7110 | ROBERT BRAUSER<br>90 COMPASS LANE<br>FT LAUDERDALE   FL 33308-2010 | ROBERT NAST<br>3165 NE 48TH COURT<br>LIGHTHOUSE POINT   FL 33064-7975 |
| ROBERT RUTTEN<br>101 BRINY AVENUE<br>APARTMENT 1002<br>POMPANO BEACH   FL 33062-5615 | ROBERT SCHNEIDER<br>9838 SAVONA WINDS DRIVE<br>DELRAY   FL 33446-9765 | RONALD ZILLER<br>969 SE 6TH TERRACE<br>POMPANO BEACH   FL 33060-9401 |
| SEC COMMISION<br>OFFICE OF REORGANIZATION<br>950 E PACES FERRY ROAD NE<br>SUITE 900<br>ATLANTA   GA 30326-1382 | SARASOTA AVIONICS  MAINTENANCE<br>120 AIRPORT AVENUE WEST<br>VENICE   FL 34285-3921 | SHELTAIR POMPANO BEACH  LLC<br>4860 NE 12TH AVENUE<br>FORT LAUDERDALE   FL 33334-4804 |
| STEPHEN HORNIACEK<br>1790 SE 4TH STREET<br>POMPANO BEACH   FL 33060-7602 | STEPHEN TAYLOR<br>1334 N 30TH ROAD<br>HOLLYWOOD 33021-5004 | SUNWOOD  INC<br>SUSAN D LASKY  PA<br>CO SUSAN D LASKY  ESQ<br>320 SE 18TH STREET<br>FORT LAUDERDALE   FL 33316-2818 |
| SUNWOOD  INC<br>CO DANA STANISH  ESQ<br>LAW OFFICES OF DANE STANISH  PA<br>3475 SHERIDAN STREET  SUITE 209<br>HOLLYWOOD   FL 33021-3659 | THE LAW OFFICE OF STEPHEN BARKER<br>901 A CLINT MOORE ROAD<br>BOCA RATON   FL 33487-2876 | THE LAW OFFICES OF SCOTT J KALISH  PLL<br>CO SCOTT J KALISH  ESQ<br>2161 PALM BEACH LAKES BOULEVARD<br>WEST PALM BEACH   FL 33409-6612 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL (D)-DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TIMOTHY ROSMAN
1548 NE 37TH STREET
OAKLAND PARK   FL 33334-4623

TOBY ROTHE
1401 S OCEAN BOULEVARD
APARTMENT 504
POMPANO BEACH   FL 33062-7386

TOM WARFIELD
4900 N OCEAN BOULEVARD
UNIT 403
FT LAUDERDALE   FL 33308-2931

TOR HOLM
2351 SW 26TH AVENUE
FORT LAUDERDALE   FL 33312-4536

TRAVIS MCQUADE
14861 ENCLAVE PRESERVE CIRCLE
T4
DELRAY BEACH   FL 33484-8827

YONATHAN YEHEZKEL
54 NE 95TH STREET
MIAMI SHORES   FL 33138-2707

ANTHONY ARD
240 SE 28TH AVENUE
POMPANO BEACH   FL 33062-5437

EXCLUDE
(U)BRUCE AYALA
AVIATION LEGAL COUNSEL
110 SE 6TH STREET  17TH FLOOR
FORT LAUDERDALE

CARL KENNEDY
CO KANIUK LAW OFFICE   PA
1615 S CONGRESS AVENUE
SUITE 103
DELRAY BEACH   FL 33445-6326

EXCLUDE
CAROL LYNN FOX
200 EAST BROWARD BLVD SUITE 1010
FT LAUDERDALE   FL 33301-1943

(P)RICE PUGATCH ROBINSON STORFER   COHEN PLLC
ATTN CO CRAIG A PUGATCH ESQ
101 NE 3RD AVENUE
SUITE 1800
FORT LAUDERDALE FL 33301-1252

EDWARD F HOLODAK
7951 SW 6 ST   210
PLANTATION   FL 33324-3276

JASON SLATKIN ESQ
LORIUM LAW
101 NE 3RD AVENUE SUITE 1800
FORT LAUDERDALE   FL 33301-1252

EXCLUDE
(D)PAUL K SANCHEZ

RAYMOND C CAHILL
4801 S UNIVERSITY DR
DAVIE   FL 33328-3842