**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

www.flsb.uscourts.gov

In re:                                                                                      Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                      Chapter 11
FLYING CLUB, INC.,                                                           (Subchapter V)

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the *Notice of Hearing re Motion to Extend Time to File Objections to Claims* (ECF No. 67) was served to all parties listed on the attached Service List on November 18, 2022.

    Dated this 6th day of December, 2022.

                                              **LORIUM LAW**
                                              *Attorneys for Debtor in Possession, Pompano Senior Squadron Flying Club, Inc.*
                                              101 NE Third Avenue, Suite 1800
                                              Fort Lauderdale, FL 33301
                                              Telephone: (954) 462-8000
                                              Facsimile: (954) 462-4300

                                              By: /s/ Craig A. Pugatch
                                                    CRAIG A. PUGATCH
                                                    Florida Bar No. 653381
                                                    capugatch@loriumlaw.com

## SERVICE LIST

### VIA CM/ECF

Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the US Trustee
Adisley.M.Cortez-Rodriguez@usdoj.gov

Carol Lynn Fox
cfox@brileyfin.com, cclf11@trustesolutions.net

Ronald S Kaniuk, Esq. on behalf of Creditor Carl Kennedy
ron@kaniuklawoffice.com

Susan D. Lasky, Esq on behalf of Creditor Sunwood, Inc.
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert J Puzio on behalf of Creditor Paul K Sanchez
puziolaw@bellsouth.net

Erica Kristine Ramos on behalf of Creditor Bruce Ayala
erica@aviationlegalcounsel.com

Dane T. Stanish, Esq. on behalf of Creditor Sunwood, Inc.
stanishd@gmail.com


### VIA U.S. Mail

See attached Mailing Matrix

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-15714-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Fri Nov 18 12:19:32 EST 2022 | Pompano Senior Squadron Flying Club, Inc.<br>1421 South Ocean Boulevard<br>Suite 102<br>Pompano Beach, FL 33062-7314 | Aaron Gillespie<br>819 NE 14th Ct<br>Ft lauderdale, FL 33304-1215 |
| Air Power, Inc.<br>4912 S. Collins Street<br>Arlington, TX 76018-1135 | Airworthy Services, LLC<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 | Airworthy Services, LLC<br>c/o Ronald Ziller, President<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 |
| Alessandro Potenti<br>1410 Middle River Drive<br>Fort Lauderdale, Florida 33304-1526 | Allan Sefranek<br>336 N. Birch Road<br>8E<br>Ft Lauderdale, FL 33304-4202 | Alon Rosenberg<br>1375 SW 14th Avenue<br>Boca Raton, FL 33486-5326 |
| Andrew Bilukha<br>12629 NW 13th Court<br>Sunrise, FL 33323-3155 | Andrew Cohen<br>1314 E Los Olas Boulevard, Suite 9<br>Ft Lauderdale, FL 33301-2334 | Anthony Ard<br>240 SE 28th Way<br>Pompano Beach, FL 33062-5437 |
| Anthony Astray-Caneda<br>20976 Up Town Avenue<br>Apartment 410<br>Boca Raton, FL 33428-6576 | Anthony Tranchida<br>4974 NW 48th Avenue<br>Coconut Creek, FL 33073-4937 | Ara Yanikian<br>4144 NW 83rd Lane<br>Coral Springs, FL 33065-1316 |
| Arthur J. Gallagher Risk Management<br>Services, Inc.<br>2580 Foxfield Road<br>Suite 203<br>Saint Charles, IL 60174-1409 | Arthur J. Gallagher Risk Management<br>Services, Inc.<br>c/o Gallagher Aviation<br>2580 Foxfield Road, Suite 203<br>Saint Charles, IL 60174-1409 | Bernardo Picca<br>168 Orange Drive<br>Boynton Beach, FL 33436-1844 |
| Brain Butzer<br>19721 118th Trail South<br>Boca Raton, FL 33498-6506 | Bruce Ayala<br>6835 NW 22nd Terrace<br>Fort Lauderdale, FL 33309-1426 | Bruce Knecht<br>2130 NE 30th Street<br>Lighthouse Point, FL 33064-7631 |
| Carl L. J+Kennedy, II<br>2929 S. Ocean Boulevard<br>Suite 510<br>Boca Raton, FL 33432-8323 | Carl L. Kennedy, II<br>2929 S. Ocean Boulevard<br>Suite 510<br>Boca Raton, FL 33432-8323 | Carson Reddick<br>100 N. Federal Highway<br>Ft Lauderdale, FL 33301-1129 |
| Casey Ahlbum<br>10375 NW 39th Manor<br>Coral Springs, FL 33065-1523 | Cesar Hernandez<br>16711 Sapphire Isle<br>Weston, FL 33331-3168 | Charly J Guzman<br>980 N Federal Highway Suite 110<br>c/o Kennedy & Goard LLC<br>Boca Raton, FL 33432-2704 |
| Christopher Troesch<br>2500 N. Ocean Boulevard<br>Pompano beach, Fl 33062-2942 | Corey Pechonis<br>770 SE 2nd Avenue<br>Apartment F-206<br>Deerfield Beach, FL 33441-5421 | Darren Ayoub<br>205 Woodland Road<br>Palm Springs, FL 33461-1068 |

| | | |
|---|---|---|
| Dave Davison<br>205 SW 28th Street<br>Fort Lauderdale, FL 33315-3131 | David Watkins<br>1012 Kanasgowa Drive<br>Brevard, NC 28712-9094 | Donald Cannarozzi<br>204 SE 9th Street<br>Dania Beach, FL 33004-4439 |
| Donald McNiel<br>2720 NE 6th Street<br>Pompano Beach, FL 33062-4929 | Edwin Thompson Orcino<br>4960 Windward Way<br>Ft Lauderdale, FL 33312-5221 | Erica K. Ramos, Esq.<br>110 SE 6th Street,<br>17th Floor<br>Fort Lauderdale, FL 33301-5047 |
| Evan Munro<br>353 W 47th Street<br>Apartment 4H<br>Miami Beach, Florida 33140-3106 | Gamma Dean<br>1708 Las Olas Boulevard<br>Ft lauderdale, FL 33312-7517 | Gene Vertkin<br>1039 Hillsboro Mile #2<br>Hillsboro Beach, FL 33062-2104 |
| Gerard Williams<br>5800 SW 130th Avenue<br>Southwest Ranches, FL 33330-3108 | Giancarlo Daneri<br>1201 River Reach Drive<br>Apartment 404<br>Ft Lauderdale, FL 33315-1180 | Gideon Brent<br>140 SW 7th Court<br>Pompano Beach, FL 33060-8398 |
| Gregory Galyo<br>4496 SW 37th Avenue<br>Fort Lauderdale, FL 33312-5402 | Gregory Gilhooly<br>5773 NW 119th Terrace<br>Coral Springs, Florida 33076-4031 | Gregory Madonna<br>411 N New River Drive East<br>Apartment 2006<br>Ft Lauderdale, FL 33301-3181 |
| Harry Pollack<br>2810 NE 20th Avenue<br>Lighthouse Point, Fl 33064-7606 | Henryk Dabrowski<br>3004 Oakbrook Drive<br>Weston, FL 33332-3418 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jameson Clifford<br>2740 NE 9th Court<br>Pompano Beach, FL 33062-4209 |
| Jason Costello<br>301 SW 1St Ave<br>Ft Lauderdale, FL 33301-4342 | Jason Sager<br>5301 Magellan Circle<br>Aventura, FL 33180 | Jay Heppner<br>3212 NE 40th Street<br>Ft Lauderdale, FL 33308-6410 |
| Jean-Claude Conte<br>3507 Oaks Way<br>Apartment 101<br>Pompano Beach, FL 33069-5339 | (c)JEFFREY BLAKE<br>1961 WATERS EDGE<br>POMPANO BEACH FL 33062-7691 | Jeffrey Ronner<br>6512 Burning Wood Drive<br>Apartment 210<br>Boca Raton, FL 33433-5134 |
| Jorge Salinger<br>2701 N. Ocean Boulevard<br>E605<br>Boca Raton, FL 33431-7045 | Jose Hernandez<br>4442 E Aqua Bella Lane<br>Fort Lauderdale, FL 33312-5651 | Juan Ramirez<br>2211 NE 15th Court<br>Ft Lauderdale, FL 33304-1417 |

| | | |
|---|---|---|
| Julian Hernandez<br>321 NW 17th Avenue<br>Pompano Beach, FL 33069-2867 | Justin Armstrong<br>3391 Liberty Street<br>Hollywood, FL 33021-4334 | Kevin MacLean<br>209 River Terrace Drive<br>Jupiter, FL 33469-2945 |
| Kevin Prior<br>53 Castlerock Lane<br>Bolton, CT 06043-7856 | Kevin Tracey<br>1044 SW 42nd Avenue<br>Dearfield Beach, FL 33442-8254 | Killian O'Connor<br>200 S Birch Road<br>Apartment 810<br>Ft lauderdale, FL 33316-1536 |
| Law Office of Dane Stanish, P.A.<br>c/o Dane T. Stanish, Esq.<br>3475 Sheridan Street, Suite 209<br>Fort Lauderdale, FL 33301 | Law Offices of Edward F. Holodak, PA<br>c/o Edward F. Holodak, Esq.<br>3326 NE 33rd Street<br>Fort Lauderdale, FL 33308-7110 | Logan Anderson<br>2625 NE 17th Street<br>Pompano Beach, FL 33062-3212 |
| Luca Pastore<br>2615 NE 21st Terrace<br>Lighthouse Point, FL 33064-7740 | Marissa Stutes<br>4315 Sarver Drive<br>lake Charles, LA 70605-4421 | Mark Jarvis<br>140 SE 9th Street<br>Pompano Beach, FL 33060-8849 |
| Michael Borer<br>c/o Jeffrey B. Lampert, Esq.<br>The Barrister Building<br>1615 Forum Place, Suite 4-B<br>West Palm Beach, FL 33401-2317 | Michael Dubin<br>6171 Floral Lakes Drive<br>Delray Beach, FL 33484-4606 | Michael Scheeringa<br>517 SE 25th Avenue<br>Ft Lauderdale, FL 33301-2615 |
| Michael Strongin<br>9559 Collins Avenue<br>Apartment 409<br>Surfside, FL 33154-2657 | Michael Taggart<br>2801 Florida Avenue<br>Apartment 215<br>Miami, FL 33133-1908 | Mosart Sebben<br>7676 NW 60th Lane<br>Parkland, FL 33067-3321 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ori Adivi<br>3218 NE 211 Terrace<br>Aventura, FL 33180-3688 | Paul K. Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 |
| Paul K. Sanchez<br>Boca Raton, FL 33428 | Paul K. Sanchez<br>c/o Robert J. Puzio, Esq.<br>The Litigation Defense Group, Inc.<br>1040 Bayview Drive, Suite 520<br>Fort Lauderdale, FL 33304-2506 | Paul Nudelman<br>2301 Collins Avenue<br>Penthouse 1<br>Miami Beach, FL 33139-1603 |
| Paul Palmeri<br>1475 SE 15th Street<br>Apartment 301<br>Fort Lauderdale, FL 33316-4706 | Paul Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 | Paulo De lima Yoshida<br>1160 N. Federal Highway<br>Apartment 1016<br>Ft Lauderdale, FL 33304-1436 |
| Raja Malek<br>714 Heron Drive<br>Delray Beach, FL 33444-1924 | Randy Greenfield<br>3305 NE 39th Street<br>Fort Lauderdale, FL 33308-6440 | Rick McQuaide<br>1518 SE 12th Court<br>Dearfield Beach, FL 33441-7110 |

| | | |
|---|---|---|
| Robert Brauser<br>90 Compass Lane<br>Ft Lauderdale, FL 33308-2010 | Robert Nast<br>3165 NE 48th Court<br>Lighthouse Point, FL 33064-7975 | Robert Rutten<br>101 Briny Avenue<br>Apartment 1002<br>Pompano Beach, FL 33062-5615 |
| Robert Schneider<br>9838 Savona Winds Drive<br>Delray, FL 33446-9765 | Ronald Ziller<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 | SEC Commision<br>Office of Reorganization<br>950 E. Paces Ferry Road NE<br>Suite 900<br>Atlanta, GA 30326-1382 |
| Sarasota Avionics & Maintenance<br>120 Airport Avenue West<br>Venice, FL 34285-3921 | Sheltair Pompano Beach, LLC<br>4860 NE 12th Avenue<br>Fort Lauderdale, FL 33334-4804 | Stephen Horniacek<br>1790 SE 4th Street<br>Pompano Beach, FL 33060-7602 |
| Stephen Taylor<br>1334 N 30th Road<br>Hollywood 33021-5004 | Sunwood, Inc.<br>Susan D. Lasky, PA<br>c/o Susan D. Lasky, Esq.<br>320 SE 18th Street<br>Fort Lauderdale, FL 33316-2818 | Sunwood, Inc.<br>c/o Dana Stanish, Esq.<br>Law Offices of Dane Stanish, P.A.<br>3475 Sheridan Street, Suite 209<br>Hollywood, FL 33021-3659 |
| The Law Office of Stephen Barker<br>901 A Clint Moore Road<br>Boca Raton, FL 33487-2876 | The Law Offices of Scott J. Kalish, PLLC<br>c/o Scott J. Kalish, Esq.<br>2161 Palm Beach Lakes Boulevard<br>West Palm Beach, FL 33409-6612 | Timothy Rosman<br>1548 NE 37th Street<br>Oakland Park, FL 33334-4623 |
| Toby Rothe<br>1401 S Ocean Boulevard<br>Apartment 504<br>Pompano Beach, FL 33062-7386 | Tom Warfield<br>4900 N. Ocean Boulevard<br>Unit 403<br>Ft. Lauderdale, FL 33308-2931 | Tor Holm<br>2351 SW 26th Avenue<br>Fort Lauderdale, FL 33312-4536 |
| Travis McQuade<br>14861 Enclave Preserve Circle<br>#T4<br>Delray Beach, FL 33484-8827 | Yonathan Yehezkel<br>54 NE 95th Street<br>Miami Shores, FL 33138-2707 | Carl Kennedy<br>c/o Kaniuk Law Office, P.A.<br>1615 S. Congress Avenue<br>Suite 103<br>Delray Beach, FL 33445-6326 |
| Carol Lynn Fox<br>200 East Broward Blvd Suite 1010<br>Ft Lauderdale, FL 33301-1943 | (p)RICE PUGATCH ROBINSON STORFER & COHEN  PLL<br>ATTN C/O CRAIG A PUGATCH ESQ<br>101 NE 3RD AVENUE<br>SUITE 1800<br>FORT LAUDERDALE FL 33301-1252 | Edward F Holodak<br>7951 SW 6 St  #210<br>Plantation, FL 33324-3276 |
| Jason Slatkin Esq.<br>Lorium Law<br>101 NE 3rd Avenue Suite 1800<br>Fort Lauderdale, FL 33301-1252 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service            Craig A. Pugatch Esq
Compliance Services Insolvency      101 NE 3 Ave #1800
STOP 5730                           Ft Lauderdale, FL 33301
7850 Southwest 6th Court
Plantation, FL 33324
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
Jeffrey Blake
1961 SE 18th Street
Lauderdale By The Sea, FL 33062
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Sunwood, Inc.                    (u)Airworthy Services, LLC          (u)Paul K Sanchez



(du)Paul K. Sanchez                 (u)Bruce Ayala                      (du)Paul K Sanchez
                                    Aviation Legal Counsel
                                    110 SE 6th Street, 17th Floor
                                    Fort Lauderdale
```

```
End of Label Matrix
Mailable recipients    114
Bypassed recipients      6
Total                  120
```