UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

Debtor.
_____/

Case No. 22-15714-PDR

Chapter 11
(Subchapter V)

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING DEBTOR'S PLAN OR REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11

TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]

The Plan of Reorganization for Small Business Under Chapter 11 (the "Plan") [ECF 61], filed by Pompano Senior Squadron Flying Club, Inc. (the "Debtor") on October 24, 2022, can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

This Ballot is for creditor (insert name) **Sunwood Inc**, for the following type of claim placed in the indicated class in the indicated amount:

| Class | Claimant | Claim Amount |
|---|---|---|
| Class 3 | General Unsecured Claims | $ unknown |

The undersigned [Check One Box]    ☒ Accepts    ☐ Rejects

The Plan of Reorganization for Small Business Under Chapter 11 of the above-named Debtor.

Signed: _____

Print Name: Susan Lasky, Atty for Sunwood Inc.
Address: 320 SE 18 St, Ft Laud FL 33316
Phone: 954-400-7474
Date: 12/8/22

★★★ FILE THIS BALLOT ON OR BEFORE THURSDAY, DECEMBER 8, 2022 ★★★

with:    Clerk of Bankruptcy Court:

☐ 301 N. Miami Ave., Room 150, Miami, FL 33128
☒ 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
☐ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

If you have more than one type of claim against this Debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).

Sunwood Inc accepts contingent on clarification that as between the two plan payments, Sunwood Inc will receive 1/20 of its claim on each pymt, no objection to claim 4 is filed and the judgement lien is not released until payment in full per plan.