UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                          Chapter 11
FLYING CLUB, INC.,                                            (Subchapter V)

   Debtor.
_____/

## NOTICE OF FILING ADDITIONAL TIMELY RECEIVED BALLOTS FOR DEBTOR'S CHAPTER 11 SMALL BUSINESS PLAN SUBCHAPTER V

Debtor, Pompano Senior Squadron Flying Club, Inc. ("PSSFC" or "Debtor"), pursuant to the *Order (I) Setting Hearing on Confirmation on Debtor's Subchapter V Plan, etc.,* [ECF 62], provides for a December 8th deadline to file voting ballots, and certain ballots were received directly by Debtor's counsel. Accordingly, PSSFC's files this *Notice of Filing Additional Timely Received Ballots*. Such ballots were received on or before December 8, 2022 in the form attached hereto.

Dated this 12th day of December, 2022.

           **LORIUM, PLLC**
           *Attorneys for Pompano Senior Squadron Flying Club, Inc.*
           101 NE Third Avenue, Suite 1800
           Fort Lauderdale, FL 33301
           Telephone: (954) 462-8000
           Facsimile: (954) 462-4300


          By: /s/ Craig A. Pugatch
            CRAIG A. PUGATCH
            Florida Bar No.: 653381
            capugatch@rprslaw.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via US Mail to all parties listed on the attached service list and via the Court's NextGen CM/ECF system on the parties that receive this notice by this method dated this 12th day of December, 2022.

By: /s/ Craig A. Pugatch
     CRAIG A. PUGATCH
     Florida Bar No.: 653381
     capugatch@rprslaw.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

    Debtor.
_____/

Case No. 22-15714-PDR

Chapter 11
(Subchapter V)

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING
DEBTOR'S PLAN OR REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11**

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

The Plan of Reorganization for Small Business Under Chapter 11 (the "Plan") [ECF 61], *filed by Pompano Senior Squadron Flying Club, Inc. (the "Debtor") on October 24, 2022, can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.*

This Ballot is for creditor (insert name) _____, for the following type of claim placed in the indicated class in the indicated amount:

| Class | Claimant | Claim Amount |
|---|---|---|
| Class 4 | | 1 Share Equity |

The undersigned [Check One Box]        ☒ Accepts        ☐ Rejects

The Plan of Reorganization for Small Business Under Chapter 11 of the above-named Debtor.

Signed: _____

Print Name: CASEY J. AHLBUM
Address: 10375 NW 39TH MNR, CORAL SPRINGS, FL 33065
Phone: 954 415 4805
Date: 11/18/2022

★★★ FILE THIS BALLOT ON OR BEFORE THURSDAY, DECEMBER 8, 2022 ★★★
with:    Clerk of Bankruptcy Court:

☐ 301 N. Miami Ave., Room 150, Miami, FL 33128
☒ 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
☐ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

If you have more than one type of claim against this Debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                           Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                          Chapter 11
FLYING CLUB, INC.,                                         (Subchapter V)

          Debtor.
_____/

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING DEBTOR'S PLAN OR REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11**

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

The Plan of Reorganization for Small Business Under Chapter 11 (the "Plan") [ECF 61], filed by Pompano Senior Squadron Flying Club, Inc. (the "Debtor") on October 24, 2022, can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

This Ballot is for creditor (insert name) __Gregory Gulyo__ for the following type of claim placed in the indicated class in the indicated amount:

| Class | Claimant | Claim Amount |
|---|---|---|
| Class 4 |  | 1 Share Equity |

The undersigned [Check One Box]                ☒ Accepts          ☐ Rejects

The Plan of Reorganization for Small Business Under Chapter 11 of the above-named Debtor.

Signed: __[signature]__

Print Name: __Gregory Gulyo__
Address: __4496 SW 27th Ave Fort Lauderdale, FL 33312__
Phone: __904 476 2252__
Date: __12/2/2022__

★★★ **FILE THIS BALLOT ON OR BEFORE THURSDAY, DECEMBER 8, 2022** ★★★

with:     Clerk of Bankruptcy Court:

☐ 301 N. Miami Ave., Room 150, Miami, FL 33128
☒ 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
☐ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

**If you have more than one type of claim against this Debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                    Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                   Chapter 11
FLYING CLUB, INC.,                                        (Subchapter V)

          Debtor.
_____/

**BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING
DEBTOR'S PLAN OR REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11**

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

*The Plan of Reorganization for Small Business Under Chapter 11 (the "Plan") [ECF 61], filed by Pompano Senior Squadron Flying Club, Inc. (the "Debtor") on October 24, 2022, can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.*

*This Ballot is for creditor (insert name)* __TOR HOLM__ *, for the following type of claim placed in the indicated class in the indicated amount:*

| Class   | Claimant  | Claim Amount  |
|---------|-----------|---------------|
| Class 4 | TOR HOLM  | 1 Share Equity |

The undersigned [Check One Box]       ☒ Accepts       ☐ Rejects

The Plan of Reorganization for Small Business Under Chapter 11 of the above-named Debtor.

Signed: ___(signature)___

Print Name: TOR HOLM
Address: 2351 SW 26th AVE, FORT LAUDERDALE, FL 33312
Phone: 954-451-9212
Date: 11/21/2022

★★★ FILE THIS BALLOT ON OR BEFORE THURSDAY, DECEMBER 8, 2022 ★★★

with:    Clerk of Bankruptcy Court:

☐ 301 N. Miami Ave., Room 150, Miami, FL 33128
☒ 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
☐ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

If you have more than one type of claim against this Debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division
www.flsb.uscourts.gov

In re:                                                    Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                   Chapter 11
FLYING CLUB, INC.,                                        (Subchapter V)

    Debtor.
_____/

## BALLOT AND DEADLINE FOR FILING BALLOT ACCEPTING OR REJECTING DEBTOR'S PLAN OR REORGANIZATION FOR SMALL BUSINESS UNDER CHAPTER 11

*TO HAVE YOUR VOTE COUNT YOU MUST COMPLETE AND RETURN THIS BALLOT BY THE DEADLINE INDICATED BELOW [AS SET PURSUANT TO LOCAL RULE 3018-1(B)]*

The Plan of Reorganization for Small Business Under Chapter 11 (the "Plan") [ECF 61], filed by Pompano Senior Squadron Flying Club, Inc. (the "Debtor") on October 24, 2022, can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan. In the event the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class rejecting it.

This Ballot is for creditor (insert name) _____, for the following type of claim placed in the indicated class in the indicated amount:

| Class | Claimant | Claim Amount |
|---|---|---|
| Class 4 | | 1 Share Equity |

The undersigned [Check One Box]   ☑ Accepts   ☐ Rejects

The Plan of Reorganization for Small Business Under Chapter 11 of the above-named Debtor.

Signed: _____
Print Name: Daniel Marlu
Address: 536 NE 7th AVE #2 FLL FL 33301
Phone: 754 304-6375
Date: 12/7/22

★★★ **FILE THIS BALLOT ON OR BEFORE THURSDAY, DECEMBER 8, 2022** ★★★

with:   Clerk of Bankruptcy Court:

☐ 301 N. Miami Ave., Room 150, Miami, FL 33128
☒ 299 E. Broward Blvd., Room 112, Ft. Lauderdale, FL 33301
☐ 1515 North Flagler Drive, Room 801, West Palm Beach, FL 33401

If you have more than one type of claim against this Debtor, separate ballots must be filed and you should receive a ballot for each type of claim eligible to vote. Contact the plan proponent regarding incorrect or insufficient ballot(s).