

**ORDERED in the Southern District of Florida on December 16, 2022.**



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-15714-PDR |
| POMPANO SENIOR SQUADRON FLYING CLUB, INC., | Chapter 11 (Subchapter V) |
| Debtor. _____/ | |

### AGREED ORDER SUSTAINING, IN PART, AND CONTINUING HEARING ON OBJECTION TO CLAIM OF CHARLY GUZMAN (ECF 76, 79)

This matter came before the Court on December 15, 2022 at 1:30 p.m. upon the *Debtor's Objection to Claim of Charly Guzman* (ECF 76) and the supplement thereto (ECF 79)("Collectively Objection to Claim No. 6") as well as the *Pro Se Affidavit and Motion to Continue* (ECF 95) filed by Charly Guzman. Having considered the foregoing and being advised of the agreement of the parties to the terms of this order, the Court,

ORDERS,

1. The Objection to Claim No. 6 is sustained in part with respect to the priority of the claim. Claim No 6 shall be disallowed solely as to its claimed priority as a secured claim. The

amount of the claim, if any, shall be a general unsecured claim of the same priority as presently provided for in class 3 of the plan of reorganization.

2. This order reserves ruling, and this order is without prejudice or without effect on the validity or the amount of the proof of claim.

3. The creditor may file a written response, if any, to the Objection to Claim No. 6 on or before January 20, 2023.

4. Other than the provisions of paragraph 1 of this order, the hearing on the Objection to Claim No. 6. is continued to a date following January 20, 2023 by way of a separate re-notice of hearing to be issued by the Court.

###

Submitted by:

Craig A. Pugatch, Esq.
Lorium Law
101 NE Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.462.8000
Facsimile: 954.462.4300
Email:  capuagtch@loriumlaw.com

*(Attorney Pugatch shall provide a conformed copy of this Order to all interested parties immediately upon receipt and shall file a Certificate of Service with the Court)*