

**ORDERED in the Southern District of Florida on December 16, 2022.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 22-15714-PDR
                                                                          Chapter 11

POMPANO SENIOR SQUADRON FLYING CLUB,

    Debtor.
_____/

**ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF CAROL L. FOX, AS SUBCHAPTER V
TRUSTEE FOR THE PERIOD FROM JULY 27, 2022 THROUGH DECEMBER 1, 2022**

THIS MATTER came before the Court upon hearing on December 15, 2022 at 1:30 p.m. on the *First and Final Application for Compensation and Reimbursement of Expenses of Carol L. Fox, as Subchapter V Trustee* [ECF No. 75] (the "**Fee Application**") for the period from July 27, 2022 through December 1, 2022 (the "**Application Period**") filed by the Subchapter V Trustee, Carol L. Fox (the, "**Trustee**"). The Court, having reviewed the Fee Application and the record in this case, there being no written objection to the Fee Application and noting the appearance of counsel for the U.S. Trustee's office and certain other interested parties that did not raise an objection to the Fee Application, having considered presentation of counsel for the Debtor, and

the Court's observation of the Trustee's work product, preparation and ability throughout the bankruptcy case, having evaluated the factors set forth in *In re First Colonial Corp.,* 544 F.2d 1291 (5th Cir. 1977); and *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) and further finding that: (i) the amounts awarded herein represent reasonable compensation for actual necessary services rendered and expenses incurred by the Trustee; (ii) that the hourly rates and number of hours dedicated to this matter were reasonable and necessary under the circumstances of this case; and (iii) that the efforts of the Trustee conferred a benefit to the estate and its creditors, finding that due and adequate notice was provided, and finding sufficient cause to grant the requested relief, it is

ORDERED as follows:

1. Having met the requirements of 11 U.S.C. §§ 328 and 330, the Fee Application and the fees and expenses requested therein are hereby allowed and awarded on a final basis as provided herein.

2. The Fee Application is **APPROVED** on a final basis.

3. The Court hereby finds that the total fees in the amount of $2,650.00 for the Fee Application are reasonable and awards the Applicant fees in the amount of $2,650.00 (100% of fees sought during the Application Period).

4. The Court hereby finds that the total expenses in the amount of $223.00 are reasonable and awards the Applicant expenses in the amount of $223.00 (100% of expense reimbursement sought during the Application Period).

5. This Court hereby awards final fees and expenses in a total and immediately payable amount of $2,873.00 (the "Award").

###

**Submitted by:**

**CAROL L. FOX**
**GlassRatner Advisory & Capital Group, LLC**
**dba B. Riley Advisory Services**
**200 East Broward Blvd.**
**Suite 1010**
**Ft. Lauderdale, FL  33306**
**Phone: 954-859-5075**
**cfox@brileyfin.com**

**Trustee Carol L. Fox is directed to serve copies of this Order upon all interested parties and file a certificate of service.**