

**ORDERED in the Southern District of Florida on December 16, 2022.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                         Chapter 11
FLYING CLUB, INC.,                                              (Subchapter V)

        Debtor.
_____/

### ORDER AWARDING FIRST AND FINAL APPLICATIONS FOR COMPENSATION AND EXPENSES BY RAYMOND C. CAHILL, C.P.A., P.A., ACCOUNTANT FOR THE CHAPTER 11 DEBTOR

THIS CAUSE came before the Court for hearing on December 15, 2022 at 1:30 p.m. upon the *First and Final Application for Compensation and Expenses by Raymond C. Cahill, C.P.A., P.A., Accountant for the Chapter 11 Debtor* (the "Application") (ECF No. 72) filed by Raymond C. Cahill, C.P.A., P.A. ("RCC" or "Applicant"). By way of the Application, RCC seeks compensation of its First and Final applications of $4,701.00 and reimbursement of costs in the amount $0.00, for the period July 27, 2022 through November 30, 2022, for a total amount of $4,701.00.

There having been no objections filed and the Court being otherwise fully advised in the premises finds that the following allowances are reasonable under the applicable provisions of the Bankruptcy Code.  Accordingly, it is

**ORDERED and ADJUDGED as follows:**

1. RCC, as Accountant for the Chapter 11 Debtor, is awarded $4,701.00 in fees, representing 100% of fees requested, and $0.00, in costs for a total amount of $4,701.00, for the First and Final Period.

2. In allowing the foregoing fees, the Court has considered the criteria in 11 U.S.C. Sections 326 and 330 and the requirements of Bankruptcy Rule 2016 in light of principles stated in *Norman v. Housing Authority of Montgomery*, 836 F.2d 1292, 1299 (11th Cir. 1988); *Pennsylvania v. Delaware Valley Citizen's Council for Clean Air*, 478 U.S. 546 (1986); *Blum v. Stenson*, 465 U.S. 886, 897 (1984); *Hensley v. Eckerhard,* 461 U.S. 424, 433 (1983); each of the factors that govern the reasonableness of fees as set forth in *Matter of First Colonial Corp. of America*, 544 F. 2d 1291 (5th Cir. 1977), and *Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974).

###

Submitted by:

Craig A. Pugatch, Esq.
Lorium, PLLC
101 NE Third Ave., Suite 1800
Ft. Lauderdale, FL 33301
Telephone: 954-462-8000
Facsimile:  954-462-4300

Copy to:
Craig A. Pugatch, Esq.

Attorney Pugatch is directed to serve a conformed copy of this order, immediately upon receipt, on all parties listed on the Master Service List immediately upon receipt and to file a certificate of service with the Court.