UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

POMPANO SENIOR SQUADRON FLYING CLUB

Case No. 22-15714-PDR
Chapter 11

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the *Order Granting First and Final Fee Application For Compensation and Reimbursement of Expenses of Carol L. Fox as Subchapter V Trustee For the Period From July 27, 2022 to December 1, 2022* [DE 99] was served by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case and via US Mail to the attached service list on the 19th day of December, 2022.

Carol L. Fox
Subchapter V Trustee
200 E. Broward Blvd., Suite 1010
Ft. Lauderdale, FL 33301
Telephone: (954) 859-5075
Email: cfox@brileyfin.com

By:  /s/ Carol L. Fox
      CAROL L. FOX

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| IN RE: | CASE NO: 22-15714-PDR |
|---|---|
| POMPANO SENIOR SQUADRON FLYING CLUB | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 11 |
| | ECF Docket Reference No. 99 |

On 12/19/2022, I did cause a copy of the following documents, described below,

ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES ECF Docket Reference No. 99

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 12/19/2022

/s/ Carol L Fox
Carol L Fox

B. Riley Advisory Services
200 E. Broward Blvd., Suite 1010
Ft. Lauderdale, FL  33301
954 859 5071
agordon@brileyfin.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| IN RE: | CASE NO: 22-15714-PDR |
|---|---|
| POMPANO SENIOR SQUADRON FLYING CLUB | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 11<br>ECF Docket Reference No. 99 |

On 12/19/2022, a copy of the following documents, described below,

ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES ECF Docket Reference No. 99

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/19/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Carol L Fox
B. Riley Advisory Services
200 E. Broward Blvd., Suite 1010
Ft. Lauderdale, FL  33301

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL N/A-DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | DEBTOR | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 22-15714-PDR<br>SOUTHERN DISTRICT OF FLORIDA<br>MON DEC 19 8-49-55 PST 2022 | POMPANO SENIOR SQUADRON FLYING CLUB<br>INC<br>1421 SOUTH OCEAN BOULEVARD<br>SUITE 102<br>POMPANO BEACH   FL 33062-7314 | ~~EXCLUDE~~<br>~~(U)SUNWOOD  INC~~ |
| | | ~~EXCLUDE~~<br>~~(U)AIRWORTHY SERVICES  LLC~~ |
| AARON GILLESPIE<br>819 NE 14TH CT<br>FT LAUDERDALE   FL 33304-1215 | AIR POWER  INC<br>4912 S COLLINS STREET<br>ARLINGTON   TX 76018-1135 | |
| AIRWORTHY SERVICES  LLC<br>969 SE 6TH TERRACE<br>POMPANO BEACH   FL 33060-9401 | AIRWORTHY SERVICES  LLC<br>CO RONALD ZILLER  PRESIDENT<br>969 SE 6TH TERRACE<br>POMPANO BEACH   FL 33060-9401 | ALESSANDRO POTENTI<br>1410 MIDDLE RIVER DRIVE<br>FORT LAUDERDALE   FLORIDA 33304-1526 |
| ALLAN SEFRANEK<br>336 N BIRCH ROAD<br>8E<br>FT LAUDERDALE   FL 33304-4202 | ALON ROSENBERG<br>1375 SW 14TH AVENUE<br>BOCA RATON   FL 33486-5326 | ANDREW BILUKHA<br>12629 NW 13TH COURT<br>SUNRISE   FL 33323-3155 |
| ANDREW COHEN<br>1314 E LOS OLAS BOULEVARD  SUITE 9<br>FT LAUDERDALE   FL 33301-2334 | ANTHONY ARD<br>240 SE 28TH WAY<br>POMPANO BEACH   FL 33062-5437 | ANTHONY ASTRAYCANEDA<br>20976 UP TOWN AVENUE<br>APARTMENT 410<br>BOCA RATON   FL 33428-6576 |
| ANTHONY TRANCHIDA<br>4974 NW 48TH AVENUE<br>COCONUT CREEK   FL 33073-4937 | ARA YANIKIAN<br>4144 NW 83RD LANE<br>CORAL SPRINGS   FL 33065-1316 | ARTHUR J GALLAGHER RISK MANAGEMENT<br>SERVICES  INC<br>2580 FOXFIELD ROAD<br>SUITE 203<br>SAINT CHARLES   IL 60174-1409 |
| ARTHUR J GALLAGHER RISK MANAGEMENT<br>SERVICES  INC<br>CO GALLAGHER AVIATION<br>2580 FOXFIELD ROAD  SUITE 203<br>SAINT CHARLES   IL 60174-1409 | BERNARDO PICCA<br>168 ORANGE DRIVE<br>BOYNTON BEACH   FL 33436-1844 | BRAIN BUTZER<br>19721 118TH TRAIL SOUTH<br>BOCA RATON   FL 33498-6506 |
| BRUCE AYALA<br>6835 NW 22ND TERRACE<br>FORT LAUDERDALE   FL 33309-1426 | BRUCE KNECHT<br>2130 NE 30TH STREET<br>LIGHTHOUSE POINT   FL 33064-7631 | CARL L J KENNEDY  II<br>2929 S OCEAN BOULEVARD<br>SUITE 510<br>BOCA RATON   FL 33432-8323 |
| CARL L KENNEDY  II<br>2929 S OCEAN BOULEVARD<br>SUITE 510<br>BOCA RATON   FL 33432-8323 | CARSON REDDICK<br>100 N FEDERAL HIGHWAY<br>FT LAUDERDALE   FL 33301-1129 | CASEY AHLBUM<br>10375 NW 39TH MANOR<br>CORAL SPRINGS   FL 33065-1523 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL W/ DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CESAR HERNANDEZ<br>16711 SAPPHIRE ISLE<br>WESTON FL 33331-3168 | CHARLY J GUZMAN<br>980 N FEDERAL HIGHWAY SUITE 110<br>CO KENNEDY GOARD LLC<br>BOCA RATON FL 33432-2704 | CHRISTOPHER TROESCH<br>2500 N OCEAN BOULEVARD<br>POMPANO BEACH FL 33062-2942 |
| COREY PECHONIS<br>770 SE 2ND AVENUE<br>APARTMENT F-206<br>DEERFIELD BEACH FL 33441-5421 | DARREN AYOUB<br>205 WOODLAND ROAD<br>PALM SPRINGS FL 33461-1068 | DAVE DAVISON<br>205 SW 28TH STREET<br>FORT LAUDERDALE FL 33315-3131 |
| DAVID WATKINS<br>1012 KANASGOWA DRIVE<br>BREVARD NC 28712-9094 | DONALD CANNAROZZI<br>204 SE 9TH STREET<br>DANIA BEACH FL 33004-4439 | DONALD MCNIEL<br>2720 NE 6TH STREET<br>POMPANO BEACH FL 33062-4929 |
| EDWIN THOMPSON ORCINO<br>4960 WINDWARD WAY<br>FT LAUDERDALE FL 33312-5221 | ERICA K RAMOS ESQ<br>110 SE 6TH STREET<br>17TH FLOOR<br>FORT LAUDERDALE FL 33301-5047 | EVAN MUNRO<br>353 W 47TH STREET<br>APARTMENT 4H<br>MIAMI BEACH FLORIDA 33140-3106 |
| GAMMA DEAN<br>1708 LAS OLAS BOULVARD<br>FT LAUDERDALE FL 33312-7517 | GENE VERTKIN<br>1039 HILLSBORO MILE 2<br>HILLSBORO BEACH FL 33062-2104 | GERARD WILLIAMS<br>5800 SW 130TH AVENUE<br>SOUTHWEST RANCHES FL 33330-3108 |
| GIANCARLO DANERI<br>1201 RIVER REACH DRIVE<br>APARTMENT 404<br>FT LAUDERDALE FL 33315-1180 | GIDEON BRENT<br>140 SW 7TH COURT<br>POMPANO BEACH FL 33060-8398 | GREGORY GALYO<br>4496 SW 37TH AVENUE<br>FORT LAUDERDALE FL 33312-5402 |
| GREGORY GILHOOLY<br>5773 NW 119TH TERRACE<br>CORAL SPRINGS FLORIDA 33076-4031 | GREGORY MADONNA<br>411 N NEW RIVER DRIVE EAST<br>APARTMENT 2006<br>FT LAUDERDALE FL 33301-3181 | HARRY POLLACK<br>2810 NE 20TH AVENUE<br>LIGHTHOUSE POINT FL 33064-7606 |
| HENRYK DABROWSKI<br>3004 OAKBROOK DRIVE<br>WESTON FL 33332-3418 | (P)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JPMORGAN CHASE BANK NA<br>SBMT CHASE BANK USA NA<br>CO ROBERTSON ANSCHUTZ SCHNEID PL<br>6409 CONGRESS AVENUE SUITE 100<br>BOCA RATON FL 33487-2853 | JAMESON CLIFFORD<br>2740 NE 9TH COURT<br>POMPANO BEACH FL 33062-4209 | JASON COSTELLO<br>301 SW 1ST AVE<br>FT LAUDERDALE FL 33301-4342 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL W/ DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

JASON SAGER
5301 MAGELLAN CIRCLE
AVENTURA   FL 33180

JAY HEPPNER
3212 NE 40TH STREET
FT LAUDERDALE   FL 33308-6410

JEANCLAUDE CONTE
3507 OAKS WAY
APARTMENT 101
POMPANO BEACH   FL 33069-5339


USPS CHANGE
JEFFREY BLAKE
1961 WATERS EDGE
POMPANO BEACH FL   33062-7691

JEFFREY RONNER
6512 BURNING WOOD DRIVE
APARTMENT 210
BOCA RATON   FL 33433-5134

JORGE SALINGER
2701 N OCEAN BOULEVARD
E605
BOCA RATON   FL 33431-7045


JOSE HERNANDEZ
4442 E AQUA BELLA LANE
FORT LAUDERDALE   FL 33312-5651

JUAN RAMIREZ
2211 NE 15TH COURT
FT LAUDERDALE   FL 33304-1417

JULIAN HERNANDEZ
321 NW 17TH AVENUE
POMPANO BEACH   FL 33069-2867


JUSTIN ARMSTRONG
3391 LIBERTY STREET
HOLLYWOOD   FL 33021-4334

KEVIN MACLEAN
209 RIVER TERRACE DRIVE
JUPITER   FL 33469-2945

KEVIN PRIOR
53 CASTLEROCK LANE
BOLTON   CT 06043-7856


KEVIN TRACEY
1044 SW 42ND AVENUE
DEARFIELD BEACH   FL 33442-8254

KILLIAN OCONNOR
200 S BIRCH ROAD
APARTMENT 810
FT LAUDERDALE   FL 33316-1536

LAW OFFICE OF DANE STANISH   PA
CO DANE T STANISH   ESQ
3475 SHERIDAN STREET   SUITE 209
FORT LAUDERDALE   FL 33301


LAW OFFICES OF EDWARD F HOLODAK   PA
CO EDWARD F HOLODAK   ESQ
3326 NE 33RD STREET
FORT LAUDERDALE   FL 33308-7110

LOGAN ANDERSON
2625 NE 17TH STREET
POMPANO BEACH   FL 33062-3212

LUCA PASTORE
2615 NE 21ST TERRACE
LIGHTHOUSE POINT   FL 33064-7740


MARISSA STUTES
4315 SARVER DRIVE
LAKE CHARLES   LA 70605-4421

MARK JARVIS
140 SE 9TH STREET
POMPANO BEACH   FL 33060-8849

MICHAEL BORER
CO JEFFREY B LAMPERT   ESQ
THE BARRISTER BUILDING
1615 FORUM PLACE   SUITE 4-B
WEST PALM BEACH   FL 33401-2317


MICHAEL DUBIN
6171 FLORAL LAKES DRIVE
DELRAY BEACH   FL 33484-4606

MICHAEL SCHEERINGA
517 SE 25TH AVENUE
FT LAUDERDALE   FL 33301-2615

MICHAEL STRONGIN
9559 COLLINS AVENUE
APARTMENT 409
SURFSIDE   FL 33154-2657


MICHAEL TAGGART
2801 FLORIDA AVENUE
APARTMENT 215
MIAMI   FL 33133-1908

MOSART SEBBEN
7676 NW 60TH LANE
PARKLAND   FL 33067-3321

OFFICE OF THE US TRUSTEE
51 SW 1ST AVE
SUITE 1204
MIAMI   FL 33130-1614

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL W/ A DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ORI ADIVI                                     EXCLUDE                                 EXCLUDE
3218 NE 211 TERRACE                           (U)PAUL K SANCHEZ                       (D)PAUL K SANCHEZ
AVENTURA    FL 33180-3688




PAUL K SANCHEZ                                PAUL K SANCHEZ                          PAUL K SANCHEZ
10643 SHORE DRIVE                             BOCA RATON    FL 33428                  CO ROBERT J PUZIO   ESQ
BOCA RATON    FL 33428-5645                                                           THE LITIGATION DEFENSE GROUP   INC
                                                                                      1040 BAYVIEW DRIVE   SUITE 520
                                                                                      FORT LAUDERDALE    FL 33304-2506




PAUL NUDELMAN                                 PAUL PALMERI                            PAUL SANCHEZ
2301 COLLINS AVENUE                           1475 SE 15TH STREET                     10643 SHORE DRIVE
PENTHOUSE 1                                   APARTMENT 301                           BOCA RATON    FL 33428-5645
MIAMI BEACH    FL 33139-1603                  FORT LAUDERDALE    FL 33316-4706




PAULO DE LIMA YOSHIDA                         RAJA MALEK                              RANDY GREENFIELD
1160 N FEDERAL HIGHWAY                        714 HERON DRIVE                         3305 NE 39TH STREET
APARTMENT 1016                                DELRAY BEACH    FL 33444-1924           FORT LAUDERDALE    FL 33308-6440
FT LAUDERDALE    FL 33304-1436




RICK MCQUAIDE                                 ROBERT BRAUSER                          ROBERT NAST
1518 SE 12TH COURT                            90 COMPASS LANE                         3165 NE 48TH COURT
DEARFIELD BEACH    FL 33441-7110              FT LAUDERDALE    FL 33308-2010          LIGHTHOUSE POINT    FL 33064-7975




ROBERT RUTTEN                                 ROBERT SCHNEIDER                        RONALD ZILLER
101 BRINY AVENUE                              9838 SAVONA WINDS DRIVE                 969 SE 6TH TERRACE
APARTMENT 1002                                DELRAY FL 33446-9765                    POMPANO BEACH    FL 33060-9401
POMPANO BEACH    FL 33062-5615




SEC COMMISION                                 SARASOTA AVIONICS   MAINTENANCE         SHELTAIR POMPANO BEACH   LLC
OFFICE OF REORGANIZATION                      120 AIRPORT AVENUE WEST                 4860 NE 12TH AVENUE
950 E PACES FERRY ROAD NE                     VENICE    FL 34285-3921                 FORT LAUDERDALE    FL 33334-4804
SUITE 900
ATLANTA    GA 30326-1382




STEPHEN HORNIACEK                             STEPHEN TAYLOR                          SUNWOOD   INC
1790 SE 4TH STREET                            1334 N 30TH ROAD                        SUSAN D LASKY   PA
POMPANO BEACH    FL 33060-7602                HOLLYWOOD 33021-5004                    CO SUSAN D LASKY   ESQ
                                                                                      320 SE 18TH STREET
                                                                                      FORT LAUDERDALE    FL 33316-2818




SUNWOOD   INC                                 THE LAW OFFICE OF STEPHEN BARKER        THE LAW OFFICES OF SCOTT J KALISH   PLL
CO DANA STANISH   ESQ                         901 A CLINT MOORE ROAD                  CO SCOTT J KALISH   ESQ
LAW OFFICES OF DANE STANISH   PA              BOCA RATON    FL 33487-2876             2161 PALM BEACH LAKES BOULEVARD
3475 SHERIDAN STREET   SUITE 209                                                      WEST PALM BEACH    FL 33409-6612
HOLLYWOOD    FL 33021-3659
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL W/ DUPLICATE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

TIMOTHY ROSMAN
1548 NE 37TH STREET
OAKLAND PARK   FL 33334-4623

TOBY ROTHE
1401 S OCEAN BOULEVARD
APARTMENT 504
POMPANO BEACH   FL 33062-7386

TOM WARFIELD
4900 N OCEAN BOULEVARD
UNIT 403
FT LAUDERDALE   FL 33308-2931

TOR HOLM
2351 SW 26TH AVENUE
FORT LAUDERDALE   FL 33312-4536

TRAVIS MCQUADE
14861 ENCLAVE PRESERVE CIRCLE
T4
DELRAY BEACH   FL 33484-8827

YONATHAN YEHEZKEL
54 NE 95TH STREET
MIAMI SHORES   FL 33138-2707

ANTHONY ARD
240 SE 28TH AVENUE
POMPANO BEACH   FL 33062-5437

~~EXCLUDE~~
~~(U)BRUCE AYALA~~
~~AVIATION LEGAL COUNSEL~~
~~110 SE 6TH STREET  17TH FLOOR~~
~~FORT LAUDERDALE~~

CARL KENNEDY
CO KANIUK LAW OFFICE  PA
1615 S CONGRESS AVENUE
SUITE 103
DELRAY BEACH   FL 33445-6326

~~EXCLUDE~~
~~CAROL LYNN FOX~~
~~200 EAST BROWARD BLVD SUITE 1010~~
~~FT LAUDERDALE   FL 33301-1943~~

CHARLY GUZMAN
4040 NW 18TH WAY
BOCA RATON   FL 33431-3362

(P)RICE PUGATCH ROBINSON STORFER  COHE PLLC
ATTN CO CRAIG A PUGATCH ESQ
101 NE 3RD AVENUE
SUITE 1800
FORT LAUDERDALE FL 33301-1252

EDWARD F HOLODAK
7951 SW 6 ST  210
PLANTATION   FL 33324-3276

JASON SLATKIN ESQ
LORIUM LAW
101 NE 3RD AVENUE SUITE 1800
FORT LAUDERDALE   FL 33301-1252

JEFFREY RONNER
6512 BURNING WOOD DR
APT 210
BOCA RATON   FL 33433-5134

~~EXCLUDE~~
~~(D)PAUL K SANCHEZ~~

RAYMOND C CAHILL
4801 S UNIVERSITY DR
DAVIE   FL 33328-3842