UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                          Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                  Chapter 11
FLYING CLUB, INC.,                                                       (Subchapter V)

        Debtor.
_____/

**NOTICE OF WITHDRAWAL OF DEBTOR'S MOTION FOR
AN EXTENSION OF TIME TO FILE OBJECTIONS TO CLAIMS [ECF 66]**

Debtor, Pompano Senior Squadron Flying Club, Inc. ("PSSFC" or "Debtor"), and hereby files this *Notice of Withdrawal of Debtor's Motion for an Extension of Time to File Objections to Claims* [ECF 66], filed 11/18/2022 with a hearing scheduled for Thursday, December 22, 2022, @ 2:00 p.m.

Dated this 21st day of December, 2022.

                                        **LORIUM, PLLC**
                                        *Attorneys for Pompano Senior Squadron Flying Club, Inc.*
                                        101 NE Third Avenue, Suite 1800
                                        Fort Lauderdale, FL 33301
                                        Telephone: (954) 462-8000
                                        Facsimile: (954) 462-4300


                                By: /s/ Craig A. Pugatch
                                   CRAIG A. PUGATCH
                                   Florida Bar No.: 653381
                                   capugatch@rprslaw.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's NextGen CM/ECF system on the parties that receive this notice by this method dated this 21st day of December, 2022.

By: /s/ Craig A. Pugatch
CRAIG A. PUGATCH
Florida Bar No.: 653381
capugatch@rprslaw.com