United States Bankruptcy Court
Southern District of Florida

In re:                                                                  Case No. 22-15714-PDR

Pompano Senior Squadron Flying Club, Inc                                 Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 20, 2022 | Form ID: CGFCRD3C | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| cr | + | Charly Guzman, 4040 NW 18th Way, Boca Raton, FL 33431-3362 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2022                        Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adisley M Cortez Rodriguez | on behalf of U.S. Trustee Office of the US Trustee Adisley.M.Cortez-Rodriguez@usdoj.gov |
| Carol Lynn Fox | cfox@brileyfin.com  cclf11@trustesolutions.net |
| Carol Lynn Fox | on behalf of Trustee Carol Lynn Fox cfox@brileyfin.com  cclf11@trustesolutions.net |
| Craig A. Pugatch, Esq | on behalf of Debtor Pompano Senior Squadron Flying Club  Inc. ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com |
| Craig A. Pugatch, Esq | on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com |
| Dane T. Stanish, Esq. | on behalf of Creditor Sunwood  Inc. stanishd@gmail.com |

District/off: 113C-0                      User: admin                                    Page 2 of 2
Date Rcvd: Dec 20, 2022                   Form ID: CGFCRD3C                           Total Noticed: 1

Erica Kristine Ramos
                          on behalf of Creditor Bruce Ayala erica@aviationlegalcounsel.com

Jason Slatkin, Esq.
                          on behalf of Debtor Pompano Senior Squadron Flying Club  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

Jason Slatkin, Esq.
                          on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

Office of the US Trustee
                          USTPRegion21.MM.ECF@usdoj.gov

Robert J Puzio
                          on behalf of Creditor Paul K Sanchez puziolaw@bellsouth.net

Ronald S Kaniuk, Esq.
                          on behalf of Defendant Carl Kennedy ron@kaniuklawoffice.com

Ronald S Kaniuk, Esq.
                          on behalf of Creditor Carl Kennedy ron@kaniuklawoffice.com

Susan D. Lasky, Esq
                          on behalf of Creditor Sunwood  Inc. ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com


TOTAL: 14

Form CGFCRD3C (06/11/22)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

Case Number: 22–15714–PDR

Chapter: 11

**In re:**
Pompano Senior Squadron Flying Club, Inc.
dba Pompano Beach Flying Club
1421 South Ocean Boulevard
Suite 102
Pompano Beach, FL 33062
EIN: 59–1416663

## RENOTICE OF HEARING

**PLEASE TAKE NOTICE**  that a hearing will be held before the Honorable Peter D. Russin to consider the following:

**Supplemental Objection to Claim of Charly J. Guzman [# 6], Filed by Debtor Pompano Senior Squadron Flying Club, Inc. (Pugatch, Craig)(81)**

**Pro Se Affidavit of Creditor Charly J Guzman and Motion to Continue Hearing On: [(81 Objection to Claim)] Filed by Creditor Charly Guzman (Grooms, Desiree)(95)**

1.  This matter has been set on the Court's motion calendar for a non–evidentiary hearing. The allotted time for this matter is ten minutes. The hearing will be held:

    **Date:**      **February 2, 2023**
    **Time:**      **01:30 PM**
    **Location:**   **U.S. Courthouse, 299 E Broward Blvd, Courtroom 301, Ft Lauderdale, FL 33301**

2.  The movant, or movant's counsel if represented by an attorney, must:

    (a)   serve a copy of this notice of hearing and, unless previously served, the above–described document(s) on all required parties within the time frame required by the Federal Rules of Bankruptcy Procedure, the local rules of this Court, and orders of the Court, and

    (b)   file a certificate of service as required under Local Rules 2002–1(F) and 9073–1(B).

    Any party who fails to properly serve any pleading or other paper may be denied the opportunity to be heard thereon.

3.  PLEASE NOTE: No person may record the proceedings from any location by any means. The audio recording maintained by the Court will be the sole basis for creation of a transcript that constitutes the official record of the hearing.

4.  PLEASE NOTE: Photo identification is required to gain entrance to all federal courthouse facilities. Electronic devices, including but not limited to cameras, cellular phones (including those with cameras), iPads, tablets, pagers, personal data assistants (PDA), laptop computers, radios, tape–recorders, etc., are not permitted in the courtroom, chambers or other environs of this Court. These restrictions (except for cameras not integrated into a cell phone device) do not apply to attorneys with a valid Florida Bar identification card, attorneys who have been authorized to appear by pro hac vice order and witnesses subpoenaed to appear in a specific case. No one is permitted to bring a camera or other prohibited electronic device into a federal courthouse facility except with a written order signed by a judge and verified by the United States Marshals Service. See Local Rule 5072–2.

Dated: <u>12/20/22</u>                                    CLERK OF COURT

By: <u>Melva Weldon</u>
Courtroom Deputy