**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                    Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                             Chapter 11
FLYING CLUB, INC.,                                              (Subchapter V)

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *ReNotice of Hearing re Supplemental Objection to Claim of Charly J. Guzman [#6] and Pro Se Affidavit of Creditor Charly J. Guzman and Motion to Continue Hearing* (ECF No. 105) was served via the Court's CM/ECF to all parties listed on the attached Service List on December 20, 2022 and via U.S. Mail to all parties listed on the attached Service List on December 23, 2022.

Dated this 23rd day of December, 2022.

                         **LORIUM LAW**
                         *Attorneys for Debtor in Possession, Pompano Senior Squadron Flying Club, Inc.*
                         101 NE Third Avenue, Suite 1800
                         Fort Lauderdale, FL 33301
                         Telephone: (954) 462-8000
                         Facsimile: (954) 462-4300

                         By: /s/ Craig A. Pugatch
                              CRAIG A. PUGATCH
                              Florida Bar No. 653381
                              capugatch@loriumlaw.com

## SERVICE LIST

### VIA CM/ECF

Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the US Trustee
Adisley.M.Cortez-Rodriguez@usdoj.gov

Carol Lynn Fox
cfox@brileyfin.com, cclf11@trustesolutions.net

Ronald S Kaniuk, Esq. on behalf of Creditor Carl Kennedy
ron@kaniuklawoffice.com

Susan D. Lasky, Esq on behalf of Creditor Sunwood, Inc.
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert J Puzio on behalf of Creditor Paul K Sanchez
puziolaw@bellsouth.net

Erica Kristine Ramos on behalf of Creditor Bruce Ayala
erica@aviationlegalcounsel.com

Dane T. Stanish, Esq. on behalf of Creditor Sunwood, Inc.
stanishd@gmail.com

### VIA U.S. Mail

Charly J. Guzman
c/o Kennedy & Goard LLC
980 N. Federal Highway Suite 110
Boca Raton, FL 33432

Charly J. Guzman
4040 NW 18th Way
Boca Raton, FL 33431-3362