UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

Case Number 22-15714-PDR
Chapter 11

        DEBTOR
_____/

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,
        Plaintiff,

Adv Case Number 22-01236-PDR

vs.

CARL KENNEDY,
        Defendant.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGEEED by and between the undersigned RICHARD LUBLINER, ESQ., of LUBLINER LAW, PLLC, shall be substituted as counsel of record on behalf of Defendant, CARL KENNEDY, and that RONALD SCOTT KANIUK, ESQ. of KANIUK LAW OFFICE, P.A. shall be relieved of any further responsibility in connection with this action.

Dated: January 26, 2023

| Ronald S. Kaniuk, Esq. | Lubliner Law PLLC |
|---|---|
| Kaniuk Law Office, P.A. | 1645 Palm Beach Lakes Boulevard, Suite 1200 |
| 1615 S. Congress Avenue | West Palm Beach, FL 33401 |
| Delray Beach, FL 33445 | Telephone: 561-207-2018 |
| Telephone: 561-292-2127 | Facsimile: 561-584-7227 |
| Email: ron@kaniuklawoffice.com | Email: rich@lubliner-law.com |
| | |
| By: */s/ Ronald Scott Kaniuk* | By: */s/ Richard S. Lubliner* |
|     Ronald S. Kaniuk, Esq. |     Richard S. Lubliner, Esq. |
|     Florida Bar No. 112240 |     Florida Bar No. 47741 |

DEFENDANT CARL KENNEDY hereby consents to the Substitution of Counsel as set forth above.

_____
CARL KENNEDY