

ORDERED in the Southern District of Florida on February 16, 2023.



Peter D. Russin, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

      CASE NO.: 22-15714-PDR

    Debtor.

    Chapter 11
    (Subchapter V)

_____/

### AMENDED AGREED EX-PARTE ORDER GRANTING GUZMAN'S MOTION TO CONTINUE
### (AMENDED AS TO HEARING DATE)

This matter came before the Court upon Charly J. Guzman's Ex-Parte Agreed Motion (the "Motion") to Continue Hearing. Having reviewed the Motion and the relief requested therein, and being advised of the agreement of the parties, the Court,

ORDERS,

1. The Motion is granted.

2. The hearing on Objection to Claim of Charly Guzman (ECF 81) is continued and shall be held on April 6, 2023 at 1:30 p.m. at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301. Although the Court will conduct the hearing in person, the Courts webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

***

Prepared for submission by

**Richard S. Lubliner, Esq.**
Lubliner Law, PLLC
1645 Palm Beach Lakes Blvd., Suite 1200
West Palm Beach, FL 33401.
Telephone: 561-207-2018
Fax: 561-584-7227
rich@lubliner-law.com
sasha@lubliner-law.com

Attorney Lubliner shall serve a copy of this order upon all interested parties and file a certificate of service regarding such service.