United States Bankruptcy Court
Southern District of Florida

In re:     Case No. 22-15714-PDR
Pompano Senior Squadron Flying Club, Inc     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0     User: admin     Page 1 of 2
Date Rcvd: Feb 17, 2023     Form ID: pdf004     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2023:**

**Recip ID     Recipient Name and Address**
\+     Richard S. Lubliner, Esq, 1645 Palm Beach Lakes Blvd., Suite 1200, West Palm Beach, FL 33401-2214

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 19, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adisley M Cortez Rodriguez | on behalf of U.S. Trustee Office of the US Trustee Adisley.M.Cortez-Rodriguez@usdoj.gov |
| Carol Lynn Fox | cfox@brileyfin.com  cclf11@trustesolutions.net |
| Carol Lynn Fox | on behalf of Trustee Carol Lynn Fox cfox@brileyfin.com  cclf11@trustesolutions.net |
| Craig A. Pugatch, Esq | on behalf of Debtor Pompano Senior Squadron Flying Club  Inc. ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com |
| Craig A. Pugatch, Esq | on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com |
| Dane T. Stanish, Esq. | on behalf of Creditor Sunwood  Inc. stanishd@gmail.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 17, 2023 | Form ID: pdf004 | Total Noticed: 1 |

Erica Kristine Ramos
    on behalf of Creditor Bruce Ayala erica@aviationlegalcounsel.com

Jason Slatkin, Esq.
    on behalf of Debtor Pompano Senior Squadron Flying Club  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

Jason Slatkin, Esq.
    on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Richard S Lubliner
    on behalf of Defendant Carl Kennedy rich@lubliner-law.com  sasha@lubliner-law.com

Robert J Puzio
    on behalf of Creditor Paul K Sanchez puziolaw@bellsouth.net

Ronald S Kaniuk, Esq.
    on behalf of Defendant Carl Kennedy ron@kaniuklawoffice.com

Susan D. Lasky, Esq
    on behalf of Creditor Sunwood  Inc. ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

TOTAL: 14



**ORDERED in the Southern District of Florida on February 16, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

        CASE NO.: 22-15714-PDR

    Debtor.
_____/     Chapter 11
        (Subchapter V)

**AMENDED AGREED EX-PARTE ORDER GRANTING GUZMAN'S MOTION TO CONTINUE**
**(AMENDED AS TO HEARING DATE)**

    This matter came before the Court upon Charly J. Guzman's Ex-Parte Agreed Motion (the "Motion") to Continue Hearing. Having reviewed the Motion and the relief requested therein, and being advised of the agreement of the parties, the Court,

    ORDERS,

1. The Motion is granted.

2. The hearing on Objection to Claim of Charly Guzman (ECF 81) is continued and shall be held on April 6, 2023 at 1:30 p.m. at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301. Although the Court will conduct the hearing in person, the Courts webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

***

Prepared for submission by

**Richard S. Lubliner, Esq.**
Lubliner Law, PLLC
1645 Palm Beach Lakes Blvd., Suite 1200
West Palm Beach, FL 33401.
Telephone: 561-207-2018
Fax: 561-584-7227
rich@lubliner-law.com
sasha@lubliner-law.com

Attorney Lubliner shall serve a copy of this order upon all interested parties and file a certificate of service regarding such service.