

ORDERED in the Southern District of Florida on February 27, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**
_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                              Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                     Chapter 11
FLYING CLUB, INC.,                                      (Subchapter V)

        Debtor.
_____/

### EX-PARTE AGREED ORDER EXTENDING DEADLINE FOR RESPONSE TO OBJECTION TO CLAIM OF PAUL SANCHEZ (ECF 78)

This matter came before the Court on the agreement of the parties, without hearing, and at the hearing on confirmation of the Debtor's plan of reorganization held on December 15, 2022 at 1:30 p.m. Having considered the foregoing in light of confirmation of the Debtor's plan of reorganization, finding cause to extend deadline for response to the Objection to Claim of Paul Sanchez (Claim No. 3)(ECF 78)("Objection"), and being advised of the agreement of the parties to the terms of this order, the Court,

ORDERS,

1. The deadline to file a response to the Objection is extended. The creditor shall file

a written response, if any, to the Objection on or before March 24, 2023.

###

Submitted by:

Craig A. Pugatch, Esq.
Lorium Law
101 NE Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.462.8000
Facsimile: 954.462.4300
Email:  capuagtch@loriumlaw.com

*(Attorney Pugatch shall provide a conformed copy of this Order to all interested parties immediately upon receipt and shall file a Certificate of Service with the Court)*