UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                             CASE NO.: 22-15714-PDR

POMPANO SENIOR SQUADRON                            Chapter 11
FLYING CLUB, INC.                                  (Subchapter V)

Debtor.
_____/

### NOTICE OF WITHDRAWAL OF CERTIFICATE OF SERVICE FILED BY CREDITOR PAUL K. SANCHEZ (ECF 125)

Creditor, Paul K. Sanchez, ("Creditor"), and hereby files this *Notice of Withdrawal of Certificate of Service* [ECF 125], filed on March 28, 2023.

Dated this 29th day of March, 2023.

THE LITIGATION DEFENSE GROUP, LLC
3301 North University Drive
Suite 100
Coral Springs, Florida 33065
Telephone: (954) 489-7766
Primary E-Mail: puziolaw@bellsouth.net

By: /s/ Robert J. Puzio, Esq.
    ROBERT J. PUZIO, ESQ.
    Florida Bar No.: 622516

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via the Court's NextGen CM/ECF system on the parties that receive this Notice by this method dated this 29th day of March, 2023.

By: /s/ Robert J. Puzio
ROBERT J. PUZIO
Florida Bar No.: 622516
puziolaw@bellsouth.net