UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                              CASE NO.: 22-15714-PDR

POMPANO SENIOR SQUADRON                             Chapter 11
FLYING CLUB, INC.                                   (Subchapter V)

Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Ex-Parte Agreed Order Extending Deadline for Response to Objection to Claim of Paul Sanchez (ECF 78)* (ECF No. 124) was served via the Court's CM/ECF to all parties listed on the attached Service List on March 29, 2023.

Dated this 29th day of March, 2023.

                                THE LITIGATION DEFENSE GROUP, LLC
                                3301 North University Drive
                                Suite 100
                                Coral Springs, Florida 33065
                                Telephone: (954) 489-7766
                                Primary E-Mail: puziolaw@bellsouth.net

                                By: /s/ Robert J. Puzio, Esq.
                                    ROBERT J. PUZIO, ESQ.
                                    Florida Bar No.: 622516

## **SERVICE LIST**

**VIA CM/ECF**

Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the U.S. Trustee
AdisleyM.Cortz-Rodriguez@usdoj.gov

Carol Lynn Fox
cfox@brileyfin.com, cclfl1@trustesolutions.net

Ronald S Kaniuk, Esq. on behalf of Creditor Carl Kennedy
ron@kaniuklawoffice.com

Susan D, Lasky, Esq. on behalf of Creditor Sunwood, Inc.
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Richard S Lubliner on behalf of Defendant Carl Kennedy
rich@lubliner-law.com, sasha@lubliner-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Erica Kristine Ramos on behalf of Creditor Bruce Ayala
erica@aviationlegalcounsel.com

Dane T. Stanish, Esq. on behalf of Creditor Sunwood, Inc
stanishd@gmail.com

Craig A. Pugatch, Esq. on behalf of Plaintiff Pompano Senior Squadron Flying Club, Inc.
ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com