UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

        Debtor.

_____/

CASE NO.: 22-15714-PDR

Chapter 11
(Subchapter V)

### AGREED *EX PARTE* MOTION TO CONTINUE HEARING

Charly J. Guzman ("Guzman"), by and through undersigned counsel, files this Agreed *Ex Parte* Motion to Continue (the "Motion") the hearing on Debtor, Pompano Beach Flying Club, Inc.'s, objection to the claim filed by Guzman in the instant proceeding, and in support thereof, states as follows:

### INTRODUCTION

1. On December 2, 2022, Debtor filed its Objection to Claim of Charly Guzman (Claim No. 6)[ECF 81] (the "Objection").

2. On December 16, 2023, the Court entered an Agreed Order Sustaining, In Part, and Continuing Hearing on Objection to Claim of Charley Guzman [ECF 76, 79][ECF 98] (the "Order"), pursuant to which, *inter alia*, the objection to Guzman's claim was disallowed solely as to its priority as a secured claim, and Guzman's claim was classified as a class 3 general unsecured claim for distribution purposes in the event the Objection is ultimately overruled,.

3. The Order also stated that the Court would re-notice a hearing on the Objection.

4. On December 20, 2022, a Renotice of Hearing (the "Renotice") was entered scheduling a hearing on the Objection for February 2, 2023, at 1:30 p.m. [ECF 105] (the "Hearing").

5.  Undersigned counsel was retained by Guzman on January 30, 2023.

6.  Undersigned counsel has a five (5) day federal court jury trial in a case currently pending in the United States District Court for the Southern District of Florida that commences on February 6, 2023.

7.  Additionally, undersigned counsel has a pre-paid vacation and will be out of the country from February 13, 2023, through February 19, 2023, and has a mediation in a case pending in the United States District Court for the Northern District of Florida on February 20, 2023.

8.  Consequently, undersigned counsel respectfully requests that the Hearing be re-scheduled to a date no earlier than March 14, 2023, so that undersigned counsel has sufficient time to consult with his client, review relevant documents, discuss the Objection with Debtor's counsel, and prepare a response to the Objection.

9.  Prior to the entry of the Renotice, Guzman, at the time representing himself *pro se*, obtained a continuance of a prior hearing on the Objection.

10. Undersigned counsel certifies that he obtained the consent of Guzman to continue the Hearing and that he contacted Debtor's counsel regarding this Motion, and that Debtor's counsel stated that he did not object to the relief sought herein.

**WHEREFORE**, Guzman respectfully requests that the Court grant this Motion, rescheduling the Hearing to a date not before March 14, 2023, together with ordering such other and further relief as the Court deems appropriate.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been emailed to all on the ECF list on this 1st day of February, 2023, and I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

                LUBLINER LAW PLLC

By:   */s/ Richard Lubliner*
       Richard S. Lubliner, Esq.
       FBN 0047741
       1645 Palm Beach Lakes Blvd., Suite 1200
       West Palm Beach, Florida 33401
       Phone: 561-207-2018
       Fax: 561-207-2001
       Email: rich@lubliner-law.com
       Email: sasha@lubliner-law.com