UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

        CASE NO.: 22-15714-PDR

    Debtor.
_____/

Chapter 11
(Subchapter V)

## ORDER GRANTING AGREED *EX PARTE* MOTION TO CONTINUE HEARING ON DEBTOR'S OBJECTION TO CLAIM OF CHARLY J. GUZMAN

This matter came before the Court without hearing on April 3, 2023, upon Charly J. Guzman's Agreed *Ex Parte* Motion to Continue the Hearing on Debtor, Pompano Beach Flying Club, Inc.'s objection (the "Objection")(Dkt. 129) to the claim filed by Guzman (the "Motion"). Having reviewed the Motion and the relief requested therein, and being advised of the agreement of the parties, the Court,

ORDERS,

1. That the Motion is GRANTED, and the Court will enter a separate re-notice of hearing rescheduling the hearing on the Objection for May 18, 2023 at 1:30 p.m.

*** 

Prepared for submission by

Richard S. Lubliner, Esq.
Lubliner Law, PLLC
1645 Palm Beach Lakes Blvd., Suite 1200
West Palm Beach, FL 33401.

rich@lubliner-law.com
carolina@lubliner-law.com