UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

        CASE NO.: 22-15714-PDR

    Debtor.

        Chapter 11
        (Subchapter V)

_____/

## NOTICE OF WITHDRAWAL OF AGREED *EX PARTE* MOTION TO CONTINUE HEARING ON DEBTOR'S OBJECTION TO CLAIM OF CHARLY J. GUZMAN FILED ON APRIL 3, 2023 [ECF 129], AND APRIL 5, 2023 [ECF 130]

Charly J. Guzman ("Guzman"), by and through undersigned counsel, hereby files this Notice of Withdrawal of Agreed *Ex Parte* Motion to Continue Hearing on Debtor's Objection To Claim of Charly J. Guzman, which was filed on April 3, 2023 [ECF 129], and April 5, 2023 [ECF 130]

Dated: April 5, 2023

LUBLINER LAW PLLC
1645 Palm Beach Lakes Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 207-2018
Facsimile: (561) 584-7227
rich@lubliner-law.com
carolina@lubliner-law.com

BY: */s/ Richard S. Lubliner*
RICHARD S. LUBLINER, ESQ.
FBN: 0047741

1