

ORDERED in the Southern District of Florida on April 11, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Pompano Senior Squadron Flying Club, Inc.,

        Debtor

_____/

Case No. 22-15714-PDR

Chapter 11

### ORDER CONTINUING HEARINGS AND DIRECTING COUNSEL TO SHOW CAUSE WHY THEY SHOULD NOT BE SANCTIONED FOR FAILURE TO ATTEND SCHEDULED HEARING

This matter came before the Court after an April 6, 2023 hearing on Debtor's Supplemental Objection to Claim (Doc. 81). The Court called the matter at 1:30 P.M. in accordance with the order setting the matter for hearing (Doc. 120), and no appearances were made by any party. The Court proceeded to hear other matters set

for 1:30 P.M. and later recalled this matter. Again, neither the Debtor's Counsel nor Mr. Guzman's counsel appeared.

The Court is aware that counsel for Mr. Guzman had previously attempted and failed several times since February 1, 2023 to file a motion to continue the hearing on this objection. Ultimately, counsel was able to file a motion to continue (Doc. 131) but no order was entered on the motion.

Accordingly, this Court **ORDERS**:

1. Attorneys for the Debtor and Mr. Guzman shall appear on **April 13, 2023 at 3:00PM** to show cause why they should not be sanctioned for failing to appear at the April 6, 2023 hearing.

2. The hearings on the Supplemental Objection (Doc. 81); and the Agreed Ex Parte Motion to Continue (Doc. 131) are continued to **April 13, 2023 at 3:00PM**

3. The hearing will be conducted at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL  33301.

###

Copies to:
All parties in interest.