United States Bankruptcy Court

Southern District of Florida

In re:                                                                                                                                              Case No. 22-15714-PDR

Pompano Senior Squadron Flying Club, Inc                                                      Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0                                                           User: admin                                                                                  Page 1 of 4

Date Rcvd: Apr 11, 2023                                                Form ID: pdf004                                                        Total Noticed: 104

The following symbols are used throughout this certificate:
**Symbol     Definition**

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pompano Senior Squadron Flying Club, Inc., 1421 South Ocean Boulevard, Suite 102, Pompano Beach, FL 33062-7314 |
| cr | + | Anthony Ard, 240 SE 28th Avenue, Pompano Beach, FL 33062-5437 |
| cr | + | Carl Kennedy, c/o Kaniuk Law Office, P.A., 1615 S. Congress Avenue, Suite 103, Delray Beach, FL 33445-6326 |
| cr | + | Charly Guzman, 4040 NW 18th Way, Boca Raton, FL 33431-3362 |
| cr | + | Jeffrey Ronner, 6512 Burning Wood Dr, Apt 210, Boca Raton, FL 33433-5134 |
| acc | + | Raymond C Cahill, 4801 S University Dr, Davie, FL 33328-3842 |
| 96668676 | + | Aaron Gillespie, 819 NE 14th Ct, Ft lauderdale, FL 33304-1215 |
| 96653322 | + | Air Power, Inc., 4912 S. Collins Street, Arlington, TX 76018-1135 |
| 96653323 | + | Airworthy Services, LLC, 969 SE 6th Terrace, Pompano Beach, FL 33060-9401 |
| 96668678 | + | Airworthy Services, LLC, c/o Ronald Ziller, President, 969 SE 6th Terrace, Pompano Beach, FL 33060-9401 |
| 96668681 | + | Allan Sefranek, 336 N. Birch Road, 8E, Ft Lauderdale, FL 33304-4202 |
| 96668682 | + | Alon Rosenberg, 1375 SW 14th Avenue, Boca Raton, FL 33486-5326 |
| 96668683 | + | Andrew Bilukha, 12629 NW 13th Court, Sunrise, FL 33323-3155 |
| 96668684 | + | Andrew Cohen, 1314 E Los Olas Boulevard, Suite 9, Ft Lauderdale, FL 33301-2334 |
| 96668685 | + | Anthony Ard, 240 SE 28th Way, Pompano Beach, FL 33062-5437 |
| 96668686 | + | Anthony Astray-Caneda, 20976 Up Town Avenue, Apartment 410, Boca Raton, FL 33428-6576 |
| 96668687 | + | Anthony Tranchida, 4974 NW 48th Avenue, Coconut Creek, FL 33073-4937 |
| 96668688 | + | Ara Yanikian, 4144 NW 83rd Lane, Coral Springs, FL 33065-1316 |
| 96653325 | + | Arthur J. Gallagher Risk Management, Services, Inc., 2580 Foxfield Road, Suite 203, Saint Charles, IL 60174-1409 |
| 96668689 | + | Arthur J. Gallagher Risk Management, Services, Inc., c/o Gallagher Aviation, 2580 Foxfield Road, Suite 203, Saint Charles, IL 60174-1409 |
| 96668690 | + | Bernardo Picca, 168 Orange Drive, Boynton Beach, FL 33436-1844 |
| 96668691 | + | Brain Butzer, 19721 118th Trail South, Boca Raton, FL 33498-6506 |
| 96653326 | + | Bruce Ayala, 6835 NW 22nd Terrace, Fort Lauderdale, FL 33309-1426 |
| 96668693 | + | Bruce Knecht, 2130 NE 30th Street, Lighthouse Point, FL 33064-7631 |
| 96653327 | + | Carl L. J+Kennedy, II, 2929 S. Ocean Boulevard, Suite 510, Boca Raton, FL 33432-8323 |
| 96668694 | + | Carl L. Kennedy, II, 2929 S. Ocean Boulevard, Suite 510, Boca Raton, FL 33432-8323 |
| 96668695 | + | Carson Reddick, 100 N. Federal Highway, Ft Lauderdale, FL 33301-1129 |
| 96668696 | + | Casey Ahlbum, 10375 NW 39th Manor, Coral Springs, FL 33065-1523 |
| 96668697 | + | Cesar Hernandez, 16711 Sapphire Isle, Weston, FL 33331-3168 |
| 96724559 | + | Charly J Guzman, 980 N Federal Highway Suite 110, c/o Kennedy & Goard LLC, Boca Raton, FL 33432-2704 |
| 96668698 | + | Christopher Troesch, 2500 N. Ocean Boulevard, Pompano beach, Fl 33062-2942 |
| 96668699 | + | Corey Pechonis, 770 SE 2nd Avenue, Apartment F-206, Deerfield Beach, FL 33441-5421 |
| 96668700 | + | Darren Ayoub, 205 Woodland Road, Palm Springs, FL 33461-1068 |
| 96668701 | + | Dave Davison, 205 SW 28th Street, Fort Lauderdale, FL 33315-3131 |
| 96668702 | + | David Watkins, 1012 Kanasgowa Drive, Brevard, NC 28712-9094 |
| 96668703 | + | Donald Cannarozzi, 204 SE 9th Street, Dania Beach, FL 33004-4439 |
| 96668704 | + | Donald McNiel, 2720 NE 6th Street, Pompano Beach, FL 33062-4929 |
| 96668705 | + | Edwin Thompson Orcino, 4960 Windward Way, Ft Lauderdale, FL 33312-5221 |
| 96674939 | + | Erica K. Ramos, Esq., 110 SE 6th Street,, 17th Floor, Fort Lauderdale, FL 33301-5047 |

| District/off: 113C-0 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf004 | Total Noticed: 104 |

| | | |
|---|---|---|
| 96668706 | + | Evan Munro, 353 W 47th Street, Apartment 4H, Miami Beach, Florida 33140-3106 |
| 96668707 | + | Gamma Dean, 1708 Las Olas Boulvard, Ft lauderdale, FL 33312-7517 |
| 96668709 | + | Gerard Williams, 5800 SW 130th Avenue, Southwest Ranches, FL 33330-3108 |
| 96668710 | + | Giancarlo Daneri, 1201 River Reach Drive, Apartment 404, Ft Lauderdale, FL 33315-1180 |
| 96668711 | + | Gideon Brent, 140 SW 7th Court, Pompano Beach, FL 33060-8398 |
| 96668712 | + | Gregory Galyo, 4496 SW 37th Avenue, Fort Lauderdale, FL 33312-5402 |
| 96668714 | + | Gregory Madonna, 411 N New River Drive East, Apartment 2006, Ft Lauderdale, FL 33301-3181 |
| 96668715 | + | Harry Pollack, 2810 NE 20th Avenue, Lighthouse Point, Fl 33064-7606 |
| 96668716 | #+ | Henryk Dabrowski, 3004 Oakbrook Drive, Weston, FL 33332-3418 |
| 96668724 | ++++ | JEFFREY BLAKE, 1961 WATERS EDGE, POMPANO BEACH FL 33062-7691 address filed with court:, Jeffrey Blake, 1961 SE 18th Street, Lauderdale By The Sea, FL 33062 |
| 96668719 | + | Jameson Clifford, 2740 NE 9th Court, Pompano Beach, FL 33062-4209 |
| 96668720 | + | Jason Costello, 301 SW 1St Ave, Ft Lauderdale, FL 33301-4342 |
| 96668721 | | Jason Sager, 5301 Magellan Circle, Aventura, FL 33180 |
| 96668722 | + | Jay Heppner, 3212 NE 40th Street, Ft Lauderdale, FL 33308-6410 |
| 96668723 | #+ | Jean-Claude Conte, 3507 Oaks Way, Apartment 101, Pompano Beach, FL 33069-5339 |
| 96668725 | + | Jeffrey Ronner, 6512 Burning Wood Drive, Apartment 210, Boca Raton, FL 33433-5134 |
| 96668726 | + | Jorge Salinger, 2701 N. Ocean Boulevard, E605, Boca Raton, FL 33431-7045 |
| 96668727 | + | Jose Hernandez, 4442 E Aqua Bella Lane, Fort Lauderdale, FL 33312-5651 |
| 96668728 | #+ | Juan Ramirez, 2211 NE 15th Court, Ft Lauderdale, FL 33304-1417 |
| 96668729 | + | Julian Hernandez, 321 NW 17th Avenue, Pompano Beach, FL 33069-2867 |
| 96668730 | + | Justin Armstrong, 3391 Liberty Street, Hollywood, FL 33021-4334 |
| 96668731 | + | Kevin MacLean, 209 River Terrace Drive, Jupiter, FL 33469-2945 |
| 96668732 | + | Kevin Prior, 53 Castlerock Lane, Bolton, CT 06043-7856 |
| 96668733 | + | Kevin Tracey, 1044 SW 42nd Avenue, Dearfield Beach, FL 33442-8254 |
| 96668734 | #+ | Killian O'Connor, 200 S Birch Road, Apartment 810, Ft lauderdale, FL 33316-1536 |
| 96668735 | | Law Office of Dane Stanish, P.A., c/o Dane T. Stanish, Esq., 3475 Sheridan Street, Suite 209, Fort Lauderdale, FL 33301 |
| 96668736 | + | Law Offices of Edward F. Holodak, PA, c/o Edward F. Holodak, Esq., 3326 NE 33rd Street, Fort Lauderdale, FL 33308-7110 |
| 96668737 | + | Logan Anderson, 2625 NE 17th Street, Pompano Beach, FL 33062-3212 |
| 96668738 | + | Luca Pastore, 2615 NE 21st Terrace, Lighthouse Point, FL 33064-7740 |
| 96668739 | + | Marissa Stutes, 4315 Sarver Drive, lake Charles, LA 70605-4421 |
| 96668740 | + | Mark Jarvis, 140 SE 9th Street, Pompano Beach, FL 33060-8849 |
| 96653328 | + | Michael Borer, c/o Jeffrey B. Lampert, Esq., The Barrister Building, 1615 Forum Place, Suite 4-B, West Palm Beach, FL 33401-2317 |
| 96668742 | + | Michael Dubin, 6171 Floral Lakes Drive, Delray Beach, FL 33484-4606 |
| 96668744 | + | Michael Strongin, 9559 Collins Avenue, Apartment 409, Surfside, FL 33154-2657 |
| 96668745 | #+ | Michael Taggart, 2801 Florida Avenue, Apartment 215, Miami, FL 33133-1908 |
| 96668746 | + | Mosart Sebben, 7676 NW 60th Lane, Parkland, FL 33067-3321 |
| 96668747 | + | Ori Adivi, 3218 NE 211 Terrace, Aventura, FL 33180-3688 |
| 96653330 | + | Paul K. Sanchez, 10643 Shore Drive, Boca Raton, FL 33428-5645 |
| 96653331 | | Paul K. Sanchez, Boca Raton, FL 33428 |
| 96668751 | + | Paul Sanchez, 10643 Shore Drive, Boca Raton, FL 33428-5645 |
| 96668752 | + | Paulo De lima Yoshida, 1160 N. Federal Highway, Apartment 1016, Ft Lauderdale, FL 33304-1436 |
| 96668753 | + | Raja Malek, 714 Heron Drive, Delray Beach, FL 33444-1924 |
| 96668754 | + | Randy Greenfield, 3305 NE 39th Street, Fort Lauderdale, FL 33308-6440 |
| 96668755 | + | Rick McQuaide, 1518 SE 12th Court, Dearfield Beach, FL 33441-7110 |
| 96668756 | + | Robert Brauser, 90 Compass Lane, Ft Lauderdale, FL 33308-2010 |
| 96668757 | + | Robert Nast, 3165 NE 48th Court, Lighthouse Point, FL 33064-7975 |
| 96668758 | + | Robert Rutten, 101 Briny Avenue, Apartment 1002, Pompano Beach, FL 33062-5615 |
| 96668759 | + | Robert Schneider, 9838 Savona Winds Drive, Delray, FL 33446-9765 |
| 96668760 | + | Ronald Ziller, 969 SE 6th Terrace, Pompano Beach, FL 33060-9401 |
| 96668762 | | SEC Commision, Office of Reorganization, 950 E. Paces Ferry Road NE, Suite 900, Atlanta, GA 30326-1382 |
| 96653333 | + | Sarasota Avionics & Maintenance, 120 Airport Avenue West, Venice, FL 34285-3921 |
| 96668763 | + | Sheltair Pompano Beach, LLC, 4860 NE 12th Avenue, Fort Lauderdale, FL 33334-4804 |
| 96668765 | + | Stephen Taylor, 1334 N 30th Road, Hollywood 33021-5004 |
| 96668766 | + | Sunwood, Inc., Susan D. Lasky, PA, c/o Susan D. Lasky, Esq., 320 SE 18th Street, Fort Lauderdale, FL 33316-2818 |
| 96653334 | + | Sunwood, Inc., c/o Dana Stanish, Esq., Law Offices of Dane Stanish, P.A., 3475 Sheridan Street, Suite 209, Hollywood, FL 33021-3659 |
| 96668767 | + | The Law Office of Stephen Barker, 901 A Clint Moore Road, Boca Raton, FL 33487-2876 |
| 96668768 | + | The Law Offices of Scott J. Kalish, PLLC, c/o Scott J. Kalish, Esq., 2161 Palm Beach Lakes Boulevard, West Palm Beach, FL 33409-6612 |
| 96668769 | #+ | Timothy Rosman, 1548 NE 37th Street, Oakland Park, FL 33334-4623 |
| 96668770 | #+ | Toby Rothe, 1401 S Ocean Boulevard, Apartment 504, Pompano Beach, FL 33062-7386 |
| 96668771 | + | Tom Warfield, 4900 N. Ocean Boulevard, Unit 403, Ft. Lauderdale, FL 33308-2931 |
| 96668772 | + | Tor Holm, 2351 SW 26th Avenue, Fort Lauderdale, FL 33312-4536 |
| 96668773 | #+ | Travis McQuade, 14861 Enclave Preserve Circle, #T4, Delray Beach, FL 33484-8827 |

| District/off: 113C-0 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 11, 2023 | Form ID: pdf004 | Total Noticed: 104 |

96668774    + Yonathan Yehezkel, 54 NE 95th Street, Miami Shores, FL 33138-2707

TOTAL: 102

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 96668718 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 11 2023 22:22:00 | Internal Revenue Service, Compliance Services Insolvency, STOP 5730, 7850 Southwest 6th Court, Plantation, FL 33324 |
| 96684654 | + Email/Text: RASEBN@raslg.com | Apr 11 2023 22:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bruce Ayala, Aviation Legal Counsel, 110 SE 6th Street, 17th Floor, Fort Lauderdale |
| 96653324 | | Airworthy Services, LLC |
| 96723353 | | Paul K Sanchez |
| 96653332 | | Paul K. Sanchez |
| 96668677 | *+ | Air Power, Inc., 4912 S. Collins Street, Arlington, TX 76018-1135 |
| 96668679 | *+ | Airworthy Services, LLC, 969 SE 6th Terrace, Pompano Beach, FL 33060-9401 |
| 96668692 | *+ | Bruce Ayala, 6835 NW 22nd Terrace, Fort Lauderdale, FL 33309-1426 |
| 96668717 | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 96668741 | *+ | Michael Borer, c/o Jeffrey B. Lampert, Esq., The Barrister Building, 1615 Forum Place, Suite 4-B, West Palm Beach, FL 33401-2317 |
| 96668748 | *+ | Paul K. Sanchez, c/o Robert J. Puzio, Esq., The Litigation Defense Group, Inc., 1040 Bayview Drive, Suite 520, Fort Lauderdale, FL 33304-2506 |
| 96668761 | *+ | Sarasota Avionics & Maintenance, 120 Airport Avenue West, Venice, FL 34285-3921 |
| sp | ##+ | Edward F Holodak, 7951 SW 6 St #210, Plantation, FL 33324-3276 |
| 96668680 | ##+ | Alessandro Potenti, 1410 Middle River Drive, Fort Lauderdale, Florida 33304-1526 |
| 96668708 | ##+ | Gene Vertkin, 1039 Hillsboro Mile #2, Hillsboro Beach, FL 33062-2104 |
| 96668713 | ##+ | Gregory Gilhooly, 5773 NW 119th Terrace, Coral Springs, Florida 33076-4031 |
| 96668743 | ##+ | Michael Scheeringa, 517 SE 25th Avenue, Ft Lauderdale, FL 33301-2615 |
| 96653329 | ##+ | Paul K. Sanchez, c/o Robert J. Puzio, Esq., The Litigation Defense Group, Inc., 1040 Bayview Drive, Suite 520, Fort Lauderdale, FL 33304-2506 |
| 96668749 | ##+ | Paul Nudelman, 2301 Collins Avenue, Penthouse 1, Miami Beach, FL 33139-1603 |
| 96668750 | ##+ | Paul Palmeri, 1475 SE 15th Street, Apartment 301, Fort Lauderdale, FL 33316-4706 |
| 96668764 | ##+ | Stephen Horniacek, 1790 SE 4th Street, Pompano Beach, FL 33060-7602 |

TOTAL: 4 Undeliverable, 7 Duplicate, 9 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 13, 2023      Signature:     /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 4 of 4 |
| Date Rcvd: Apr 11, 2023 | Form ID: pdf004 | Total Noticed: 104 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Adisley M Cortez Rodriguez | on behalf of U.S. Trustee Office of the US Trustee Adisley.M.Cortez-Rodriguez@usdoj.gov |
| Carol Lynn Fox | on behalf of Trustee Carol Lynn Fox cfox@brileyfin.com cclf11@trustesolutions.net |
| Carol Lynn Fox | cfox@brileyfin.com cclf11@trustesolutions.net |
| Craig A. Pugatch, Esq | on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com |
| Craig A. Pugatch, Esq | on behalf of Debtor Pompano Senior Squadron Flying Club  Inc. ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com |
| Dane T. Stanish, Esq. | on behalf of Creditor Sunwood  Inc. stanishd@gmail.com |
| Erica Kristine Ramos | on behalf of Creditor Bruce Ayala erica@aviationlegalcounsel.com |
| Jason Slatkin, Esq. | on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Jason Slatkin, Esq. | on behalf of Debtor Pompano Senior Squadron Flying Club  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Richard S Lubliner | on behalf of Defendant Carl Kennedy rich@lubliner-law.com  carolina@lubliner-law.com |
| Richard S Lubliner | on behalf of Creditor Charly Guzman rich@lubliner-law.com  carolina@lubliner-law.com |
| Robert J Puzio | on behalf of Creditor Paul K Sanchez puziolaw@bellsouth.net |
| Ronald S Kaniuk, Esq. | on behalf of Defendant Carl Kennedy ron@kaniuklawoffice.com |
| Susan D. Lasky, Esq | on behalf of Creditor Sunwood  Inc. ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com |

TOTAL: 15



**ORDERED in the Southern District of Florida on April 11, 2023.**



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

In re:

Pompano Senior Squadron Flying Club, Inc.,

                Debtor
_____/

Case No. 22-15714-PDR

Chapter 11

### ORDER CONTINUING HEARINGS AND DIRECTING COUNSEL TO SHOW CAUSE WHY THEY SHOULD NOT BE SANCTIONED FOR FAILURE TO ATTEND SCHEDULED HEARING

    This matter came before the Court after an April 6, 2023 hearing on Debtor's Supplemental Objection to Claim (Doc. 81). The Court called the matter at 1:30 P.M. in accordance with the order setting the matter for hearing (Doc. 120), and no appearances were made by any party. The Court proceeded to hear other matters set

for 1:30 P.M. and later recalled this matter. Again, neither the Debtor's Counsel nor Mr. Guzman's counsel appeared.

The Court is aware that counsel for Mr. Guzman had previously attempted and failed several times since February 1, 2023 to file a motion to continue the hearing on this objection. Ultimately, counsel was able to file a motion to continue (Doc. 131) but no order was entered on the motion.

Accordingly, this Court **ORDERS**:

1. Attorneys for the Debtor and Mr. Guzman shall appear on **April 13, 2023 at 3:00PM** to show cause why they should not be sanctioned for failing to appear at the April 6, 2023 hearing.

2. The hearings on the Supplemental Objection (Doc. 81); and the Agreed Ex Parte Motion to Continue (Doc. 131) are continued to **April 13, 2023 at 3:00PM**

3. The hearing will be conducted at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL  33301.

###

Copies to:
All parties in interest.