

ORDERED in the Southern District of Florida on April 18, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 22-15714-PDR |
| POMPANO SENIOR SQUADRON<br>FLYING CLUB, INC., | Chapter 11<br>(Subchapter V) |
| Debtor.<br>_____/ | |

### ORDER ON VERIFIED RESPONSE TO ORDER TO SHOW CAUSE

This matter came before the Court on April 13, 2023 at 3:00 p.m. upon the *Order Continuing Hearings and Directing Counsel to Show Cause why they Should not be Sanctioned for Failure to Attend Scheduled Hearing* (ECF No. 133). The Court, having reviewed the *Verified Response to Order to Show Cause* (ECF No. 134) and argument of counsel, and for the reasons stated on the record,

ORDERS,

1. The Order to Show Cause is discharged without sanctions.

2

###

Copies furnished to:

Craig A. Pugatch, Esq.
LORIUM LAW
Attorneys for Debtor in Possession,
Pompano Senior Squadron Flying Club, Inc.
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300
capugatch@loriumlaw.com

Craig A. Pugatch, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service.