UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:   CASE NO.: 22-15714-PDR

POMPANO SENIOR
SQUADRON FLYING CLUB, INC.,   Chapter 11
       Debtor.   (Subchapter V)
_____/

### AGREED *EX PARTE* MOTION TO EXTEND TIME TO RESPOND TO OBJECTION TO CLAIM

Paul Sanchez ("Sanchez"), by and through undersigned counsel, files this Agreed *Ex Parte* Motion to Extend (the "Motion") the time for Paul Sanchez to file a response to the Debtor's Objection to his proof of claim and in support thereof, states as follows:

1. On December 2, 2022, Debtor filed its Objection to Claim of Paul Sanchez (Claim No. 3)(ECF 78)(the "Objection").

2. The Court previously extended the deadline to respond to the Objection to April 30, 2023.

3. The undersigned counsel and counsel for the Debtor are in the process of exploring a potential resolution to the issues raised in the Objection, which if successful, will obviate the need for a Response to Objection.

4. The parties have agreed to an extension of time for Sanchez to respond to the Objection, through and including June 1, 2023. A proposed order granting the relief requested is attached hereto.

WHEREFORE, Sanchez respectfully requests that the Court grant this Motion, and extend the time to respond to the Objection up to and including June 1, 2023 and to award any additional relief that the Court may deem just and reasonable.

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing has been emailed to all on the ECF list this 5th day of May, 2023, and I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1 (A).

                              THE LITIGATION DEFENSE GROUP, LLC

                              By:    /s/ Robert J. Puzio, Esq.
                                      ROBERT J. PUZIO, ESQ.
                                      Florida Bar No.: 622516
                                      3301 North University Drive
                                      Suite 100
                                      Coral Springs, Florida 33065
                                      Telephone: (954) 489-7766
                                      Primary E-Mail: puziolaw@bellsouth.net