

ORDERED in the Southern District of Florida on May 8, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                          Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                  Chapter 11
FLYING CLUB, INC.,                                     (Subchapter V)

        Debtor.
_____/

### ORDER GRANTING AGREED EX PARTE MOTION TO EXTEND TIME TO RESPOND TO OBJECTION TO CLAIM OF PAUL SANCHEZ (ECF 138)

This matter came before the Court without Hearing upon Paul K. Sanchez's Agreed *Ex Parte* Motion to Extend Time to Respond to Objection to Claim filed by the Debtor, Pompano Senior Squadron Flying Club, Inc., (Claim No. 3) (ECF 78) ("Objection") (ECF 138) ("Motion"). The Court having reviewed the Motion and the relief requested therein and being fully advised of the agreement of the parties, the Court,

ORDERS,

1.  The Motion is GRANTED and the deadline to file a response to the Objection is

extended. The Creditor, Paul K. Sanchez shall file a written response, if any, to the Objection up to and including June 1, 2023.

###

Submitted by:

Robert J. Puzio, Esq.
THE LITIGATION DEFENSE GROUP, LLC
3301 N. University Drive, Suite 100
Coral Springs, Florida 33065
Telephone: 954.489.7766
Email:  puziolaw@bellsouth.net

*(Attorney Puzio shall provide a conformed copy of this Order to all interested parties immediately upon receipt and shall file a Certificate of Service with the Court)*