UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                    CASE NO.: 22-15714-PDR

POMPANO SENIOR SQUADRON                                   Chapter 11
FLYING CLUB, INC.                                         (Subchapter V)

Debtor.
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the *Order Granting Agreed Ex-Parte Motion to Extend Time to Respond to Objection to Claim of Paul Sanchez (ECF 78)* (ECF No. 139) was served via the Court's CM/ECF to all parties listed on the attached Service List on May 10. 2023.

Dated this 10th day of May, 2023.

>                THE LITIGATION DEFENSE GROUP, LLC
>                3301 North University Drive
>                Suite 100
>                Coral Springs, Florida 33065
>                Telephone: (954) 489-7766
>                Primary E-Mail: puziolaw@bellsouth.net
>
>                By: /s/ Robert J. Puzio, Esq.
>                      ROBERT J. PUZIO, ESQ.
>                      Florida Bar No.: 622516

## SERVICE LIST

### VIA CM/ECF

Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the U.S. Trustee
AdisleyM.Cortz-Rodriguez@usdoj.gov

Carol Lynn Fox
cfox@brileyfin.com, cclfl1@trustesolutions.net

Ronald S Kaniuk, Esq. on behalf of Creditor Carl Kennedy
ron@kaniuklawoffice.com

Susan D, Lasky, Esq. on behalf of Creditor Sunwood, Inc.
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Richard S Lubliner on behalf of Defendant Carl Kennedy
rich@lubliner-law.com, sasha@lubliner-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Erica Kristine Ramos on behalf of Creditor Bruce Ayala
erica@aviationlegalcounsel.com

Dane T. Stanish, Esq. on behalf of Creditor Sunwood, Inc
stanishd@gmail.com

Craig A. Pugatch, Esq. on behalf of Plaintiff Pompano Senior Squadron Flying Club, Inc.
ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com