UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

              Debtor.
_____/

CASE NO.: 22-15714-PDR

Chapter 11
(Subchapter V)

## AGREED *EX PARTE* MOTION TO CONTINUE HEARING ON DEBTOR'S OBJECTION TO CLAIM OF CHARLY J. GUZMAN

    Charly J. Guzman ("Guzman"), by and through undersigned counsel, files this Agreed *Ex Parte* Motion to Continue (the "Motion") the Hearing on Debtor, Pompano Beach Flying Club, Inc.'s (the "Debtor"), objection to the claim filed by Guzman in the instant proceeding, and in support thereof, states as follows:

## INTRODUCTION

    1.    On December 2, 2022, Debtor filed its Objection to Claim of Charly Guzman (Claim No. 6)[ECF 81] (the "Objection").

    2.    On December 16, 2023, the Court entered an Agreed Order Sustaining, In Part, and Continuing Hearing on Objection to Claim of Charly Guzman [ECF 76, 79][ECF 98] (the "Order"), pursuant to which, *inter alia*, the objection to Guzman's claim was disallowed solely as to its priority as a secured claim, and Guzman's claim was classified as a class 3 general unsecured claim for distribution purposes in the event the Objection is ultimately overruled.

    3.    A hearing on the Objection is currently scheduled to occur on May 18, 2023 (the "Hearing").

    4.    Undersigned counsel, and counsel for the Debtor, are engaged in settlement discussions that will hopefully result in the resolution of the objection, or at a minimum limiting some of the issues in connection therewith.

5.      Consequently, Guzman, and the Debtor, respectfully request that the Hearing be rescheduled for a date not before June 15, 2023. If the Parties cannot settlement the Objection prior to the continued hearing date, at the continued hearing the Parties' counsel will be prepared to propose a Case Management Plan to the Court as the Parties believe a half-day evidentiary hearing will be required to resolve the Objection.

6.      Undersigned counsel certifies that he obtained the consent of Guzman to continue the Hearing and that he contacted Debtor's counsel regarding this Motion, and that Debtor's counsel stated that he consented to the relief sought herein.

WHEREFORE, Guzman respectfully requests that the Court grant this Motion, thereby rescheduling the Hearing to a date not before June 15, 2023, together with ordering such other and further relief as the Court deems appropriate.

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been emailed to all on the ECF list on this 15th day of May, 2023, and I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

LUBLINER LAW PLLC

By:    _/s/ Richard Lubliner_
       Richard S. Lubliner, Esq.
       FBN 0047741
       1645 Palm Beach Lakes Blvd., Suite 1200
       West Palm Beach, Florida 33401
       Phone: 561-207-2018
       Fax: 561-584-7227
       Email: rich@lubliner-law.com
       Email: carolina@lubliner-law.com