

**ORDERED in the Southern District of Florida on May 16, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

      CASE NO.: 22-15714-PDR

   Debtor.
_____/

Chapter 11
(Subchapter V)

### ORDER GRANTING AGREED *EX PARTE* MOTION TO CONTINUE HEARING ON DEBTOR'S OBJECTION TO CLAIM OF CHARLY J. GUZMAN

This matter came before the Court on Charly J. Guzman's Agreed *Ex Parte* Motion to Continue the Hearing on Debtor, Pompano Beach Flying Club, Inc.'s objection [ECF 81] (the "Objection") to the claim filed by Guzman (the "Motion") [ECF 142]. Having reviewed the Motion and the relief requested therein, and being advised of the agreement of the parties, the Court,

ORDERS,

1. That the Motion is GRANTED.

2. The hearing on Objection to Claim of Charly Guzman [ECF 81] is continued and shall be held on June 15, 2023 at 2:00 p.m. at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301. Although the Court will conduct the hearing in person, the Courts webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

# # #

Prepared for submission by

Richard S. Lubliner, Esq.
Lubliner Law, PLLC
1645 Palm Beach Lakes Blvd., Suite 1200
West Palm Beach, FL 33401.
rich@lubliner-law.com
carolina@lubliner-law.com

Copies furnished to: Attorney Richard Lubliner shall service a copy of this order upon all interested parties, and file a certificate of service regarding such service.