UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No.: 22-15714-PDR

Pompano Senior Squadron Flying Club,                      Chapter 11

                    Debtor.
_____/

### Chapter 11 Subchapter V Trustee's Report of No Distribution

I, *Carol Fox*, having been appointed trustee of the estate of the above-named debtor, report I collected funds totaling: $0.00. A consensual plan was confirmed on December 27, 2022 [ECF 111]. No plan payments were made to the trustee. On May 23, 2023 the Debtor filed its *Notice of Substantial Consummation* [ECF 145] which provided notice "that distributions have commenced to creditors under the confirmed plan of reorganization and that the plan has been substantially consummated."

On December 16, 2022 pursuant to 11 U.S.C. § 330(a), the Court ordered final compensation and costs totaling $2,873.00 be awarded to the trustee [ECF 99]. Funds totaling $2,873.00 were paid by the Debtor to the trustee as of the date of this report. I hereby certify that my administration of the estate of the above-named debtor has been completed. I request that I be discharged from any further duties as trustee.

Date: May 31, 2023                             By: _____
                                                   Subchapter V Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-11(v)-NDR B