UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                           CASE NO.: 22-15714-PDR
POMPANO SENIOR
SQUADRON FLYING CLUB, INC.,                                              Chapter 11
                    Debtor.                                                                    (Subchapter V)
_____/

**STIPULATION TO MEDIATE AND TO EXTEND TIME TO RESPOND TO OBJECTION TO CLAIM**

The Debtor and Paul Sanchez ("Sanchez"), have agreed to mediation of the pending Objection to Claim of Paul Sanchez ("Claim Objection") and stipulate as follows:

1. The parties shall confer upon a mutually agreeable mediator and date for mediation to occur on or before August 30, 2023 and shall file a notice of mediation with the Court.

2. The parties stipulate that the objection is opposed and the Debtor shall not file a certificate of no response regarding the Claim Objection.

3. Following mediation, or if settlement or impasse otherwise occurs by agreement of the parties, Counsel for the Debtor shall file a certificate of contested matter to set the Claim Objection for hearing if the matter remains opposed, or shall file a proposed Agreed Order reflecting any agreement of the parties.

4. The parties stipulate to an extension of the deadline to file a response to the Claim Objection and Sanchez shall file any response on or before 10 days prior to a hearing set on the Claim Objection.

**IN WITNESS WHEREOF** the parties have executed this agreement on the date set forth below:

Dated: June 2, 2023

By:/s/ Robert J. Puzio
ROBERT J. PUZIO, ESQ..
Florida Bar No.: 622516
THE LITIGATION DEFENSE GROUP, LLC
Attorney for Sanchez
3301 N, University Drive, Suite 100
Coral Springs, Florida 33065
Telephone: (954) 489-7766
puziolaw@bellsouth.net

**LORIUM LAW**

*Attorneys for Pompano Senior Squadron Flying Club, Inc.*
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/ Craig A. Pugatch
CRAIG A. PUGATCH
Florida Bar No. 653381
capugatch@loriumlaw.com