UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

CASE NO.: 22-15714-PDR

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

          Debtor.

Chapter 11
(Subchapter V)

_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the **Order Granting Agreed *Ex Parte* Motion To Continue Hearing on Debtor's Objection to Claim of Charly J. Guzman** (ECF No. 144) was served via the Court's CM/ECF system to Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the US Trustee Adisley.M.Cortez-Rodriguez@usdoj.gov; Carol Lynn Fox cfox@brileyfin.com, cclf11@trustesolutions.net; Carol Lynn Fox on behalf of Trustee Carol Lynn Fox cfox@brileyfin.com, cclf11@trustesolutions.net; Susan D. Lasky, Esq on behalf of Creditor Sunwood, Inc.; ECF@suelasky.com ecfsuelasky@gmail.com r48532@notify.bestcase.com Richard S Lubliner on behalf of Creditor Charly Guzman rich@lubliner-law.com, carolina@lubliner-law.com Richard S Lubliner on behalf of Defendant Carl Kennedy rich@lubliner-law.com, carolina@lubliner-law.com Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov Craig A. Pugatch, Esq on behalf of Attorney Craig A. Pugatch ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com Craig A. Pugatch, Esq on behalf of Debtor Pompano Senior Squadron Flying Club, Inc. ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com Craig A. Pugatch, Esq on behalf of Plaintiff Pompano Senior Squadron Flying Club, Inc. ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com Robert J Puzio on behalf of Creditor Paul K Sanchez puziolaw@bellsouth.net Erica Kristine Ramos on behalf of Creditor Bruce Ayala erica@aviationlegalcounsel.com Jason Slatkin, Esq. on behalf of Debtor Pompano Senior Squadron Flying Club, Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com Jason Slatkin, Esq. on behalf of Plaintiff Pompano Senior Squadron Flying Club, Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com Dane T. Stanish, Esq. on behalf of Creditor Sunwood, Inc. stanishd@gmail.com, Anthony Ard , 240 SE 28th Avenue, Pompano Beach, FL 33062; Raymond C Cahill, 4801 S University Dr., Davie, FL 33328, Edward F Holodak, 7951 SW 6 St #210, Plantation, FL 33324, Jeffrey Ronner, 6512 Burning Wood Dr., Apt 210, Boca Raton, FL 33433, on May 15, 2023.

Dated: June 2, 2023

LUBLINER LAW PLLC

By:      _/s/ Richard Lubliner_
Richard S. Lubliner, Esq.
FBN 0047741
1645 Palm Beach Lakes Blvd., Suite 1200
West Palm Beach, Florida 33401
Phone: 561-207-2018
Fax: 561-584-7227
Email: rich@lubliner-law.com
Email: carolina@lubliner-law.com