

ORDERED in the Southern District of Florida on June 7, 2023.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                  Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                              Chapter 11
FLYING CLUB, INC.,                                              (Subchapter V)

        Debtor.
_____/

## AGREED ORDER APPROVING STIPULATION TO MEDIATE AND EXTEND TIME TO RESPOND TO OBJECTION TO CLAIM

This matter came before the Court on the agreement of the parties and their Stipulation to Mediate and to Extend Time to Respond to Objection to Claim (ECF 147) of Paul Sanchez (Claim No. 3)(Claim Objection, ECF 78), and being advised of the agreement of the parties to the terms of this order, the Court,

ORDERS,

1.      The terms of the stipulation (ECF 147) are approved. The deadline to file a response to the Objection is extended pursuant to the stipulation.

2.      The parties shall file a certificate of contested matter or an agreed order following

mediation.

###

Submitted by:

Craig A. Pugatch, Esq.
Lorium Law
101 NE Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.462.8000
Facsimile: 954.462.4300
Email:  capuagtch@loriumlaw.com

*(Attorney Pugatch shall provide a conformed copy of this Order to all interested parties immediately upon receipt and shall file a Certificate of Service with the Court)*