**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                                   Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                  Chapter 11
FLYING CLUB, INC.,                                                      (Subchapter V)

    Debtor.
_____/

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the *Agreed Order Approving Stipulation to Mediate and Extend Time to Respond to Objection to Claim* (ECF No. 149) was served via the Court's CM/ECF to all parties listed on the attached Service List on June 7, 2023.

Dated this 7th day of June, 2023.

                                            **LORIUM LAW**
                                            *Attorneys for Debtor in Possession, Pompano Senior Squadron Flying Club, Inc.*
                                            101 NE Third Avenue, Suite 1800
                                            Fort Lauderdale, FL 33301
                                            Telephone: (954) 462-8000
                                            Facsimile: (954) 462-4300

                                            By: /s/ Craig A. Pugatch
                                                  CRAIG A. PUGATCH
                                                 Florida Bar No. 653381
                                                 capugatch@loriumlaw.com

1

**SERVICE LIST**

**VIA CM/ECF**

Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the US Trustee
Adisley.M.Cortez-Rodriguez@usdoj.gov

Carol Lynn Fox
cfox@brileyfin.com, cclf11@trustesolutions.net

Ronald S Kaniuk, Esq. on behalf of Creditor Carl Kennedy
ron@kaniuklawoffice.com

Susan D. Lasky, Esq on behalf of Creditor Sunwood, Inc.
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Richard S Lubliner on behalf of Carl Kennedy and Charly Guzman
rich@lubliner-law.com, sasha@lubliner-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert J Puzio on behalf of Creditor Paul K Sanchez
puziolaw@bellsouth.net

Erica Kristine Ramos on behalf of Creditor Bruce Ayala
erica@aviationlegalcounsel.com

Dane T. Stanish, Esq. on behalf of Creditor Sunwood, Inc.
stanishd@gmail.com