


**ORDERED in the Southern District of Florida on June 20, 2023.**



**Peter D. Russin, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                          Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                                  Chapter 11
FLYING CLUB, INC.,                                                        (Subchapter V)

         Debtor.
_____/

## AGREED ORDER GRANTING EX-PARTE MOTION TO CONTINUE OBJECTION TO CLAIM OF CHARLY GUZMAN

This matter came before the Court for hearing on June 15, 2023 at 2:00 p.m., on the Agreed Ex-Parte Motion to Continue Hearing on Objection to Claim of Charly Guzman (ECF 151). Having considered the foregoing and being advised of the agreement of the parties to the terms of this order, the Court,

ORDERS,

1. The Motion to Continue (ECF 151) is GRANTED.

2. The Court shall conduct a Status Conference on the contested Objection to Claim of Charly Guzman (Claim No. 6) on August 24, 2023 at 1:30 p.m. at the United States Bankruptcy Court, 299 East Broward Blvd., Courtroom 301, Fort Lauderdale, FL 33301.

3. Although the Court will conduct the hearing in person, the Court's webpage (https://www.flsb.uscourts.gov/judges/judge-peter-d-russin) has specific guidelines regarding requirements and procedures for appearing remotely.

###

Submitted by:

Craig A. Pugatch, Esq.
Lorium Law
101 NE Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.462.8000
Facsimile: 954.462.4300
Email: capuagtch@loriumlaw.com

*(Attorney Pugatch shall provide a conformed copy of this Order to all interested parties immediately upon receipt and shall file a Certificate of Service with the Court)*