UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                               Chapter 11
FLYING CLUB, INC.,

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Agreed Order Granting Ex-Parte Motion to Continue Objection to Claim of Charly Guzman* [ECF 152], was served via the Court's NextGen CM/ECF system on all parties receiving service by this method and via US Mail on all parties listed on the attached mailing matrix on this 22nd day of June, 2023.

Dated this 22nd day of June, 2023.

                                            **LORIUM LAW**
                                            *Attorneys for Pompano Senior Squadron Flying Club, Inc.*
                                            101 NE Third Avenue, Suite 1800
                                            Fort Lauderdale, FL 33301
                                            Telephone:    (954) 462-8000
                                            Facsimile:      (954) 462-4300

                                            By: /s/ Craig A. Pugatch
                                                  CRAIG A. PUGATCH
                                                  Florida Bar No. 653381
                                                  capugatch@loriumlaw.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 22-15714-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Wed Jun 21 14:26:42 EDT 2023 | Pompano Senior Squadron Flying Club, Inc.<br>1421 South Ocean Boulevard<br>Suite 102<br>Pompano Beach, FL 33062-7314 | Aaron Gillespie<br>819 NE 14th Ct<br>Ft lauderdale, FL 33304-1215 |
| Air Power, Inc.<br>4912 S. Collins Street<br>Arlington, TX 76018-1135 | Airworthy Services, LLC<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 | Airworthy Services, LLC<br>c/o Ronald Ziller, President<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 |
| Alessandro Potenti<br>1410 Middle River Drive<br>Fort Lauderdale, Florida 33304-1526 | Allan Sefranek<br>336 N. Birch Road<br>8E<br>Ft Lauderdale, FL 33304-4202 | Alon Rosenberg<br>1375 SW 14th Avenue<br>Boca Raton, FL 33486-5326 |
| Andrew Bilukha<br>12629 NW 13th Court<br>Sunrise, FL 33323-3155 | Andrew Cohen<br>1314 E Los Olas Boulevard, Suite 9<br>Ft Lauderdale, FL 33301-2334 | Anthony Ard<br>240 SE 28th Way<br>Pompano Beach, FL 33062-5437 |
| Anthony Astray-Caneda<br>20976 Up Town Avenue<br>Apartment 410<br>Boca Raton, FL 33428-6576 | Anthony Tranchida<br>4974 NW 48th Avenue<br>Coconut Creek, FL 33073-4937 | Ara Yanikian<br>4144 NW 83rd Lane<br>Coral Springs, FL 33065-1316 |
| Arthur J. Gallagher Risk Management<br>Services, Inc.<br>2580 Foxfield Road<br>Suite 203<br>Saint Charles, IL 60174-1409 | Arthur J. Gallagher Risk Management<br>Services, Inc.<br>c/o Gallagher Aviation<br>2580 Foxfield Road, Suite 203<br>Saint Charles, IL 60174-1409 | Bernardo Picca<br>168 Orange Drive<br>Boynton Beach, FL 33436-1844 |
| Brain Butzer<br>19721 118th Trail South<br>Boca Raton, FL 33498-6506 | Bruce Ayala<br>6835 NW 22nd Terrace<br>Fort Lauderdale, FL 33309-1426 | Bruce Knecht<br>2130 NE 30th Street<br>Lighthouse Point, FL 33064-7631 |
| Carl L. J+Kennedy, II<br>2929 S. Ocean Boulevard<br>Suite 510<br>Boca Raton, FL 33432-8323 | Carl L. Kennedy, II<br>2929 S. Ocean Boulevard<br>Suite 510<br>Boca Raton, FL 33432-8323 | Carson Reddick<br>100 N. Federal Highway<br>Ft Lauderdale, FL 33301-1129 |
| Casey Ahlbum<br>10375 NW 39th Manor<br>Coral Springs, FL 33065-1523 | Cesar Hernandez<br>16711 Sapphire Isle<br>Weston, FL 33331-3168 | Charly J Guzman<br>980 N Federal Highway Suite 110<br>c/o Kennedy & Goard LLC<br>Boca Raton, FL 33432-2704 |
| Christopher Troesch<br>2500 N. Ocean Boulevard<br>Pompano beach, Fl 33062-2942 | Corey Pechonis<br>770 SE 2nd Avenue<br>Apartment F-206<br>Deerfield Beach, FL 33441-5421 | Darren Ayoub<br>205 Woodland Road<br>Palm Springs, FL 33461-1068 |

Dave Davison
205 SW 28th Street
Fort Lauderdale, FL 33315-3131

David Watkins
1012 Kanasgowa Drive
Brevard, NC 28712-9094

Donald Cannarozzi
204 SE 9th Street
Dania Beach, FL 33004-4439

Donald McNiel
2720 NE 6th Street
Pompano Beach, FL 33062-4929

Edwin Thompson Orcino
4960 Windward Way
Ft Lauderdale, FL 33312-5221

Erica K. Ramos, Esq.
110 SE 6th Street,
17th Floor
Fort Lauderdale, FL 33301-5047

Evan Munro
353 W 47th Street
Apartment 4H
Miami Beach, Florida 33140-3106

Gamma Dean
1708 Las Olas Boulevard
Ft lauderdale, FL 33312-7517

Gene Vertkin
1039 Hillsboro Mile #2
Hillsboro Beach, FL 33062-2104

Gerard Williams
5800 SW 130th Avenue
Southwest Ranches, FL 33330-3108

Giancarlo Daneri
1201 River Reach Drive
Apartment 404
Ft Lauderdale, FL 33315-1180

Gideon Brent
140 SW 7th Court
Pompano Beach, FL 33060-8398

Gregory Galyo
4496 SW 37th Avenue
Fort Lauderdale, FL 33312-5402

Gregory Gilhooly
5773 NW 119th Terrace
Coral Springs, Florida 33076-4031

Gregory Madonna
411 N New River Drive East
Apartment 2006
Ft Lauderdale, FL 33301-3181

Harry Pollack
2810 NE 20th Avenue
Lighthouse Point, Fl 33064-7606

Henryk Dabrowski
3004 Oakbrook Drive
Weston, FL 33332-3418

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Jameson Clifford
2740 NE 9th Court
Pompano Beach, FL 33062-4209

Jason Costello
301 SW 1St Ave
Ft Lauderdale, FL 33301-4342

Jason Sager
5301 Magellan Circle
Aventura, FL 33180

Jay Heppner
3212 NE 40th Street
Ft Lauderdale, FL 33308-6410

Jean-Claude Conte
3507 Oaks Way
Apartment 101
Pompano Beach, FL 33069-5339

(c)JEFFREY BLAKE
1961 WATERS EDGE
POMPANO BEACH FL   33062-7691

Jeffrey Ronner
6512 Burning Wood Drive
Apartment 210
Boca Raton, FL 33433-5134

Jorge Salinger
2701 N. Ocean Boulevard
E605
Boca Raton, FL 33431-7045

Jose Hernandez
4442 E Aqua Bella Lane
Fort Lauderdale, FL 33312-5651

Juan Ramirez
2211 NE 15th Court
Ft Lauderdale, FL 33304-1417

| | | |
|---|---|---|
| Julian Hernandez<br>321 NW 17th Avenue<br>Pompano Beach, FL 33069-2867 | Justin Armstrong<br>3391 Liberty Street<br>Hollywood, FL 33021-4334 | Kevin MacLean<br>209 River Terrace Drive<br>Jupiter, FL 33469-2945 |
| Kevin Prior<br>53 Castlerock Lane<br>Bolton, CT 06043-7856 | Kevin Tracey<br>1044 SW 42nd Avenue<br>Dearfield Beach, FL 33442-8254 | Killian O'Connor<br>200 S Birch Road<br>Apartment 810<br>Ft lauderdale, FL 33316-1536 |
| Law Office of Dane Stanish, P.A.<br>c/o Dane T. Stanish, Esq.<br>3475 Sheridan Street, Suite 209<br>Fort Lauderdale, FL 33301 | Law Offices of Edward F. Holodak, PA<br>c/o Edward F. Holodak, Esq.<br>3326 NE 33rd Street<br>Fort Lauderdale, FL 33308-7110 | Logan Anderson<br>2625 NE 17th Street<br>Pompano Beach, FL 33062-3212 |
| Luca Pastore<br>2615 NE 21st Terrace<br>Lighthouse Point, FL 33064-7740 | Marissa Stutes<br>4315 Sarver Drive<br>lake Charles, LA 70605-4421 | Mark Jarvis<br>140 SE 9th Street<br>Pompano Beach, FL 33060-8849 |
| Michael Borer<br>c/o Jeffrey B. Lampert, Esq.<br>The Barrister Building<br>1615 Forum Place, Suite 4-B<br>West Palm Beach, FL 33401-2317 | Michael Dubin<br>6171 Floral Lakes Drive<br>Delray Beach, FL 33484-4606 | Michael Scheeringa<br>517 SE 25th Avenue<br>Ft Lauderdale, FL 33301-2615 |
| Michael Strongin<br>9559 Collins Avenue<br>Apartment 409<br>Surfside, FL 33154-2657 | Michael Taggart<br>2801 Florida Avenue<br>Apartment 215<br>Miami, FL 33133-1908 | Mosart Sebben<br>7676 NW 60th Lane<br>Parkland, FL 33067-3321 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ori Adivi<br>3218 NE 211 Terrace<br>Aventura, FL 33180-3688 | Paul K. Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 |
| Paul K. Sanchez<br>Boca Raton, FL 33428 | Paul K. Sanchez<br>c/o Robert J. Puzio, Esq.<br>The Litigation Defense Group, Inc.<br>1040 Bayview Drive, Suite 520<br>Fort Lauderdale, FL 33304-2506 | Paul Nudelman<br>2301 Collins Avenue<br>Penthouse 1<br>Miami Beach, FL 33139-1603 |
| Paul Palmeri<br>1475 SE 15th Street<br>Apartment 301<br>Fort Lauderdale, FL 33316-4706 | Paul Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 | Paulo De lima Yoshida<br>1160 N. Federal Highway<br>Apartment 1016<br>Ft Lauderdale, FL 33304-1436 |
| Raja Malek<br>714 Heron Drive<br>Delray Beach, FL 33444-1924 | Randy Greenfield<br>3305 NE 39th Street<br>Fort Lauderdale, FL 33308-6440 | Rick McQuaide<br>1518 SE 12th Court<br>Dearfield Beach, FL 33441-7110 |

| | | |
|---|---|---|
| Robert Brauser<br>90 Compass Lane<br>Ft Lauderdale, FL 33308-2010 | Robert Nast<br>3165 NE 48th Court<br>Lighthouse Point, FL 33064-7975 | Robert Rutten<br>101 Briny Avenue<br>Apartment 1002<br>Pompano Beach, FL 33062-5615 |
| Robert Schneider<br>9838 Savona Winds Drive<br>Delray, FL 33446-9765 | Ronald Ziller<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 | SEC Commision<br>Office of Reorganization<br>950 E. Paces Ferry Road NE<br>Suite 900<br>Atlanta, GA 30326-1382 |
| Sarasota Avionics & Maintenance<br>120 Airport Avenue West<br>Venice, FL 34285-3921 | Sheltair Pompano Beach, LLC<br>4860 NE 12th Avenue<br>Fort Lauderdale, FL 33334-4804 | Stephen Horniacek<br>1790 SE 4th Street<br>Pompano Beach, FL 33060-7602 |
| Stephen Taylor<br>1334 N 30th Road<br>Hollywood 33021-5004 | Sunwood, Inc.<br>Susan D. Lasky, PA<br>c/o Susan D. Lasky, Esq.<br>320 SE 18th Street<br>Fort Lauderdale, FL 33316-2818 | Sunwood, Inc.<br>c/o Dana Stanish, Esq.<br>Law Offices of Dane Stanish, P.A.<br>3475 Sheridan Street, Suite 209<br>Hollywood, FL 33021-3659 |
| The Law Office of Stephen Barker<br>901 A Clint Moore Road<br>Boca Raton, FL 33487-2876 | The Law Offices of Scott J. Kalish, PLLC<br>c/o Scott J. Kalish, Esq.<br>2161 Palm Beach Lakes Boulevard<br>West Palm Beach, FL 33409-6612 | Timothy Rosman<br>1548 NE 37th Street<br>Oakland Park, FL 33334-4623 |
| Toby Rothe<br>1401 S Ocean Boulevard<br>Apartment 504<br>Pompano Beach, FL 33062-7386 | Tom Warfield<br>4900 N. Ocean Boulevard<br>Unit 403<br>Ft. Lauderdale, FL 33308-2931 | Tor Holm<br>2351 SW 26th Avenue<br>Fort Lauderdale, FL 33312-4536 |
| Travis McQuade<br>14861 Enclave Preserve Circle<br>#T4<br>Delray Beach, FL 33484-8827 | Yonathan Yehezkel<br>54 NE 95th Street<br>Miami Shores, FL 33138-2707 | Anthony Ard<br>240 SE 28th Avenue<br>Pompano Beach, FL 33062-5437 |
| Carl Kennedy<br>c/o Kaniuk Law Office, P.A.<br>1615 S. Congress Avenue<br>Suite 103<br>Delray Beach, FL 33445-6326 | Carol Lynn Fox<br>200 East Broward Blvd Suite 1010<br>Ft Lauderdale, FL 33301-1943 | Charly Guzman<br>4040 NW 18th Way<br>Boca Raton, FL 33431-3362 |
| Craig A. Pugatch<br>101 NE 3rd Ave<br>Fort Lauderdale, FL 33301-1162 | Craig A. Pugatch Esq<br>101 NE 3 Ave #1800<br>Ft Lauderdale, FL 33301-1252 | Edward F Holodak<br>7951 SW 6 St  #210<br>Plantation, FL 33324-3276 |
| Jason Slatkin Esq.<br>Lorium Law<br>101 NE 3rd Avenue Suite 1800<br>Fort Lauderdale, FL 33301-1252 | Jeffrey Ronner<br>6512 Burning Wood Dr<br>Apt 210<br>Boca Raton, FL 33433-5134 | Raymond C Cahill<br>4801 S University Dr<br>Davie, FL 33328-3842 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Compliance Services Insolvency
STOP 5730
7850 Southwest 6th Court
Plantation, FL 33324


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).


Jeffrey Blake
1961 SE 18th Street
Lauderdale By The Sea, FL 33062



The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Sunwood, Inc.                    (u)Airworthy Services, LLC              (u)Paul K Sanchez




(du)Paul K. Sanchez                 (u)Bruce Ayala                          (du)Paul K Sanchez
                                    Aviation Legal Counsel
                                    110 SE 6th Street, 17th Floor
                                    Fort Lauderdale


End of Label Matrix
Mailable recipients    119
Bypassed recipients      6
Total                  125