**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:                                                                    Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                        Chapter 11
FLYING CLUB, INC.,                                              (Subchapter V)

     Debtor.
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the *Amended Notice of Hearing re Supplemental Objection to Claim of Charly J. Guzman* (ECF No. 154) was served via the Court's CM/ECF to all parties listed on the attached Service List on August 9, 2023.

Dated this 10th day of August, 2023.

                              **LORIUM LAW**
                              *Attorneys for Debtor in Possession, Pompano Senior Squadron Flying Club, Inc.*
                              101 NE Third Avenue, Suite 1800
                              Fort Lauderdale, FL 33301
                              Telephone: (954) 462-8000
                              Facsimile: (954) 462-4300

                              By: /s/ Craig A. Pugatch
                                       CRAIG A. PUGATCH
                                       Florida Bar No. 653381
                                       capugatch@loriumlaw.com

**SERVICE LIST**

**VIA CM/ECF**

Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the US Trustee
Adisley.M.Cortez-Rodriguez@usdoj.gov

Carol Lynn Fox
cfox@brileyfin.com, cclf11@trustesolutions.net

Ronald S Kaniuk, Esq. on behalf of Creditor Carl Kennedy
ron@kaniuklawoffice.com

Susan D. Lasky, Esq on behalf of Creditor Sunwood, Inc.
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Richard S Lubliner on behalf of Carl Kennedy and Charly Guzman
rich@lubliner-law.com, sasha@lubliner-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert J Puzio on behalf of Creditor Paul K Sanchez
puziolaw@bellsouth.net

Erica Kristine Ramos on behalf of Creditor Bruce Ayala
erica@aviationlegalcounsel.com

Dane T. Stanish, Esq. on behalf of Creditor Sunwood, Inc.
stanishd@gmail.com