UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                    Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                               Chapter 11
FLYING CLUB, INC., a Florida                                    (Subchapter V)
corporation,

    Debtor.
_____/

## NOTICE OF MEDIATION

POMPANO SENIOR SQUADRON FLYING CLUB, INC., by and through undersigned counsel, gives notice of mediation regarding its Objection to Claim of Paul Sanchez (Claim No. 3) (ECF No. 78) (the "Objection").

1. The parties have mutually agreed upon Berk Edwards as mediator.

2. Mediation shall take place on September 20, 2023 at 9:00 a.m. via Zoom video conferencing.

Dated this 24th day of August, 2023.

                                                             **LORIUM LAW**
                                                             *Attorneys for Debtor in Possession, Pompano Senior Squadron Flying Club, Inc.*
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/ Craig A. Pugatch
      CRAIG A. PUGATCH
      Florida Bar No. 653381
      capugatch@loriumlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF to all parties listed on the attached Service List on this 24th day of August, 2023.

/s/ Craig A. Pugatch
CRAIG A. PUGATCH

## SERVICE LIST

**VIA CM/ECF**

Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the US Trustee
Adisley.M.Cortez-Rodriguez@usdoj.gov

Carol Lynn Fox
cfox@brileyfin.com, cclf11@trustesolutions.net

Ronald S Kaniuk, Esq. on behalf of Creditor Carl Kennedy
ron@kaniuklawoffice.com

Susan D. Lasky, Esq on behalf of Creditor Sunwood, Inc.
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Richard S Lubliner on behalf of Carl Kennedy and Charly Guzman
rich@lubliner-law.com, sasha@lubliner-law.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robert J Puzio on behalf of Creditor Paul K Sanchez
puziolaw@bellsouth.net

Erica Kristine Ramos on behalf of Creditor Bruce Ayala
erica@aviationlegalcounsel.com

Dane T. Stanish, Esq. on behalf of Creditor Sunwood, Inc.
stanishd@gmail.com