UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

        CASE NO.: 22-15714-PDR

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,

    Debtor.                              Chapter 11
_____/           (Subchapter V)

## CHARLY J. GUZMAN'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO: 6 FILED ON OCTOBER 4, 2022

      Charly J. Guzman ("Guzman"), by and through undersigned counsel, hereby serves this Notice of Withdrawal of Guzman's Proof of Claim No: 6, filed on October 4, 2022 ("POC No: 6). The Debtor and Guzman have agreed to the withdrawal of POC No: 6. Guzman is not a defendant in an adversary proceeding in this case. Guzman has not accepted or rejected the plan or otherwise participated meaningfully in this case.

*Charly J. Guzman*
Claimant: Charly J. Guzman

Dated: August 28, 2023

                                              LUBLINER LAW PLLC

                              By:   */s/ Richard Lubliner*
                                    Richard S. Lubliner, Esq.
                                    FBN 0047741
                                    1645 Palm Beach Lakes Blvd., Suite 1200
                                    West Palm Beach, Florida 33401
                                    Phone: 561-207-2018
                                    Fax: 561-584-7227
                                    Email: rich@lubliner-law.com
                                    Email: carolina@lubliner-law.com