UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:

                                                    CASE NO.: 22-15714-PDR

POMPANO SENIOR SQUADRON
FLYING CLUB, INC.,


          Debtor.                                    Chapter 11
_____/              (Subchapter V)

## CARL L. KENNEDY, II 'S NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO: 5 FILED ON OCTOBER 4, 2022

Carl L. Kennedy, II ("Kennedy"), by and through undersigned counsel, hereby serves this Notice of Withdrawal of Kennedy's Proof of Claim No: 5, filed on October 4, 2022 ("POC No: 5). The Debtor and Kennedy have agreed to the withdrawal of POC No: 5. Kennedy is not a defendant in an adversary proceeding in this case. Kennedy has not accepted or rejected the plan or otherwise participated meaningfully in this case.

Claimant: Carl L. Kennedy, II

*/s/ Carl L. Kennedy, II*
7A5B1C1B4D33477...

Dated: December 7, 2023

                                                                                  LUBLINER LAW PLLC

                            By:    */s/ Richard Lubliner*
                                  Richard S. Lubliner, Esq.
                                  FBN 0047741
                                  1645 Palm Beach Lakes Blvd., Suite 1200
                                  West Palm Beach, Florida 33401
                                  Phone: 561-207-2018
                                  Fax: 561-584-7227
                                  Email: rich@lubliner-law.com
                                  Email: carolina@lubliner-law.com