UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                 Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                          Chapter 11
FLYING CLUB, INC.,                                              (Subchapter V)

        Debtor.
_____/

## FINAL REPORT AND MOTION FOR ENTRY OF FINAL DECREE

Debtor, Pompano Senior Squadron Flying Club, Inc. ("Debtor" or "PBFC"), through counsel and pursuant to 11 U.S.C. 1101(2), Fed. R. Bankr. P. 3022 and Local Rule 3022-1(A), files this Final Report and Motion for Final Decree requesting the entry of a final decree and states:

1. The Debtor's Subchapter V Plan of Reorganization for Small Business Under Chapter 11 ("Plan") was confirmed on December 27, 2022 [Doc 111] (the "Order Confirming Plan"). The Plan provided for an anticipated 100% dividend to unsecured creditors.

2. The deposit required by the Plan has been distributed and all matters to be completed upon the effective date of the confirmed Plan have been fulfilled or completed.

3. There are no longer any pending adversary proceedings or contested matters which would affect the substantial consummation of this case.

4. All administrative claims and expenses, including all outstanding United States Trustee Fees, have been paid in full, or appropriate payment arrangements have been made or will be made, prior to the hearing on the instant motion.

5. Attached hereto as Exhibit "A" is a distribution report detailing the payments made under the Plan on the effective date.

WHEREFORE, Debtor, Pompano Senior Squadron Flying Club, Inc. respectfully requests that this Court (a) enters a Final Decree pursuant to Fed. R. Bankr. P. 3022 and closes this fully administered case; and (b) grants such other and further relief as the Court deems just and proper.

**Lorium Law**
*Attorneys for Debtor in Possession, Pompano Senior Squadron Flying Club, Inc.*
101 NE Third Avenue, Suite 1800
Fort Lauderdale, FL 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300

By: /s/ Craig A. Pugatch
    CRAIG A. PUGATCH
    Florida Bar No. 653381
    capugatch@loriumlaw.com
    GEORGE L. ZINKLER, III
    Florida Bar No. 586986
    gzinkler@loriumlaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's CM/ECF system and via U.S. Mail to all parties listed on the attached Service List on this 21st day of August, 2024.

/s/ Craig A. Pugatch
Craig A. Pugatch

## SERVICE LIST

**VIA CM/ECF**

Adisley M Cortez Rodriguez on behalf of U.S. Trustee Office of the US Trustee
Adisley.M.Cortez-Rodriguez@usdoj.gov

Carol Lynn Fox
cfox@brileyfin.com, cclf11@trustesolutions.net

Susan D. Lasky, Esq on behalf of Creditor Sunwood, Inc.
ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Dane T. Stanish, Esq. on behalf of Creditor Sunwood, Inc.
stanishd@gmail.com

**VIA U.S. Mail**

See attached Mailing Matrix

# EXHIBIT A

CASE NAME: In re: Pompano Senior Squadron Flying Club, Inc.

CASE NUMBER: 22-15714-PDR

The following payments have been made pursuant to the plan of reorganization:[1]

LIST ALL PAYMENTS MADE ON OR BEFORE THE EFFECTIVE DATE OF THE PLAN, OR IF INDIVIDUAL CHAPTER 11, ALL PAYMENTS MADE UNDER THE PLAN. SEPARATE CLAIMANTS BY CLASSIFICATION UNDER THE PLAN AND PROVIDE A TOTAL FOR EACH CLASSIFICATION. LIST THE NAME OF EACH RECIPIENT, AMOUNT OF THE ALLOWED CLAIM AND THE AMOUNT THAT WAS PAID (USE CONTINUATION PAGE IF NECESSARY).

| RECIPIENT | ALLOWED AMOUNT OF CLAIM | DIVIDEND PAID |
|---|---|---|
| Class 1 Priority – None | $ N/A | $ N/A |
| Class 2.1 – Secured claim of Charly J. Guzman (Claim No. 6) – withdrawn on 8/29/23 Doc 157 | $ N/A | $ N/A |
| Class 2.2 – Secured claim of Sunwood, Inc. (Claim No. 4) | $117,624.24 | $5,881.21 |
| Class 2.3 – Lien claim of Carl Kennedy II (Claim No. 5) – withdrawn on 12/14/23 Doc 159 | $ N/A | $ N/A |
| Class 3 – Unsecured claim of Bruce Ayala (Claim No. 1) | $40,000.00 | $1,651.96 |
| Class 3 – Unsecured claim of Law Offices of Edward F. Holodak, PA | $2,512.50 | $2,512.50 |
| Class 3 – Unsecured claim of JP Morgan Chase Bank, N.A. | $761.34 | $761.34 |
| Class 3.1 – Unsecured claim of Paul K. Sanchez (Claim No. 3) | $82,000.00 | $3,386.52 |
| Class 4 Equity | $ N/A | $ N/A |

---

[1] The payments described herein reflect plan payments on the Effective Date of the Plan. Subsequently, as of the date of this Motion, creditors with monies owed on their allowed claims after the Effective Date have received three (3) additional quarterly payments in the stated amount pursuant to the confirmed plan.

```
Label Matrix for local noticing              Pompano Senior Squadron Flying Club, Inc.    Aaron Gillespie
113C-0                                       1421 South Ocean Boulevard                   819 NE 14th Ct
Case 22-15714-PDR                            Suite 102                                    Ft Lauderdale, FL 33304-1215
Southern District of Florida                 Pompano Beach, FL 33062-7314
Fort Lauderdale
Wed Aug 21 11:52:56 EDT 2024

Air Power, Inc.                              Airworthy Services, LLC                      Airworthy Services, LLC
1912 S. Collins Street                       969 SE 6th Terrace                           c/o Ronald Ziller, President
Arlington, TX 76018-1135                     Pompano Beach, FL 33060-9401                 969 SE 6th Terrace
                                                                                          Pompano Beach, FL 33060-9401


Alessandro Potenti                           Allan Sefranek                               Alon Rosenberg
1410 Middle River Drive                      336 N. Birch Road                            1375 SW 14th Avenue
Fort Lauderdale, Florida 33304-1526          8E                                           Boca Raton, FL 33486-5326
                                             Ft Lauderdale, FL 33304-4202


Andrew Bilukha                               Andrew Cohen                                 Anthony Ard
12629 NW 13th Court                          1314 E Los Olas Boulevard, Suite 9           240 SE 28th Way
Sunrise, FL 33323-3155                       Ft Lauderdale, FL 33301-2334                 Pompano Beach, FL 33062-5437


Anthony Astray-Caneda                        Anthony Tranchida                            Ara Yanikian
10976 Up Town Avenue                         4974 NW 48th Avenue                          4144 NW 83rd Lane
Apartment 410                                Coconut Creek, FL 33073-4937                 Coral Springs, FL 33065-1316
Boca Raton, FL 33428-6576


Arthur J. Gallagher Risk Management          Arthur J. Gallagher Risk Management          Bernardo Picca
Services, Inc.                               Services, Inc.                               168 Orange Drive
2580 Foxfield Road                           c/o Gallagher Aviation                       Boynton Beach, FL 33436-1844
Suite 203                                    2580 Foxfield Road, Suite 203
Saint Charles, IL 60174-1409                 Saint Charles, IL 60174-1409


Brain Butzer                                 Bruce Ayala                                  Bruce Knecht
19721 118th Trail South                      6835 NW 22nd Terrace                         2130 NE 30th Street
Boca Raton, FL 33498-6506                    Fort Lauderdale, FL 33309-1426               Lighthouse Point, FL 33064-7631


Carl L. J+Kennedy, II                        Carl L. Kennedy, II                          Carson Reddick
2929 S. Ocean Boulevard                      2929 S. Ocean Boulevard                      100 N. Federal Highway
Suite 510                                    Suite 510                                    Ft Lauderdale, FL 33301-1129
Boca Raton, FL 33432-8323                    Boca Raton, FL 33432-8323


Casey Ahlbum                                 Cesar Hernandez                              Charly J Guzman
10375 NW 39th Manor                          16711 Sapphire Isle                          980 N Federal Highway Suite 110
Coral Springs, FL 33065-1523                 Weston, FL 33331-3168                        c/o Kennedy & Goard LLC
                                                                                          Boca Raton, FL 33432-2704


Christopher Troesch                          Corey Pechonis                               Darren Ayoub
2500 N. Ocean Boulevard                      770 SE 2nd Avenue                            205 Woodland Road
Pompano beach, FL 33062-2942                 Apartment F=206                              Palm Springs, FL 33461-1060
                                             Deerfield Beach, FL 33441-5421
```

| | | |
|---|---|---|
| Dave Davison<br>705 SW 28th Street<br>Fort Lauderdale, FL 33315-3131 | David Watkins<br>1012 Kanasgowa Drive<br>Brevard, NC 28712-9094 | Donald Cannarozzi<br>204 SE 9th Street<br>Dania Beach, FL 33004-4439 |
| Donald McNiel<br>1720 NE 6th Street<br>Pompano Beach, FL 33062-4929 | Edwin Thompson Orcino<br>4960 Windward Way<br>Ft Lauderdale, FL 33312-5221 | Erica K. Ramos, Esq.<br>110 SE 6th Street,<br>17th Floor<br>Fort Lauderdale, FL 33301-5047 |
| Ivan Munro<br>353 W 47th Street<br>Apartment 4H<br>Miami Beach, Florida 33140-3106 | Gamma Dean<br>1708 Las Olas Boulvard<br>Ft lauderdale, FL 33312-7517 | Gene Vertkin<br>1039 Hillsboro Mile #2<br>Hillsboro Beach, FL 33062-2104 |
| Gerard Williams<br>6800 SW 130th Avenue<br>Southwest Ranches, FL 33330-3108 | Giancarlo Daneri<br>1201 River Reach Drive<br>Apartment 404<br>Ft Lauderdale, FL 33315-1180 | Gideon Brent<br>140 SW 7th Court<br>Pompano Beach, FL 33060-8398 |
| Gregory Galyo<br>1496 SW 37th Avenue<br>Fort Lauderdale, FL 33312-5402 | Gregory Gilhooly<br>5773 NW 119th Terrace<br>Coral Springs, Florida 33076-4031 | Gregory Madonna<br>411 N New River Drive East<br>Apartment 2006<br>Ft Lauderdale, FL 33301-3181 |
| Harry Pollack<br>3810 NE 20th Avenue<br>Lighthouse Point, Fl 33064-7606 | Henryk Dabrowski<br>3004 Oakbrook Drive<br>Weston, FL 33332-3418 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | Jameson Clifford<br>2740 NE 9th Court<br>Pompano Beach, FL 33062-4209 |
| Jason Costello<br>301 SW 1St Ave<br>Ft Lauderdale, FL 33301-4342 | Jason Sager<br>5301 Magellan Circle<br>Aventura, FL 33180 | Jay Heppner<br>3212 NE 40th Street<br>Ft Lauderdale, FL 33308-6410 |
| Jean-Claude Conte<br>3507 Oaks Way<br>Apartment 101<br>Pompano Beach, FL 33069-5339 | (c)JEFFREY BLAKE<br>1961 WATERS EDGE<br>POMPANO BEACH FL 33062-7691 | Jeffrey Ronner<br>6512 Burning Wood Drive<br>Apartment 210<br>Boca Raton, FL 33433-5134 |
| Jorge Salinger<br>2701 N. Ocean Boulevard<br>1603<br>Boca Raton, FL 33431-7045 | Jose Hernandez<br>4442 E Aqua Bella Lane<br>Fort Lauderdale, FL 33312-5651 | Juan Ramirez<br>2211 NE 15th Court<br>Ft Lauderdale, FL 33304-1417 |

| | | |
|---|---|---|
| Julian Hernandez<br>321 NW 17th Avenue<br>Pompano Beach, FL 33069-2867 | Justin Armstrong<br>3391 Liberty Street<br>Hollywood, FL 33021-4334 | Kevin MacLean<br>209 River Terrace Drive<br>Jupiter, FL 33469-2945 |
| Kevin Prior<br>53 Castlerock Lane<br>Bolton, CT 06043-7856 | Kevin Tracey<br>1044 SW 42nd Avenue<br>Dearfield Beach, FL 33442-8254 | Killian O'Connor<br>200 S Birch Road<br>Apartment 810<br>Ft lauderdale, FL 33316-1536 |
| Law Office of Dane Stanish, P.A.<br>c/o Dane T. Stanish, Esq.<br>1475 Sheridan Street, Suite 209<br>Fort Lauderdale, FL 33301 | Law Offices of Edward F. Holodak, PA<br>c/o Edward F. Holodak, Esq.<br>3326 NE 33rd Street<br>Fort Lauderdale, FL 33308-7110 | Logan Anderson<br>2625 NE 17th Street<br>Pompano Beach, FL 33062-3212 |
| Luca Pastore<br>2615 NE 21st Terrace<br>Lighthouse Point, FL 33064-7740 | Marissa Stutes<br>4315 Sarver Drive<br>lake Charles, LA 70605-4421 | Mark Jarvis<br>140 SE 9th Street<br>Pompano Beach, FL 33060-8849 |
| Michael Borer<br>c/o Jeffrey B. Lampert, Esq.<br>The Barrister Building<br>1615 Forum Place, Suite 4-B<br>West Palm Beach, FL 33401-2317 | Michael Dubin<br>6171 Floral Lakes Drive<br>Delray Beach, FL 33484-4606 | Michael Scheeringa<br>517 SE 25th Avenue<br>Ft Lauderdale, FL 33301-2615 |
| Michael Strongin<br>9559 Collins Avenue<br>Apartment 409<br>Surfside, FL 33154-2657 | Michael Taggart<br>2801 Florida Avenue<br>Apartment 215<br>Miami, FL 33133-1908 | Mosart Sebben<br>7676 NW 60th Lane<br>Parkland, FL 33067-3321 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | Ori Adivi<br>3218 NE 211 Terrace<br>Aventura, FL 33180-3688 | Paul K. Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 |
| Paul K. Sanchez<br>Boca Raton, FL 33428 | Paul K. Sanchez<br>c/o Robert J. Puzio, Esq.<br>The Litigation Defense Group, Inc.<br>1040 Bayview Drive, Suite 520<br>Fort Lauderdale, FL 33304-2506 | Paul Nudelman<br>2301 Collins Avenue<br>Penthouse 1<br>Miami Beach, FL 33139-1603 |
| Paul Palmeri<br>1475 SE 15th Street<br>Apartment 301<br>Fort Lauderdale, FL 33316-4706 | Paul Sanchez<br>10643 Shore Drive<br>Boca Raton, FL 33428-5645 | Paulo De lima Yoshida<br>1160 N. Federal Highway<br>Apartment 1016<br>Ft Lauderdale, FL 33304-1436 |
| Raja Malek<br>14 Heron Drive<br>Delray Beach, FL 33444-1924 | Randy Greenfield<br>3305 NE 39th Street<br>Fort Lauderdale, FL 33308-6440 | Rick McQuaide<br>1518 SE 12th Court<br>Dearfield Beach, FL 33441-7110 |

| | | |
|---|---|---|
| Robert Brauser<br>10 Compass Lane<br>Ft Lauderdale, FL 33308-2010 | Robert Nast<br>3165 NE 48th Court<br>Lighthouse Point, FL 33064-7975 | Robert Rutten<br>101 Briny Avenue<br>Apartment 1002<br>Pompano Beach, FL 33062-5615 |
| Robert Schneider<br>1838 Savona Winds Drive<br>Delray, FL 33446-9765 | Ronald Ziller<br>969 SE 6th Terrace<br>Pompano Beach, FL 33060-9401 | SEC Commission<br>Office of Reorganization<br>950 E. Paces Ferry Road NE<br>Suite 900<br>Atlanta, GA 30326-1382 |
| Sarasota Avionics & Maintenance<br>20 Airport Avenue West<br>Venice, FL 34285-3921 | Sheltair Pompano Beach, LLC<br>4860 NE 12th Avenue<br>Fort Lauderdale, FL 33334-4804 | Stephen Horniacek<br>1790 SE 4th Street<br>Pompano Beach, FL 33060-7602 |
| Stephen Taylor<br>1334 N 30th Road<br>Hollywood 33021-5004 | Sunwood, Inc.<br>Susan D. Lasky, PA<br>c/o Susan D. Lasky, Esq.<br>320 SE 18th Street<br>Fort Lauderdale, FL 33316-2818 | Sunwood, Inc.<br>c/o Dana Stanish, Esq.<br>Law Offices of Dane Stanish, P.A.<br>3475 Sheridan Street, Suite 209<br>Hollywood, FL 33021-3659 |
| The Law Office of Stephen Barker<br>101 A Clint Moore Road<br>Boca Raton, FL 33487-2876 | The Law Offices of Scott J. Kalish, PLLC<br>c/o Scott J. Kalish, Esq.<br>2161 Palm Beach Lakes Boulevard<br>West Palm Beach, FL 33409-6612 | Timothy Rosman<br>1548 NE 37th Street<br>Oakland Park, FL 33334-4623 |
| Toby Rothe<br>1401 S Ocean Boulevard<br>Apartment 504<br>Pompano Beach, FL 33062-7386 | Tom Warfield<br>4900 N. Ocean Boulevard<br>Unit 403<br>Ft. Lauderdale, FL 33308-2931 | Tor Holm<br>2351 SW 26th Avenue<br>Fort Lauderdale, FL 33312-4536 |
| Travis McQuade<br>14861 Enclave Preserve Circle<br>T4<br>Delray Beach, FL 33484-8827 | Yonathan Yehezkel<br>54 NE 95th Street<br>Miami Shores, FL 33138-2707 | Anthony Ard<br>240 SE 28th Avenue<br>Pompano Beach, FL 33062-5437 |
| Carl Kennedy<br>c/o Kaniuk Law Office, P.A.<br>1615 S. Congress Avenue<br>Suite 103<br>Delray Beach, FL 33445-6326 | Carol Lynn Fox<br>5000 T-Rex Ave., Ste. 300<br>Boca Raton, FL 33431-4491 | Charly Guzman<br>4040 NW 18th Way<br>Boca Raton, FL 33431-3362 |
| Craig A. Pugatch<br>101 NE 3rd Ave<br>Fort Lauderdale, FL 33301-1162 | Craig A. Pugatch Esq<br>101 NE 3 Ave #1800<br>Ft Lauderdale, FL 33301-1252 | Edward F Holodak<br>7951 SW 6 St  #210<br>Plantation, FL 33324-3276 |
| Jason Slatkin Esq.<br>Lorium Law<br>~~101 NE 3rd Avenue Suite 1800~~<br>Fort Lauderdale, FL 33301-1252 | Jeffrey Ronner<br>6512 Burning Wood Dr<br>~~Apt 210~~<br>Boca Raton, FL 33433-5134 | Raymond C Cahill<br>4801 S University Dr<br>~~Davie, FL 33328-3842~~ |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Compliance Services Insolvency
STOP 5730
7850 Southwest 6th Court
Plantation, FL 33324


Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

Jeffrey Blake
1961 SE 18th Street
Lauderdale By The Sea, FL 33062


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Sunwood, Inc. | (u)Airworthy Services, LLC | (u)Paul K Sanchez |
| --- | --- | --- |
| (du)Paul K. Sanchez | (u)Bruce Ayala<br>Aviation Legal Counsel<br>110 SE 6th Street, 17th Floor<br>Fort Lauderdale | (du)Paul K Sanchez |

End of Label Matrix
Mailable recipients    119
Bypassed recipients      6
Total                  125