

ORDERED in the Southern District of Florida on August 22, 2024.



**Peter D. Russin, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                                                    Case No. 22-15714-PDR

POMPANO SENIOR SQUADRON                              Chapter 11
FLYING CLUB, INC.,                                              (Subchapter V)

        Debtor.
_____/

### AGREED ORDER SUSTAINING IN PART OBJECTION TO CLAIM AND ALLOWING CLAIM OF PAUL SANCHEZ (ECF 78)

This matter came before the Court upon the proof of claim filed by Paul Sanchez ("Claim No. 3") and the Debtor's Objection to Claim (ECF No. 78). The parties have mediated the dispute and reached a mediated agreement on the allowed amount of Claim No. 3. Being advised in the premises and upon the agreement of the parties, the Court,

    ORDERS:

1. The objection to claim is sustained in part and overruled in part pursuant to the agreement of the parties reached at mediation and Paul Sanchez shall have an allowed unsecured claim as set forth in this order.

2. Claim Number 3 filed by Paul Sanchez shall be allowed an allowed general unsecured claim in the amount of $82,000.00.

3. The parties shall voluntarily dismiss any case pending between them.

###

Copies furnished to:

Craig A. Pugatch, Esq.
LORIUM LAW
Attorneys for Debtor in Possession,
Pompano Senior Squadron Flying Club, Inc.
101 Northeast Third Avenue, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300
capugatch@loriumlaw.com

Craig A. Pugatch, Esq. is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service.