United States Bankruptcy Court
Southern District of Florida

In re:     Case No. 22-15714-PDR
Pompano Senior Squadron Flying Club, Inc     Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 113C-0     User: admin     Page 1 of 2
Date Rcvd: Sep 23, 2024     Form ID: CGFD30     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Pompano Senior Squadron Flying Club, Inc., 1421 South Ocean Boulevard, Suite 102, Pompano Beach, FL 33062-7314 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Adisley M Cortez Rodriguez | on behalf of U.S. Trustee Office of the US Trustee Adisley.M.Cortez-Rodriguez@usdoj.gov |
| Carol Lynn Fox | on behalf of Trustee Carol Lynn Fox cfox@brileyfin.com cclf11@trustesolutions.net |
| Carol Lynn Fox | cfox@brileyfin.com cclf11@trustesolutions.net |
| Craig A. Pugatch, Esq | on behalf of Attorney Craig A. Pugatch ecf.capugatch@loriumlaw.com jheredia@rprslaw.com |
| Craig A. Pugatch, Esq | on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com |
| Craig A. Pugatch, Esq | on behalf of Debtor Pompano Senior Squadron Flying Club  Inc. ecf.capugatch@loriumlaw.com, jheredia@rprslaw.com |

| | | |
|---|---|---|
| District/off: 113C-0 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 23, 2024 | Form ID: CGFD30 | Total Noticed: 1 |

Dane T. Stanish, Esq.
    on behalf of Creditor Sunwood  Inc. stanishd@gmail.com

Erica Kristine Ramos
    on behalf of Creditor Bruce Ayala erica@aviationlegalcounsel.com

George L. Zinkler
    on behalf of Debtor Pompano Senior Squadron Flying Club  Inc. gzinkler.ecf@rprslaw.com

Jason Slatkin, Esq.
    on behalf of Plaintiff Pompano Senior Squadron Flying Club  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

Jason Slatkin, Esq.
    on behalf of Debtor Pompano Senior Squadron Flying Club  Inc. jslatkin@loriumlaw.com, ecf.jslatkin@loriumlaw.com

Office of the US Trustee
    USTPRegion21.MM.ECF@usdoj.gov

Richard S Lubliner
    on behalf of Creditor Carl Kennedy rich@lubliner-law.com  carolina@lubliner-law.com;nathan@lubliner-law.com

Richard S Lubliner
    on behalf of Defendant Carl Kennedy rich@lubliner-law.com  carolina@lubliner-law.com;nathan@lubliner-law.com

Richard S Lubliner
    on behalf of Creditor Charly Guzman rich@lubliner-law.com  carolina@lubliner-law.com;nathan@lubliner-law.com

Robert J Puzio
    on behalf of Creditor Paul K Sanchez puziolaw@bellsouth.net

Ronald S Kaniuk, Esq.
    on behalf of Defendant Carl Kennedy ron@kaniuklawoffice.com

Susan D. Lasky, Esq
    on behalf of Creditor Sunwood  Inc. ECF@suelasky.com, ecfsuelasky@gmail.com;r48532@notify.bestcase.com

TOTAL: 18

CGFD30 (10/01/16)



**ORDERED in the Southern District of Florida on September 23, 2024**



**Peter D. Russin**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 22–15714–PDR

Chapter: 11

**In re:** *Debtor(s) name(s) and address(es) (for names include married, maiden and trade used by the debtor(s) in the last 8 years)*

Pompano Senior Squadron Flying Club, Inc.
dba Pompano Beach Flying Club
1421 South Ocean Boulevard
Suite 102
Pompano Beach, FL 33062

EIN: 59–1416663

## FINAL DECREE

A Final Report and Motion for Entry of Final Decree having been filed on behalf of the debtor, this chapter 11 case is closed. If applicable, all future payments under the plan of reorganization shall be disbursed in accordance with the plan.

### # # #

The clerk shall serve a copy of this Final Decree on the Debtor, Attorney for Debtor, and the U.S. Trustee